**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (if known): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).

| | |
|---|---|
| 1. Debtor's name | PT Bakrie Telecom Tbk |
| 2. Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number (EIN) ___ ___ - ___ ___ ___ ___ ___ ___ ___<br>☐ Other _____ . Describe identifier _____<br>**For individual debtors:**<br>☐ Social Security number: xxx – xx– ___ ___ ___ ___<br>☐ Individual Taxpayer Identification number (ITIN): 9 xx – xx – ___ ___ ___ ___<br>☐ Other _____ . Describe identifier _____ |
| 3. Name of foreign representative(s) | Jastiro Abi |
| 4. Foreign proceeding in which appointment of the foreign representative(s) occurred | |
| 5. Nature of the foreign proceeding | Check one:<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached. A certified copy, translated into English, of the PKPU order; and resolution of the board of directors appointing foreign representative. |
| 7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)<br>☑ Yes |

Debtor  PT Bakrie Telecom Tbk          Case number (if known) _____
        Name

8. Others entitled to notice      Attach a list containing the names and addresses of:

  (i) all persons or bodies authorized to administer foreign proceedings of the debtor,

  (ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

  (iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. Addresses

Country where the debtor has the center of its main interests:

Republic of Indonesia

Debtor's registered office:

Wisma Bakrie, 3rd Floor
Number    Street

Jalan H.R. Rasuna Said Kav. B-1
P.O. Box

Jakarta                              12920
City         State/Province/Region   ZIP/Postal Code

Republic of Indonesia
Country

Individual debtor's habitual residence:

Number    Street

P.O. Box

City         State/Province/Region   ZIP/Postal Code

Country

Address of foreign representative(s):

Wisma Bakrie, 3rd Floor
Number    Street

Jalan H.R. Rasuna Said Kav. B-1
P.O. Box

Jakarta                              12920
City         State/Province/Region   ZIP/Postal Code

Republic of Indonesia
Country

10. Debtor's website (URL)   _____

11. Type of debtor

Check one:

☐ Non-individual (check one):

  ☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  ☐ Partnership

  ☐ Other. Specify: _____

☐ Individual

Debtor  **PT Bakrie Telecom Tbk**_____   Case number (if known)_____
        Name

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

X /s/ [signature]                             Jastiro Abi
Signature of foreign representative            Printed name

Executed on  12/20/2017
             MM / DD / YYYY

X _____            _____
Signature of foreign representative            Printed name

Executed on  _____
             MM / DD / YYYY

**14. Signature of attorney**

X /s/ Kenneth R. Puhala                        Date  1/29/2018
Signature of Attorney for foreign representative     MM / DD / YYYY

Kenneth R. Puhala
Printed name

Schnader Harrison Segal & Lewis LLP
Firm name

140 Broadway, Suite 3100
Number   Street

New York                                       NY        10005-1101
City                                           State     ZIP Code

212-973-8000                                   kpuhala@schnader.com
Contact phone                                  Email address

2260842                                        NY
Bar number                                     State