# EXHIBIT E

Bakrie Telecom

**Laporan Keuangan Konsolidasian Interim**
**30 September 2017 (Tidak Diaudit) dan**
**31 Desember 2016 (Diaudit) serta**
**Untuk Periode Sembilan Bulan yang**
**Berakhir pada Tanggal - tanggal**
**30 September 2017 dan 2016 (Tidak Diaudit)**

***Interim Consolidated Financial Statements***
***September 30, 2017 (Unaudited) and***
***December 31, 2016 (Audited) and***
***For the Nine-Month***
***Periods Ended***
***September 30, 2017 and 2016 (Unaudited)***

# PT BAKRIE TELECOM Tbk DAN ENTITAS ANAK

# *PT BAKRIE TELECOM Tbk AND SUBSIDIARIES*

**Daftar Isi** / ***Table of Contents***


| Daftar Isi | Halaman/ *Page* | *Table of Contents* |
|---|---|---|
| Surat pernyataan direksi | | *Board of directors' statement* |
| Laporan posisi keuangan (neraca) konsolidasian interim | 1 | *Interim consolidated statements of financial position (balance sheet)* |
| Laporan laba rugi dan penghasilan komprehensif lain konsolidasian interim | 4 | *Interim consolidated statements of profit or loss and other comprehensive income* |
| Laporan perubahan defisiensi modal konsolidasian interim | 6 | *Interim consolidated statements of changes in capital deficiency* |
| Laporan arus kas konsolidasian interim | 7 | *Interim consolidated statements of cash flows* |
| Catatan atas laporan keuangan Konsolidasian interim | 8 | *Notes to the interim consolidated financial statements* |

**Bakrie Telecom**

**SURAT PERNYATAAN DIREKSI TENTANG TANGGUNG JAWAB ATAS LAPORAN KEUANGAN KONSOLIDASIAN PT BAKRIE TELECOM Tbk DAN ENTITAS ANAK PER 30 SEPTEMBER 2017 DAN 31 DESEMBER 2016 SERTA UNTUK PERIODE SEMBILAN BULAN YANG BERAKHIR PADA TANGGAL 30 SEPTEMBER 2017**

Kami yang bertanda-tangan di bawah ini:

1. Nama : R. Bismarka Kurniawan
   Alamat kantor : PT Bakrie Telecom Tbk Jl. HR Rasuna Said Kav B-1, Jakarta – 12920
   Alamat rumah : Jl. Pinang Merah II SK-01 RT.014/RW.016 Pondok Pinang Kebayoran Lama Jakarta Selatan
   Telepon : (62 21) 91101112
   Jabatan : Direktur Utama

2. Nama : Andi Pravidia Saliman
   Alamat kantor : PT Bakrie Telecom Tbk Jl. HR Rasuna Said Kav B-1, Jakarta – 12920
   Alamat rumah : Jl. Puter II ED 2/32 Bintaro 5 RT.002/RW.009 Jurangmangu Timur Pondok Aren - Tangerang
   Telepon : (62 21) 91101112
   Jabatan : Direktur

menyatakan bahwa:

1. Bertanggung jawab atas penyusunan dan penyajian laporan keuangan konsolidasian PT Bakrie Telecom Tbk dan Entitas Anak;
2. Laporan keuangan konsolidasian PT Bakrie Telecom Tbk dan Entitas Anak telah disusun dan disajikan sesuai dengan Standar Akuntansi Keuangan di Indonesia;
3. a. Semua informasi dalam laporan keuangan konsolidasian PT Bakrie Telecom Tbk dan Entitas Anak telah dimuat secara lengkap dan benar;

   b. Laporan keuangan konsolidasian PT Bakrie Telecom Tbk dan Entitas Anak tidak mengandung informasi atau fakta material yang tidak benar, dan tidak menghilangkan informasi atau fakta material;
4. Bertanggung jawab atas sistem pengendalian internal dalam PT Bakrie Telecom Tbk dan Entitas Anak.

Demikian pernyataan ini dibuat dengan sebenarnya.

***BOARD OF DIRECTORS' STATEMENT REGARDING THE RESPONSIBILITY UPON CONSOLIDATED FINANCIAL STATEMENTS OF PT BAKRIE TELECOM Tbk AND SUBSIDIARIES AS OF SEPTEMBER 30, 2017 AND DECEMBER 31, 2016 AND FOR THE NINE-MONTHS PERIOD ENDED SEPTEMBER 30, 2017***

*We, the undersigned:*

1. *Name : R. Bismarka Kurniawan*
   *Office address : PT Bakrie Telecom Tbk Jl. HR Rasuna Said Kav B-1, Jakarta – 12920*
   *Residential address : Jl. Pinang Merah II SK-01 RT.014/RW.016 Pondok Pinang Kebayoran Lama Jakarta Selatan*
   *Telephone : (62 21) 91101112*
   *Title : President Director*

2. *Name : Andi Pravidia Saliman*
   *Office address : PT Bakrie Telecom Tbk Jl. HR Rasuna Said Kav B-1, Jakarta - 12920*
   *Residential: address : Jl. Puter II ED 2/32 Bintaro 5 RT.002/RW.009 Jurangmangu Timur Pondok Aren - Tangerang*
   *Telephone : (62 21) 91101112*
   *Title : Director*

*declare that:*

1. *We are responsible for the preparation and presentation of PT Bakrie Telecom Tbk and Subsidiaries' consolidated financial statements;*
2. *PT Bakrie Telecom Tbk and Subsidiaries' consolidated financial statements have been prepared and presented in accordance with Indonesian Financial Accounting Standards;*
3. *a. All information contained in PT Bakrie Telecom Tbk and Subsidiaries' consolidated financial statements has been disclosed in a complete and truthful manner;*

   *b. PT Bakrie Telecom Tbk and Subsidiaries' consolidated financial statements do not contain any incorrect information or material facts, nor do they omit information or material facts;*
4. *We are responsible for PT Bakrie Telecom Tbk and Subsidiaries' internal control system.*

*This statement is made in all truth.*

Atas nama dan mewakili Direksi / *For and on behalf of the Board of Directors*

METERAI TEMPEL 0890BAEF591558 6000 ENAM RIBU RUPIAH

| | |
|---|---|
| **R. Bismarka Kurniawan** | **Andi Pravidia Saliman** |
| Direktur Utama / *President Director* | Direktur / *Director* |

Jakarta, 23 Oktober 2017 / October *23*, *2017*

PT Bakrie Telecom Tbk

Office:
Wisma Bakrie, 2nd floor Jl. HR Rasuna Said Kav. B-1, Jakarta Indonesia 12920 Phone: (+62 21) 910 1112 (hunting) Fax: (+62 21) 911 8888
www.bakrietelecom.com

**PT BAKRIE TELECOM Tbk**
**DAN ENTITAS ANAK**
**LAPORAN POSISI KEUANGAN KONSOLIDASIAN INTERIM**
**30 SEPTEMBER 2017 (TIDAK DIAUDIT) DAN 31 DESEMBER 2016 (DIAUDIT)**
**(Saldo dalam tabel disajikan dalam jutaan Rupiah, kecuali dinyatakan lain)**

***PT BAKRIE TELECOM Tbk***
***AND SUBSIDIARIES***
***INTERIM CONSOLIDATED STATEMENTS OF FINANCIAL POSITION***
***SEPTEMBER 30, 2017 (UNAUDITED) AND DECEMBER 31, 2016 (AUDITED)***
***(Amounts in tables are expressed in millions of Rupiah, unless otherwise stated)***

| | Catatan/ *Notes* | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|---|
| **ASET** | | | | ***ASSETS*** |
| **ASET LANCAR** | | | | ***CURRENT ASSETS*** |
| Kas dan setara kas | 2c,4 | 434 | 2.211 | *Cash and cash equivalents* |
| Investasi jangka pendek | 5 | 48 | 48 | *Short-term investments* |
| Kas yang dibatasi penggunaannya | 2d,6 | 38 | 38 | *Restricted cash* |
| Piutang usaha (setelah dikurangi penyisihan kerugian penurunan nilai sebesar Rp70.811 pada tanggal 30 September 2017 dan 31 Desember 2016) | 7 | 2.658 | 2.557 | *Trade receivables (net of allowance for impairment loss of Rp70,811 as of September 30, 2017 and December 31, 2016)* |
| Uang muka | 8 | 1.681 | 1.995 | *Advances* |
| Biaya dibayar dimuka | 2g,9 | - | 190 | *Prepaid expenses* |
| Pajak dibayar dimuka | 28a | 5.213 | 36.477 | *Prepaid taxes* |
| Total Aset Lancar | | 10.072 | 43.516 | *Total Current Assets* |
| **ASET TIDAK LANCAR** | | | | ***NON-CURRENT ASSETS*** |
| Aset tetap (setelah dikurangi akumulasi penyusutan sebesar Rp9.165.151 pada tanggal 30 September 2017, Rp8.555.004 pada tanggal 31 Desember 2016, penurunan nilai sebesar Rp3.837.405 pada tanggal 30 September 2017 dan 31 Desember 2016) | 2h,2i,2j,2k,10 | 206.252 | 816.308 | *Fixed assets (net of accumulated depreciation of Rp9,165,151 as of September 30, 2017, Rp8,555,004 as of December 31, 2016, impairment of Rp3,837,405 as of September 30, 2017 and December 31, 2016)* |
| Aset tidak lancar lainnya | 2l,11,39 | 710.492 | 709.951 | *Other non-current assets* |
| Total Aset Tidak Lancar | | 916.744 | 1.526.259 | *Total Non-Current Assets* |
| **TOTAL ASET** | | **926.816** | **1.569.775** | ***TOTAL ASSETS*** |

Catatan atas laporan keuangan konsolidasian interim terlampir merupakan bagian yang tidak terpisahkan dari laporan keuangan konsolidasian interim secara keseluruhan.

*The accompanying notes to the interim consolidated financial statements are an integral part of these interim consolidated financial statements.*

| | Catatan/ *Notes* | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|---|
| **LIABILITAS DAN DEFISIENSI MODAL** | | | | ***LIABILITIES AND CAPITAL DEFICIENCY*** |
| **LIABILITAS JANGKA PENDEK** | | | | ***CURRENT LIABILITIES*** |
| Utang usaha | | | | *Trade payables* |
| Pihak ketiga | 12 | 318.741 | 314.134 | *Third parties* |
| Pihak berelasi | 2e,12 | 14.194 | 12.557 | *Related parties* |
| Utang lain-lain | 13 | 92.857 | 51.180 | *Other payables* |
| Utang pihak berelasi | 2e,29 | 47.098 | 47.098 | *Due to related parties* |
| Beban akrual | 14 | 2.944.066 | 2.546.179 | *Accrued expenses* |
| Utang pajak | 2r,28b | 15.690 | 113.961 | *Taxes payable* |
| Liabilitas jangka panjang jatuh tempo dalam waktu satu tahun | | | | *Current maturities of long-term liabilities* |
| Pinjaman | 15 | - | 240 | *Loans* |
| Wesel senior - neto | 16 | 5.126.960 | 5.105.680 | *Senior notes - net* |
| Total Liabilitas Jangka Pendek | | 8.559.606 | 8.191.029 | *Total Current Liabilities* |
| **LIABILITAS JANGKA PANJANG** | | | | ***NON-CURRENT LIABILITIES*** |
| Liabilitas pajak tangguhan - neto | 2r,28d | 68.383 | 118.238 | *Deferred tax liability - net* |
| Liabilitas imbalan kerja | 2p,30 | 1.171 | 767 | *Employee benefits liability* |
| Liabilitas jangka panjang - setelah dikurangi bagian jatuh tempo dalam waktu satu tahun | | | | *Long-term liabilities - net of current maturities* |
| Pinjaman | 15 | - | 295 | *Loans* |
| Utang yang diselesaikan melalui PKPU | 17,39 | 5.925.426 | 7.156.994 | *Settlement of payables through PKPU* |
| Total Liabilitas Jangka Panjang | | 5.994.980 | 7.276.294 | *Total Non-Current Liabilities* |
| Total Liabilitas | | 14.554.586 | 15.467.323 | *Total Liabilities* |

**PT BAKRIE TELECOM Tbk**
**DAN ENTITAS ANAK**
**LAPORAN POSISI KEUANGAN**
**KONSOLIDASIAN INTERIM**
**30 SEPTEMBER 2017 (TIDAK DIAUDIT) DAN**
**31 DESEMBER 2016 (DIAUDIT)**
**(Saldo dalam tabel disajikan dalam jutaan Rupiah, kecuali dinyatakan lain)**

***PT BAKRIE TELECOM Tbk***
***AND SUBSIDIARIES***
***INTERIM CONSOLIDATED STATEMENTS OF FINANCIAL POSITION***
***SEPTEMBER 30, 2017 (UNAUDITED) AND DECEMBER 31, 2016 (AUDITED)***
***(Amounts in tables are expressed in millions of Rupiah, unless otherwise stated)***

| | Catatan/ *Notes* | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|---|
| **DEFISIENSI MODAL** | | | | ***CAPITAL DEFICIENCY*** |
| Modal saham | | | | *Capital stock* |
| Nilai nominal | | | | *Par value* |
| Saham biasa | | | | *Common shares* |
| seri A Rp200 | | | | *series A Rp200* |
| seri B Rp100 | | | | *series B Rp100* |
| (dalam satuan penuh) | | | | *(in full amount)* |
| Modal dasar | | | | *Authorized shares* |
| Saham biasa seri A | | | | *Common shares series A* |
| 10.000.000.000 saham pada tanggal 30 September 2017 dan 31 Desember 2016 | | | | *10,000,000,000 shares as of September 30, 2017 and December 31, 2016* |
| Saham biasa seri B | | | | *Common shares series B* |
| 87.111.652.195 saham pada tanggal 30 September 2017 dan 31 Desember 2016 | | | | *87,111,652,195 shares as of September 30, 2017 and December 31, 2016* |
| Modal ditempatkan dan disetor penuh | | | | *Issued and fully paid shares* |
| Saham biasa seri A | | | | *Common shares series A* |
| 11.940.816.430 saham pada 30 September 2017 dan 5.751.502.450 saham pada 31 Desember 2016 | | | | *11,940,816,430 shares as of September 30, 2017 and 5,751,502,450 shares as of December 31, 2016* |
| Saham biasa seri B | | | | *Common shares series B* |
| 24.833.088.205 saham pada tanggal 30 September 2017 dan 31 Desember 2016 | 18 | 4.871.472 | 3.633.609 | *24,833,088,205 shares as of September 30, 2017 and December 31, 2016* |
| Tambahan modal disetor | 19 | 2.488.871 | 2.488.014 | *Additional paid-in capital* |
| Saham beredar yang diperoleh kembali | 2n,20 | (11.000) | (11.000) | *Treasury stock* |
| Agio saham beredar yang diperoleh kembali | 2n,20 | 50.623 | 50.623 | *Premium on treasury stock* |
| Cadangan modal lainnya | 2p,2q,30 | 7.169 | 7.171 | *Other capital reserves* |
| Defisit | | (21.034.684) | (20.065.744) | *Deficit* |
| Defisiensi modal yang dapat diatribusikan kepada pemilik entitas induk | | (13.627.549) | (13.897.327) | *Capital deficiency attributable to owners of the parent entity* |
| Kepentingan nonpengendali | 2b,21 | (221) | (221) | *Non-controlling interest* |
| Defisiensi Modal - Neto | | (13.627.770) | (13.897.548) | *Capital Deficiency - Net* |
| **TOTAL LIABILITAS DAN DEFISIENSI MODAL** | | **926.816** | **1.569.775** | ***TOTAL LIABILITIES AND CAPITAL DEFICIENCY*** |

**PT BAKRIE TELECOM Tbk**
**DAN ENTITAS ANAK**
**LAPORAN LABA RUGI DAN PENGHASILAN KOMPREHENSIF LAIN KONSOLIDASIAN INTERIM**
**UNTUK PERIODE SEMBILAN BULAN YANG BERAKHIR PADA TANGGAL-TANGGAL 30 SEPTEMBER 2017 (TIDAK DIAUDIT) DAN 2016 (TIDAK DIAUDIT)**
**(Saldo dalam tabel disajikan dalam jutaan Rupiah, kecuali dinyatakan lain)**

***PT BAKRIE TELECOM Tbk***
***AND SUBSIDIARIES***
***INTERIM CONSOLIDATED STATEMENTS OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME***
***FOR THE NINE-MONTH PERIODS ENDED SEPTEMBER 30, 2017 (UNAUDITED) AND 2016 (UNAUDITED)***
***(Amounts in tables are expressed in millions of Rupiah, unless otherwise stated)***

| | Catatan/ *Notes* | 2017 | 2016 | |
|---|---|---|---|---|
| **PENDAPATAN USAHA** | 2e,2o,22,29,34,35,36 | | | ***OPERATING REVENUES*** |
| Pendapatan usaha - bruto | | | | *Operating revenue - gross* |
| Jasa telekomunikasi | | 5.727 | 133.598 | *Telecommunication services* |
| Jasa interkoneksi | | - | 15.068 | *Interconnection services* |
| Total pendapatan usaha | | 5.727 | 148.666 | *Total operating revenues* |
| Beban interkoneksi | | (3.176) | (29.516) | *Interconnection expenses* |
| Potongan harga | | - | (48.668) | *Discount* |
| Pendapatan Usaha - Neto | | 2.551 | 70.482 | *Operating Revenues - Net* |
| **BEBAN USAHA** | 2e,2o,29 | | | ***OPERATING EXPENSES*** |
| Penyusutan | 2h,10 | 610.147 | 611.481 | *Depreciation* |
| Operasi dan pemeliharaan | 23 | 971 | 122.104 | *Operating and maintenance* |
| Karyawan | 25 | 27.908 | 62.250 | *Employee* |
| Umum dan administrasi | 24 | 7.031 | 17.299 | *General and administrative* |
| Penjualan dan pemasaran | 26 | 277 | 1.219 | *Sales and marketing* |
| Total Beban Usaha | | 646.334 | 814.353 | *Total Operating Expenses* |
| **RUGI USAHA** | | (643.783) | (743.871) | ***OPERATING LOSS*** |
| **PENGHASILAN (BEBAN) LAIN-LAIN** | | | | ***OTHER INCOME (CHARGES)*** |
| Beban keuangan | 27b | (377.258) | (587.995) | *Financing charges* |
| Laba (rugi) selisih kurs - neto | 2q,27a | (36.820) | 548.734 | *Gain (loss) on foreign exchange - net* |
| Lain-lain - neto | 27c | 39.134 | (574) | *Others - net* |
| Beban Lain-lain - Neto | | (374.944) | (39.835) | *Other Charges - Net* |
| **RUGI SEBELUM BEBAN PAJAK PENGHASILAN** | | (1.018.727) | (783.706) | ***LOSS BEFORE INCOME TAX EXPENSE*** |
| **BEBAN PAJAK PENGHASILAN** | 2r,28d | 49.787 | 32.463 | ***INCOME TAX EXPENSE*** |
| **RUGI NETO** | | **(968.940)** | **(751.243)** | ***NET LOSS*** |

Catatan atas laporan keuangan konsolidasian interim terlampir merupakan bagian yang tidak terpisahkan dari laporan keuangan konsolidasian interim secara keseluruhan.

*The accompanying notes to the interim consolidated financial statements are an integral part of these interim consolidated financial statements.*

**PT BAKRIE TELECOM Tbk**
**DAN ENTITAS ANAK**
**LAPORAN LABA RUGI DAN PENGHASILAN KOMPREHENSIF LAIN KONSOLIDASIAN INTERIM**
**UNTUK PERIODE SEMBILAN BULAN YANG BERAKHIR PADA TANGGAL-TANGGAL 30 SEPTEMBER 2017 (TIDAK DIAUDIT) DAN 2016 (TIDAK DIAUDIT)**
**(Saldo dalam tabel disajikan dalam jutaan Rupiah, kecuali dinyatakan lain)**

***PT BAKRIE TELECOM Tbk***
***AND SUBSIDIARIES***
***INTERIM CONSOLIDATED STATEMENTS OF PROFIT OR LOSS AND OTHER COMPREHENSIVE INCOME***
***FOR THE NINE-MONTH PERIODS ENDED SEPTEMBER 30, 2017 (UNAUDITED) AND 2016 (UNAUDITED)***
***(Amounts in tables are expressed in millions of Rupiah, unless otherwise stated)***

| | Catatan/ *Notes* | 2017 | 2016 | |
|---|---|---|---|---|
| **PENGHASILAN (RUGI) KOMPREHENSIF LAIN** | | | | ***OTHER COMPREHENSIVE INCOME (LOSS)*** |
| **Pos-pos yang akan direklasifikasi lebih lanjut ke laba rugi:** | | | | ***Items that will be reclassified subsequently to profit or loss:*** |
| Selisih kurs penjabaran laporan keuangan | | (2) | (8) | *Exchange differences due to financial statements translation* |
| Perubahan neto atas nilai wajar aset keuangan tersedia untuk dijual | | - | - | *Net change in fair value of available-for-sale of financial asset* |
| Pajak penghasilan terkait | | - | - | *Related income tax* |
| **Penghasilan Komprehensif Lain - Neto Setelah Pajak** | | (2) | (8) | ***Other Comprehensive Income - Net of Tax*** |
| **TOTAL RUGI KOMPREHENSIF** | | **(968.942)** | **(751.251)** | ***TOTAL COMPREHENSIVE LOSS*** |
| **Rugi neto yang dapat diatribusikan kepada:** | | | | ***Net loss attributable to:*** |
| Pemilik entitas Induk | | (968.940) | (751.243) | *Owners of the parent* |
| Kepentingan nonpengendali | 2b,21 | - | - | *Non-controlling interest* |
| **Total** | | **(968.940)** | **(751.243)** | ***Total*** |
| **Total rugi komprehensif yang dapat diatribusikan kepada:** | | | | ***Total comprehensive loss attributable to:*** |
| Pemilik entitas Induk | | (968.942) | (751.251) | *Owners of the parent* |
| Kepentingan nonpengendali | 2b,21 | - | - | *Non-controlling interest* |
| **Total** | | **(968.942)** | **(751.251)** | ***Total*** |
| **RUGI NETO PER SAHAM DASAR DIATRIBUSIKAN KEPADA PEMILIK ENTITAS INDUK (Angka penuh)** | 2s,33 | **(26,35)** | **(24,56)** | ***BASIC LOSS PER SHARE ATTRIBUTABLE TO THE OWNERS OF PARENT (Full amount)*** |

**PT BAKRIE TELECOM Tbk DAN ENTITAS ANAK**
**LAPORAN PERUBAHAN DEFISIENSI MODAL KONSOLIDASIAN INTERIM**
**UNTUK PERIODE SEMBILAN BULAN YANG BERAKHIR PADA TANGGAL-TANGGAL 30 SEPTEMBER 2017 (TIDAK DIAUDIT) DAN 2016 (TIDAK DIAUDIT)**
**(Saldo dalam tabel disajikan dalam jutaan Rupiah, kecuali dinyatakan lain)**

***PT BAKRIE TELECOM Tbk AND SUBSIDIARIES***
***INTERIM CONSOLIDATED STATEMENTS OF CHANGES IN CAPITAL DEFICIENCY FOR THE NINE-MONTH PERIODS ENDED SEPTEMBER 30, 2017 (UNAUDITED) AND 2016 (UNAUDITED)***
***(Amounts in tables are expressed in millions of Rupiah, unless otherwise stated)***

| | | Defisiensi Modal yang dapat Diatribusikan kepada Pemilik Entitas Induk/ *Capital Deficiency Attributable to Owners of the Parent* | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Catatan/ *Notes* | Modal Saham Ditempatkan dan Disetor/ *Issued and Paid Shares* | Tambahan Modal Disetor/ *Additional Paid-in Capital* | Saham Beredar yang Diperoleh Kembali/ *Treasury Stock* | Agio Saham Beredar yang Diperoleh Kembali/ *Premium on Treasury Stock* | Cadangan Modal Lainnya/ *Other Capital Reserves* | Defisit/ *Deficit* | Total/ *Total* | Kepentingan Nonpengendali/ *Non-controlling interest* | Defisiensi Modal - Neto/ *Capital Deficiency - Net* | |
| Saldo 1 Januari 2016 - | | 3.633.609 | 2.488.014 | (11.000) | 50.623 | (551) | (18.673.601) | (12.512.906) | (249) | (12.513.155) | *Balance as of January 1, 2016* |
| Rugi neto tahun berjalan | | - | - | - | - | - | (751.243) | (751.243) | - | (751.243) | *Net loss for the year* |
| Penghasilan komprehensif lain tahun berjalan: Selisih kurs penjabaran laporan keuangan | 2q | - | - | - | - | (8) | - | (8) | - | (8) | *Other comprehensive income for the year: financial statements translation* |
| **Saldo 30 September 2016** | | **3.633.609** | **2.488.014** | **(11.000)** | **50.623** | **(559)** | **(19.424.844)** | **(13.264.157)** | **(249)** | **(13.264.406)** | ***Balance as of September 30, 2016*** |
| Saldo 1 Januari 2017 | | 3.633.609 | 2.488.014 | (11.000) | 50.623 | 7.171 | (20.065.744) | (13.897.327) | (221) | (13.897.548) | *Balance as of January 1, 2017* |
| Rugi neto tahun berjalan | | - | - | - | - | - | (968.940) | (968.940) | - | (968.940) | *Net loss for the year* |
| Konversi saham | | 1.237.863 | - | - | - | - | - | 1.237.863 | - | 1.237.863 | *Shares conversion* |
| Pengampunan Pajak | | - | 857 | - | - | - | - | 857 | - | 857 | *Tax Amnesty* |
| Penghasilan komprehensif lain tahun berjalan: Selisih kurs penjabaran laporan keuangan | 2q | - | - | - | - | (2) | - | (2) | - | (2) | *Other comprehensive income for the year: financial statements translation* |
| **Saldo 30 September 2017** | | **4.871.472** | **2.488.871** | **(11.000)** | **50.623** | **7.169** | **(21.034.684)** | **(13.627.549)** | **(221)** | **(13.627.770)** | ***Balance as of September 30, 2017*** |

Catatan atas laporan keuangan konsolidasian interim terlampir merupakan bagian yang tidak terpisahkan dari laporan keuangan konsolidasian interim secara keseluruhan.

*The accompanying notes to the interim consolidated financial statements are an integral part of these interim consolidated financial statements.*

**PT BAKRIE TELECOM Tbk**
**DAN ENTITAS ANAK**
**LAPORAN ARUS KAS KONSOLIDASIAN INTERIM**
**UNTUK PERIODE SEMBILAN BULAN**
**YANG BERAKHIR PADA TANGGAL-TANGGAL**
**30 SEPTEMBER 2017 (TIDAK DIAUDIT)**
**DAN 2016 (TIDAK DIAUDIT)**
**(Saldo dalam tabel disajikan dalam jutaan Rupiah, kecuali dinyatakan lain)**

***PT BAKRIE TELECOM Tbk***
***AND SUBSIDIARIES***
***INTERIM CONSOLIDATED STATEMENTS OF CASH FLOWS***
***FOR THE NINE-MONTH PERIODS ENDED***
***SEPTEMBER 30, 2017 (UNADITED)***
***AND 2016 (UNAUDITED)***
***(Amounts in tables are expressed in millions of Rupiah, unless otherwise stated)***

| | 2017 | 2016 | |
|---|---|---|---|
| **ARUS KAS DARI AKTIVITAS OPERASI** | | | ***CASH FLOWS FROM OPERATING ACTIVITIES*** |
| Penerimaan kas dari pelanggan | 5.626 | 76.996 | *Cash receipts from customers* |
| Pembayaran kas kepada pemasok dan aktivitas operasi lainnya | (2.117) | (61.767) | *Cash paid to suppliers and other operating activities* |
| Pembayaran kas kepada karyawan | (16.288) | (15.524) | *Cash paid to employees* |
| Pembayaran beban keuangan | (12) | (1.450) | *Payment of financing charges* |
| Pembayaran pajak | (28.105) | (51) | *Payment of taxes* |
| Penerimaan bunga | 2 | 15 | *Receipt of interest* |
| Penerimaan lainnya | 39.115 | - | *Others receipt* |
| Kas Neto Diperoleh dari (Digunakan untuk) Aktivitas Operasi | (1.779) | (1.781) | *Net Cash Flows Provided by (Used in) Operating Activities* |
| **ARUS KAS DARI AKTIVITAS INVESTASI** | - | - | ***CASH FLOWS FROM INVESTING ACTIVITIES*** |
| **ARUS KAS DARI AKTIVITAS PENDANAAN** | - | - | ***CASH FLOWS FROM FINANCING ACTIVITY*** |
| **PENURUNAN NETO KAS DAN SETARA KAS** | (1.779) | (1.781) | ***NET DECREASE IN CASH AND CASH EQUIVALENTS*** |
| **EFEK PERUBAHAN NILAI KURS TERHADAP KAS DAN SETARA KAS** | 2 | 3 | ***EFFECT OF EXCHANGE RATE CHANGES ON CASH AND CASH EQUIVALENTS*** |
| **KAS DAN SETARA KAS AWAL PERIODE** | 2.211 | 5.720 | ***CASH AND CASH EQUIVALENTS AT BEGINNING OF YEAR*** |
| **KAS DAN SETARA KAS AKHIR PERIODE** | **434** | **3.942** | ***CASH AND CASH EQUIVALENTS AT END OF YEAR*** |

Catatan atas laporan keuangan konsolidasian interim terlampir merupakan bagian yang tidak terpisahkan dari laporan keuangan konsolidasian interim secara keseluruhan.

*The accompanying notes to the interim consolidated financial statements are an integral part of these interim consolidated financial statements.*

## 1. UMUM

### a. Pendirian Perusahaan

PT Bakrie Telecom Tbk (dahulu PT Radio Telepon Indonesia) ("Perusahaan") didirikan di Republik Indonesia pada tanggal 13 Agustus 1993 dalam rangka Undang-undang Penanaman Modal Dalam Negeri No. 6 tahun 1968, yang kemudian diperbaharui dengan Undang-undang No. 12 tahun 1970 berdasarkan Akta Notaris No. 94 oleh Muhani Salim, SH., sebagaimana diperbaiki dengan Akta Notaris Pembetulan No. 13 tanggal 5 November 1993 dan diubah dengan Akta Notaris No. 129 tanggal 27 November 1993, keduanya dibuat oleh Abdurachman Kadir, SH., Notaris pengganti dari Muhani Salim, SH.

Status Perusahaan mengalami perubahan menjadi perusahaan terbuka sebagaimana tertuang dalam resolusi para pemegang saham yang berkekuatan sama dengan Rapat Umum Pemegang Saham yang dituangkan dalam Akta Notaris No. 6 tanggal 3 Februari 2006 yang dibuat oleh Agus Madjid, SH. Dimana perubahan tersebut telah disampaikan kepada Menteri Hukum dan Hak Asasi Manusia Republik Indonesia dan telah diterima dan dicatat oleh Direktorat Jenderal Administrasi Hukum Umum sebagaimana tertuang dalam surat No. C-03880 HT.01.04.TH.2006, tanggal 13 Februari 2006.

Ruang lingkup kegiatan Perusahaan meliputi penyediaan jaringan dan penyelenggaraan jasa telekomunikasi nasional dengan daerah operasi mencakup Jakarta, beberapa wilayah di Jawa Barat, Banten, Jawa Tengah, Jawa Timur, Bali, Sumatera, Sulawesi dan Kalimantan. Perusahaan berdomisili di Jakarta dengan kantor pusat berlokasi di Wisma Bakrie, Lantai 3, Jl. H.R. Rasuna Said Kav. B-1, Jakarta Selatan. Perusahaan memulai beroperasi secara komersial pada tanggal 1 November 1995.

Berdasarkan keputusan Rapat Umum Pemegang Saham Luar Biasa pada tanggal 11 Agustus 2008, ruang lingkup kegiatan Perusahaan telah diperluas yang meliputi; merencanakan, membangun dan menyewakan sarana/fasilitas telekomunikasi, melaksanakan kegiatan pemasaran dan penjualan jaringan dan/atau jasa telekomunikasi, melakukan pemeliharaan, penelitian dan pengembangan sarana/fasilitas telekomunikasi, serta memperdagangkan perangkat/produk telekomunikasi.

## *1. GENERAL*

### *a. Company Establishment*

*PT Bakrie Telecom Tbk (previously PT Radio Telepon Indonesia) (the "Company") was established in the Republic of Indonesia on August 13, 1993 within the framework of the Domestic Investment Law No. 6 Year 1968, as amended by Law No. 12 Year 1970 based on Notarial Deed No. 94, of Muhani Salim, SH., as amended by Amendment Notarial Deed No. 13 dated November 5, 1993 and amended by Notarial Deed No. 129 dated November 27, 1993, both made of Abdurachman Kadir, SH., substitute of Notary Muhani Salim, SH.*

*The Company's status was changed to that of a public company through the resolutions of the Company's shareholders as notarized by Deed No. 6 of Agus Madjid, SH., dated February 3, 2006. This change was reported to the Ministry of Law and Human Rights of the Republic of Indonesia and was accepted and recorded by the Directorate General of General Law Administration per letter No. C-03880 HT.01.04.TH.2006 dated February 13, 2006.*

*The scope of activities of the Company comprises the provision of fixed digital radio cellular telecommunication national network and services. The Company's operational areas are located in Jakarta, certain regions in West Java, Banten, Central Java, East Java, Bali, Sumatra, Sulawesi and Kalimantan. The Company is domiciled in Jakarta with its head office located at Wisma Bakrie, 3rd Floor, Jl. H.R. Rasuna Said Kav. B-1, South Jakarta. The Company started its commercial operations on November 1, 1995.*

*Based on the Extraordinary General Shareholders Meeting held on August 11, 2008, the scope of activities of the Company was modified to comprise; planning, development and lease of telecommunication equipment/ facilities, marketing and sales activities of telecommunication network and/ or services, maintenance, research and development of telecommunication equipment/ facilities, and selling of telecommunication products/ utilities.*

**1. UMUM** *(Lanjutan)*

Anggaran Dasar Perusahaan telah mengalami beberapa kali perubahan. Perubahan terakhir sehubungan dengan Anggaran Dasar Perusahaan yang telah disesuaikan dengan peraturan Otoritas Jasa Keuangan (OJK) dan peningkatan modal dasar ditempatkan Perusahaan, yang dilakukan melalui Rapat Umum Pemegang Saham Luar Biasa Perusahaan tanggal 29 Mei 2015, sebagaimana dimuat dalam Akta Pernyataan Keputusan Rapat No. 27 dan No. 28 masing-masing tertanggal 22 Juni 2015 yang dibuat dihadapan Notaris Lenny Janis Ishak, SH. Perubahan tersebut telah disampaikan kepada Menteri Hukum dan Hak Asasi Manusia Republik Indonesia dan telah diterima dan dicatat oleh Direktorat Jenderal Administrasi Hukum Umum sebagaimana tertuang dalam surat No.AHU-0940316.AH.01.02. TAHUN 2015 dan diumumkan dalam Berita Negara No.98 Tambahan No. 43892 tanggal 6 November 2015, tanggal 7 Agustus 2015.

Pada tanggal 10 Oktober 2016, Pemerintah menerbitkan Surat Keputusan Menteri Komunikasi dan Informatika Nomor 1765 Tahun 2016 tentang Pencabutan Keputusan Menteri Komunikasi dan Informatika Nomor 298/KEP/M.KOMINFO/6/2007 Tentang Izin Penyelenggaraan Jaringan Tetap Lokal Tanpa Kabel Dengan Mobilitas Terbatas PT. Bakrie Telecom Tbk.

Sejalan dengan Surat pencabutan ijin tersebut, Penyelenggaraan Jaringan Tetap Lokal Tanpa Kabel Dengan Mobilitas Terbatas PT. Bakrie Telecom Tbk dihentikan.

Pada tanggal 17 Oktober 2016, Pemerintah menerbitkan Surat Keputusan Menteri Komunikasi dan Informatika Nomor 145 Tahun 2016 tentang Pencabutan Keputusan Menteri Komunikasi dan Informatika Nomor 59/KEP/M.KOMINFO/02/2009 Tentang Izin Penyelenggaraan Jaringan Tetap Sambungan Internasional PT. Bakrie Telecom Tbk.

Sejalan dengan Surat pencabutan ijin tersebut, Penyelenggaraan Jaringan Tetap Sambungan Internasional PT. Bakrie Telecom Tbk. dihentikan.

Pada tanggal 7 November 2016, diterbitkan Surat Keputusan Direktur Jenderal Penyelenggaraan Pos dan Informatika Nomor 213 Tahun 2016 tentang Pencabutan Keputusan Direktur Jenderal Pos dan Telekomunikasi Nomor 184/DIRJEN/2009 Tentang Izin Penyelenggaraan Jasa Nilai Tambah Teleponi Pusat Layanan Informasi PT. Bakrie Telecom Tbk.

***1. GENERAL** (Continued)*

*The Company's Articles of Association have been amended several times. The latest amendment in relation to the Company's Articles of Association that have been adapted to the Financial Services Authority (OJK) rules and the increase of authorized capital issued was based on Extraordinary General Meeting of Shareholders dated May 29, 2015, as stated in Deed of Resolution No. 27 and No. 28 which dated June 22, 2015 made before Lenny Janis Ishak, SH, Notary. This change was reported to the Ministry of Law and Human Rights of the Republic of Indonesia and was accepted and recorded by the Directorate General of General Law Administration per letter No. AHU-0940316.AH.01.02. TAHUN 2015 and was published in the State Gazette No. 89, Supplement No. 43892 dated November 6, 2015. dated August 7, 2015.*

*On October 10, 2016, The government issued the Ministry of Communication and Information Decree No. 1765 Year 2016 that revoked the Ministry of Communication and Information Decree Number 298/KEP/M.KOMINFO/6/2007 concerning Operational License of Local Fixed Wireless Network of PT. Bakrie Telecom Tbk.*

*In line with the Ministry Decree, the operation of Local Fixed Wireless Network with limited mobility services of PT. Bakrie Telecom Tbk. was terminated.*

*On October 17, 2016, The government issued the Ministry of Communication and Information Decree No. 145 Year 2016 that revoked the Ministry of Communication and Information Decree Number 59/KEP/M.KOMINFO/02/2009, concerning Operational License of International Long Distance Fixed Network of PT. Bakrie Telecom Tbk.*

*In line with the Ministry Decree, the operation of International Long Distance Fixed Network Services of PT. Bakrie Telecom Tbk. was terminated.*

*On November 7, 2016, The government issued the Director General of Managing Post and Information Decree Number. 213 Year 2016 that revoked the Director General of Post and Telecommunication Decree Number* 184/DIRJEN/2009 *concerning Operational License of Call Center of PT. Bakrie Telecom Tbk.*

**1. UMUM** *(Lanjutan)*

Sejalan dengan Surat pencabutan ijin tersebut, Penyelenggaraan Jasa Nilai Tambah Teleponi Pusat Layanan Informasi PT. Bakrie Telecom Tbk dihentikan.

Pada tanggal 9 November 2016, diterbitkan Surat Keputusan Direktur Jenderal Penyelenggaraan Pos dan Informatika Nomor 235 Tahun 2016 tentang Pencabutan Keputusan Direktur Jenderal Pos dan Telekomunikasi Nomor 195/DIRJEN/2010 Tentang Izin Penyelenggaraan Jasa Interkoneksi Internet (Network Access Point/NAP) PT. Bakrie Telecom Tbk.

Sejalan dengan Surat pencabutan ijin tersebut, Penyelenggaraan Jasa Interkoneksi Internet oleh PT. Bakrie Telecom Tbk dihentikan.

Pada tanggal 14 November 2016, diterbitkan Surat Keputusan Direktur Jenderal Penyelenggaraan Pos dan Informatika Nomor 242 Tahun 2016 tentang Pencabutan Keputusan Direktur Jenderal Pos dan Telekomunikasi Nomor 16/DIRJEN/2006 Tentang Izin Penyelenggaraan Jasa Internet Teleponi Untuk Keperluan Publik (ITKP) PT. Bakrie Telecom Tbk.

Sejalan dengan Surat pencabutan ijin tersebut, Penyelenggaraan Jasa Internet Teleponi Untuk Keperluan Publik (ITKP) oleh PT. Bakrie Telecom Tbk dihentikan.

Pada tanggal 26 September 2014, Perusahaan memperoleh persetujuan pengalihan izin penggunaan spektrum frekuensi radio pada pita frekuensi radio 800 MHz PT Bakrie Telecom Tbk kepada PT Smartfren Telecom Tbk, berdasarkan Surat Keputusan dari Menteri Komunikasi dan Informatika Republik Indonesia No. 932/KEP/M.KOMINFO/09/ 2014 sesuai dengan Peraturan Menteri Komunikasi dan Informatika Nomor 30 Tahun 2014 tentang Penataan Pita Frekuensi Radio 800 MHz untuk Keperluan Penyelenggaraan Jaringan Bergerak Selular.

Perusahaan tergabung dalam Kelompok Usaha Bakrie.

**b. Penawaran Umum Saham Perdana**

Pada tanggal 3 Februari 2006, Perusahaan mencatat sahamnya pada Bursa Efek Indonesia (dahulu Bursa Efek Jakarta) melalui Penawaran Umum Perdana Saham Seri B Atas Nama Tahun 2005 sebanyak lima miliar lima ratus juta (5.500.000.000) saham dengan nilai nominal seratus rupiah (Rp100) per saham.

***1. GENERAL** (Continued)*

*In line with the that the Director General Decree, the operation of Call Center Services of PT. Bakrie Telecom Tbk. was terminated.*

*On November 9, 2016, The government issued the Director General of Managing Post and Information Decree Number. 235 Year 2016 that revoked the Director General of Post and Telecommunication Decree Number* 195/DIRJEN/2010 *concerning Operational License of Network Access Point Services of PT. Bakrie Telecom Tbk.*

*In line with the that the Director General Decree, the operation of Network Access Point Services by PT. Bakrie Telecom Tbk. was terminated.*

*On November 14, 2016, The government issued the Director General of Managing Post and Information Decree Number. 242 Year 2016 that revoked the Director General of Post and Telecommunication Decree Number* 16/DIRJEN/2006 *concerning Operational License of Public Internet Telepony (VoIP) Services of PT. Bakrie Telecom Tbk.*

*In line with the that the Director General Decree, the operation of Public Internet Telepony (VoIP) Services by PT. Bakrie Telecom Tbk. was terminated.*

*On September 26, 2014, the Company obtained approval permits for transfer the radio frequency spectrum bandwidth 800 Mhz of PT Bakrie Telecom Tbk to PT Smartfren Telecom Tbk, based on Decision Letter of the Ministry of Communication and Information of the Republic of Indonesia No. 932/KEP/M.KOMINFO/09/2014 in respect to Regulation of the Minister of Communication and Information Technology Number 30 Year 2014 concerning Settlement 800 MHz Radio Frequency Band the Purpose of Implementation of Cellular Mobile Network.*

*The Company is part of the Bakrie Group.*

***b. Initial Public Offering***

*On February 3, 2006, the Company listed its shares on the Indonesia Stock Exchange (previously Jakarta Stock Exchange) through an Initial Public Offering (IPO) of five billion five hundred million (5,500,000,000) registered Shares Series B in Year 2005 with nominal value of one hundred rupiah (Rp100) per share.*

**1. UMUM (Lanjutan)**

Dalam rangka penawaran umum perdana ini, Perusahaan secara bersamaan juga menerbitkan sebanyak satu miliar seratus juta (1.100.000.000) lembar Waran Seri I diberikan secara cuma-cuma yang menyertai seluruh saham Seri B atas nama. Waran Seri I memberikan hak kepada pemegangnya untuk melakukan pembelian saham Seri B atas nama dengan harga pelaksanaan sebesar seratus tiga puluh lima rupiah (Rp135) setiap saham yang dapat dilakukan selama masa berlakunya pelaksanaan yaitu mulai tanggal 3 Agustus 2006 sampai 2 Februari 2009.

Pada bulan Maret 2009, semua waran telah selesai dilaksanakan.

Penawaran Umum Saham Perdana tersebut disetujui oleh Rapat Umum Pemegang Saham Luar Biasa pada tanggal 23 September 2005 dan dituangkan dalam Akta Notaris No. 39 oleh Agus Madjid, SH.

**c. Penawaran Umum Terbatas (PUT)**

Pada tanggal 14 Februari 2008, Perusahaan memperoleh surat pernyataan efektif dari Ketua Otoritas Jasa keuangan melalui surat No. S-944/BL/2008 tanggal 14 Februari 2008 atas Penawaran Umum Terbatas (PUT) sebanyak-banyaknya delapan miliar enam ratus tiga puluh delapan juta tujuh puluh sembilan ribu tiga ratus lima puluh dua (8.638.079.352) saham Seri B dengan nilai nominal sebesar seratus rupiah (Rp100) setiap saham yang ditawarkan dengan harga penawaran sebesar tiga ratus lima puluh rupiah (Rp350). PUT tersebut telah disetujui oleh Rapat Umum Pemegang Saham Luar Biasa pada tanggal 15 Februari 2008 dengan Akta Notaris No. 38 oleh Agus Madjid, SH., dan pada tanggal 29 Februari 2008, PUT tersebut telah dicatatkan pada Bursa Efek Indonesia.

**d. Pembelian kembali (*buy-back*) Saham Perusahaan**

Pada tanggal 15 Oktober 2008, Direksi menyetujui pembelian kembali saham yang beredar Perusahaan sampai jumlah maksimum sebanyak satu koma satu triliun rupiah (Rp1,1 triliun) atau 20% dari modal disetor Perusahaan. Pembelian kembali saham tahap pertama akan dilakukan sebesar-besarnya seratus miliar rupiah (Rp100,0 miliar) dan pembelian kembali saham tahap kedua akan dilakukan sesuai dengan kemampuan, keperluan dan kondisi Perusahaan.

Pembelian kembali dilaksanakan dalam periode Oktober dan November tahun 2008, dimana sebanyak enam ratus delapan puluh sembilan juta empat ratus dua puluh lima ribu lima ratus (689.425.500) lembar saham telah dibeli kembali, dan pada tahun 2009, sebanyak lima ratus tujuh puluh sembilan juta empat ratus dua puluh lima ribu lima ratus (579.425.500) lembar saham telah dijual kembali (Catatan 23).

***1. GENERAL (Continued)***

*For the purposes of this public offering, the Company also simultaneously issued one billion one hundred million (1,100,000,000) Series I Warrants that were issued at no cost (naked warrants) accompanying the registered Series B shares. Series I Warrants gave the right to their holders to purchase Series B shares at an exercise price of one hundred and thirty-five rupiah (Rp135) per share, which could be exercised within the period of August 3, 2006 to February 2, 2009.*

*In March 2009, all warrants had been accomplished.*

*The IPO was approved by the Extraordinary Shareholders' General Meeting held on September 23, 2005 and notarized by Deed No. 39 of Agus Madjid, SH.*

***c. Rights Issue***

*On February 14, 2008, the Company obtained the notice of effectiveness from the Chairman of the Financial Services Authority per letter No. S-944/BL/2008 dated February 14, 2008 of its Rights Issue for a maximum of eight billion, six hundred thirty-eight million, seventy-nine thousand, three hundred fifty-two (8,638,079,352) Series B shares with nominal value of one hundred rupiah (Rp100) per share which were offered at three hundred fifty rupiah (Rp350) per share The Rights Issue, which was approved by the Extraordinary Shareholders' General Meeting held on February 15, 2008 and notarized by Deed No. 38 of Agus Madjid, SH., was listed on the Indonesia Stock Exchange on February 29, 2008.*

***d. Buy-Back of the Company's Shares of Stock***

*On October 15, 2008, the Board of Directors approved the buy-back of the Company's shares up to a maximum of one point one trillion rupiah (Rp1.1 trillion) or 20% of the paid-in capital of the Company. The buy-back of shares of stock in the first phase worth of up to one hundred billion rupiah (Rp100.0 billion) and the second phase of the balance will be carried out according to the availability, needs and condition of the Company.*

*The buy-back was undertaken during the period of October and November 2008, during which time six hundred eighty-nine million, four hundred twenty-five thousand, five hundred (689,425,500) shares were bought back, and in 2009, five hundred seventy-nine million, four hundred twenty-five thousand, five hundred (579,425,500) shares were reissued (Note 23).*

**1. UMUM** *(Lanjutan)*

**e. Penambahan Modal Tanpa Hak Memesan Efek Terlebih Dahulu (PMT-HMETD)**

Pada tanggal 22 Juni 2012 dan 29 Agustus 2012, Perusahaan menerbitkan saham Seri B dengan nilai nominal seratus rupiah (Rp100) per saham masing-masing sebesar lima ratus enam puluh enam juta tiga puluh tujuh ribu tujuh ratus tiga puluh enam (566.037.736) saham dan satu miliar lima ratus tiga puluh enam juta seratus tiga puluh lima ribu tiga ratus empat puluh (1.536.135.340) saham, untuk PT Bakrie Global Ventura, pihak berelasi melalui Penambahan Modal Tanpa Hak Memesan Efek Terlebih Dahulu (PMT-HMETD) dengan harga pelaksanaan dua ratus enam puluh lima rupiah (Rp265) per saham.

**f. Struktur Entitas Anak**

Pada tanggal 11 Maret 2010, berdasarkan Akta Notaris No. 03 dibuat oleh Dheasy Suzanti, SH., M.Kn., Perusahaan mendirikan Entitas Anak yang bernama PT Bakrie Connectivity.

Ruang lingkup kegiatan Entitas Anak meliputi usaha perdagangan produk dan/atau perangkat telekomunikasi, jasa teknologi informasi, jasa penyedia dan pemanfaatan multimedia dan jasa pengadaan sumber daya manusia, telekomunikasi serta media cetak.

Pada tanggal 11 Maret 2010, berdasarkan Akta Notaris No. 04 dibuat oleh Dheasy Suzanti, SH., M.Kn, Perusahaan mendirikan Entitas Anak yang bernama PT Bakrie Digital Net (dahulu PT Bakrie Network). Perubahan nama Entitas Anak berdasarkan Akta Notaris No. 03 pada tanggal 9 September 2013. Pada tanggal 31 Desember 2015, Entitas Anak masih dalam tahap pengembangan.

Pada tanggal 19 April 2010, Perusahaan mendirikan Entitas Anak yang bernama Bakrie Telecom Pte., Ltd. Kantor Entitas Anak berlokasi di Singapura. Entitas Anak tidak memiliki kegiatan usaha lain selain memberikan jasa kepada Perusahaan dan memperoleh pendapatan dari jasa tersebut.

Pada tanggal 16 Juni 2016, berdasarkan Akta Notaris No. 09 dibuat oleh Ervina Christina Sembiring, SH., M.Kn., Perusahaan mendirikan Entitas Anak yang bernama PT Anugerah Andalan Investama (AAI).

Ruang lingkup kegiatan AAI adalah meliputi perdagangan produk dan jasa berbasis internet, internet provider, jasa penyediaan sumber daya manusia, jasa televisi berbayar, jasa multimedia, dan jasa media cetak dan elektronik.

***1. GENERAL*** *(Continued)*

***e. Capital Stock Issuance Through Non-Preemptive Right (PMT-HMETD)***

*On June 22, 2012 and August 29, 2012, the Company issued Series B shares with nominal value of one hundred rupiah (Rp100) per share amounting to five hundred sixty-six million, thirty-seven thousand, seven hundred thirty-six (566,037,736) shares and one billion, five hundred thirty-six million, one hundred thirty-five thousand, three hundred forty (1,536,135,340) shares, respectively, to PT Bakrie Global Ventura, a related party through Capital Stock Issuance Without Preemptive Right (PMT-HMETD) at an exercise price of two hundred sixty-five rupiah (Rp265) per share.*

***f. Structure of the Subsidiaries***

*On March 11, 2010, based on Notarial Deed No. 03, of Dheasy Suzanti, SH., M.Kn., the Company established a Subsidiary, PT Bakrie Connectivity.*

*The scope of its Subsidiary activities consists of trading of products and/ or telecommunications equipment, services as information technology service providers, and the use of multimedia and human resources services, telecommunications and media.*

*On March 11, 2010, based on Notarial Deed No. 04, of Dheasy Suzanti, SH., M.Kn., the Company established a Subsidiary, PT Bakrie Digital Net (formerly PT Bakrie Network). The change in name of the Subsidiary was based on Notarial Deed No. 03 dated September 9, 2013. As of December 31, 2015, this Subsidiary is still under the development stage.*

*On April 19, 2010, the Company established a Subsidiary, Bakrie Telecom Pte., Ltd. The registered office of the Subsidiary is located in Singapore. The Subsidiary has no other business operation than to provide services to the Company and earns revenue from rendering such services.*

*On June 16, 2016, based on Notarial Deed no. 09 of Ervina Christina Sembiring, SH.,M.Kn. The Company established a Subsidiary, PT Anugerah Andalan Investama (AAI).*

*The scope of AAI consist of trading and services internet product, internet provider, human resources services, subscription television services, multimedia services, and printing and electronic media services.*

**1. UMUM** *(Lanjutan)*

Pada tanggal 27 Desember 2016 berdasarkan Akta Notaris No 22 yang kemudian ditegaskan kembali dengan Akta Notaris No. 15 tanggal 24 Januari 2017 yang keduanya dibuat oleh Ervina Christina Sembiring, S.H., M.Kn, AAI telah mengambilalih saham-saham pada PT. Mitra Kreasi Komunika (MKK).

Ruang lingkup kegiatan MKK adalah meliputi perdagangan barang dan jasa antara lain perdagangan alat-alat telekomunikasi, elektronik, jasa pembangunan instalasi telekomunikasi, industri barang-barang elektronik, jasa penerbitan dan desain grafis, jasa teknologi inforamsi dan internet konten serta jasa multimedia.

MKK adalah selaku pemegang saham pada PT. Layanan Prima Digital (LPD) berdasarkan Akta Notaris No. 8 tanggal 31 Agustus 2016 yang kemudian ditegaskan kembali melalui Akta Notaris No. 2 tanggal 28 Oktober 2016 yang keduanya dibuat oleh Firdhonal S.H.

Ruang lingkup kegiatan LPD meliputi perdagangan barang-barang elektronik dan telekomunikasi serta peralatan Jaringan, penyediaan jasa internet dan multimedia, jasa televisi berbayar, jasa telekomunikasi, jasa publikasi dan penyiaran, jasa e-commerece dan jasa penyediaan dan pemanfaatan multimedia melalui perangkat telekomunikasi dan jasa-jasa terkait lainnya.

Pada tanggal 30 September 2017 dan 31 Desember 2016, Perusahaan memiliki Entitas Anak dengan kepemilikan sebagai berikut (selanjutnya secara bersama-sama dengan Perusahaan disebut sebagai “Kelompok Usaha”):

***1. GENERAL*** *(Continued)*

*On December 27, 2016, based on Notarial Deed No. 22 reaffirmed with Notarial Deed No. 15 dated January 24, 2017 of Ervina Christina Sembiring, S.H., M.Kn, both of them, AAI has taken over PT. Mitra Kreasi Komunika (MKK) shares.*

*The scope of MKK consist of trading goods and services such as telecomunication equipment, electronic, develop telecomunication instalation, electronic goods,services publications and graphic design, information technology services, and interrnet content with multimedia services.*

*MKK as a shareholders at PT. Layanan Prima Digital (LPD) based on Notarial Deed No. 8 dated August 31, 2016 reaffirmed with Notarial Deed No.2 dated October 28, 2016 of Firdhonal S.H both of them.*

*The scope of LPD consist of trading electronic telecommunication goods with and network equipment, internet and multimedia services provider, subscription television services, telecommunicaton services, publication and broadcasting services, e-commerce services, and multimedia services and utilize through the telecommunication and others related services.*

*As of September 30, 2017 and December 31, 2016 , the Company had ownership interest in Subsidiaries as follows (together with the Company hereinafter referred to as the “Group”):*

| Entitas Anak/ *Subsidiaries* | Persentase Kepemilikan/ *Percentage of Ownership* (%) | Bidang Usaha/ *Scope of Activities* | Saat Dimulainya Kegiatan Usaha Komersial/ *Start of Commercial Operations* | Domisili/ *Domicile* | Total Aset sebelum Eliminasi/ *Total Asset before Elimination* 2017 | 2016 |
|---|---|---|---|---|---|---|
| **Kepemilikan langsung/ *Direct ownership:*** | | | | | | |
| PT Bakrie Connectivity | 99,99 | Perdagangan Telekomunikasi/ *Telecommunication Trading* | 2010 | Indonesia | 1 | 9.195 |
| PT Bakrie Digital Net | 99,80 | Infrastruktur Telekomunikasi/ *Telecommunication Infrastructure* | - | Indonesia | 516 | 515 |
| Bakrie Telecom Pte., Ltd | 100,00 | Entitas Bertujuan Khusus/ *Special Purpose Entity* | 2010 | Singapura/ *Singapore* | 7.738.525 | 7.027.324 |
| PT Anugerah Andalan Investama (AAI) | 99,80 | Perdagangan dan Jasa/ *Trading and Services* | 2016 | Indonesia | 10.164 | 717 |

**1. UMUM** *(Lanjutan)*

***1. GENERAL** (Continued)*

| Entitas Anak/ *Subsidiaries* | Persentase Kepemilikan/ *Percentage of Ownership* (%) | Bidang Usaha/ *Scope of Activities* | Saat Dimulainya Kegiatan Usaha Komersial/ *Start of Commercial Operations* | Domisili/ *Domicile* | Total Aset sebelum Eliminasi/ *Total Asset before Elimination* 2017 | 2016 |
|---|---|---|---|---|---|---|
| ***Indirect ownership:*** | | | | | | |
| Melalui / *Through AAI* | | | | | | |
| PT Mitra Kreasi Komunika (MKK) | 70,00 | Perdagangan dan Jasa/ *Trading and Services* | 2016 | Indonesia | 9.668 | 869 |

**g. Dewan Komisaris, Direksi dan Komite Audit serta Karyawan**

Susunan Dewan Komisaris dan Direksi Perusahaan pada tanggal 30 September 2017 dan 31 Desember 2016 adalah sebagai berikut:

***g. Boards of Commissioners, Directors and Audit Committee and Employees***

*The composition of the Company's Boards of Commissioners and Directors as of September 30, 2017 and December 31, 2016 was as follows:*

| | **30 September 2017 dan 31 Desember 2016** / ***September 30, 2017 and December 31, 2016*** | |
|---|---|---|
| **Dewan Komisaris** | | ***Board of Commissioners*** |
| Komisaris Utama | Anindya Novyan Bakrie | *President Commissioner* |
| Wakil Komisaris Utama | Gafur Sulistyo Umar | *Vice President Commissioner* |
| Komisaris Independen | Ai Mulyadi Mamoer | *Independent Commissioner* |
| **Direksi** | | ***Board of Directors*** |
| Direktur Utama | R Bismarka Kurniawan | *President Director* |
| Wakil Direktur Utama | Jastiro Abi | *Vice President Director* |
| Wakil Direktur Utama | Taufan Eko Nugroho Rotorasiko | *Vice President Director* |
| Direktur Independen | W. Mark Robson | *Independent Director* |
| Direktur | Harya Mitra Hidayat | *Director* |
| Direktur | Andi Pravidia Saliman | *Director* |

Susunan Komite Audit dan Sekretaris Perusahaan pada tanggal 30 September 2017 dan 31 Desember 2016 adalah sebagai berikut:

*The composition of the Company's Audit Committee and the sole Corporate Secretary as of September 30, 2017 and December 31, 2016 was as follows:*

| | | |
|---|---|---|
| **Komite Audit** | | ***Audit Committee*** |
| Ketua | Ai Mulyadi Mamoer | *Chairman* |
| Anggota | Yansen Pasaribu | *Members* |
| Anggota | Leo J. Susilo | *Members* |

| | **2017 dan/*and* 2016** | |
|---|---|---|
| **Sekretaris Perusahaan** | Agustinus Harimurti | ***Corporate Secretary*** |

Pada tanggal 30 September 2017 dan 31 Desember 2016, jumlah karyawan Kelompok Usaha masing-masing adalah 21 dan 23 karyawan (tidak diaudit).

*As of September 30, 2017 and December 31, 2016 , the Group had 21 and 23 employees, respectively (unaudited).*

**1. UMUM** *(Lanjutan)*

**h. Penyelesaian Laporan Keuangan Konsolidasian**

Manajemen Perusahaan bertanggung jawab atas penyusunan laporan keuangan konsolidasian ini yang telah disetujui oleh Direksi untuk diterbitkan pada tanggal 23 Oktober 2017.

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING**

**a. Dasar Penyusunan Laporan Keuangan Konsolidasian dan Pernyataan Kepatuhan**

Laporan keuangan konsolidasian telah disusun sesuai dengan Standar Akuntansi Keuangan (“SAK”), yang mencakup Pernyataan dan Interpretasi yang diterbitkan oleh Dewan Standar Akuntansi Keuangan Ikatan Akuntan Indonesia, dan Keputusan Ketua Bapepam-LK No. KEP-347/BL/2012 tertanggal 25 Juni 2012 tentang Penyajian dan Pengungkapan Laporan Keuangan Emiten atau Perusahaan Publik yang diterbitkan oleh Otoritas Jasa Keuangan (OJK).

Kebijakan akuntansi yang diterapkan dalam penyusunan laporan keuangan konsolidasian ini adalah selaras dengan kebijakan akuntansi yang diterapkan dalam penyusunan laporan keuangan konsolidasian Kelompok Usaha untuk tahun yang berakhir pada tanggal 31 Desember 2014, kecuali untuk penerapan pernyataan dan interpretasi baru dan revisi yang berlaku efektif tanggal 1 Januari 2015 seperti yang diungkapkan dalam kebijakan akuntansi terkait.

Efektif tanggal 1 Januari 2015, Kelompok Usaha menerapkan PSAK No. 1 (Revisi 2013), “Penyajian Laporan Keuangan”, menggantikan PSAK No.1 (Revisi 2009), “Penyajian Laporan Keuangan”. PSAK revisi tersebut memperkenalkan perubahan signifikan berikut ini:

(a) perubahan judul yang digunakan untuk laporan laba rugi komprehensif menjadi laporan laba rugi dan penghasilan komprehensif lain; dan
(b) perubahan dalam penyajian penghasilan komprehensif lain.

Bagian penghasilan komprehensif lain menyajikan pos-pos untuk jumlah penghasilan komprehensif lain dalam periode berjalan, diklasifikasikan berdasarkan sifat (termasuk bagian penghasilan komprehensif lain dari entitas asosiasi dan ventura bersama yang dicatat menggunakan metode ekuitas) dan dikelompokkan menjadi pos-pos yang:
(a) tidak akan direklasifikasi lebih lanjut ke laba rugi; dan
(b) akan direklasifikasi lebih lanjut ke laba rugi ketika kondisi tertentu terpenuhi.

***1. GENERAL** (Continued)*

***h. Completion of the Consolidated Financial Statements***

*The management of the Company is responsible for the preparation of these consolidated financial statements which have been authorized for issue by the Board of Directors on October* 23, 2017.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES***

***a. Basis of Preparation of the Consolidated Financial Statements and Statement of Compliance***

*The consolidated financial statements have been prepared in accordance with Financial Accounting Standards (“SAK”), which comprise the Statements and Interpretations issued by the Board of Financial Accounting Standards of the Indonesian Institute of Accountants, and the Decree of the Chairman of Bapepam-LK No. KEP-347/BL/2012 dated June 25, 2012 regarding the Presentation and Disclosure of Financial Statements of Issuers or Public Companies issued by the Financial Services Authority (OJK).*

*The accounting policies adopted in the preparation of these consolidated financial statements are consistent with the accounting policies in the preparation of the Group’s consolidated financial statements for the year ended December 31, 2014, except for the adoption of new and revised statements and interpretations effective January 1, 2015 as described in the related accounting policies.*

*Effective January 1, 2015, the Group applied PSAK No. 1 (Revised 2013), “Presentation of Financial Statement,.” Which superseded PSAK No. 1 (Revised 2009), “Presentation of Financial Statements”. The revised PSAK introduces the following significant amendments:*

*(a) the title used for statement of comprehensive income has changed to statement of profit or loss and other comprehensive income; and*
*(b) change in the presentation of other comprehensive income.*

*The other comprehensive income section shall present line items for amounts of other comprehensive income in the period, classified by nature (including share of the other comprehensive income of associates and joint ventures accounted for using the equity method) and grouped into items that:*

*(a) will not be reclassified subsequently to profit or loss; and*
*(b) will be reclassified subsequently to profit or loss when specific conditions are met.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

Dengan demikian, laporan keuangan konsolidasian direvisi dengan mempertimbangkan perubahan di atas.

Laporan keuangan konsolidasian, kecuali laporan arus kas konsolidasian, telah disusun secara akrual dengan menggunakan konsep biaya perolehan (*historical cost*), kecuali untuk akun-akun tertentu yang dicatat berdasarkan basis lain seperti yang diungkapkan pada kebijakan akuntansi masing-masing akun terkait.

Laporan arus kas konsolidasian disusun dengan menggunakan metode langsung, dan dikelompokkan ke dalam aktivitas operasi, investasi dan pendanaan.

Ketika entitas menerapkan suatu kebijakan akuntansi secara retrospektif atau membuat penyajian kembali pos-pos laporan keuangan atau ketika entitas mereklasifikasi pos-pos dalam laporan keuangannya maka laporan posisi keuangan pada awal periode komparatif disajikan.

Mata uang penyajian yang digunakan dalam penyusunan laporan keuangan konsolidasian adalah mata uang Rupiah ("Rp"), yang juga merupakan mata uang fungsional Perusahaan dan Entitas Anak tertentu.

**b. Prinsip-prinsip Konsolidasi**

Efektif tanggal 1 Januari 2015, Kelompok Usaha menerapkan PSAK No. 65, "Laporan Keuangan Konsolidasian". Dengan diterbitkannya PSAK tersebut, PSAK No. 4 (Revisi 2009), "Laporan Keuangan Konsolidasian dan Laporan Keuangan Tersendiri" diubah namanya menjadi PSAK No. 4 (Revisi 2013), "Laporan Keuangan Tersendiri", dan juga menggantikan ISAK No. 7, "Konsolidasi Entitas Bertujuan Khusus".

Penerapan PSAK No. 65 tidak berdampak dalam laporan keuangan konsolidasian Kelompok Usaha.

Entitas (entitas induk) yang mengendalikan satu atau lebih entitas lain (entitas anak) menyajikan laporan keuangan konsolidasian. Investor, terlepas dari sifat keterlibatannya dengan entitas (*investee*), menentukan apakah investor merupakan entitas induk dengan menilai apakah investor tersebut mengendalikan *investee*.

Investor mengendalikan *investee* ketika investor terekspos atau memiliki hak atas imbal hasil variabel dari keterlibatannya dengan *investee* dan memiliki kemampuan untuk mempengaruhi imbal hasil tersebut melalui kekuasaannya atas *investee*. Dengan demikian, investor mengendalikan *investee* jika dan hanya jika investor memiliki seluruh hal berikut ini:

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*** *(Continued)*

*Accordingly, the consolidated financial statements were revised to consider the above amendments.*

*The consolidated financial statements, except for the consolidated statements of cash flows, have been prepared on an accrual basis of accounting using the historical cost concept, except for certain accounts that are measured on the other basis described in the related accounting policies.*

*The consolidated statements of cash flows are prepared using the direct method, and classified into operating, investing and financing activities.*

*When the entity adopts accounting policy retrospectively or restates items in its financial statements or the entity reclassifies the items in its financial statements, the statements of financial position at the beginning of comparative period are presented.*

*The presentation currency used in the preparation of the consolidated financial statements is Rupiah ("Rp"), which is also the functional currency of the Company and its certain Subsidiaries.*

***b. Principles of Consolidation***

*Effective January 1, 2015, the Group applied PSAK No. 65, "Consolidated Financial Statements." With the issuance of such PSAK, PSAK No. 4 (Revised 2009), "Consolidated Financial Statements and Separate Financial Statements" was renamed to PSAK No. 4 (Revised 2013), "Separate Financial Statements," and ISAK No. 7, "Consolidation - Special Purpose Entities" was superseded.*

*The adoption of PSAK No. 65 has no impact in the Group's consolidated financial statements.*

*An entity (the parent) that controls one or more other entities (subsidiaries) were present consolidated financial statements. Investors, apart of the nature of its involvement with an entity (investee), determine whether the investor is a parent by assessing whether the investor controls the investee.*

*An investor controls an investee when it is exposed, or has rights, to variable returns from its involvement with the investee and has the ability to affect those returns through its power over the investee. Therefore, the investor controls the investee if and only if the investor has all of the following:*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

(a) kekuasaan atas *investee*;
(b) eksposur atau hak atas imbal hasil variabel dari keterlibatannya dengan *investee*; dan
(c) kemampuan untuk menggunakan kekuasaannya atas *investee* untuk mempengaruhi jumlah imbal hasil investor.

Investor menilai kembali apakah investor mengendalikan *investee* jika fakta dan keadaan mengindikasikan adanya perubahan terhadap satu atau lebih dari tiga (3) elemen pengendalian.

Konsolidasi atas *investee* dimulai sejak tanggal investor memperoleh pengendalian atas *investee* dan berakhir ketika investor kehilangan pengendalian atas *investee*.

Entitas induk menentukan apakah entitas induk adalah entitas investasi. Entitas investasi adalah entitas yang:
(a) memperoleh dana dari satu atau lebih investor dengan tujuan memberikan investor tersebut jasa manajemen investasi;
(b) menyatakan komitmen kepada investor bahwa tujuan bisnisnya adalah untuk menginvestasikan dana yang semata-mata untuk memperoleh imbal hasil dari kenaikan nilai modal, penghasilan investasi, atau keduanya; dan
(c) mengukur dan mengevaluasi kinerja dari seluruh investasinya berdasarkan nilai wajar.

Entitas induk yang adalah entitas investasi mengukur investasi dalam entitas anak pada nilai wajar melalui laba rugi.

Kepentingan nonpengendali mencerminkan bagian atas laba atau rugi dan aset neto yang tidak diatribusikan kepada entitas induk dan disajikan secara terpisah dalam laporan laba rugi dan penghasilan komprehensif lain konsolidasian dan ekuitas pada laporan posisi keuangan konsolidasian, dipisahkan dari ekuitas yang dapat diatribusikan kepada entitas induk.

Seluruh penghasilan komprehensif diatribusikan pada pemilik entitas induk dan pada kepentingan nonpengendali bahkan jika hal ini mengakibatkan kepentingan nonpengendali mempunyai saldo defisit.

Seluruh saldo akun dan transaksi yang material antar entitas yang dikonsolidasi telah dieliminasi.

Jika entitas induk kehilangan pengendalian pada entitas anak, maka entitas induk:
(a) menghentikan pengakuan aset (termasuk setiap *goodwill*) dan liabilitas entitas anak terdahulu dari laporan posisi keuangan konsilidasian.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*** *(Continued)*

*(a) power over the investee;*
*(b) exposure or rights to variable returns from its involvement with the investee; and*
*(c) the ability to use its power over the investee to affect the amount of the investor's returns.*

*Investors reassess whether the investor controls the investee if facts and circumstances indicate that one or more of the three (3) control elements have changed.*

*Investee is consolidated from the date of the investor obtains control of investee and continues to be consolidated until the date that such control ceases.*

*A parent determines whether the parent entity is an investment entity. An investment entity is an entity that:*
*(a) obtains funds from one or more investors for the purpose of providing investment management services;*
*(b) its business purpose is to invest funds solely for returns from capital appreciation, investment income, or both; and*
*(c) measures and evaluates the performance of its investments on a fair value basis.*

*A parent that is an investment entity measures its investments in particular subsidiaries at fair value through profit or loss.*

*Non-controlling interest represents a portion of the profit or loss and net assets not attributable to the parent and is presented separately in the consolidated statements of profit or loss and other comprehensive income, and within equity in the consolidated statements of financial position, separately from equity attributable to the parent.*

*Total comprehensive income is attributed to the owners of the parent and to the non-controlling interests even if this results in the non-controlling interests having a deficit balance.*

*All significant intercompany transactions and balances have been eliminated.*

*If a parent loses control of a subsidiary, the parent:*

*(a) derecognizes the assets (including goodwill) and liabilities of the former subsidiary from the consolidated statements of financial position.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

(b) mengakui sisa investasi pada entitas anak terdahulu pada nilai wajarnya pada tanggal hilangnya pengendalian, dan selanjutnya mencatat sisa investasi tersebut dan setiap jumlah terutang oleh atau kepada entitas anak terdahulu. Nilai wajar tersebut dianggap sebagai nilai wajar pada saat pengakuan awal aset keuangan atau (jika sesuai) biaya perolehan pada saat pengakuan awal investasi pada entitas asosiasi atau ventura bersama.

(c) mengakui keuntungan atau kerugian terkait dengan hilangnya pengendalian yang dapat diatribusikan pada kepentingan pengendali terdahulu.

**c. Kas dan Setara Kas**

Kas dan setara kas terdiri dari saldo kas dan bank, serta deposito berjangka yang jatuh tempo dalam waktu tiga (3) bulan atau kurang sejak tanggal penempatan dan tidak digunakan sebagai jaminan atau dibatasi penggunaannya.

**d. Kas yang Dibatasi Penggunaannya**

Kas di bank dan deposito berjangka yang dibatasi penggunaannya disajikan sebagai "Kas yang Dibatasi Penggunaannya." Kas yang dibatasi penggunaannya yang akan digunakan untuk membayar kewajiban jatuh tempo dalam satu (1) tahun, disajikan sebagai bagian dari aset lancar. Rekening bank dan deposito berjangka lainnya yang dibatasi penggunaannya disajikan sebagai aset tidak lancar.

**e. Transaksi Pihak-pihak Berelasi**

Kelompok Usaha mengungkapkan transaksi dengan pihak-pihak berelasi sebagaimana didefinisikan dalam PSAK No. 7 (Revisi 2010), "Pengungkapan Pihak-pihak Berelasi".

Transaksi ini dilakukan berdasarkan persyaratan yang disetujui oleh kedua belah pihak, dimana persyaratan tersebut mungkin tidak sama dengan transaksi lain yang dilakukan dengan pihak-pihak yang tidak berelasi.

Semua transaksi yang signifikan dengan pihak-pihak berelasi, baik yang dilakukan dengan syarat dan kondisi yang sama dengan pihak ketiga ataupun tidak, diungkapkan dalam catatan atas laporan keuangan konsolidasian.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*** *(Continued)*

*(b) recognizes any investment retained in the former subsidiary at its fair value at the date when control is lost, and subsequently accounts for it and for any amounts owed by or to the former subsidiary. That fair value shall be regarded as the fair value on initial recognition of a financial asset or, when appropriate, the cost on initial recognition of an investment in an associate or joint venture.*

*(c) recognizes the gain or loss associated with the loss of control attributable to the former controlling interest.*

***c. Cash and Cash Equivalents***

*Cash and cash equivalents consist of cash on hand and in banks, and time deposits with original maturities within three (3) months or less and not pledged as collateral nor restricted in use.*

***d. Restricted Cash***

*Cash in banks and time deposits, which are restricted in use, are presented as "Restricted Cash." Restricted cash to be used to pay currently maturing obligations that are due within one (1) year are presented under current assets. Other current accounts and time deposits that are restricted in use are presented under non-current assets.*

***e. Transaction with Related Parties***

*The Group discloses transactions with related parties as defined in PSAK No. 7 (Revised 2010), "Related Party Disclosures."*

*The transactions are made based on terms agreed by the parties, whereas such terms may not be the same as those transactions with unrelated parties.*

*All significant transactions with related parties whether or not conducted under the same terms and conditions as those with third parties, are disclosed in the notes to the consolidated financial statements.*

## 2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING *(Lanjutan)*

### f. Persediaan

Persediaan dinyatakan sebesar nilai yang lebih rendah antara biaya perolehan atau nilai realisasi neto (*lower of cost or net realizable value*), dimana biaya perolehan ditentukan dengan metode rata-rata tertimbang. Penyisihan persediaan usang ditentukan berdasarkan hasil penelaahan atas keadaan persediaan pada akhir tahun.

### g. Biaya Dibayar Dimuka

Biaya dibayar dimuka diamortisasi sesuai masa manfaatnya dengan menggunakan metode garis lurus.

### h. Aset Tetap

Kelompok Usaha telah memilih untuk menggunakan model biaya sebagai kebijakan akuntansi pengukuran aset tetapnya.

Penyusutan dihitung dengan metode garis lurus selama umur manfaat aset. Taksiran masa manfaat ekonomis aset sebagai berikut:

## *2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)*

### *f. Inventories*

*Inventories are valued at the lower of cost or net realizable value (NRV), whereby cost is determined by the weighted-average method. Allowance for inventory obsolescence is provided based on a review of the condition of inventories at the end of the year.*

### *g. Prepaid Expenses*

*Prepaid expenses are amortized over the periods benefited using the straight-line method.*

### *h. Fixed Assets*

*The Group has chosen the cost model as the accounting policy for its fixed assets measurement.*

*Depreciation is calculated on a straight-line basis over the useful lives of the assets. Estimated useful lives of the assets are as follows:*

| | **Tahun/*Years*** | |
|---|---|---|
| Bangunan | 20 | *Buildings* |
| Peralatan telekomunikasi | 5 | *Telecommunication equipment* |
| Fasilitas telekomunikasi | 5 | *Telecommunication facilities* |
| Peralatan pengangkutan | 5 | *Transportation equipment* |
| Peralatan dan perabot kantor | 4 - 5 | *Office equipment and fixtures* |
| Aset sewaan | 10 | *Leased assets* |

Masa manfaat ekonomis aset tetap dan metode depresiasi ditelaah, dan disesuaikan jika sesuai keadaan, pada setiap akhir periode pelaporan.

Pada tanggal 31 Desember 2015 dan 2014, Kelompok Usaha mengestimasikan taksiran sisa manfaat ekonomis peralatan dan fasilitas telekomunikasi menjadi lima (5) tahun. Sebelum tahun 2014, masa manfaat aset tersebut adalah 10 (sepuluh) tahun.

Tanah dinyatakan sebesar nilai perolehan dan tidak disusutkan.

Aset dalam pengerjaan dinyatakan sebesar biaya perolehan dan disajikan sebagai bagian dari "Aset Tetap" dalam laporan posisi keuangan konsolidasian. Akumulasi biaya perolehan akan dipindahkan ke masing-masing akun aset tetap yang bersangkutan pada saat aset tersebut selesai dikerjakan dan siap digunakan.

*The fixed assets' useful lives and methods of depreciation are reviewed, and adjusted if appropriate, at each end of the reporting period.*

*As of December 31, 2015 and 2014, the Group estimated the remaining useful life of telecommunication equipment and facilities to be five (5) years. Prior 2014, the useful lives of those assets were 10 (ten) years.*

*Land is stated at cost and is not depreciated.*

*Assets under construction are stated at cost and presented as part of "Fixed Assets" in the consolidated statements of financial position. The accumulated costs will be reclassified to the appropriate fixed assets account when construction is completed and the assets are ready for their intended use.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

Biaya perbaikan dan pemeliharaan dibebankan pada laba rugi pada saat terjadinya; biaya penggantian atau inspeksi yang signifikan dikapitalisasi pada saat terjadinya jika besar kemungkinan manfaat ekonomis di masa depan berkenaan dengan aset tersebut akan mengalir ke Kelompok Usaha, dan biaya perolehan aset dapat diukur secara andal. Aset tetap dihentikan pengakuannya pada saat dilepaskan atau ketika tidak ada manfaat ekonomis masa depan yang diharapkan dari penggunaan atau pelepasannya. Laba atau rugi yang timbul dari penghentian pengakuan aset dimasukkan dalam laba rugi pada periode aset tersebut dihentikan pengakuannya.

**i. Sewa**

Sewa yang mengalihkan secara substansial semua risiko dan manfaat yang terkait dengan kepemilikan aset kepada *lessee* diklasifikasikan sebagai sewa pembiayaan. Pada awal masa sewa, sewa pembiayaan dikapitalisasi sebesar nilai wajar aset sewaan atau sebesar nilai kini dari pembayaran sewa minimum, jika nilai kini lebih rendah dari nilai wajar. Pembayaran sewa minimum dipisahkan antara bagian yang merupakan beban keuangan dan bagian yang merupakan pelunasan liabilitas sehingga menghasilkan suatu tingkat bunga periodik yang konstan atas saldo liabilitas. Beban keuangan dibebankan pada laba rugi. Aset sewaan yang dimiliki oleh *lessee* dengan dasar sewa pembiayaan dicatat pada akun aset tetap dan disusutkan sepanjang masa manfaat dari aset sewaan tersebut atau periode masa sewa, mana yang lebih pendek, jika tidak ada kepastian yang memadai bahwa *lessee* akan mendapatkan hak kepemilikan pada akhir masa sewa.

Dalam hal transaksi jual dan sewa-balik merupakan sewa pembiayaan maka transaksi tersebut harus diperlakukan sebagai dua transaksi yang terpisah yaitu transaksi penjualan dan transaksi sewa. Selisih lebih hasil penjualan dari nilai tercatat ditangguhkan dan diamortisasi selama masa sewa.

Sewa yang tidak mengalihkan secara substansial seluruh risiko dan manfaat yang terkait dengan kepemilikan aset diklasifikasikan sebagai sewa operasi.

**j. Penurunan Nilai Aset Nonkeuangan**

Efektif tanggal 1 Januari 2015, Kelompok Usaha menerapkan PSAK No. 48 (Revisi 2014), “Penurunan Nilai Aset”.

PSAK No. 48 (Revisi 2014) menitikberatkan pada pengungkapan atas nilai terpulihkan untuk aset nonfinansial. Pernyataan yang direvisi mensyaratkan pengungkapan informasi tambahan jika jumlah terpulihkan merupakan nilai wajar dikurangi biaya pelepasan.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (Continued)*

*The cost of repairs and maintenance is charged to profit or loss as incurred; replacement or major inspection costs are capitalized when incurred if it is probable that future economic benefits associated with the item will flow to the Group and the cost of the item can be reliably measured. An item of fixed assets is derecognized upon disposal or when no future economic benefits are expected from its use or disposal. Any gain or loss arising on derecognition of the asset is included in profit or loss in the period the asset is derecognized.*

***i. Leases***

*Leases that transfer substantially all the risks and benefits incidental to ownership of the leased item to the lessee are classified as finance leases. Finance leases are capitalized at the inception of the lease at the fair value of the leased assets or at the present value of the minimum lease payments if the present value is lower than the fair value. Lease payments are apportioned between finance charges and reduction of the lease liability so as to achieve a constant rate of interest on the remaining balance of the liability. Finance charges are recorded in profit or loss. Leased assets held by the lessee under finance leases are included in fixed assets and depreciated over the estimated useful life of the assets or the lease term, whichever is shorter, if there is no reasonable certainty that lessee will obtain ownership by the end of the lease term.*

*In the case of sale and leaseback results in a finance lease, this is to be treated as two separate transactions, i.e. sale and lease. The excess of sales proceeds over the carrying amount is deferred and amortized over the lease term.*

*Leases that do not transfer substantially all the risks and benefits incidental to ownership of the leased item are classified as operating leases.*

***j. Impairment of Non-Financial Assets***

*Effective January 1, 2015, the Group applied PSAK No. 48 (Revised 2014), “Impairment of Assets.”*

*PSAK No. 48 (Revised 2014) focuses on the recoverable amount disclosures for non-financial assets. The revised statement requires additional disclosure of information if the recoverable amount represents the fair value less costs of disposal.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

Pada setiap tanggal pelaporan, Kelompok Usaha menilai apakah terdapat indikasi aset mengalami penurunan nilai. Jika terdapat indikasi tersebut, maka Kelompok Usaha mengestimasi jumlah terpulihkan aset tersebut. Jumlah terpulihkan suatu aset atau unit penghasil kas adalah jumlah yang lebih tinggi antara nilai wajar dikurangi biaya pelepasan dan nilai pakainya. Jika jumlah terpulihkan suatu aset lebih kecil dari nilai tercatatnya, nilai tercatat aset harus diturunkan menjadi sebesar jumlah terpulihkan. Kerugian penurunan nilai diakui segera dalam laba rugi.

Pemulihan rugi penurunan nilai untuk aset nonkeuangan selain *goodwill*, diakui jika, dan hanya jika, terdapat perubahan estimasi yang digunakan dalam menentukan jumlah terpulihkan aset sejak pengujian penurunan nilai terakhir kali. Pembalikan rugi penurunan nilai tersebut diakui segera dalam laba rugi, kecuali aset yang disajikan pada jumlah revaluasian sesuai dengan PSAK lain. Rugi penurunan nilai yang diakui atas *goodwill* tidak dibalik lagi.

**k. Biaya Pinjaman**

Biaya pinjaman, baik yang secara langsung maupun tidak langsung digunakan untuk mendanai suatu proses pembangunan aset tertentu yang memenuhi syarat ("aset kualifikasian"), dikapitalisasi hingga saat proses pembangunannya selesai. Untuk pinjaman yang secara khusus digunakan untuk perolehan aset kualifikasian, jumlah yang dikapitalisasi adalah sebesar biaya pinjaman yang terjadi selama periode berjalan, dikurangi dengan penghasilan investasi jangka pendek dari pinjaman tersebut.

Untuk pinjaman yang tidak secara khusus digunakan untuk perolehan aset kualifikasian, jumlah biaya pinjaman yang dikapitalisasi ditentukan dengan mengalikan tingkat kapitalisasi tertentu terhadap pengeluaran untuk aset kualifikasian tersebut.

**l. Jaminan**

Jaminan merupakan uang jaminan yang dibayarkan untuk sewa lokasi untuk menara *Base Transceiver Stations* (BTS), sewa gedung kantor dan apartemen sesuai dengan perjanjian dan akan dikembalikan pada saat berakhirnya periode sewa.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*** *(Continued)*

*The Group evaluates at each reporting date whether there is any indication that an asset may be impaired. If any such indication exists, the Group estimates the recoverable amount of the asset. The recoverable amount of an asset or a cash-generating unit is the higher of its fair value less costs of disposal and its value in use. Whenever the carrying amount of an asset exceeds its recoverable amount, the asset is considered impaired and is written down to its recoverable amount. The impairment loss is recognized immediately in profit or loss.*

*Reversal on impairment loss for non-financial assets other than goodwill would be recognized if, and only if, there has been a change in the estimates used to determine the asset's recoverable amount since the last impairment test was carried out. Reversal on impairment losses will be immediately recognized on profit or loss, except for assets that presented using the revaluation model in accordance with other PSAK. Impairment losses relating to goodwill would not be reversed.*

***k. Borrowing Costs***

*Borrowing costs, either directly or indirectly used in financing the construction of a qualifying asset, are capitalized up to the date when construction is complete. For borrowings that are specific to the acquisition of a qualifying asset, the amount to be capitalized is determined as the actual borrowing costs incurred during the period, less any income earned from the temporary investment of such borrowings.*

*For borrowings that are not specific to the acquisition of a qualifying asset, the amount to be capitalized is determined by applying a capitalization rate to the amount expensed on the qualifying asset.*

***l. Security Deposits***

*Security deposits represent guarantee for field rental of Base Transceiver Stations (BTS), office building rent and apartment rent in accordance with the agreements, which will be returned at the end of the rental period.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

**m. Segmen Operasi**

Pembuat keputusan operasional adalah Direksi. Direksi melakukan penelaahan terhadap pelaporan internal Perusahaan untuk menilai kinerja dan mengalokasikan sumber daya. Manajemen menentukan operasi segmen berdasarkan laporan ini. Direksi mempertimbangkan bisnis dari sudut pandang imbal hasil dari modal yang diinvestasikan. Total aset dikelola secara tersentralisasi dan tidak dialokasikan. Perusahaan mengoperasikan dan mengelola bisnis dalam satu segmen yang menyediakan jasa *CDMA Mobile* dan jaringan telekomunikasi kepada para pelanggan. Penjelasan lebih rinci diungkapkan dalam (Catatan 22 dan 34).

**n. Saham Beredar Yang Diperoleh Kembali**

Saham beredar yang diperoleh kembali (*treasury stock*) untuk dikeluarkan lagi di kemudian hari dicatat dengan metode nilai nominal atau *par value method*. Berdasarkan metode ini, saham beredar yang diperoleh kembali dicatat sebesar nilai nominalnya dan disajikan sebagai pengurang akun modal saham. Apabila saham beredar yang diperoleh kembali tersebut semula dikeluarkan dengan harga di atas nilai nominal, akun tambahan modal disetor akan disesuaikan. Selisih lebih harga perolehan dari harga penerbitannya akan dikoreksi ke saldo laba.

**o. Pengakuan Pendapatan dan Beban**

Pendapatan diakui bila besar kemungkinan manfaat ekonomi akan diperoleh oleh Kelompok Usaha dan jumlahnya dapat diukur secara handal. Pendapatan diukur pada nilai wajar imbalan yang diterima, tidak termasuk diskon, rabat dan pajak penjualan (PPN).

**Pendapatan Jasa Telekomunikasi**

Untuk pelanggan pasca bayar, pendapatan dari jasa penyambungan diakui pada saat aktivasi oleh pelanggan sedangkan pendapatan pulsa serta pendapatan bulanan diakui pada saat terjadinya.

Pendapatan kartu pra bayar, yang terdiri dari penjualan kartu perdana dan kartu pulsa isi ulang diakui sebagai berikut:

- Penjualan kartu perdana diakui sebagai pendapatan saat penyerahan kepada agen penjual atau penjualan langsung kepada pelanggan akhir.
- Penjualan kartu pulsa isi ulang (pra bayar) diakui sebagai pendapatan diterima dimuka dan diakui secara proporsional sebagai pendapatan pada saat pemakaian pulsa atau pada saat kartu telah habis masa berlakunya.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (Continued)*

***m. Operating Segment***

*The chief operating decision-maker is the Board of Directors. The Board of Directors reviews the Company's internal reporting in order to assess performance and allocate resources. Management has determined the operating segment based on these reports. The Board of Directors considers the business from the return of invested capital perspective. Total assets are managed on a central basis and are not allocated. The Company operates and manages the business in a single segment that provides CDMA Mobile and telecommunications network services to its customers. Further details are disclosed in (Notes 22 and 34).*

***n. Treasury Stock***

*Re-acquisition of capital stock to be held as treasury stocks for future reissuance is accounted for under the par value method. Under this method, treasury stock is presented at par value as a reduction from the capital stock account. If the treasury stock had been originally issued at a price above par value, the related additional paid-in capital account is adjusted. Any excess of the reacquisition cost over the original issuance price is treated as an adjustment to retained earnings.*

***o. Revenues and Expenses Recognition***

*Revenue is recognized to the extent that it is probable that the economic benefits will flow to the Group and the revenue can be reliably measured. Revenue is measured at the fair value of the consideration received, excluding discounts, rebates and sales taxes (VAT).*

***Telecommunication Services***

*For post-paid subscribers, revenues from connection services are recognized as income at the time the connections take place, while usage airtime and monthly subscription charges are recognized when earned.*

*Revenues from pre-paid cards, which consist of sale of starter packs and pulse reload vouchers, are recognized as follows:*

- *Starter pack sales are recognized as revenue upon delivery of starter packs to dealers or directly to customers.*
- *Pulse reload vouchers (pre-paid) sales are initially recorded as unearned revenue and then proportionally recognized as usage revenue based on successful calls made by the subscribers or whenever the unused stored value of the voucher has expired.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

**Pendapatan Interkoneksi**

Pendapatan dari interkoneksi, yang didasarkan pada perjanjian interkoneksi dengan penyelenggara telekomunikasi dalam negeri dan internasional, diakui berdasarkan trafik sebenarnya yang tercatat dan disajikan sebesar pendapatan bruto (*gross*).

**Pendapatan Lain-lain**

Pendapatan jasa lainnya diakui pada saat penyerahan jasa tersebut.

**Beban**

Beban diakui pada saat terjadinya *(accrual basis)*.

**p. Imbalan Kerja**

Efektif tanggal 1 Januari 2015, Kelompok Usaha menerapkan PSAK No. 24 (Revisi 2013), "Imbalan Kerja". PSAK No. 24 (Revisi 2013) memberikan, antara lain, (i) penghapusan "pendekatan koridor" yang diizinkan dalam versi sebelumnya dan (ii) memberikan perubahan signifikan dalam pengakuan, penyajian dan pengungkapan imbalan kerja, antara lain, sebagai berikut:

- Laba dan rugi aktuaria kini diwajibkan diakui dalam penghasilan komprehensif lain dan dikeluarkan secara permanen dari laba rugi.
- Biaya jasa lalu yang belum *vested* tidak dapat ditangguhkan lagi dan diakui selama periode *vesting* masa depan. Sebaliknya, semua biaya jasa lalu akan diakui pada saat yang lebih dulu antara ketika amandemen/kurtailmen terjadi atau ketika Kelompok Usaha mengakui biaya restrukturisasi; atau pemutusan hubungan kerja terkait.

Kelompok Usaha telah menerapkan pernyataan revisi secara retrospektif sesuai dengan ketentuan transisi dan laporan keuangan konsolidasian tahun sebelumnya telah disajikan kembali.

Kelompok Usaha menentukan liabilitas imbalan kerja sesuai dengan Undang-undang Ketenagakerjaan No.13/2003 ("Undang-undang") tanggal 25 Maret 2003. PSAK No. 24 (Revisi 2013) mensyaratkan entitas menggunakan metode *"Projected Unit Credit"* untuk menentukan nilai kini kewajiban imbalan pasti, biaya jasa kini terkait, dan biaya jasa lalu.

Ketika entitas memiliki surplus dalam program imbalan pasti, maka entitas mengukur aset imbalan pasti pada jumlah yang lebih rendah antara surplus program imbalan pasti dan batas atas aset yang ditentukan dengan menggunakan tingkat diskonto.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*** *(Continued)*

***Interconnection Revenues***

*Revenues from network interconnection, which are based on agreements with other domestic and international telecommunication carriers are recognized based on the actual recorded traffic and are presented on a gross basis.*

***Other Revenues***

*Revenues from other services are recognized when the services are rendered.*

***Expenses***

*Expenses are recognized when incurred (accrual basis).*

***p. Employee Benefits***

*Effective January 1, 2015, the Group applied PSAK No. 24 (Revised 2013), "Employee Benefits." PSAK No. 24 (Revised 2013) provides, among others, (i) the elimination of the "corridor approach" permitted under the previous version and (ii) significant changes in the recognition, presentation and disclosure of post-employment benefits which, among others, are as follows:*

- *Actuarial gains and losses are now required to be recognized in other comprehensive income and excluded permanently from profit or loss.*
- *Unvested past service costs can no longer be deferred and recognized over the future vesting period. Instead, all past service costs will be recognized at the earlier of when the amendment/curtailment occurs or when the Group recognizes related restructuring or termination costs.*

*The Group has applied the revised statement retrospectively in accordance with the transitional provisions and the prior year consolidated financial statements have been restated accordingly (Note 48).*

*The Group determines its employee benefits liabilities under the Labor Law No. 13/2003 dated March 25, 2003 ("the Law"). PSAK No. 24 (Revised 2013) requires the present value of the defined benefit obligation, the related current service cost, and past service cost to be determined using the "Projected Unit Credit" method.*

*When an entity has a surplus in a defined benefit plan, an entity measures the defined benefit asset at the lower amount between the surplus of defined benefit plan and the upper limit on assets that determined using a discount rate.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

Entitas mengakui komponen biaya imbalan pasti, kecuali SAK mensyaratkan atau mengizinkan biaya tersebut sebagai biaya perolehan aset, sebagai berikut:

(a) biaya jasa dalam laba rugi;

(b) bunga neto atas liabilitas (aset) imbalan pasti neto dalam laba rugi; dan

(c) pengukuran kembali liabilitas (aset) imbalan pasti neto dalam penghasilan komprehensif lain.

Pengukuran kembali atas liabilitas (aset) imbalan pasti neto yang diakui dalam penghasilan komprehensif lain tidak direklasifikasi ke laba rugi pada periode berikutnya. Akan tetapi, entitas dapat mengalihkan jumlah yang diakui sebagai penghasilan komprehensif lain tersebut pada pos lain dalam ekuitas.

Pengukuran kembali liabilitas (aset) imbalan pasti neto terdiri atas:

(a) keuntungan dan kerugian aktuarial;

(b) imbal hasil atas aset program, tidak termasuk jumlah yang dimasukkan dalam bunga neto atas liabilitas (aset) imbalan pasti neto; dan

(c) setiap perubahan dampak batas atas aset, tidak termasuk jumlah yang dimasukkan dalam bunga neto atas liabilitas (aset) imbalan pasti neto.

Entitas mengakui biaya jasa lalu sebagai beban pada tanggal yang lebih awal antara ketika amandemen atau kurtailmen program terjadi dan ketika entitas mengakui biaya restrukturisasi terkait atau pesangon.

Kelompok Usaha mengakui keuntungan atau kerugian atas penyelesaian program imbalan pasti pada saat penyelesaian terjadi. Kurtailmen terjadi ketika entitas mengurangi secara signifikan jumlah pekerja yang ditanggung oleh program; atau mengubah ketentuan program imbalan pasti sehingga unsur yang siginifikan dari jasa masa depan karyawan saat ini tidak lagi memenuhi syarat atas imbalan, atau akan memenuhi syarat hanya untuk imbalan yang dikurangi. Kurtailmen dapat terjadi karena suatu peristiwa yang berdiri sendiri, seperti penutupan pabrik, penghentian operasi, atau terminasi atau penghentian program. Sebelum menentukan biaya jasa lalu, atau keuntungan dan kerugian atas penyelesaian, Kelompok Usaha mengukur kembali liabilitas (aset) imbalan pasti neto menggunakan nilai wajar kini dari aset program dan asumsi aktuarial kini (termasuk suku bunga pasar dan harga pasar kini yang lain) yang mencerminkan imbalan yang ditawarkan dalam program sebelum amandemen, kurtailmen, atau penyelesaian program.



***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*** *(Continued)*

*An entity recognizes the components of defined benefit cost, except SAKs require or permit such costs as the acquisition cost of the asset, as follows:*

*(a) service cost in profit or loss;*

*(b) net interest on net liability (asset) of defined benefits in profit or loss; and*

*(c) remeasurement of the net liability (asset) of defined benefit in other comprehensive income.*

*Remeasurement on net liability (asset) of defined benefits that is recognized in other comprehensive income is not reclassified to profit or loss in subsequent periods. However, the entity may transfer the amounts recognized as other comprehensive income in another account in equity.*

*Remeasurement the net liability (asset) of defined benefits consists of:*

*(a) actuarial gains and losses;*

*(b) return on plan assets, excluding amounts included in net interest on the net defined benefit liability (asset); and*

*(c) any change in the effect of the asset ceiling, excluding amounts included in net interest on the net defined benefit liability (asset).*

*The entity recognizes past service cost as an expense in an earlier of when the amendments or curtailment of program occurs and when the entity recognizes related restructuring costs or severances.*

*The Group recognizes gains or losses on the settlement of defined benefit plan when it occurs. A curtailment occurs when an entity make a material reduction in the number of employees covered by a plan; or amending the terms of a defined benefit plan so a significant element of future service by current employees will no longer qualify for benefits, or will qualify only for reduced benefits. A curtailment may arise from an isolated event, such as the closing of a plant, discontinuance of an operation or termination or suspension of a plan. Before determining the past service cost, gains or losses on the settlement, the Group shall remeasure the net liability (asset) of defined benefits using current fair value of plan assets and current actuarial assumptions (including current market interest rates and other current market prices) which reflects the rewards offered in the program prior to amendment, curtailment or settlement program.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*** *(Continued)*

**q. Transaksi dan Saldo dalam Mata Uang Asing**

***q. Foreign Currency Transactions and Balances***

Transaksi dalam mata uang asing dijabarkan ke dalam mata uang fungsional dengan kurs yang berlaku pada saat transaksi dilakukan. Pada akhir periode pelaporan, aset dan liabilitas moneter dalam mata uang asing disesuaikan ke dalam mata uang fungsional menggunakan kurs tengah yang ditetapkan oleh Bank Indonesia pada tanggal terakhir transaksi perbankan pada periode tersebut. Laba atau rugi yang timbul dari penyesuaian kurs maupun penyelesaian aset dan liabilitas moneter dalam mata uang asing tersebut dikreditkan atau dibebankan sebagai laba rugi periode berjalan.

*Transactions in foreign currencies are translated into functional currency at the rates of exchange prevailing at the time the transactions are made. At the end of reporting period, monetary assets and liabilities denominated in foreign currencies are adjusted to functional currency to reflect the middle exchange rate published by Bank Indonesia at the last banking transaction date of the period. Gains or losses resulted from such adjustment or settlement of each monetary asset and liability denominated in foreign currencies are credited or charged as current period profit or loss.*

Pembukuan Entitas Anak tertentu diselenggarakan dalam mata uang asing. Untuk tujuan penyajian laporan keuangan konsolidasian, aset dan liabilitas Entitas Anak pada tanggal pelaporan dijabarkan ke dalam Rupiah, yang merupakan mata uang pelaporan, dengan menggunakan kurs yang berlaku pada tanggal tersebut, sedangkan penghasilan dan beban dijabarkan dengan menggunakan kurs pada tanggal transaksi. Selisih kurs yang terjadi diakui dalam penghasilan komprehensif lain pada akun "Selisih Kurs Penjabaran Laporan Keuangan".

*The books of accounts of certain Subsidiaries are maintained in foreign currencies. For consolidation purposes, assets and liabilities of the Subsidiaries at the reporting date are translated into Rupiah, which is the presentation currency, using the exchange rates at that date, while income and expenses are translated at the transaction rates of exchange. Resulting translation adjustments are recognized in other comprehensive income under "Exchange Differences due to Financial Statements Translation" account.*

Kurs penutup yang digunakan pada tanggal 30 September 2017 dan 31 Desember 2016 adalah sebagai berikut:

*The closing exchange rates used as of September 30, 2017 and December 31, 2016 were as follows:*

| | 2017 | 2016 | |
|---|---|---|---|
| Dolar AS | 13.492 | 13.436 | *US Dollar* |
| Dolar Singapura | 9.926 | 9.299 | *Singapore Dollar* |

**r. Pajak Penghasilan**

***r. Income Taxes***

Efektif tanggal 1 Januari 2015, Kelompok Usaha menerapkan PSAK No. 46 (Revisi 2014), "Pajak Penghasilan". Penerapan PSAK revisi ini tidak berdampak dalam laporan keuangan konsolidasian Kelompok Usaha.

*Effective January 1, 2015, the Group applied PSAK No. 46 (Revised 2014), "Income Taxes." The adoption of this revised PSAK has no impact in the Group's consolidated financial statements.*

Beban pajak kini ditetapkan berdasarkan taksiran laba kena pajak periode berjalan.

*Current tax expense is provided based on the estimated taxable income for the period.*

Pajak penghasilan dalam laba rugi periode berjalan terdiri dari pajak kini dan tangguhan. Pajak penghasilan diakui dalam laba rugi, kecuali untuk transaksi yang berhubungan dengan transaksi yang diakui langsung dalam ekuitas atau penghasilan komprehensif lain, dalam hal ini diakui dalam ekuitas atau penghasilan komprehensif lain.

*Income tax in profit or loss for the period comprises current and deferred tax. Income tax is recognized in profit or loss, except to the extent that it relates to items recognized directly in equity or other comprehensive income in which case it is recognized in equity or other comprehensive income.*

Aset pajak kini dan liabilitas pajak kini dilakukan saling hapus jika, dan hanya jika, entitas memiliki hak yang dapat dipaksakan secara hukum untuk melakukan saling hapus jumlah yang diakui; dan memiliki intensi untuk menyelesaikan dengan dasar neto, atau merealisasikan aset dan menyelesaikan liabilitas secara bersamaan.

*Current tax assets and current tax liabilities are offset if, and only if, the entity has a legally enforceable right to set off the recognized amounts; and intends either to settle on a net basis, or to realize the asset and settle the liability simultaneously.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

Aset dan liabilitas pajak tangguhan diakui atas perbedaan temporer antara aset dan liabilitas untuk tujuan komersial dan untuk tujuan perpajakan setiap tanggal pelaporan. Aset pajak tangguhan diakui untuk seluruh perbedaan temporer yang boleh dikurangkan, sepanjang besar kemungkinan perbedaan temporer yang boleh dikurangkan tersebut dapat dimanfaatkan untuk mengurangi laba fiskal pada masa yang akan datang. Manfaat pajak di masa mendatang, seperti saldo rugi fiskal yang belum digunakan, diakui sejauh besar kemungkinan realisasi atas manfaat pajak tersebut.

Aset dan liabilitas pajak tangguhan diukur pada tarif pajak yang diharapkan akan digunakan pada periode ketika aset direalisasi atau ketika liabilitas dilunasi berdasarkan tarif pajak (dan peraturan perpajakan) yang berlaku atau secara substansial telah diberlakukan pada akhir periode pelaporan.

Aset pajak tangguhan dan liabilitas pajak tangguhan dilakukan saling hapus jika, dan hanya jika, entitas memiliki hak secara hukum untuk saling hapus aset pajak kini terhadap liabilitas pajak kini, dan aset pajak tangguhan dan liabilitas pajak tangguhan terkait dengan pajak penghasilan yang dikenakan oleh otoritas perpajakan atas entitas kena pajak, yang sama atau entitas kena pajak berbeda yang bermaksud untuk memulihkan aset dan liabilitas pajak kini dengan dasar neto, atau merealisasikan aset dan menyelesaikan liabilitas secara bersamaan, pada setiap periode masa depan yang mana jumlah signifikan atas aset atau liabilitas pajak tangguhan diharapkan diselesaikan atau dipulihkan.

Perubahan terhadap kewajiban perpajakan diakui pada saat penetapan pajak diterima dan/atau, jika Kelompok Usaha mengajukan keberatan dan/atau banding, pada saat keputusan atas keberatan dan/atau banding telah ditetapkan.

**s. Laba atau Rugi per Saham**

Laba atau rugi per saham dasar dihitung dengan membagi laba atau rugi yang dapat diatribusikan kepada pemegang saham biasa entitas induk, dengan jumlah rata-rata tertimbang saham biasa yang beredar dalam suatu periode.

**t. Provisi dan Kontinjensi**

Provisi diakui jika Kelompok Usaha memiliki kewajiban kini (baik bersifat hukum maupun bersifat konstruktif) yang akibat peristiwa masa lalu, besar kemungkinannya penyelesaian kewajiban tersebut mengakibatkan arus keluar sumber daya yang mengandung manfaat ekonomi dan estimasi yang andal mengenai jumlah kewajiban tersebut dapat dibuat.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*** *(Continued)*

*Deferred tax assets and liabilities are recognized for temporary differences between the financial and the tax bases of assets and liabilities at each reporting date. Deferred tax assets are recognized for all deductible temporary differences to the extent that it is probable that sufficient future taxable profit will be available against which the deductible temporary difference can be utilized. Future tax benefits, such as the carry-forward of unused tax losses, are also recognized to the extent that realization of such benefits is probable.*

*Deferred tax assets and liabilities are measured at the tax rates that are expected to apply to the period when the asset is realized or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted at the end of reporting period.*

*Deferred tax assets and deferred tax liabilities are offset if, and only if, the entity has a legally enforceable right to set off current tax assets against current tax liabilities; and the deferred tax assets and the deferred tax liabilities relate to income taxes levied by the same taxation authority on either the same taxable entity, or different taxable entities which intend either to settle current tax liabilities and assets on a net basis, or to realize the assets and settle the liabilities simultaneously, in each future period in which significant amounts of deferred tax liabilities or assets are expected to be settled or recovered.*

*Amendments to tax obligations are recorded when an assessment is received and/or, if objected to and/or appealed against by the Group, when the result of the objection and/or appeal is determined.*

***s. Earnings or Losses per Share***

*Basic earnings or losses per share are calculated by dividing profit or loss attributable to ordinary equity holders of the parent entity, by the weighted average number of ordinary shares outstanding during the period.*

***t. Provisions and Contingencies***

*Provisions are recognized when the Group has a present obligation (legal or constructive) where, as a result of a past event, it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and a reliable estimate can be made of the amount of the obligation.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

Provisi ditelaah pada setiap akhir periode pelaporan dan disesuaikan untuk mencerminkan estimasi terbaik yang paling kini. Jika arus keluar sumber daya untuk menyelesaikan kewajiban kemungkinan besar tidak terjadi, maka provisi dibatalkan.

Aset dan liabilitas kontinjensi tidak diakui dalam laporan keuangan konsolidasian. Liabilitas kontinjensi diungkapkan dalam laporan keuangan konsolidasian, kecuali arus keluar sumber daya yang mengandung manfaat ekonomi kemungkinannya kecil. Aset kontinjensi diungkapkan dalam laporan keuangan konsolidasian, jika terdapat kemungkinan besar arus masuk manfaat ekonomis akan diperoleh.

**u. Instrumen Keuangan**

Efektif tanggal 1 Januari 2015, Kelompok Usaha menerapkan PSAK No. 50 (Revisi 2014), “Instrumen Keuangan: Penyajian”, PSAK No. 55 (Revisi 2014), “Instrumen Keuangan: Pengakuan dan Pengukuran”, dan PSAK No. 60 (Revisi 2014), “Instrumen Keuangan: Pengungkapan”. Kelompok Usaha juga menerapkan PSAK No. 68, “Pengukuran Nilai Wajar” dan ISAK No. 26 (Revisi 2014), “Penilaian Kembali Derivatif Melekat”.

Penerapan PSAK No. 50 (Revisi 2014), PSAK No. 55 (Revisi 2014), PSAK No. 60 (Revisi 2014) dan ISAK No. 26 (Revisi 2014) tidak berdampak dalam laporan keuangan konsolidasian Kelompok Usaha.

**(1) Aset Keuangan**

Pengakuan Awal

Aset keuangan pada awalnya diakui sebesar nilai wajarnya ditambah biaya transaksi, kecuali untuk aset keuangan yang diklasifikasikan pada nilai wajar melalui laba rugi yang pada awalnya diukur dengan nilai wajar. Klasifikasi aset keuangan antara lain sebagai aset keuangan yang ditetapkan untuk diukur pada nilai wajar melalui laba rugi (FVTPL), investasi dimiliki hingga jatuh tempo (HTM), pinjaman yang diberikan dan piutang atau aset keuangan tersedia untuk dijual (AFS). Kelompok Usaha menetapkan klasifikasi aset keuangannya pada saat pengakuan awal dan, sepanjang diperbolehkan dan diperlukan, ditelaah kembali pengklasifikasian aset tersebut pada setiap akhir periode pelaporan.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (Continued)*

*Provisions are reviewed at each end of reporting period and adjusted to reflect the current best estimate. If it is no longer probable that an outflow of resources embodying economic benefits will be required to settle the obligation, the provision is reversed.*

*Contingent assets and liabilities are not recognized in the consolidated financial statements. Contingent liabilities are disclosed in the consolidated financial statements, unless the possibility of an outflow of resources embodying economic benefits is remote. Contingent assets are disclosed in the consolidated financial statements where an inflow of economic benefits is probable.*

***u. Financial Instruments***

*Effective January 1, 2015, the Group applied PSAK No. 50 (Revised 2014), “Financial Instruments: Presentation,” PSAK No. 55 (Revised 2014), “Financial Instruments: Recognition and Measurement,” and PSAK No. 60 (Revised 2014), “Financial Instruments: Disclosures.” The Group also applied PSAK No. 68, “Fair Value Measurement,” and ISAK No. 26 (Revised 2014), “Reassessment of Embedded Derivatives.”*

*The adoption of PSAK No. 50 (Revised 2014), PSAK No. 55 (Revised 2014), PSAK No. 60 (Revised 2014) and ISAK No. 26 (Revised 2014) has no impact in the Group’s consolidated financial statements.*

***(1) Financial Assets***

*Initial Recognition*

*Financial assets are recognized initially at fair value plus transaction costs, except for those financial assets classified as at fair value through profit or loss which are initially measured at fair value. Financial assets are classified as financial assets at fair value through profit or loss (FVTPL), held-to-maturity (HTM) investments, loans and receivables or available-for-sale (AFS) financial assets. The Group determines the classification of their financial assets at initial recognition and, where allowed and appropriate, re-evaluates the designation of such assets at each end of reporting period.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

Pengukuran selanjutnya

- Aset keuangan yang diukur pada nilai wajar melalui laba rugi (FVTPL)

  Aset keuangan diklasifikasikan sebagai FVTPL jika aset keuangan diperoleh untuk diperdagangkan atau ditetapkan sebagai FVTPL pada saat pengakuan awal. Aset keuangan diklasifikasikan sebagai kelompok diperdagangkan jika diperoleh untuk tujuan dijual atau dibeli kembali dalam waktu dekat. Aset derivatif juga diklasifikasikan sebagai kelompok diperdagangkan kecuali aset derivatif tersebut ditetapkan sebagai instrumen lindung nilai efektif. Aset keuangan yang ditetapkan sebagai FVTPL disajikan dalam laporan posisi keuangan konsolidasian pada nilai wajar dengan keuntungan atau kerugian dari perubahan nilai wajar diakui dalam laba rugi. Keuntungan atau kerugian yang diakui dalam laba rugi termasuk dividen atau bunga yang diperoleh dari aset keuangan.

- Investasi HTM

  Aset keuangan nonderivatif dengan pembayaran tetap atau telah ditentukan dan jatuh temponya telah ditetapkan diklasifikasikan sebagai HTM ketika Kelompok Usaha mempunyai intensi positif dan kemampuan untuk memiliki aset keuangan hingga jatuh tempo. Setelah pengukuran awal, investasi HTM diukur pada biaya perolehan diamortisasi dengan menggunakan metode suku bunga efektif dikurangi penurunan nilai. Keuntungan atau kerugian diakui dalam laba rugi pada saat investasi tersebut dihentikan pengakuannya atau mengalami penurunan nilai, serta melalui proses amortisasi.

- Pinjaman yang diberikan dan piutang

  Pinjaman yang diberikan dan piutang adalah aset keuangan nonderivatif dengan pembayaran tetap atau telah ditentukan, yang tidak mempunyai kuotasi di pasar aktif. Aset keuangan tersebut diukur sebesar biaya perolehan diamortisasi dengan menggunakan metode suku bunga efektif, dikurangi dengan penurunan nilai. Keuntungan atau kerugian diakui dalam laba rugi pada saat pinjaman yang diberikan dan piutang dihentikan pengakuannya atau mengalami penurunan nilai, serta melalui proses amortisasi.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*** *(Continued)*

*Subsequent measurement*

- *Financial assets at fair value through profit or loss (FVTPL)*

  *Financial assets are classified as at FVTPL where the financial assets are either held for trading or they are designated as FVTPL at initial recognition. Financial assets are classified as held for trading if they are acquired for the purpose of selling or repurchasing in the near term. Derivative assets are also classified as held for trading unless they are designated as effective hedging instruments. Financial assets at FVTPL are carried on the consolidated statements of financial position at fair value with gains or losses recognized in profit or loss. The gains or losses recognized in profit or loss include any dividend or interest earned from the financial assets.*

- *HTM investments*

  *Non-derivative financial assets with fixed or determinable payments and fixed maturities are classified as HTM when the Group has the positive intention and ability to hold them to maturity. After initial measurement, HTM investments are measured at amortized cost using the effective interest method less any impairment. Gains or losses are recognized in profit or loss when the investments are derecognized or impaired, as well as through the amortization process.*

- *Loans and receivables*

  *Loans and receivables are non-derivative financial assets with fixed or determinable payments that are not quoted on an active market. Such financial assets are carried at amortized cost using the effective interest method, less any impairment. Gains or losses are recognized in profit or loss when the loans and receivables are derecognized or impaired, as well as through the amortization process.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

- Aset keuangan AFS

  Aset keuangan AFS adalah aset keuangan nonderivatif yang ditetapkan sebagai tersedia untuk dijual atau yang tidak diklasifikasikan dalam tiga kategori sebelumnya. Setelah pengakuan awal, aset keuangan AFS diukur dengan nilai wajar dengan keuntungan atau kerugian yang belum terealisasi diakui dalam penghasilan komprehensif lain, kecuali untuk kerugian penurunan nilai dan keuntungan atau kerugian akibat perubahan kurs, sampai aset keuangan tersebut dihentikan pengakuannya. Pada saat itu, keuntungan atau kerugian kumulatif yang sebelumnya diakui dalam penghasilan komprehensif lain direklasifikasi dari ekuitas ke laba rugi sebagai penyesuaian reklasifikasi. Akan tetapi, bunga yang dihitung menggunakan metode suku bunga efektif diakui dalam laba rugi. Aset keuangan ini diklasifikasikan sebagai aset tidak lancar kecuali aset keuangan tersebut ditujukan untuk dilepaskan dalam waktu dua belas (12) bulan dari tanggal pelaporan.

<u>Penurunan nilai aset keuangan</u>

Pada setiap akhir periode pelaporan, Kelompok Usaha mengevaluasi apakah aset keuangannya mengalami penurunan nilai.

- Aset keuangan yang diukur pada biaya perolehan diamortisasi

  Jika terdapat bukti obyektif penurunan nilai, maka jumlah kerugian tersebut, yang diukur sebagai selisih antara nilai tercatat aset dengan nilai kini estimasi arus kas masa datang (tidak termasuk kerugian kredit di masa datang yang belum terjadi) yang didiskonto menggunakan suku bunga efektif yang dihitung saat pengakuan awal aset tersebut, diakui pada laba rugi.

- Aset keuangan AFS

  Jika terdapat bukti obyektif bahwa aset AFS mengalami penurunan nilai, maka kerugian kumulatif yang sebelumnya diakui dalam penghasilan komprehensif lain direklasifikasi dari ekuitas ke laba rugi sebagai penyesuaian reklasifikasi meskipun aset keuangan tersebut belum dihentikan pengakuannya.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*** *(Continued)*

- *AFS financial assets*

  *AFS financial assets are non-derivative financial assets that are designated as available-for-sale or are not classified in any of the three preceding categories. After initial recognition, AFS financial assets are measured at fair value with unrealized gains or losses being recognized in other comprehensive income, except for impairment losses and gains or losses due to changes in exchange rates, until the financial assets are derecognized. At that time, the cumulative gains or losses previously reported in other comprehensive income are reclassified from equity to profit or loss as reclassification adjustments. However, interest is calculated using the effective interest method is recognized in profit or loss. These financial assets are classified as non-current assets unless the intention is to dispose of them within twelve (12) months from the reporting date.*

*<u>Impairment of financial assets</u>*

*The Group evaluates at the end of each reporting period whether any of their financial asset is impaired.*

- *Financial assets measured at amortized cost*

  *If there is objective evidence of impairment, the amount of loss, which is measured as the difference between the asset's carrying amount and the present value of estimated future cash flows (excluding future expected credit losses that have not been incurred) discounted at the effective interest rate computed at initial recognition of the asset, is recognized in profit or loss.*

- *AFS financial assets*

  *If there is objective evidence that an AFS financial asset is impaired, the cumulative loss previously recognized in other comprehensive income are reclassified from equity to profit or loss as reclassification adjustments even though such financial asset is not derecognized.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

Penghentian pengakuan aset keuangan

Kelompok Usaha menghentikan pengakuan aset keuangan, jika dan hanya jika, hak kontraktual atas arus kas yang berasal dari aset keuangan tersebut berakhir, atau mengalihkan hak kontraktual untuk menerima arus kas yang berasal dari aset keuangan, atau tetap memiliki hak kontraktual untuk menerima arus kas yang berasal dari aset keuangan namun juga menanggung kewajiban kontraktual untuk membayar arus kas yang diterima tersebut kepada satu atau lebih pihak penerima melalui suatu kesepakatan yang memenuhi persyaratan tertentu. Ketika Kelompok Usaha mengalihkan aset keuangan, maka Kelompok Usaha mengevaluasi sejauh mana Kelompok Usaha tetap memiliki risiko dan manfaat atas kepemilikan aset keuangan tersebut.

**(2) Liabilitas Keuangan dan Instrumen Ekuitas**

Pengakuan awal

Kelompok Usaha menetapkan klasifikasi liabilitas keuangannya pada saat pengakuan awal. Instrumen utang dan ekuitas dikelompokkan sebagai liabilitas keuangan atau sebagai ekuitas sesuai dengan substansi pengaturan kontraktual.

Liabilitas keuangan diklasifikasikan sebagai liabilitas keuangan yang diukur pada FVTPL, liabilitas keuangan yang diukur pada biaya perolehan diamortisasi, atau sebagai derivatif yang ditentukan sebagai instrumen lindung nilai dalam lindung nilai yang efektif, mana yang sesuai. Liabilitas keuangan diakui pada awalnya sebesar nilai wajar dan, dalam hal liabilitas keuangan yang diukur pada biaya perolehan diamortisasi, termasuk biaya transaksi yang dapat diatribusikan secara langsung.

Instrumen ekuitas adalah setiap kontrak yang memberikan hak residual atas aset suatu entitas setelah dikurangi seluruh liabilitasnya. Instrumen ekuitas yang diterbitkan oleh Kelompok Usaha dicatat sebesar hasil yang diperoleh, dikurangi biaya penerbitan instrumen ekuitas.
Instrumen keuangan majemuk, seperti obligasi atau instrumen sejenis yang dapat dikonversi oleh pemegangnya menjadi saham biasa dengan jumlah yang telah ditetapkan, dipisahkan antara liabilitas keuangan dan ekuitas sesuai dengan substansi pengaturan kontraktual. Pada tanggal penerbitan instrumen keuangan majemuk, nilai wajar dari komponen liabilitas diestimasi dengan menggunakan suku bunga yang berlaku di pasar untuk instrumen *non-convertible* yang serupa.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (Continued)*

*Derecognition of financial assets*

*The Group derecognizes financial assets if, and only if, the contractual rights to the cash flows from the financial asset expire, or the contractual rights to receive the cash flows of the financial asset are transferred, or the contractual rights to receive the cash flows of the financial asset are retained but assumes a contractual obligation to pay those cash flows to one or more recipients in an arrangement that meets certain conditions. When the Group transfers a financial asset, it evaluates the extent to which it retains the risks and rewards of ownership of the financial asset.*

***(2) Financial Liabilities and Equity Instruments***

*Initial recognition*

*The Group determines the classification of their financial liabilities at initial recognition. Debt and equity instruments are classified as either financial liabilities or as equity in accordance with the substance of the contractual arrangement.*

*Financial liabilities are classified as financial liabilities at FVTPL, financial liabilities measured at amortized cost, or as derivatives designated as hedging instruments in an effective hedge, as appropriate. Financial liabilities are recognized initially at fair value and, in the case of financial liabilities measured at amortized cost, inclusive of directly attributable transaction costs.*

*An equity instrument is any contract that evidences a residual interest in the assets of an entity after deducting all of its liabilities. Equity instruments issued by the Group are recorded at the proceeds received, net of direct issuance costs.*
*Compound financial instruments, a bond or similar instrument convertible by the holder into a fixed number of ordinary shares, are classified separately as financial liabilities and equity in accordance with the substance of the contractual arrangement. At the date of issuance of compound financial instruments, the fair value of the liability component is estimated using the prevailing market interest rate for a similar non-convertible instrument.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** (Lanjutan)

Jumlah ini dicatat sebagai liabilitas dengan dasar biaya perolehan diamortisasi menggunakan metode suku bunga efektif sampai dengan liabilitas tersebut berakhir melalui konversi atau pada tanggal instrumen jatuh tempo. Komponen ekuitas ditentukan dengan cara mengurangkan jumlah komponen liabilitas dari keseluruhan nilai wajar instrumen keuangan majemuk. Jumlah tersebut diakui dan dicatat dalam ekuitas, dikurangi dengan pajak penghasilan, dan tidak ada pengukuran setelah pengakuan awal.

<u>Pengukuran selanjutnya</u>

(a) Liabilitas keuangan FVTPL

Liabilitas keuangan yang diukur pada FVTPL termasuk liabilitas keuangan untuk diperdagangkan dan liabilitas keuangan yang ditetapkan pada saat pengakuan awal untuk diukur pada FVTPL. Liabilitas keuangan diklasifikasikan sebagai kelompok diperdagangkan jika liabilitas keuangan tersebut diperoleh untuk tujuan dijual atau dibeli kembali dalam waktu dekat. Liabilitas derivatif juga diklasifikasikan sebagai kelompok diperdagangkan kecuali liabilitas derivatif tersebut ditetapkan sebagai instrumen lindung nilai efektif. Liabilitas keuangan yang diukur pada FVTPL dinyatakan sebesar nilai wajar dengan keuntungan atau kerugian diakui dalam laba rugi. Keuntungan atau kerugian yang diakui dalam laba rugi termasuk bunga yang dibayar atas liabilitas keuangan.

(b) Liabilitas keuangan yang diukur pada biaya perolehan diamortisasi

Setelah pengakuan awal, liabilitas keuangan dalam kategori ini selanjutnya diukur pada biaya perolehan diamortisasi dengan menggunakan metode suku bunga efektif. Keuntungan atau kerugian diakui dalam laba rugi ketika liabilitas keuangan tersebut dihentikan pengakuannya atau mengalami penurunan nilai, dan melalui proses amortisasi.

Penghentian pengakuan liabilitas keuangan

Kelompok Usaha menghentikan pengakuan liabilitas keuangan jika, dan hanya jika, kewajiban Kelompok Usaha dilepaskan, dibatalkan atau kadaluwarsa.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*** *(Continued)*

*This amount is recorded as a liability on an amortized cost basis using the effective interest method until extinguished upon conversion or at the instrument's maturity date. The equity component is determined by deducting the amount of the liability component from the fair value of the compound financial instruments as a whole. This amount is recognized and included in equity, net of income tax effects, and is not subsequently remeasured.*

*<u>Subsequent measurement</u>*

*(a) Financial liabilities at FVTPL*

*Financial liabilities at FVTPL include financial liabilities held for trading and financial liabilities designated upon initial recognition at FVTPL. Financial liabilities are classified as held for trading if they are acquired for the purpose of selling or repurchasing in the near term. Derivative liabilities are also classified as held for trading unless they are designated as effective hedging instruments. Financial liabilities at FVTPL are stated at fair value with gains or losses recognized in profit or loss. The gains or losses recognized in profit or loss incorporate any interest paid on the financial liabilities.*

*(b) Financial liabilities measured at amortized cost*

*After initial recognition, financial liabilities in this category are subsequently measured at amortized cost using the effective interest method. Gains or losses are recognized in profit or loss when the financial liabilities are derecognized or impaired, as well as through the amortization process.*

*Derecognition of financial liabilities*

*The Group derecognizes financial liabilities if, and only if, the Group's obligations are discharged, cancelled or expire.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

**(3) Instrumen Derivatif**

Instrumen derivatif dicatat pada pengakuan awal sebesar nilai wajar pada tanggal perjanjian derivatif ditandatangani dan diukur kembali setiap akhir periode laporan. Derivatif dicatat sebagai aset keuangan saat nilai wajar positif dan liabilitas keuangan saat nilai wajar negatif.

Derivatif melekat disajikan dengan kontrak utamanya pada laporan posisi keuangan konsolidasian yang mencerminkan penyajian yang memadai atas seluruh arus kas pada masa datang dari instrumen tersebut secara keseluruhan. Derivatif yang melekat pada instrumen keuangan atau kontrak awal diperlakukan sebagai derivatif yang berbeda saat risiko dan karakteristiknya tidak saling berhubungan dengan kontrak utamanya dan kontrak utama tersebut tidak diukur dengan nilai wajar serta perubahan pada nilai wajar diakui dalam laba rugi.

Derivatif disajikan sebagai aset tidak lancar atau liabilitas jangka panjang jika sisa periode jatuh tempo dari instrumen tersebut lebih dari dua belas (12) bulan dan tidak diharapkan untuk direalisasi atau diselesaikan dalam jangka waktu dua belas (12) bulan.

Keuntungan atau kerugian yang timbul dari perubahan nilai wajar instrumen derivatif diakui sebagai laba tahun berjalan, kecuali seluruh persyaratan khusus (contoh, dokumen formal, penetapan dan pengukuran keefektifan transaksi) untuk diakui sebagai “Penghasilan Komprehensif Lainnya” sesuai dengan tipe akuntansi lindung nilai tertentu terpenuhi.

Seluruh instrumen derivatif Kelompok Usaha tidak memenuhi kriteria khusus untuk akuntansi lindung nilai, dan oleh karenanya, tidak ditentukan sebagai transaksi lindung nilai untuk tujuan akuntansi.

**(4) Saling hapus instrumen keuangan**

Aset keuangan dan liabilitas keuangan saling hapus dan nilai netonya dilaporkan dalam laporan posisi keuangan konsolidasian jika, dan hanya jika, saat ini memiliki hak yang berkekuatan hukum untuk melakukan saling hapus atas jumlah yang telah diakui dan terdapat niat untuk menyelesaikannya secara neto, atau untuk merealisasikan aset dan menyelesaikan liabilitasnya secara simultan.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*** *(Continued)*

***(3) Derivative Instruments***

*Derivative instruments are initially recognized at fair value as at the date a derivative contract is entered into and are subsequently remeasured to their fair value at each end of reporting period. Derivatives are carried as financial assets when the fair value is positive and as financial liabilities when the fair value is negative.*

*Embedded derivative is presented with the host contract on the consolidated statements of financial position which represents an appropriate presentation of overall future cash flows for the instrument taken as a whole. Derivatives embedded in other financial instruments or other host contracts are treated as separate derivatives when their risks and characteristics are not closely related to those of the host contracts and the host contracts are not measured at fair value, with changes in fair value recognized in profit or loss.*

*A derivative is presented as a non-current asset or a non-current liability if the remaining maturity of the instrument is more than twelve (12) months and it is not expected to be realized or settled within twelve (12) months.*

*Gains or losses arising from changes in the fair value of the derivative instrument be recognized currently in earnings, unless meeting all the specific requirements (i.e., formal documentation, designation and assessment of the effectiveness of the transaction) to allow deferral as “Other Comprehensive Income” under certain types of hedge accounting.*

*None of the derivative instruments of the Group qualifies the specific criteria for hedge accounting, and therefore, are not designated as hedges for accounting purposes.*

***(4) Offsetting of financial instruments***

*Financial assets and financial liabilities are offset and the net amount reported in the consolidated statements of financial position if, and only if, there is a currently enforceable legal right to offset the recognized amounts and there is an intention to settle on a net basis, or to realize the assets and settle the liabilities simultaneously.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

**(5) Instrumen keuangan yang diukur pada biaya perolehan diamortisasi**

Biaya perolehan diamortisasi dihitung menggunakan metode suku bunga efektif dikurangi dengan penyisihan atas penurunan nilai. Perhitungan tersebut mempertimbangkan premium atau diskonto pada saat perolehan dan termasuk biaya transaksi dan biaya yang merupakan bagian yang tidak terpisahkan dari suku bunga efektif.

**(6) Pengukuran Nilai Wajar**

PSAK No. 68 bertujuan untuk meningkatkan konsistensi dan mengurangi kompleksitas dengan memberikan definisi yang tepat dari nilai wajar dan sumber tunggal pengukuran nilai wajar dan persyaratan pengungkapan untuk digunakan di seluruh PSAK. Persyaratan ini tidak memperluas penggunaan akuntansi nilai wajar namun memberikan pedoman tentang bagaimana hal tersebut diterapkan ketika penggunaannya sudah disyaratkan atau diizinkan oleh pernyataan lain dalam PSAK. Akibatnya, pedoman dan persyaratan yang berkaitan dengan pengukuran nilai wajar yang sebelumnya terletak di PSAK lain kini telah dipindahkan ke PSAK No. 68. PSAK No. 68 tidak berpengaruh material pada pengukuran nilai wajar aset atau liabilitas Kelompok Usaha, dimana perubahannya terbatas pada penyajian dan pengungkapan, dan oleh karena itu tidak berdampak dalam posisi keuangan atau kinerja Kelompok Usaha.

Nilai wajar adalah harga yang akan diterima untuk menjual suatu aset atau harga yang akan dibayar untuk mengalihkan suatu liabilitas dalam transaksi teratur antara pelaku pasar di pasar utama (atau pasar yang paling menguntungkan) pada tanggal pengukuran dalam kondisi pasar saat ini (yaitu harga keluar) terlepas apakah harga tersebut dapat diobservasi secara langsung atau diestimasi dengan menggunakan teknik penilaian lain pada tanggal pengukuran.

Pengukuran nilai wajar mengasumsikan bahwa transaksi untuk menjual aset atau mengalihkan liabilitas terjadi:
(a) di pasar utama (principal market) untuk aset atau liabilitas tersebut; atau
(b) jika tidak terdapat pasar utama, di pasar yang paling menguntungkan (most advantegous market) untuk aset atau liabilitas tersebut.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES** (Continued)*

***(5) Financial instruments measured at amortized cost***

*Amortized cost is computed using the effective interest method less any allowance for impairment. The calculation takes into account any premium or discount on acquisition and includes transaction costs and fees that are an integral part of the effective interest rate.*

***(6) Fair Value Measurement***

*PSAK No. 68 aims to improve consistency and reduce complexity by providing a precise definition of fair value and a single source of fair value measurement and disclosure requirements for use across PSAKs. The requirements do not extend the use of fair value accounting but provide guidance on how it should be applied where its use is already required or permitted by other statements within PSAKs. As a result, the guidance and requirements relating to fair value measurement that were previously located in other PSAKs have now been relocated to PSAK No. 68. PSAK No. 68 did not materially affect any fair value measurements of the Group's assets or liabilities, with changes being limited to presentation and disclosure, and therefore has no effect on the Group's financial position or performance.*

*Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants in the principal (or most advantageous market) at the measurement date under current market conditions (i.e. an exit price) regardless of whether that price is directly observable or estimated using another valuation technique at the measurement date.*

*A fair value measurement assumes that the transaction to sell the asset or transfer the liability takes place either:*
*(a) in the principal market for the asset or liability; or*
*(b) in the absence of a principal market, in the most advantageous market for the asset or liability.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

Kelompok Usaha mengukur nilai wajar suatu aset atau liabilitas menggunakan asumsi yang akan digunakan pelaku pasar ketika menentukan harga aset atau liabilitas tersebut, dengan asumsi bahwa pelaku pasar bertindak dalam kepentingan ekonomis terbaiknya.

Pengukuran nilai wajar aset nonkeuangan memperhitungkan kemampuan pelaku pasar untuk menghasilkan manfaat ekonomis dengan menggunakan aset dalam penggunaan tertinggi dan terbaiknya (*highest and best use*) atau dengan menjualnya kepada pelaku pasar lain yang akan menggunakan aset tersebut dalam penggunaan tertinggi dan terbaiknya.

Kelompok Usaha menggunakan teknik penilaian yang sesuai dalam keadaan dan dimana data yang memadai tersedia untuk mengukur nilai wajar, memaksimalkan penggunaan *input* yang dapat diobservasi yang relevan dan meminimalkan penggunaan *input* yang tidak dapat diobservasi.

Hirarki nilai wajar dikategorikan dalam tiga (3) level *input* untuk teknik penilaian yang digunakan dalam pengukuran nilai wajar, sebagai berikut:

(a) *Input* Level 1 - harga kuotasian (tanpa penyesuaian) di pasar aktif untuk aset atau liabilitas yang identik yang dapat diakses entitas pada tanggal pengukuran.
(b) *Input* Level 2 – *input* selain harga kuotasian yang termasuk dalam Level 1 yang dapat diobservasi untuk 34aset atau liabilitas, baik secara langsung atau tidak langsung.
(c) *Input* Level 3 adalah *input* yang tidak dapat diobservasi untuk aset atau liabilitas.

Untuk aset dan liabilitas yang diakui pada laporan keuangan konsolidasian secara berulang, Kelompok Usaha menentukan apakah terjadi transfer antara Level di dalam hirarki dengan cara mengevaluasi kategori (berdasarkan *input* level terendah yang signifikan dalam pengukuran nilai wajar) setiap akhir periode pelaporan.

Kelompok Usaha menentukan kelas aset dan liabilitas yang sesuai dengan sifat, karakteristik, dan risiko aset dan liabilitas, dan level hirarki nilai wajar dimana pengukuran nilai wajar tersebut dikategorikan.

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*** *(Continued)*

*The Group measures the fair value of an asset or a liability using the assumptions that market participants would use when pricing the asset or liability, assuming that market participants act in their economic best interest.*

*A fair value measurement of a non-financial asset takes into account a market participant's ability to generate economic benefits by using the asset in its highest and best use or by selling it to another market participant that would use the asset in its highest and best use.*

*The Group uses valuation techniques that are appropriate in the circumstances and for which sufficient data are available to measure fair value, maximizing the use of relevant observable inputs and minimizing the use of unobservable inputs.*

*Fair value hierarchy are categorized into three (3) levels the inputs to valuation techniques used to measure fair value, as follows:*

*(a) Level 1 inputs - quoted prices (unadjusted) in active markets for identical assets or liabilities that the entity can access at the measurement date.*
*(b) Level 2 inputs – inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly or indirectly.*
*(c) Level 3 inputs - unobservable inputs for the asset or liability.*

*For assets and liabilities that are recognized in the consolidated financial statements on a recurring basis, the Group determines whether transfers have occurred between Levels in the hierarchy by re-assessing categorization (based on the lowest level input that is significant to the fair value measurement as a whole) at the end of each reporting period.*

*The Group determines appropriate classes of assets and liabilities on the basis of the nature, characteristics and risks of the asset or liability, and the level of the fair value hierarchy within which the fair value measurement is categorized.*

**2. IKHTISAR KEBIJAKAN AKUNTANSI PENTING** *(Lanjutan)*

**v. Akuntansi aset dan liabilitas pengampunan pajak**

PSAK 70 “Akuntansi Aset dan Liabilitas Pengampunan Pajak” memberikan pengaturan akuntansi atas aset dan liabilitas yang rimbul dari pengampunan pajak, dimana entitas dapat memilih menerapkan kebijakan akuntansi sesuai dengan SAK lain yang relevan dalam mengakui, mengukur , menyajikan dan mengungkapkan aset dan liabilitas pengampunan pajak atau menerapkan kebijakan akuntansi sesuai PSAK 70.

Kelompok Usaha telah menerapkan PSAK ini dan telah melengkapi persyaratan mengenai informasi akuntansi Aset dan Liabilitas Pengampunan Pajak.

Aset Pengampunan Pajak dan Liabilitas Pengampunan Pajak diakui pada saat Surat Keterangan Pengampunan Pajak (SKPP) diterbitkan oleh Menteri Keuangan Republik Indonesia, dan tidak diakui secara neto (saling hapus). Selisih antara Aset Pengampunan dan Liabilitas Pengampunan Pajak diakui sebagai Tambahan Modal Disetor.

Aset Pengampunan pajak pada awalnya diakui sebesar nilai yang disetujui dalam SKPP.

Liabilitas Pengampunan Pajak pada awalnya diakui sebesar nilai kas dan setara kas yang masu harus dibayarkan oleh Kelompok Usaha sesuai kewajiban kontraktual atas perolehan Aset Pengampunan Pajak.

Uang tebusan yang dibayarkan oleh Kelompok Usaha untuk memperoleh pengampunan pajak diakui sebagai beban pada periode dimana SKPP diterima oleh Perusahaan.

Setelah pengakuan awal, Aset dan Liabilitas Pengampunan Pajak diukur sesuai dengan SAK yang relevan sesuai dengan klasifikasi masing-masing Aset dan Liabilitas Pengampunan Pajak.

Sehubungan dengan asset dan liabilitas pengampunan pajak yang diakui, Kelompok Usaha mengungkapkan dalam laporan keuangannya:

a. Tanggal SKPP;
b. Jumlah yang diakui sebagai asset pengampunan pajak sesuai SKPP;
c. Jumlah yang diakui sebagai liabilitas pengampunan pajak, (jika ada).

***2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES*** *(Continued)*

***u. Accounting for tax amnesty assets and libilities***

*PSAK 70 “Accounting for Tax Amnesty Assets and Liabilities” sets the accounting treatment for assets and liabilities arising from tax amnesty, in which entity is allowed to choose between accounting policy as prescribed by other relevant SAKs in recognition, measurement, presentation, and disclosure of tax amnesty assets anD liabilities, and accounting policy prescribed in PSAK 70.*

*The Group had adopting this PSAK and had completed the requirement regarding accounting for Tax Amnesty and Liabilities information.*

*Tax Amnesty Assets and Liabilities are recognized upon the issuance of Surat Keterangan Pengampunan Pajak (SKKP) by the Minister of Finance of Republic Indonesia, and they are not recognized as net amount (offset). The difference between Tax Amnesty Assets and Tax Amnesty Liabilities are recognized as Additional Paid in Capital.*

*Tax Amnesty Assets are initially recognized at the value stated in SKPP.*

*Tax Amnesty Liabilities are initially measured at the amount of cash or cash equivalents to be settled by the Group according to the contractual obligation with respect to the acquisition of respective Tas Amnesty Assets.*

*The redemption money paid by the Group to obtain the tax amnesty is recognized as expense in the period in which the Company receives SKPP.*

*After initial recognition, Tax Amnesty Assets and Liabilities are measured in accordance with respective relevant SAKs according to the classifications of each Tax Amnesty Assets and Liabilities.*

*With recpect to tax amnesty assets and liabilities recognized, the Group disclose the following in its financial statements:*

*a. The date of SKPP;*
*b. Amount recognized as tax amnesty assets in accordance with SKPP;*
*c. Amount recognized as tax amnesty liabilities, (if any).*

## 3. ESTIMASI DAN PERTIMBANGAN AKUNTANSI YANG PENTING

Penyusunan laporan keuangan konsolidasian sesuai dengan Standar Akuntansi Keuangan di Indonesia mewajibkan manajemen untuk membuat pertimbangan, estimasi dan asumsi yang mempengaruhi jumlah-jumlah yang dilaporkan dalam laporan keuangan. Sehubungan dengan adanya ketidakpastian yang melekat dalam membuat estimasi, hasil sebenarnya yang dilaporkan di masa mendatang dapat berbeda dengan jumlah estimasi yang dibuat.

Kelompok Usaha mendasarkan asumsi dan estimasi pada parameter yang tersedia pada saat laporan keuangan disusun. Asumsi dan situasi mengenai perkembangan masa depan mungkin berubah akibat perubahan pasar atau situasi diluar kendali Kelompok Usaha. Perubahan tersebut dicerminkan dalam asumsi terkait pada saat terjadinya.

Pertimbangan, estimasi dan asumsi berikut ini dibuat oleh manajemen dalam rangka penerapan kebijakan akuntansi Kelompok Usaha yang memiliki pengaruh paling signifikan atas jumlah yang diakui dalam laporan keuangan konsolidasian:

<u>Menentukan mata uang fungsional</u>

Faktor-faktor yang dipertimbangkan dalam menentukan mata uang fungsional Perusahaan dan masing-masing Entitas Anak termasuk, antara lain, mata uang:
- yang paling mempengaruhi harga jual barang dan jasa,
- dari negara yang kekuatan persaingan dan peraturannya sebagian besar menentukan harga jual barang dan jasa entitas,
- yang paling mempengaruhi biaya tenaga kerja, bahan baku, dan biaya lain dari pengadaan barang atau jasa,
- yang mana dana dari aktivitas pendanaan dihasilkan, dan
- yang mana penerimaan dari aktivitas operasi pada umumnya ditahan.

Berdasarkan substansi ekonomis dari kondisi yang sesuai dengan Kelompok Usaha, mata uang fungsional telah ditentukan berupa Rupiah (Rp), karena hal ini berkaitan dengan fakta bahwa mayoritas bisnis Kelompok Usaha dipengaruhi oleh lingkungan ekonomi utama dimana Kelompok Usaha beroperasi dan harga jual barang dalam mata uang Rupiah.

<u>Menentukan klasifikasi aset dan liabilitas keuangan</u>

Kelompok Usaha menetapkan klasifikasi atas aset dan liabilitas tertentu sebagai aset keuangan dan liabilitas keuangan dengan mempertimbangkan apakah definisi yang ditetapkan PSAK No. 55 (Revisi 2014) dipenuhi. Dengan demikian, aset keuangan dan liabilitas keuangan diakui sesuai dengan kebijakan akuntansi Kelompok Usaha seperti diungkapkan pada (Catatan 2).

## *3. CRITICAL ACCOUNTING ESTIMATES AND JUDGMENTS*

*The preparation of consolidated financial statements, in conformity with Indonesian Financial Accounting Standards, requires management to make judgments, estimations and assumptions that affect amounts reported therein. Due to the inherent uncertainty in making estimates, actual results reported in future periods may differ from those estimates.*

*The Group based their assumptions and estimates on parameters available when the financial statements were prepared. Existing circumstances and assumptions about future developments may change due to market changes or circumstances arising beyond the control of the Group. Such changes are reflected in the assumptions as they occur.*

*The following judgments, estimates and assumptions made by management in the process of applying the Group's accounting policies have the most significant effects on the amounts recognized in the consolidated financial statements:*

<u>*Determining functional currency*</u>

*The factors considered in determining the functional currency of the Company and each of its Subsidiary include, among others, the currency:*
- *that mainly influences sales prices for goods and services;*
- *of the country whose competitive forces and regulations mainly determine the sales prices of its goods and services;*
- *that mainly influences labor, material and other costs of providing goods or services;*
- *in which funds from financing activities are generated; and*
- *in which receipts from operating activities are usually retained.*

*Based on the economic substance of the underlying circumstances relevant to the Group, the functional currency has been determined to be Rupiah (Rp), as this reflected the fact that majority of the Group's businesses are influenced by primary economic environment in which the Group operates and sales prices for goods in Rupiah currency.*

<u>*Determining classification of financial assets and financial liabilities*</u>

*The Group determines the classification of certain assets and liabilities as financial assets and financial liabilities by judging if they meet the definition set forth in PSAK No. 55 (Revised 2014). Accordingly, the financial assets and financial liabilities are accounted for in accordance with the Group's accounting policies disclosed in (Note 2).*

**3. ESTIMASI DAN PERTIMBANGAN AKUNTANSI YANG PENTING** *(Lanjutan)*

Menentukan nilai wajar dan perhitungan amortisasi biaya perolehan dari instrumen keuangan

Kelompok Usaha mencatat aset dan liabilitas keuangan tertentu pada nilai wajar dan pada biaya perolehan yang diamortisasi, yang mengharuskan penggunaan estimasi akuntansi. Sementara komponen signifikan atas pengukuran nilai wajar dan asumsi yang digunakan dalam perhitungan amortisasi biaya perolehan ditentukan menggunakan bukti obyektif yang dapat diverifikasi, jumlah nilai wajar atau amortisasi dapat berbeda bila Kelompok Usaha menggunakan metodologi penilaian atau asumsi yang berbeda. Perubahan tersebut dapat mempengaruhi secara langsung laba rugi Kelompok Usaha. Penjelasan lebih rinci diungkapkan dalam (Catatan 31).

Menilai jumlah terpulihkan dari aset keuangan

Kelompok Usaha mengevaluasi akun piutang tertentu yang diketahui bahwa pelanggan tertentu tidak dapat memenuhi kewajiban keuangannya. Dalam hal tersebut, Kelompok Usaha menggunakan pertimbangan, berdasarkan fakta dan situasi yang tersedia, termasuk namun tidak terbatas pada, jangka waktu hubungan dengan pelanggan dan status kredit dari pelanggan berdasarkan catatan kredit dari pihak ketiga yang tersedia dan faktor pasar yang telah diketahui, untuk mencatat penyisihan spesifik atas pelanggan terhadap jumlah terutang guna mengurangi jumlah piutang yang diharapkan dapat diterima oleh Kelompok Usaha. Penyisihan spesifik ini dievaluasi kembali dan disesuaikan jika tambahan informasi yang diterima mempengaruhi jumlah penyisihan atas penurunan nilai piutang. Penjelasan lebih rinci diungkapkan dalam (Catatan 7).

Menilai jumlah terpulihkan dari aset nonkeuangan

Penyisihan penurunan nilai pasar dan keusangan persediaan diestimasi berdasarkan fakta dan situasi yang tersedia, termasuk namun tidak terbatas kepada, kondisi fisik persediaan yang dimiliki, harga jual pasar, estimasi biaya penyelesaian dan estimasi biaya yang timbul untuk penjualan. Provisi dievaluasi kembali dan disesuaikan jika terdapat tambahan informasi yang mempengaruhi jumlah yang diestimasi. Penjelasan lebih rinci diungkapkan dalam.

Jumlah terpulihkan aset tetap didasarkan pada estimasi dan asumsi khususnya mengenai prospek pasar dan arus kas terkait dengan aset. Estimasi arus kas masa depan mencakup perkiraan mengenai pendapatan masa depan. Setiap perubahan dalam asumsi-asumsi ini mungkin memiliki dampak material terhadap pengukuran jumlah terpulihkan dan bisa mengakibatkan penyesuaian penyisihan penurunan nilai yang sudah dibukukan (Catatan 10).

***3. CRITICAL ACCOUNTING ESTIMATES AND JUDGMENTS*** *(Continued)*

*Determining fair value and calculation of cost amortization of financial instruments*

*The Group records certain financial assets and liabilities at fair values and at amortized costs, which require the use of accounting estimates. While significant components of fair value measurement and asumptions used in the calculation of cost amortization were determined using verifiable objective evidence, the fair value or amortization amount would differ if the Group utilized different valuation methodology or assumption. Such changes would directly affect the Group's profit or loss. Further details are disclosed in (Note 31).*

*Assessing recoverable amounts of financial assets*

*The Group evaluates specific accounts receivable where it has information that certain customers are unable to meet their financial obligations. In these cases, the Group uses judgment, based on available facts and circumstances, including but not limited to, the length of their relationship with the customer and the customer's current credit status based on any available third party credit reports and known market factors, to record specific provisions for customers against amounts due to reduce their receivable amounts that the Group expects to collect. These specific provisions are re-evaluated and adjusted as additional information received affects the provision for impairment. Further details are disclosed in (Note 7).*

*Assessing recoverable amounts of non-financial assets*

*Allowance for decline in market value and obsolescence of inventories is estimated based on available facts and circumstances, including but not limited to, the inventories own physical condition, their market selling prices, estimated costs of completion and estimated costs to be incurred for their sales. The provisions are re-evaluated and adjusted as additional information received affects the amount estimated. Further details are disclosed in.*

*The recoverable amounts of fixed assets is based on estimates and assumptions regarding in particular the expected market outlook and future cash flows associated with the assets. Estimated future cash flows include estimates of future revenues. Any changes in these assumptions may have a material impact on the measurement of the recoverable amount and could result in adjustments to the provision of impairment already booked (Note 10).*

**3. ESTIMASI DAN PERTIMBANGAN AKUNTANSI YANG PENTING** *(Lanjutan)*

Menentukan metode penyusutan dan estimasi umur manfaat aset tetap

Biaya perolehan aset tetap disusutkan dengan menggunakan metode garis lurus berdasarkan taksiran masa manfaat ekonomisnya. Manajemen mengestimasi masa manfaat ekonomis aset tetap antara empat (4) sampai dengan dua puluh (20) tahun. Ini adalah umur yang secara umum diharapkan dalam industri dimana Kelompok Usaha menjalankan bisnisnya. Perubahan tingkat pemakaian dan perkembangan teknologi dapat mempengaruhi masa manfaat ekonomis dan nilai sisa aset, dan karenanya biaya penyusutan masa depan mungkin direvisi. Penjelasan lebih rinci diungkapkan dalam (Catatan 2h dan 10).

Pada tanggal 31 Desember 2014, Kelompok Usaha mengestimasikan taksiran sisa manfaat ekonomis peralatan dan fasilitas telekomunikasi menjadi lima (5) tahun.

Menentukan pajak penghasilan

Pertimbangan signifikan dilakukan dalam menentukan provisi atas pajak penghasilan badan. Terdapat transaksi dan perhitungan tertentu yang penentuan pajak akhirnya adalah tidak pasti sepanjang kegiatan usaha normal. Kelompok Usaha mengakui liabilitas atas pajak penghasilan badan berdasarkan estimasi apakah akan terdapat tambahan pajak penghasilan badan. Penjelasan lebih rinci diungkapkan dalam (Catatan 28).

Estimasi beban pensiun dan imbalan kerja

Penentuan liabilitas dan biaya pensiun dan liabilitas imbalan kerja Kelompok Usaha bergantung pada pemilihan asumsi yang digunakan dalam menghitung jumlah-jumlah tersebut. Asumsi tersebut termasuk antara lain, tingkat diskonto, tingkat kenaikan gaji tahunan, tingkat pengunduran diri karyawan tahunan, tingkat kecacatan, umur pensiun dan tingkat kematian. Sementara Kelompok Usaha berkeyakinan bahwa asumsi tersebut adalah wajar dan sesuai, perbedaan signifikan pada hasil aktual atau perubahan signifikan dalam asumsi yang ditetapkan Kelompok Usaha dapat mempengaruhi secara material liabilitas dan beban imbalan kerja. Penjelasan lebih rinci diungkapkan dalam (Catatan 30).

Mengevaluasi perjanjian sewa

Kelompok Usaha menandatangani perjanjian sewa sebagai *lessee*. Manajemen melakukan penilaian dalam menentukan apakah semua risiko signifikan dan manfaat kepemilikan aset sewaan dialihkan kepada Kelompok Usaha. Sewa guna usaha dimana Kelompok Usaha memperoleh seluruh risiko signifikan dan manfaat kepemilikan aset sewaan diklasifikasikan sebagai sewa pembiayaan, jika sebaliknya maka diklasifikasikan sebagai sewa operasi.

***3. CRITICAL ACCOUNTING ESTIMATES AND JUDGMENTS*** *(Continued)*

*Determining depreciation method and estimated useful lives of fixed assets*

*The costs of fixed assets are depreciated on a straight-line basis over their estimated useful lives. Management properly estimates the useful lives of these fixed assets to be within four (4) to twenty (20) years. These are common life expectancies applied in the industries where the Group conducts its businesses. Changes in the expected level of usage and technological development could impact the economic useful lives and the residual values of these assets, and therefore future depreciation charges could be revised. Further details are disclosed in (Notes 2h and 10).*

*As of December 31, 2014, the Group estimated that the remaining useful life of telecommunication equipment and facilities to be five (5) years.*

*Determining income taxes*

*Significant judgment is involved in determining provision for corporate income tax. There are certain transactions and computation for which the ultimate tax determination is uncertain during the ordinary course of business. The Group recognizes liabilities for expected corporate income tax issues based on estimates as to whether additional corporate income tax will be due. Further details are disclosed in (Note 28).*

*Estimate of pension cost and employee benefits*

*The determination of the Group's liabilities and cost for pension and employee benefits liabilities is dependent on their selection of certain assumptions used in calculating such amounts. These assumptions include among others, discount rates, annual salary increase rate, annual employee turn-over rate, disability rate, retirement age and mortality rate. While the Group believes that their assumptions are reasonable and appropriate, significant differences in the Group's actual results or significant changes in the Group's assumptions may materially affect their employee benefits liability and expense. Further details are discussed in (Note 30).*

*Evaluating lease agreements*

*The Group has entered into lease agreements as lessee. The management exercises judgment in determining whether all significant risk and rewards of ownership of the leased property are transferred to the Group. Lease wherein the Group acquires all significant risks and rewards of ownership of the leased property is accounted for as finance lease; otherwise it is accounted for as operating lease.*

**3. ESTIMASI DAN PERTIMBANGAN AKUNTANSI YANG PENTING** *(Lanjutan)*

Mengevaluasi provisi dan kontinjensi

Kelompok Usaha terlibat dalam berbagai proses hukum dan pajak. Manajemen melakukan penilaian untuk membedakan antara provisi dan kontinjensi terutama melalui konsultasi dengan penasehat hukum Kelompok Usaha yang menangani proses hukum dan pajak tersebut. Kelompok Usaha mempersiapkan provisi yang sesuai untuk proses hukum saat ini atau kewajiban konstruktif, jika ada, sesuai dengan kebijakan provisinya dan memperhitungkan risiko dan ketidakpastian yang relevan.

Dalam situasi tertentu, Kelompok Usaha tidak dapat menentukan secara pasti jumlah liabilitas pajak mereka pada saat ini atau masa depan karena proses pemeriksaan, atau negosiasi dengan otoritas perpajakan. Ketidakpastian timbul terkait dengan interpretasi dari peraturan perpajakan yang kompleks serta jumlah dan waktu dari penghasilan kena pajak di masa depan. Dalam menentukan jumlah yang harus diakui terkait dengan liabilitas pajak yang tidak pasti, Kelompok Usaha menerapkan pertimbangan yang sama yang akan mereka gunakan dalam menentukan jumlah cadangan yang harus diakui sesuai dengan PSAK No. 57 (Revisi 2009), "Provisi, Liabilitas Kontinjensi, dan Aset Kontinjensi".

Kelompok Usaha membuat analisa untuk semua posisi pajak terkait dengan pajak penghasilan untuk menentukan jika liabilitas pajak untuk manfaat pajak yang belum diakui harus diakui.

Pada tanggal 30 September 2017, Kelompok Usaha tidak yakin bahwa proses-proses tersebut akan berpengaruh secara signifikan terhadap laporan keuangan konsolidasian. Penjelasan lebih rinci diungkapkan dalam (Catatan 32 dan 40).

***3. CRITICAL ACCOUNTING ESTIMATES AND JUDGMENTS*** *(Continued)*

*Evaluating provisions and contingencies*

*The Group involved in various legal and tax proceedings. The management exercises its judgment to distinguish between provisions and contingencies mainly through consultation with the Group's legal counsel handling those proceedings. The Group sets up appropriate provisions for its present legal or constructive obligations, if any, in accordance with its policies on provisions and takes the relevant risks and uncertainty into account.*

*In certain circumstances, the Group may not be able to determine the exact amount of their current or future tax liabilities due to ongoing investigations by, or negotiations with, the taxation authority. Uncertainties exist with respect to the interpretation of complex tax regulations and the amount and timing of future taxable income. In determining the amount to be recognized in respect of an uncertain tax liability, the Group applies similar considerations as it would use in determining the amount of a provision to be recognized in accordance with PSAK No. 57 (Revised 2009), "Provisions, Contingent Liabilities and Contingent Asset."*

*The Group makes an analysis of all tax positions related to income taxes to determine if a tax liability for unrecognized tax benefit should be recognized.*

*As of September 30, 2017 , the Group did not believe that those proceedings will have a significant adverse effect on the consolidated financial statements. Further details are discussed in (Notes 32 and 40).*

## 4. KAS DAN SETARA KAS / *4. CASH AND CASH EQUIVALENTS*

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| **Kas** | | | ***Cash on hand*** |
| Rupiah | 19 | 220 | *Rupiah* |
| Dolar AS | 13 | 13 | *US Dollar* |
| Total Kas | 32 | 233 | *Total Cash on Hand* |
| **Kas di bank** | | | ***Cash in banks*** |
| Rupiah | | | *Rupiah* |
| PT Bank Mandiri (Persero) Tbk | 128 | 539 | *PT Bank Mandiri (Persero) Tbk* |
| PT Bank Permata Tbk | 169 | 727 | *PT Bank Permata Tbk* |
| PT Bank Central Asia Tbk | 42 | 79 | *PT Bank Central Asia Tbk* |
| PT Bank Bukopin Tbk | 19 | 60 | *PT Bank Bukopin Tbk* |
| Lain-lain (masing-masing dibawah Rp20 juta) | 12 | 16 | *Others (each below Rp20 million)* |
| Sub-total | 370 | 1.421 | *Sub-total* |
| Dolar AS | | | *US Dollar* |
| PT Bank Permata Tbk | 7 | 73 | *PT Bank Permata Tbk* |
| Lain-lain (masing-masing dibawah Rp20 juta) | 25 | 3 | *Others (each below Rp20 million)* |
| Sub-total | 32 | 76 | *Sub-total* |
| Dolar Singapura | | | *Singapore Dollar* |
| Deutsche Bank Indonesia | - | 481 | *Deutsche Bank Indonesia* |
| Total Kas di Bank | 402 | 1.978 | *Total Cash in Banks* |
| **Total** | **434** | **2.211** | ***Total*** |

Kas dan setara kas seluruhnya ditempatkan pada pihak ketiga.

*All cash and cash equivalents were placed with third parties.*

## 5. INVESTASI JANGKA PENDEK / *5. SHORT-TERM INVESTMENTS*

Investasi jangka pendek merupakan penempatan deposito jangka pendek di PT Bank Negara Indonesia (Persero) Tbk dengan jangka waktu empat (4) sampai dengan dua belas (12) bulan dalam Rupiah masing-masing sebesar Rp48 juta pada tanggal 30 September 2017 dan 31 Desember 2016 . Tingkat bunga tahunan investasi jangka pendek di deposito berjangka adalah 6,00% - 6,75%.

*Short-term investments represent placements of time deposits with PT Bank Negara Indonesia (Persero) Tbk amounting to Rp48 million as of September 30, 2017 and December 31, 2016, respectively, with terms of four (4) to twelve (12) months and denominated in Rupiah with interest rates of 6.00% - 6.75% per annum.*

## 6. KAS YANG DIBATASI PENGGUNAANNYA

Berdasarkan perjanjian pinjaman tanggal 30 Agustus 2012 dan adendumnya tanggal 12 November 2012, dengan Credit Suisse (Singapura) Limited (CS), *facility agent,* Perusahaan melakukan penempatan kas yang dibatasi penggunaannya di CS yang akan digunakan oleh Perusahaan untuk membayar angsuran pokok termasuk bunga pinjaman (Catatan 38). Pada tahun 2014, *facility agent* berubah dari CS menjadi Madison Pacific Trust Limited.

Berdasarkan perjanjian perwaliamatan dengan The Bank of New York Mellon (BNY Mellon) sehubungan dengan penunjukan BNY Mellon sebagai wali amanat, agen pembayaran dan pelaku pendaftaran "*11,50% Guaranteed Senior Notes due 2015"* (selanjutnya disebut "Wesel Senior") (Catatan 16), penempatan kas yang dibatasi penggunaannya di BNY Mellon akan digunakan untuk membayar bunga pinjaman Wesel Senior.

Total kas yang dibatasi penggunaannya pada tanggal 30 September 2017 dan 31 Desember 2016 masing-masing sebesar Rp38,0 juta dan Rp38,0 juta.

## *6. RESTRICTED CASH*

*In accordance with the credit agreement dated August 30, 2012 and amendment dated November 12, 2012, with Credit Suisse (Singapore) Limited (CS), facility agent, the Company made placement of restricted cash in CS that will be used for installment payment of principle including interest on the loan facility (Note 38). In 2014, the facility agent changed from CS to Madison Pacific Trust Limited.*

*Based on a trustee agreement with The Bank of New York Mellon (BNY Mellon) appointing BNY Mellon as the trustee, paying agent and registrar of "11.50% Guaranteed Senior Notes due 2015" (thereafter referred to as the "Senior Notes") (Note 16), placement of restricted cash was made in BNY Mellon that will be used for the payment of interest on the Senior Notes.*

*The total outstanding balances of restricted cash as of September 30, 2017 and December 31, 2016 amounted to Rp38.0 million and Rp38.0 million, respectively.*

## 7. PIUTANG USAHA / *7. TRADE RECEIVABLES*

| | **30 September/ *September 30,* 2017** | **31 Desember/ *December 31,* 2016** | |
|---|---|---|---|
| Jasa interkoneksi | 16.932 | 16.932 | *Interconnection services* |
| Jasa telekomunikasi | 56.537 | 56.436 | *Telecommunication services* |
| Total | 73.469 | 73.368 | *Total* |
| Dikurangi penyisihan kerugian penurunan nilai | (70.811) | (70.811) | *Less allowance for impairment loss* |
| **Neto** | **2.658** | **2.557** | ***Net*** |

Piutang usaha berdasarkan mata uang adalah sebagai berikut:

*Trade receivables based on currencies are as follows:*

| | **30 September/ *September 30,* 2017** | **31 Desember/ *December 31,* 2016** | |
|---|---|---|---|
| Rupiah | 58.381 | 58.207 | *Rupiah* |
| Dolar AS | 15.088 | 15.161 | *US Dollar* |
| Total | 73.469 | 73.368 | *Total* |
| Dikurangi penyisihan kerugian penurunan nilai | (70.811) | (70.811) | *Less allowance for impairment loss* |
| **Neto** | **2.658** | **2.557** | ***Net*** |

**7. PIUTANG USAHA** (Lanjutan) / ***7. TRADE RECEIVABLES** (Continued)*

Analisis umur piutang usaha adalah sebagai berikut:

*The aging schedule of trade receivables was as follows:*

| | **30 September/ *September 30,* 2017** | **31 Desember/ *December 31,* 2016** | |
|---|---|---|---|
| Sampai dengan 30 hari | - | - | *Up to 30 days* |
| Lebih dari 30 hari - 60 hari | - | 77 | *Over 30 days - 60 days* |
| Lebih dari 60 hari - 90 hari | 24 | 205 | *Over 60 days - 90 days* |
| Lebih dari 90 hari | 2.634 | 2.275 | *Over 90 days* |
| **Total** | **2.658** | **2.557** | ***Total*** |

Mutasi penyisihan kerugian penurunan nilai piutang usaha yang seluruhnya berdasarkan penilaian secara individual adalah sebagai berikut:

*Movements in the allowance for impairment loss of trade receivables which were wholly based on individual assessments were as follows:*

| | **30 September/ *September 30,* 2017** | **31 Desember/ *December 31,* 2016** | |
|---|---|---|---|
| Saldo awal tahun | 70.811 | 65.712 | *Beginning balance for the year* |
| Penyisihan selama tahun berjalan | - | 5.099 | *Provision during the year* |
| **Saldo Akhir Tahun** | **70.811** | **70.811** | ***Ending Balance for the Year*** |

Manajemen berkeyakinan bahwa penyisihan kerugian penurunan nilai piutang adalah cukup untuk menutup kerugian penurunan nilai atas tidak tertagihnya piutang usaha.

*The management believed that allowance for impairment loss of receivables was adequate to cover impairment losses on uncollectible trade receivables.*

**8. UANG MUKA** / ***8. ADVANCES***

| | **30 September/ *September 30,* 2017** | **31 Desember/ *December 31,* 2016** | |
|---|---|---|---|
| Operasional departemen | 1.681 | 1.995 | *Operational department* |
| **Total** | **1.681** | **1.995** | ***Total*** |

Uang muka operasional departemen merupakan uang muka yang belum dipertanggungjawabkan oleh departemen yang bersangkutan.

*Operational department represents advances that have not yet been settled by the related departments.*

## 9. BIAYA DIBAYAR DIMUKA / *9. PREPAID EXPENSES*

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| Lisensi | - | 155 | *License* |
| Sewa ruang kantor | - | 14 | *Office building rental* |
| Lain-lain (masing-masing dibawah Rp50 juta) | - | 21 | *Others (each below Rp50 million)* |
| **Total** | **-** | **190** | ***Total*** |

## 10. ASET TETAP / *10. FIXED ASSETS*

| | Saldo 1 Januari/ *Balance as of January 1,* 2017 | Penambahan/ *Additions* | Pengurangan/ *Deductions* | Reklasifikasi/ *Reclassification* | Saldo 30 September/ *Balance as of September 30,* 2017 | |
|---|---|---|---|---|---|---|
| **Biaya Perolehan** | | | | | | ***Acquisition Costs*** |
| Pemilikan langsung | | | | | | *Direct ownership* |
| Tanah | 276 | - | - | - | 276 | *Land* |
| Bangunan | 12.674 | - | - | - | 12.674 | *Buildings* |
| Peralatan telekomunikasi | 11.636.422 | - | - | - | 11.636.422 | *Telecommunication equipment* |
| Fasilitas telekomunikasi | 1.408.240 | - | - | - | 1.408.240 | *Telecommunication facilities* |
| Peralatan pengangkutan | 13.725 | - | - | - | 13.725 | *Transportation equipment* |
| Peralatan dan perabot kantor | 137.380 | 91 | - | - | 137.471 | *Office equipment and fixtures* |
| **Total Biaya Perolehan** | **13.208.717** | 91 | - | - | **13.208.808** | ***Total Acquisition Costs*** |
| **Akumulasi Penyusutan** | | | | | | ***Accumulated Depreciation*** |
| Pemilikan langsung | | | | | | *Direct ownership* |
| Bangunan | 9.177 | 2.087 | - | - | 11.264 | *Buildings* |
| Peralatan telekomunikasi | 7.726.255 | 506.410 | - | - | 8.232.665 | *Telecommunication equipment* |
| Fasilitas telekomunikasi | 672.552 | 98.246 | - | - | 770.798 | *Telecommunication facilities* |
| Peralatan pengangkutan | 11.945 | 1.433 | - | - | 13.378 | *Transportation equipment* |
| Peralatan dan perabot kantor | 135.075 | 1.971 | - | - | 137.046 | *Office equipment and fixtures* |
| **Total Akumulasi Penyusutan** | **8.555.004** | **610.147** | **-** | **-** | **9.165.151** | ***Total Accumulated Depreciation*** |
| **Penurunan Nilai Aset Tetap** | | | | | | ***Impairment of Fixed Assets*** |
| Peralatan telekomunikasi | 3.027.432 | - | - | - | 3.027.432 | *Telecommunication equipment* |
| Fasilitas telekomunikasi | 809.973 | - | - | - | 809.973 | *Telecommunication facilities* |
| **Total Penurunan Nilai Aset Tetap** | **3.837.405** | **-** | **-** | **-** | **3.837.405** | ***Total Impairment of Fixed Assets*** |
| **Jumlah Tercatat** | **816.308** | | | | **206.252** | ***Carrying Amounts*** |

**10. ASET TETAP** *(Lanjutan)*

***10. FIXED ASSETS*** *(Countinued)*

| | Saldo 1 Januari/ *Balance as of January 1, 2016* | Penambahan/ *Additions* | Pengurangan/ *Deductions* | Reklasifikasi/ *Reclassifi-cation* | Saldo 31 Desember/ *Balance as of December 31, 2016* | |
|---|---|---|---|---|---|---|
| **Biaya Perolehan** | | | | | | ***Acquisition Costs*** |
| Pemilikan langsung | | | | | | *Direct ownership* |
| Tanah | 276 | - | - | - | 276 | *Land* |
| Bangunan | 12.674 | - | - | - | 12.674 | *Buildings* |
| Peralatan telekomunikasi | 11.636.422 | - | - | - | 11.636.422 | *Telecommunication equipment* |
| Fasilitas telekomunikasi | 1.408.240 | - | - | - | 1.408.240 | *Telecommunication facilities* |
| Peralatan pengangkutan | 13.725 | - | - | - | 13.725 | *Transportation equipment* |
| Peralatan dan perabot kantor | 137.269 | 111 | - | - | 137.380 | *Office equipment and fixtures* |
| **Total Biaya Perolehan** | **13.208.606** | **111** | **-** | **-** | **13.208.717** | ***Total Acquisition Costs*** |
| **Akumulasi Penyusutan** | | | | | | ***Accumulated Depreciation*** |
| Pemilikan langsung | | | | | | *Direct ownership* |
| Bangunan | 6.395 | 2.782 | - | - | 9.177 | *Buildings* |
| Peralatan telekomunikasi | 7.049.083 | 677.172 | - | - | 7.726.255 | *Telecommunication equipment* |
| Fasilitas telekomunikasi | 541.558 | 130.994 | - | - | 672.552 | *Telecommunication facilities* |
| Peralatan pengangkutan | 10.034 | 1.911 | - | - | 11.945 | *Transportation equipment* |
| Peralatan dan perabot kantor | 132.235 | 2.840 | - | - | 135.075 | *Office equipment and fixtures* |
| **Total Akumulasi Penyusutan** | **7.739.305** | **815.699** | **-** | **-** | **8.555.004** | ***Total Accumulated Depreciation*** |
| **Penurunan Nilai Aset Tetap** | | | | | | ***Impairment of Fixed Assets*** |
| Peralatan telekomunikasi | 3.027.432 | - | - | - | 3.027.432 | *Telecommunication equipment* |
| Fasilitas telekomunikasi | 809.973 | - | - | - | 809.973 | *Telecommunication facilities* |
| **Total Penurunan Nilai Aset Tetap** | **3.837.405** | **-** | **-** | **-** | **3.837.405** | ***Total Impairment of Fixed Assets*** |
| **Jumlah Tercatat** | **1.631.896** | | | | **816.308** | ***Carrying Amounts*** |

Beban penyusutan untuk tahun yang berakhir pada tangal-tanggal 30 September 2017 dan 2016 dibebankan ke dalam laporan laba rugi dan penghasilan komprehensif lain konsolidasian masing-masing sebesar Rp610.147 dan Rp611.481.

*Depreciation expense for years ended as of September 30, 2017 and December 31, 2016 was charged to the consolidated statements of profit or loss and other comprehensive income amounting to Rp203,792 and Rp 611,481, respectively.*

Jumlah tercatat aset tetap yang tidak dipakai sementara pada tanggal 30 September 2017 dan 31 Desember 2016 masing-masing sebesar Rp15,2 miliar dan Rp7,0 miliar.

*The carrying amount of temporarily idle fixed assets as of September 30, 2017 and December 31, 2016 amounted to Rp15.2 billion and Rp7.0 billion, respectively.*

Pada tanggal 30 September 2017 dan 31 Desember 2016 , jumlah tercatat bruto aset tetap yang telah disusutkan penuh dan masih digunakan sebesar Rp46,0 miliar dan Rp124,0 miliar.

*As of September 30, 2017 and December 31, 2016 , the gross carrying amount of fully depreciated fixed assets that were still in use amounted to Rp46.0 billion and Rp124.0 billion, respectively.*

Sesuai dengan Perjanjian Perdamaian dalam PKPU, kreditor atas Utang *Tower Provider* dapat menghentikan layanan penggunaan *tower* yang disewa oleh Perusahaan akhir bulan Juni 2015, kecuali ditentukan lain oleh Perusahaan dan kreditor atas Utang *Tower Provider* terkait (Catatan 39).

*Based on the Amicable Settlement Agreement, creditors of Tower Provider Payables may terminate the usage service of leased tower by the Company by at the latest June 2015, unless otherwise determined by the Company and its creditors in relation to Tower Provider Payables (Note 39).*

**10. ASET TETAP** *(Lanjutan)*

Pada bulan Juni 2015, Perusahaan menghentikan layanan penggunaan *tower* yang disewa. Oleh karena itu pada tahun 2015, seluruh aset sewaan telah dihapusbukukan.

Berdasarkan hasil penelaahan manajemen pada tanggal 30 September 2017 dan 31 Desember 2016 terdapat penurunan nilai atas aset tetap masing-masing sebesar nil dan Rp3,8 triliun yang disebabkan oleh indikasi keusangan teknologi dan keterbatasan kemampuan untuk menghasilkan arus kas.

***10. FIXED ASSETS*** *(Countinued)*

*In June 2015, the Company discontinued the use of the leased service tower. Therefore, in 2015, all leased assets were written off.*

*Based on a management review as of September 30, 2017 and December 31, impairment was recognized on fixed assets amounting to nil and Rp3,8 triillion respectively, due to indication of outdated technology and limited ability to generate cash flow.*

**11. ASET TIDAK LANCAR LAINNYA**

***11. OTHER NON-CURRENT ASSETS***

| | **30 September/ *September 30,* 2017** | **31 Desember/ *December 31,* 2016** | |
|---|---|---|---|
| Jaminan pelunasan kewajiban pembayaran biaya frekuensi terutang (Catatan 42) | 500.000 | 500.000 | *Guarantee payment on obligation of frequency fee payables (Note 41)* |
| Lisensi (Catatan 17) | 200.917 | 200.917 | *License (Note 16)* |
| Jaminan | 449 | 449 | *Security deposits* |
| Lain-lain | 9.126 | 8.585 | *Others* |
| **Total** | **710.492** | **709.951** | ***Total*** |

Pada tanggal 14 Oktober 2010, Perusahaan dan Direktorat Pengelolaan Spektrum Frekuensi Radio, Ditjen Postel menandatangani Berita Acara Optimalisasi Tagihan BHP Frekuensi Radio dan Pencocokan Data Frekuensi Radio No. 2149/BA/DITFREK/10/2010 dilakukan untuk menghitung kembali biaya perijinan (BHP Frekuensi Radio) dengan melakukan klarifikasi antara data Direktorat Jenderal Pos dan Telekomunikasi dari tahun 2006 sampai dengan pisah batas tanggal 30 September 2010, dan untuk menentukan apakah pembayaran tersebut sesuai dengan kebutuhan yang berlaku dengan penerapan formula yang sesuai dengan ketentuan yang berlaku untuk layanan CDMA berdasarkan Peraturan Menteri Komunikasi dan Informatika No. 19 Tahun 2005 tentang "Petunjuk Pelaksanaan Tarif Atas Penerimaan Negara Bukan Pajak dari BHP Frekuensi Radio".

Berdasarkan hasil pemeriksaan dari Direktorat Pengelolaan Spektrum Frekuensi Radio sejak tahun 2006 sampai dengan tanggal 30 September 2010, Perusahaan memiliki kelebihan bayar sebesar Rp200,9 miliar. Kelebihan bayar tersebut dicatat sebagai aset tidak lancar lainnya dan akan digunakan untuk pembayaran kewajiban Perusahaan kepada Departemen Komunikasi dan Informatika pada periode berikutnya (Catatan 11).

*On October 14, 2010, the Company and the Directorate of Radio Frequency Spectrum Management signed Minutes of Claims Optimizing Radio BHP Frequency and Data Matching Radio Frequency No. 2149/BA/DITFREK/10/2010, to recalculate the Company's license fees (Radio BHP Frequency) to clarify the payments made to the Directorate General of Post and Telecommunication from year 2006 until September 30, 2010 cut-off, and to determine whether these payments were in accordance with the requirements for CDMA services based on issued regulation No. 19 Year 2005 concerning "Implementation Guidelines of State Tariff for Non-Income Tax from Radio BHP Frequency" by the Ministry of Communication and Information.*

*Based on the conclusion of the Directorate of Radio Frequency Spectrum Management, the Company made overpayment amounting to Rp200.9 billion from 2006 until September 30, 2010. This overpayment has been treated as other non-current assets and will be used for payment of obligation of the Company to the Department of Communication and Information in the future (Note 11).*

## 12. UTANG USAHA

## *12. TRADE PAYABLES*

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| **Pihak ketiga** | | | ***Third parties*** |
| Mata uang asing | | | *Foreign currencies* |
| Blackberry Singapore Pte. Limited | 7.270 | 7.240 | *Blackberry Singapore Pte. Limited* |
| Lain-lain (masing-masing dibawah Rp4 miliar) | 41.225 | 39.181 | *Others (each below Rp4 billion)* |
| Sub-total | 48.495 | 46.421 | *Sub-total* |
| Rupiah | | | *Rupiah* |
| PT Smartfren Telecom Tbk | 197.277 | 197.277 | *PT Smartfren Telecom Tbk* |
| Lain-lain (masing-masing dibawah Rp4 miliar) | 22.493 | 19.960 | *Others (each below Rp4 billion)* |
| Sub-total | 219.770 | 217.237 | *Sub-total* |
| Beban interkoneksi | 50.476 | 50.476 | *Interconnection expense* |
| Total pihak ketiga | 318.741 | 314.134 | *Total third parties* |
| **Pihak berelasi** | | | ***Related parties*** |
| PT Bakrie Swasakti Utama | 9.350 | 8.007 | *PT Bakrie Swasakti Utama* |
| PT Multi Kontrol Nusantara | 1.351 | 1.358 | *PT Multi Kontrol Nusantara* |
| Lain-lain (masing-masing dibawah Rp500 juta) | 3.493 | 3.192 | *Others (each below Rp500 million)* |
| Total pihak berelasi | 14.194 | 12.557 | *Total related parties* |
| **Total** | **332.935** | **326.691** | ***Total*** |

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| Persentase Utang Usaha Pihak Berelasi terhadap Total Liabilitas Konsolidasian | **0,0965%** | **0,0812%** | *Percentage of Related Parties Trade Payables to Total Consolidated Liabilities* |

Analisis umur utang usaha adalah sebagai berikut:

*The aging schedule of trade payables was as follows:*

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| Sampai dengan 30 hari | 428 | 1.116 | *Up to 30 days* |
| Lebih dari 30 hari - 60 hari | 556 | 1.134 | *Over 30 days - 60 days* |
| Lebih dari 60 hari - 90 hari | 348 | 1.071 | *Over 60 days - 90 days* |
| Lebih dari 90 hari | 331.604 | 323.370 | *Over 90 days* |
| **Total** | **332.935** | **326.691** | ***Total*** |

## 13. UTANG LAIN-LAIN / *13. OTHER PAYABLES*

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| Dalam mata uang Rupiah | 88.671 | 46.994 | *In Rupiah currency* |
| Dalam mata uang asing | 4.186 | 4.186 | *In foreign currencies* |
| **Total** | **92.857** | **51.180** | ***Total*** |

## 14. BEBAN AKRUAL / *14. ACCRUED EXPENSES*

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| Bunga | 2.606.837 | 2.213.582 | *Interest* |
| Kewajiban kepada Departemen Komunikasi dan Informatika - Direktorat Jenderal Pos dan Telekomunikasi | 134.259 | 134.244 | *Obligation to the Department of Communication and Informatics - the Directorate General of Post and Telecommunication* |
| Gaji dan pensiun | 83.980 | 75.351 | *Salaries and pension* |
| Jasa profesional | 34.082 | 34.343 | *Professional fees* |
| Sewa | 13.594 | 13.549 | *Rent* |
| Lain-lain (masing-masing dibawah Rp20 miliar) | 71.314 | 75.110 | *Others (each below Rp20 billion)* |
| **Total** | **2.944.066** | **2.546.179** | ***Total*** |

Kewajiban kepada Departemen Komunikasi dan Informatika - Direktorat Jenderal Pos dan Telekomunikasi merupakan Biaya Hak Penyelenggaraan (BHP) telekomunikasi dengan tarif sebesar 0,5% dari pendapatan neto setelah dikurangi penghapusan piutang ragu-ragu, ditambah dengan Kontribusi Kewajiban Pelayanan Universal (KKPU) atau *Universal Service Obligation* (USO) sebesar 1,25% dari pendapatan neto setelah dikurangi penghapusan piutang ragu-ragu. Selain itu, ada juga kewajiban BHP Pita dan Terrestrial.

*Obligation to the Department of Communication and Information - the Directorate General of Post and Telecommunication represents the Cost of Frequency Utilization Providing Right telecommunications at a rate of 0.5% of net revenues after the deduction of allowance for bad debts written-off, plus an additional Universal Service Obligation (USO) of 1.25% of net revenues after the deduction of allowance for bad debts written-off. Also, included obligations related to Frequency License and Microwave.*

## 15. PINJAMAN JANGKA PANJANG / *15. LONG-TERM LOAN*

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| PT Mandiri Tunas Finance | - | 535 | *PT Mandiri Tunas Finance* |
| Dikurangi bagian jatuh tempo dalam waktu satu tahun | - | 240 | *Less current maturities* |
| **Bagian Jangka Panjang** | **-** | **295** | ***Long-Term Portion*** |

**15. PINJAMAN JANGKA PANJANG** (Lanjutan)

Pada tanggal 2 Januari 2013, Perusahaan menandatangani perjanjian pinjaman dengan PT Mandiri Tunas Finance, yang digunakan untuk pembelian kendaraan. Pinjaman ini dikenakan bunga sebesar 6,00% - 10,00% per tahun.

**16. WESEL SENIOR**

***11.500% Guaranteed Senior Notes due 2015***

Pada tanggal 7 Mei 2010, Bakrie Telecom Pte., Ltd, Entitas Anak, menerbitkan "*11.500% Guaranteed Senior Notes due 2015*" (selanjutnya disebut "Wesel Senior") sebesar USD250,0 juta dengan jangka waktu lima (5) tahun yang berakhir pada tanggal 7 Mei 2015, yang terdaftar di *Singapore Exchange Securities Trading*. Wesel Senior tersebut dibebani tingkat suku bunga sebesar 11,5% per tahun yang akan dibayarkan per semester pada setiap tanggal 7 Mei dan 7 November dimulai pada tanggal 7 November 2010. Wesel Senior tersebut dijamin oleh Perusahaan sebagai entitas induk perusahaan penjamin, PT Bakrie Connectivity dan PT Bakrie Digital Net (dahulu PT Bakrie Network) sebagai Entitas Anak penjamin. Credit Suisse (Singapura) Limited (CS), Singapura, Merill Lynch (Singapura) Pte., Ltd dan Morgan Stanley Asia (Singapura) Pte., bertindak sebagai pembeli awal (*initial purchasers*), dengan CS sebagai koordinator global tunggal (*sole global coordinator*). The Bank of New York Mellon ditunjuk sebagai wali amanat, agen pembayaran dan pelaku pendaftaran, sedangkan Standard Chartered Bank, Cabang Jakarta, ditunjuk sebagai agen penjamin Indonesia sehubungan dengan saham yang dijaminkan. Biaya yang timbul sehubungan dengan penerbitan Wesel Senior tersebut adalah sebesar Rp82,8 miliar. Hasil penerbitan Wesel Senior tersebut diteruskan oleh Bakrie Telecom Pte., Ltd kepada Perusahaan dalam bentuk pinjaman berdasarkan *Intercompany Loan Agreement* antara Bakrie Telecom Pte., Ltd dan Perusahaan tanggal 7 Mei 2010. Utang *Intercompany* tersebut digunakan untuk melunasi utang dan modal belanja Perusahaan.

Sebelum tanggal 7 Mei 2013, Bakrie Telecom Pte., Ltd, Entitas Anak, memiliki opsi untuk melunasi Wesel Senior dengan cara sebagai berikut:

a. Melunasi seluruh atau sebagian Wesel Senior dengan harga pelunasan sebesar 100% dari jumlah pokok Wesel Senior ditambah dengan premium yang berlaku, beserta bunga yang masih harus dibayar, jika ada.

***15. LONG-TERM LOAN** (Contiunued)*

*On January 2, 2013, the Company entered into a loan agreement with PT Mandiri Tunas Finance, which was used for the purchase of vehicles. This loan is subject to interest rates of 6.00% - 10.00% per annum.*

***16. SENIOR NOTES***

***11.500% Guaranteed Senior Notes due 2015***

*On May 7, 2010, Bakrie Telecom Pte., Ltd, a Subsidiary, issued "11.500% Guaranteed Senior Notes due 2015" (hereafter referred to as the "Senior Notes") amounting to USD250.0 million with a maturity of five (5) years ended May 7, 2015, which are listed on Singapore Exchange Securities Trading. These Senior Notes are subject to interest of 11.5% per annum that is payable semi-annually on May 7 and November 7 of each year commencing on November 7, 2010. These Senior Notes are guaranteed by the Company as Parent Guarantor, PT Bakrie Connectivity and PT Bakrie Digital Net (formerly PT Bakrie Network) as Subsidiary Guarantors. Credit Suisse (Singapore) Limited (CS), Singapore, Merill Lynch (Singapore) Pte., Ltd, and Morgan Stanley Asia (Singapore) Pte., acted as initial purchasers with CS as the sole global coordinator. The Bank of New York Mellon has been appointed as the trustee, paying agent and registrar, while Standard Chartered Bank, Jakarta Branch, has been appointed as Indonesian collateral agent with respect to the pledged shares. The issuance costs related to the Senior Notes amounted to Rp82.8 billion. The proceeds of the Senior Notes were passed through by Bakrie Telecom Pte., Ltd to the Company in the form of loan based on Intercompany Loan Agreement between Bakrie Telecom Pte., Ltd and the Company dated May 7, 2010 and used to pay outstanding debt and for capital expenditures of the Company.*

*At any time prior to May 7, 2013, Bakrie Telecom Pte., Ltd, the Subsidiary, could at its option redeem the Senior Notes, as follows:*

*a. Redeem the Senior Notes, in whole or in part, at a redemption price equal to 100% of the principal amount of the Senior Notes plus the applicable premium, and accrued and unpaid interest, if any.*

**16. WESEL SENIOR** (Lanjutan)

b. Melunasi sampai dengan 35% dari jumlah pokok Wesel Senior, dengan hasil penerimaan neto dari penawaran saham tersebut, dengan harga pelunasan 111,5% dari jumlah pokok Wesel Senior, beserta bunga yang masih harus dibayar, jika ada.

Pada tanggal 27 Januari 2011, Bakrie Telecom Pte., Ltd, menerbitkan Wesel Senior sebesar USD130,0 juta pada harga 107%. Wesel Senior tersebut dijamin oleh Perusahaan, PT Bakrie Connectivity, PT Bakrie Digital Net (dahulu PT Bakrie Network) dan Bakrie Telecom Pte., Ltd. Hasil penerbitan Wesel Senior tersebut diteruskan oleh Bakrie Telecom Pte., Ltd kepada Perusahaan dalam bentuk pinjaman berdasarkan *Suplemental Intercompany Loan Agreement* antara Bakrie Telecom Pte., Ltd dan Perusahaan tanggal 27 Januari 2011. Utang *Intercompany* tersebut digunakan untuk melunasi utang kepada CS dan belanja modal Perusahaan. Biaya yang timbul sehubungan dengan penerbitan USD130,0 juta Wesel Senior tersebut adalah sebesar Rp71,5 miliar.

Pada tanggal 30 September 2017 dan 31 Desember 2016 , saldo Wesel Senior adalah sebagai berikut:

***16. SENIOR NOTES** (Continued)*

*b. Redeem up to 35% of the aggregate principal amount of the Senior Notes, with the net proceeds of sales of its common stock in an equity offering, at a redemption price of 111.5% of the principal amount of the Senior Notes, plus accrued and unpaid interest, if any.*

*Bakrie Telecom Pte., Ltd, issued Senior Notes amounting to USD130.0 million on January 27, 2011 at 107%. These Senior Notes are guaranteed by the Company, PT Bakrie Connectivity, PT Bakrie Digital Net (formerly PT Bakrie Network) and Bakrie Telecom Pte., Ltd. The proceeds of Senior Notes were passed through by Bakrie Telecom Pte., Ltd to the Company in the form of loan based on Supplemental Intercompany Loan Agreement between Bakrie Telecom Pte., Ltd and the Company dated January 27, 2011. The Intercompany Loan was used to pay outstanding debts to CS and for capital expenditure of the Company. The issuance costs related to the USD130.0 million Senior Notes amounted to Rp71.5 billion.*

*As of September 30, 2017 and December 31, 2016 , the outstanding balance of Senior Notes was as follows:*

| | **30 September/ *September 30,* 2017** | **31 Desember/ *December 31,* 2016** | |
|---|---|---|---|
| Wesel Senior (USD380,0 juta) | 5.126.960 | 5.105.680 | *Senior Notes (USD380.0 million)* |
| Premi Wesel Senior (USD9,1 juta) | - | - | *Senior Notes Premium (USD9.1 million)* |
| **Total** | **5.126.960** | **5.105.680** | ***Total*** |

Wesel Senior ini dalam kondisi wanprestasi berupa keterlambatan pembayaran pokok dan bunga pada tanggal 31 Desember 2015 (wanprestasi berupa keterlambatan pembayaran bunga pada tanggal 31 Desember 2014).

Perusahaan dan Bakrie Telecom Pte., Ltd, sedang dalam proses untuk merestrukturisasi utang Wesel Senior.

Berdasarkan Perjanjian Perdamaian dalam PKPU, Perusahaan dapat melaksanakan penawaran penukaran (exchange offer) dengan menerbitkan wesel senior baru yang akan ditukar dengan Wesel Senior yang diterbitkan oleh Bakrie Telecom Pte., Ltd. Sampai dengan tanggal penyelesaian laporan keuangan konsolidasian ini, Perusahaan masih dalam proses finalisasi penawaran penukaran (exchange offer) tersebut.

*As of December 31, 2015, the Senior Notes were in default condition due to late payment of principal and its interest (default condition due to late payment of interest as of December 31, 2014).*

*The Company and Bakrie Telecom Pte., Ltd, is in the process of restructuring the debt of Senior Notes.*

*Based on the Amicable Settlement Agreement in Suspension of Payment (PKPU), the Company can arrange an exchange offer by issuing new senior notes that will be exchanged with Senior Notes issued by Bakrie Telecom Pte., Ltd. As of the date of the consolidated financial statements, the Company is still in the process of finalizing the exchange offer.*

## 17. UTANG YANG DISELESAIKAN MELALUI PKPU

## *17. SETTLEMENT OF PAYABLES THROUGH PKPU*

| | **30 September/ *September 30,* 2017** | **31 Desember/ *December 31,* 2016** | |
|---|---|---|---|
| Utang penyedia menara | 3.035.289 | 3.035.290 | *Tower provider payables* |
| Utang usaha | 1.252.535 | 2.487.286 | *Trade payables* |
| Utang biaya hak penggunaan dan *universal service obligation* | 866.057 | 866.057 | *Payables on fee of right to use and the universal service obligation* |
| Utang dengan jaminan | 695.163 | 692.278 | *Payables with collateral* |
| Utang akibat derivatif | 195.009 | 194.727 | *Derivatives payables* |
| Utang afiliasi | 74.142 | 74.125 | *Affiliate payables* |
| Total | 6.118.195 | 7.349.763 | *Total* |
| Diskonto utang | (192.769) | (192.769) | *Discount on payables* |
| **Neto** | **5.925.426** | **7.156.994** | ***Net*** |

Pada tanggal 9 Desember 2014, Majelis Hakim Pengadilan Niaga pada Pengadilan Negeri Jakarta Pusat yang memeriksa dan mengadili permohonan PKPU oleh Netwave terhadap Perusahaan telah mengeluarkan keputusan yang mengesahkan (Homologasi) Perjanjian Perdamaian dalam PKPU antara Perusahaan dan para kreditornya (Catatan 39).

*On December 9, 2014, the judges of the Commercial Court in Central Jakarta District Court and the PKPU adjudicators of Netwave petition against the Company issued a decision officially approving in PKPU, the Amicable Settlement Agreement between the Company and its creditors (Note 39).*

Sesuai dengan Perjanjian Perdamaian dalam PKPU, kreditor atas Utang *Tower Provider* dapat menghentikan layanan penggunaan *tower* yang disewa oleh Perusahaan akhir bulan Juni 2015, kecuali ditentukan lain oleh Perusahaan dan kreditor atas Utang *Tower Provider* terkait.

*Based on the Amicable Settlement Agreement, creditors of Tower Provider Payables may terminate the usage service of leased tower by the Company by at the latest June 2015, unless otherwise determined by the Company and its creditors in relation to Tower Provider Payables.*

Pada bulan Juni 2015, Perusahaan menghentikan layanan penggunaan *tower* yang disewa. Sesuai dengan Perjanjian Perdamaian dalam PKPU maka 100% dari nilai sisa masa sewa akan ditukar dengan Obligasi Wajib Konversi/*Mandatory Convertible Bond* (MCB-A). Pada tahun 2015, Perusahaan mencatat utang nilai sisa masa sewa sebesar Rp1.818,7 miliar dan beban terkait disajikan dalam laba rugi sebesar Rp1.667,8 miliar.

*In June 2015, the Company discontinued the use of the leased service tower. Based on the Amicable Settlement Agreement, 100% of the residual value of the lease will be exchanged with the Mandatory Convertible Bond (MCB-A). In 2015, the Company booked residual value payable of the lease amounting to Rp1,818.7 billion and the related expense was presented in profit or loss amounting Rp1,667.8 billion.*

Pada tanggal 26 Juni 2016, Perusahaan memperoleh persetujuan dari Rapat Umum Pemegang Saham (RUPS) Luar Biasa yang menyetujui penambahan modal Perusahaan atau penerbitan saham baru Perusahaan tanpa hak memesan efek terlebih dahulu dengan mekanisme penerbitan Obligasi Wajib Konversi terlebih dahulu. Saham baru Perusahaan tersebut diterbitkan sebadai pelaksanaan konversi Obligasi Wajib Konversi sebagaimana diatur dalam Perjanjian Perdamaian.

*On June 26th, 2016, Company obtained approval from the Extraordinary General Meeting of Shareholders (EGMS) which approved the issuance of new shares by way of non-preemptive rights by issuing Mandatory Convertible Bonds before hand. The new shares to be issued as the implementation of conversion of Mandatory Convertible Bonds as governed under the Amicable Settlement Agreement.*

**18. MODAL SAHAM**

***18. CAPITAL STOCK***

Susunan pemegang saham pada tanggal 30 September 2017 dan 31 Desember 2016 berdasarkan catatan yang dibuat oleh PT Ficomindo Buana Registrar adalah sebagai berikut:

*The composition of shareholders as of September 30, 2017 and December 31, 2016 based on registration by PT Ficomindo Buana Registrar, was as follows:*

| | **2017** | | |
|---|---|---|---|
| **Pemegang Saham** | **Jumlah Saham Ditempatkan dan Disetor Penuh (dalam satuan penuh)/** ***Number of Shares Issued and Fully Paid (in full amount)*** | **Persentase Kepemilikan/** ***Percentage of Ownership*** | ***Shareholders*** |
| Total saham biasa seri A dan B | | | *Total common shares series A and B* |
| PT Huawei Tech Investment | 6.189.313.980 | 16,83% | *PT Huawei Tech Investment* |
| PT Mahindo Agung Sentosa | 5.000.439.000 | 13,60% | *PT Bakrie & Brothers Tbk* |
| PT Bakrie Global Ventura | 2.639.574.713 | 7,18% | *PT Bakrie Global Ventura* |
| Raiffeisen Bank International s/a Best Quality Global Limited | 2.213.279.000 | 6,02% | *Raiffeisen Bank International s/a Best Quality Global Limited* |
| PT Bakrie & Brothers Tbk | 43.043.142 | 0,12% | *PT Bakrie & Brothers Tbk* |
| Masyarakat | 20.688.254.800 | 56,26% | *Public* |
| **Total** | **36.773.904.635** | **100,00%** | ***Total*** |

| | **2016** | | |
|---|---|---|---|
| **Pemegang Saham** | **Jumlah Saham Ditempatkan dan Disetor Penuh (dalam satuan penuh)/** ***Number of Shares Issued and Fully Paid (in full amount)*** | **Persentase Kepemilikan/** ***Percentage of Ownership*** | ***Shareholders*** |
| Total saham biasa seri A dan B | | | *Total common shares series A and B* |
| PT Mahindo Agung Sentosa | 5.000.439.000 | 16,35% | *PT Mahindo Agung Sentosa* |
| PT Bakrie & Brothers Tbk | 43.043.142 | 0,14% | *PT Bakrie & Brothers Tbk* |
| PT Bakrie Global Ventura | 2.505.574.713 | 8,19% | *PT Bakrie Global Ventura* |
| Raiffeisen Bank International s/a Best Quality Global Limited | 2.213.279.000 | 7,24% | *Raiffeisen Bank International s/a Best Quality Global Limited* |
| Masyarakat | 20.822.254.800 | 68,08% | *Public* |
| **Total** | **30.584.590.655** | **100,00%** | ***Total*** |

**18. MODAL SAHAM** (Lanjutan)

Pada tanggal 3 Februari 2006, Perusahaan mencatat sahamnya pada Bursa Efek Indonesia (dahulu Bursa Efek Jakarta).

Sehubungan dengan Penawaran Umum tersebut, Perusahaan telah menerima:

a. Surat Pernyataan Efektif dari Ketua Otoritas Jasa Keuangan pada tanggal 23 Januari 2006 sesuai dengan Surat No. S-123/PM/2006.
b. Persetujuan tertulis dari Bank Mandiri sesuai dengan Surat No. CBG.TRE/RD9.069/2006 tanggal 12 Januari 2006 tentang perubahan persyaratan kredit atas *negative covenant* sehubungan dengan pembagian bonus, dividen dan/atau keuntungan lainnya sebagaimana tertuang dalam Perjanjian Pinjaman No. KP-COD/014/PK-KI/2004 dan Akta Notaris No. 52 oleh Imas Fatimah, SH. pada tanggal 27 September 2004.

Sehubungan dengan Penawaran Umum di atas, sebelumnya Perusahaan juga telah melakukan perubahan atas nilai nominal saham sebagai berikut:

a. Setiap satu (1) saham seri A dengan nilai nominal semula seribu rupiah (Rp1.000) per saham menjadi lima (5) saham dengan nilai nominal dua ratus rupiah (Rp200) per saham.
b. Setiap satu (1) saham seri B dengan nilai nominal semula lima ratus rupiah (Rp500) per saham menjadi lima (5) saham dengan nilai nominal seratus rupiah (Rp100) per saham.

Pada tanggal 1 Maret 2017, Huawei Tech Investment, Ltd telah mengkonversi Obligasi Wajib Konversi yang dimiliki sebesar Rp 1.237.862.796.141 menjadi saham Perusahaan sebanyak 6.189.313.980 lembar saham.

Modal saham Perusahaan, PT Bakrie Connectivity dan PT Bakrie Digital Net (dahulu PT Bakrie Network), Entitas Anak, pada tanggal 30 September 2017 dan 31 Desember 2016 , digunakan sebagai jaminan atas Wesel Senior yang diterbitkan oleh Bakrie Telecom Pte., Ltd. Entitas Anak (Catatan 16).

Jumlah saham modal dasar pada tanggal 30 September 2017 dan 31 Desember 2016 berdasarkan anggaran dasar Perusahaan adalah sebagai berikut:

***18. CAPITAL STOCK** (Continued)*

*On February 3, 2006, the Company listed its shares on the Indonesia Stock Exchange (previously Jakarta Stock Exchange).*

*In connection with the IPO, the Company received:*

*a. The Effective Statement Letter from the Chairman of the Financial Services Authority on January 23, 2006 per Letter No. S-123/PM/2006.*
*b. Written approval from Bank Mandiri through Letter No. CBG.TRE/RD9.069/2006 dated January 12, 2006 concerning the changes of credit terms regarding the negative covenants in relation to the distribution of bonuses, dividends and/or other benefits as stated in Loan Agreement No. KP-COD/014/PK-KI/2004 and Notarial Deed No. 52 of Imas Fatimah, SH. dated September 27, 2004.*

*In connection with the above IPO, the Company had previously changed the nominal value of its shares as follows:*

*a. Each common share series A with nominal value amounting to one thousand rupiah (Rp1,000) per share was converted into five (5) shares with nominal value of two hundred rupiah (Rp200) per share.*
*b. Each common share series B with nominal value amounting to five hundred rupiah (Rp500) per share was converted into five (5) shares with nominal value of one hundred rupiah (Rp100) per share.*

*On March 1, 2017, Mandatory Convertible Bond owned by Huawei amounting to Rp1,237,862,796,141 has converted to shares of the Company of 6,189,313,980 shares.*

*As of September 30, 2017 and December 31, 2016 , the capital stock of the Company, PT Bakrie Connectivity and PT Bakrie Digital Net (formerly PT Bakrie Network), Subsidiaries, were used as collateral for the Senior Notes issued by Bakrie Telecom Pte., Ltd. A Subsidiary (Note 16).*

*The number of authorized shares as of September 30, 2017 and December 31, 2016 based on the Company's articles of association, was as follows:*

**18. MODAL SAHAM** (Lanjutan) / ***18. CAPITAL STOCK*** *(Continued)*

| Jenis saham | Jumlah Saham Modal Dasar (dalam satuan penuh)/ *Number of Authorized Shares (in full amount)* | Nominal/ *Nominal* (Rp) | Total Dalam Jutaan Rupiah/ *Total In Million Rupiah* | *Shares* |
|---|---|---|---|---|
| Saham biasa seri A | 10.000.000.000 | 200 | 2.000.000 | *Common shares series A* |
| Saham biasa seri B | 87.111.652.195 | 100 | 8.711.165 | *Common shares series B* |
| **Total** | **97.111.652.195** | | **10.711.165** | ***Total*** |

Sesuai dengan hasil keputusan RUPS Luar Biasa yang dilaksanakan pada tanggal 22 Juni 2015 sebagaimana tertuang dalam akta notaris No. 28 tanggal 10 Juli 2015 oleh Lenny Janis Ishak, SH; modal dasar Perusahaan ditingkatkan menjadi Rp10.711.165.219.500 (dalam satuan penuh) dengan komposisi saham seri A sejumlah sepuluh miliar (10.000.000.000) saham dengan nilai nominal dua ratus rupiah (Rp200) setiap saham dan saham seri B sejumlah delapan puluh tujuh miliar seratus sebelas juta enam ratus lima puluh dua ribu seratus sembilan puluh lima (87.111.652.195) saham dengan nilai nominal seratus rupiah (Rp100) setiap saham.

*Based on the result of the Extraordinary General Shareholders' Meeting held on June 22, 2015 as stated in the notarial deed No. 28 dated July 10, 2015 of Lenny Janis Ishak, SH; the autorized capital of the Company has increased to be of Rp10,711,165,219,500 (in full amount) consist of common stock series A of ten billion (10,000,000,000) share with nominal value of two hundred rupiah (Rp200) per share and common stock series B of eighty seven billion, one hundred eleven million, six hundred fifty two thousand, one hundred ninety five (87,111,652,195) share with nominal value of one hundred rupiah (Rp100) per share.*

**19. TAMBAHAN MODAL DISETOR**

Melalui Penawaran Umum Perdana pada tanggal 3 Februari 2006, Perusahaan telah menerima sebesar Rp605,0 miliar untuk penawaran lima miliar lima ratus juta (5.500.000.000) saham seri B atas nama dengan nilai nominal seratus rupiah (Rp100) dengan harga penawaran seratus sepuluh rupiah (Rp110).

Melalui Penawaran Umum Terbatas I pada tanggal 29 Februari 2008, Perusahaan menerbitkan sebanyak-banyaknya sejumlah delapan miliar enam ratus tiga puluh delapan juta tujuh puluh sembilan ribu tiga ratus lima puluh dua (8.638.079.352) saham dengan nilai nominal seratus rupiah (Rp100) setiap saham yang ditawarkan dengan harga tiga ratus lima puluh rupiah (Rp350) setiap saham dengan nilai keseluruhan sebanyak-banyaknya sebesar Rp3,0 triliun dan dengan selisih harga yang ditawarkan dengan harga nominal sebesar Rp2,2 triliun.

Sehubungan dengan Penawaran Umum Terbatas I, Perusahaan telah melakukan penyesuaian harga pelaksanaan sebesar seratus dua puluh tujuh rupiah (Rp127) setiap sahamnya dan menerbitkan sebanyak tiga puluh delapan juta lima ratus empat puluh sembilan ribu seratus tiga puluh satu (38.549.131) lembar Waran Seri I yang berlaku efektif mulai tanggal 27 Maret 2008. Waran Seri I merupakan lanjutan dari Penawaran Umum Saham Perdana.

Selisih neto antara harga penawaran dengan harga nominal diakui sebagai tambahan modal disetor pada tanggal 30 September 2017 dan 31 Desember 2016 adalah sebagai berikut:

***19. ADDITIONAL PAID-IN CAPITAL***

*Through the Initial Public Offering on February 3, 2006, the Company received the amount of Rp605.0 billion for the offering of five billion five hundred million (5,500,000,000) share series B with nominal value of one hundred rupiah (Rp100) at an offering price of one hundred and ten rupiah (Rp110).*

*Through the Rights Issue I on February 29, 2008, the Company issued a maximum of eight billion, six hundred thirty-eight million, seventy-nine thousand, three hundred fifty-two (8,638,079,352) shares with nominal value of one hundred rupiah (Rp100) per share, which were offered at three hundred fifty rupiah (Rp350) per share in the total maximum amount of Rp3.0 trillion and with an excess offering price over nominal price amounting to Rp2.2 trillion.*

*In accordance with Rights Issue I, the Company adjusted the exercise price to one hundred twenty-seven rupiah (Rp127) per share and issued thirty-eight million, five hundred forty-nine thousand, one hundred thirty-one (38,549,131) Series I Warrants effective March 27, 2008. Series I Warrants were an extension of the Initial Public Offering.*

*Net excess of price over par value of shares between nominal price and offering price was recognized as additional paid-in capital as of September 30, 2017 and December 31, 2016 as follows:*

**19. TAMBAHAN MODAL DISETOR** *(Lanjutan)* / ***19. ADDITIONAL PAID-IN CAPITAL*** *(Continued)*

| | 30 September 2017/ September 30, 2017 | | | |
|---|---|---|---|---|
| **(Satuan penuh)** | **Selisih Lebih Harga Atas Nilai Nominal Saham/ *Excess of Price Over Par Value of Shares*** | **Biaya Penerbitan Saham/ *Issuance Cost of Shares*** | **Selisih Lebih Harga Atas Nilai Nominal Saham - Neto/ *Net Excess of Price Over Par Value of Shares*** | ***(Full amount)*** |
| Penerbitan 5.500.000.000 saham melalui penawaran umum (Catatan 1b) | 55.000 | 27.229 | 27.771 | *Issuance of 5,500,000,000 shares through initial public offering (Note 1b)* |
| Penerbitan 566.037.736 saham seri B melalui PMTHMETD (Catatan 1e) | 93.396 | - | 93.396 | *Issuance of 566,037,736 shares series B through PMTHMETD (Note 1e)* |
| Penerbitan 1.536.135.340 saham seri B melalui PMTHMETD (Catatan 1e) | 253.462 | 11 | 253.451 | *Issuance of 1,536,135,340 shares series B through PMTHMETD (Note 1e)* |
| Penerbitan 8.626.486.836 saham melalui PUT (Catatan 1c) | 2.156.622 | 80.881 | 2.075.741 | *Issuance of 8,626,486,836 shares through rights issue (Note 1c)* |
| Penerbitan 1.076.515.248 saham melalui pelaksanaan waran | 37.655 | - | 37.655 | *Issuance of 1,076,515,248 shares through exercise of warrants* |
| Pengampunan pajak | 857 | - | 857 | *Tax amnesty* |
| **Total** | **2.596.992** | **108.121** | **2.488.871** | ***Total*** |

| | 31 Desember 2016/ *December 31, 2016* | | | |
|---|---|---|---|---|
| | **Selisih Lebih Harga Atas Nilai Nominal Saham/ *Excess of Price Over Par Value of Shares*** | **Biaya Penerbitan Saham/ *Issuance Cost of Shares*** | **Selisih Lebih Harga Atas Nilai Nominal Saham - Bersih/ *Net Excess of Price Over Par Value of Shares*** | |
| Penerbitan 5.500.000.000 saham melalui penawaran umum (Catatan 1b) | 55.000 | 27.229 | 27.771 | *Issuance of 5,500,000,000 shares through initial public offering (Note 1b)* |
| Penerbitan 566.037.736 saham seri B melalui PMTHMETD (Catatan 1e) | 93.396 | - | 93.396 | *Issuance of 566,037,736 shares seri B through PMTHMETD (Note 1e)* |
| Penerbitan 1.536.135.340 saham seri B melalui PMTHMETD (Catatan 1e) | 253.462 | 11 | 253.451 | *Issuance of 1,536,135,340 shares seri B through PMTHMETD (Note 1e)* |
| Penerbitan 8.626.486.836 saham melalui PUT (Catatan 1c) | 2.156.622 | 80.881 | 2.075.741 | *Issuance of 8,626,486,836 shares through rights issue (Note 1c)* |
| Penerbitan 1.076.515.248 saham melalui pelaksanaan waran | 37.655 | - | 37.655 | *Issuance of 1,076,515,248 shares through exercise of warrants* |
| **Total** | **2.596.135** | **108.121** | **2.488.014** | ***Total*** |

## 20. SAHAM BEREDAR YANG DIPEROLEH KEMBALI / *20. TREASURY STOCK*

Transaksi saham beredar yang diperoleh kembali adalah sebagai berikut:

*Transactions regarding treasury stock were as follows:*

| Keterangan | 30 September 2017 dan 31 Desember 2016 / *September 30, 2017 and December 31, 2016* Periode/ *Period* | Jumlah Saham (Dalam satuan penuh)/ *Number of Shares (in full amount)* | Realisasi/ *Realization* (%) | Harga Nominal/ *Par Value Shares* | *Description* |
|---|---|---|---|---|---|
| Disetujui dalam Rapat Direksi (Catatan 1d) | 2008 | 11.000.000.000 | | | *Approved in Board of Directors Meeting (Note 1d)* |
| Pembelian kembali | 2008 | 689.000.000 | 6,27% | 68.900 | *Buy-back* |
| Penerbitan kembali | 2009 | (579.000.000) | | (57.900) | *Re-issuance* |
| **Total** | | **110.000.000** | | **11.000** | ***Total*** |

Selisih neto antara harga perolehan dengan harga nominal per lembar saham diakui sebagai "Agio Saham Beredar yang Diperoleh Kembali" dalam laporan posisi keuangan konsolidasian.

*Net excess of price over par value of shares between nominal price and acquisition price was recognized as "Premium on Treasury Stock" in the consolidated statements of financial position.*

## 21. KEPENTINGAN NON PENGENDALI / *21. NON-CONTROLLING INTEREST*

Akun ini terdiri dari:

*This account consists of:*

**a. Kepentingan nonpengendali atas aset neto Entitas Anak** / ***a. Non-controlling interest in net assets of Subsidiaries***

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| Bakrie Telecom Pte., Ltd | - | - | *Bakrie Telecom Pte., Ltd* |
| PT Bakrie Digital Net | 1 | 2 | *PT Bakrie Digital Net* |
| PT Bakrie Connectivity | (245) | (251) | *PT Bakrie Connectivity* |
| PT Andalan Andalan Investama | 23 | 28 | *PT Bakrie Connectivity* |
| **Total** | **(221)** | **(221)** | ***Total*** |

**b. Laba (rugi) yang dapat diatribusikan kepada kepentingan nonpengendali** / ***b. Income (loss) attributable to non-controlling interest***

| | 30 September / *September 30,* 2017 | 2016 | |
|---|---|---|---|
| Bakrie Telecom Pte., Ltd | - | - | *Bakrie Telecom Pte., Ltd* |
| PT Bakrie Digital Net | - | - | *PT Bakrie Digital Net* |
| PT Bakrie Connectivity | | | |
| PT Anugerah Andalan Investama | - | - | *PT Bakrie Connectivity* |
| **Total** | **-** | **-** | ***Total*** |

## 22. PENDAPATAN USAHA / *22. OPERATING REVENUES*

Pendapatan usaha meliputi pendapatan yang berasal dari telepon tidak bergerak dan telepon bergerak terbatas, dengan rincian sebagai berikut:

*Operating revenues represent revenues from fixed line and limited mobility telephone revenues, with details as follows:*

| | 30 September / *September 30,* 2017 | 2016 | |
|---|---|---|---|
| Pendapatan jasa telekomunikasi | | | *Telecommunication services* |
| Prabayar | - | 124.503 | *Pre-paid* |
| Pascabayar | 5.727 | 9.095 | *Post-paid* |
| Total pendapatan jasa telekomunikasi | 5.727 | 133.598 | *Total telecommunication services* |
| Pendapatan jasa interkoneksi | - | 15.068 | *Interconnection services* |
| Total pendapatan usaha | 5.727 | 148.666 | *Total operating revenues* |
| Beban interkoneksi dan biaya bagi hasil | (3.176) | (29.516) | *Interconnection expense and sharing cost* |
| Potongan harga | - | (48.668) | *Discount* |
| **Neto** | **2.551** | **70.482** | ***Net*** |

Transaksi pendapatan yang berasal dari pihak berelasi untuk tahun yang berakhir pada tanggal-tanggal 30 September 2017 dan 2016 masing-masing sebesar nihil dan Rp0,2 Miliar (Catatan 29).

*Revenue transactions from related parties for the years ended September 30, 2017 and 2016 , amounted to nil and Rp0.2 billion, respectively (Note 29).*

Selain itu, terdapat biaya bagi hasil untuk pihak berelasi untuk tahun yang berakhir pada tanggal-tanggal 30 September 2017 dan 2016 masing-masing sebesar nihil yang dicatat sebagai bagian dari potongan harga dan biaya bagi hasil.

*In addition, revenue sharing cost to related party for the years ended September 30, 2017 and 2016 amounting to nil, was recorded as part of discount and sharing cost.*

## 23. BEBAN OPERASI DAN PEMELIHARAAN / *23. OPERATING AND MAINTENANCE EXPENSES*

| | 30 September / *September 30,* 2017 | 2016 | |
|---|---|---|---|
| Listrik | 832 | 9.202 | *Electricity* |
| Sewa | 105 | 112.698 | *Rent* |
| Kewajiban kepada Departemen Komunikasi dan Informatika - Direktorat Jenderal Pos dan Telekomunikasi | 34 | - | *Obligation to Department of Communication and Information - the Directorate General of Post and Telecommunication* |
| Pemeliharaan dan perbaikan | - | 204 | *Repairs and maintenance* |
| **Total** | **971** | **122.104** | ***Total*** |

## 24. BEBAN UMUM DAN ADMINISTRASI / *24. GENERAL AND ADMINISTRATIVE EXPENSES*

| | 30 September / *September 30,* 2017 | 2016 | |
|---|---|---|---|
| Sewa | 4.273 | 7.738 | *Rent* |
| Jasa profesional | 1.637 | 3.905 | *Professional fees* |
| Perlengkapan kantor | 397 | 148 | *Office supplies* |
| Iuran keanggotaan | 328 | 3 | *Memberships* |
| Telepon, listrik dan air | 116 | 46 | *Telephone, electricity and water* |
| Pemeliharaan kantor | 101 | 12 | *Office maintenance* |
| Transportasi | 55 | 127 | *Transportation* |
| Perizinan, lisensi dan bea masuk | 29 | 112 | *Permits, licenses and customs clearance* |
| Beban pos | 4 | 53 | *Postage* |
| Rugi penurunan nilai piutang usaha (Catatan 7) | - | 5.099 | *Impairment loss of trade receivables (Note 7)* |
| Lain-lain (masing-masing dibawah Rp500 juta) | 91 | 56 | *Others (each below Rp500 million)* |
| **Total** | **7.031** | **17.299** | ***Total*** |

## 25. BEBAN KARYAWAN / *25. EMPLOYEES EXPENSES*

| | 30 September / *September 30,* 2017 | 2016 | |
|---|---|---|---|
| Gaji dan upah | 26.917 | 60.127 | *Salaries and wages* |
| Transportasi | 655 | 1.446 | *Transportation* |
| Tunjangan uang makan | 264 | 586 | *Meal allowance* |
| Tunjangan kesehatan | 72 | 91 | *Medical allowance* |
| **Total** | **27.908** | **62.250** | ***Total*** |

## 26. BEBAN PENJUALAN DAN PEMASARAN / *26. SALES AND MARKETING EXPENSES*

| | 30 September / *September 30,* 2017 | 2016 | |
|---|---|---|---|
| Iklan, promosi dan pameran | 253 | 359 | *Advertising, promotion and exhibition* |
| Sewa | 1 | 825 | *Rent* |
| Lain-lain | 23 | 35 | *Others* |
| **Total** | **277** | **1.219** | ***Total*** |

## 27. PENGHASILAN (BEBAN) LAIN-LAIN / *27. OTHER INCOME (CHARGES)*

### a. Selisih kurs / *a. Foreign exchange*

| | 30 September / *September 30,* 2017 | 2016 | |
|---|---|---|---|
| Laba selisih kurs | 62.270 | 554.025 | *Gain on foreign exchange* |
| Rugi selisih kurs | (99.090) | (5.291) | *Loss on foreign exchange* |
| **Neto** | **(36.820)** | **548.734** | ***Net*** |

### b. Beban keuangan / *b. Financing charges*

| | 30 September / *September 30,* 2017 | 2016 | |
|---|---|---|---|
| Beban bunga, amortisasi beban keuangan neto dan beban keuangan lainnya | 377.230 | 586.542 | *Interest charges, amortization of net financial charges and other financial charges* |
| Administrasi bank | 28 | 1.453 | *Bank charges* |
| **Total** | **377.258** | **587.995** | ***Total*** |

### c. Lain-lain / *c. Others*

| | 30 September / *September 30,* 2017 | 2016 | |
|---|---|---|---|
| Penghasilan bunga | 9 | 12 | *Interest income* |
| Pengampunan pajak | 39.320 | - | *and projects written-off* |
| Lain-lain | (195) | (586) | *Others* |
| **Total** | **39.134** | **(574)** | ***Total*** |

## 28. PERPAJAKAN / *28. TAXATION*

### a. Pajak dibayar dimuka / *a. Prepaid taxes*

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| Pajak Pertambahan Nilai | 5.200 | 36.305 | *Value-Added Tax* |
| Bea materai dan lainnya | 13 | 172 | *Stamp duty and others* |
| **Total** | **5.213** | **36.477** | ***Total*** |

## 28. PERPAJAKAN *(Lanjutan)* / *28. TAXATION (Continued)*

### b. Utang pajak / *b. Taxes payable*

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| Pajak penghasilan | | | *Income taxes* |
| Pasal 21 | 14.251 | 44.352 | *Article 21* |
| Pasal 23 | 1.192 | 6.599 | *Article 23* |
| Pasal 26 | - | 62.791 | *Article 26* |
| Pajak Pertambahan Nilai | 247 | 219 | *Value-Added Tax* |
| **Total** | **15.690** | **113.961** | ***Total*** |

### c. Pajak Kini / *c. Current Tax*

Rekonsiliasi antara rugi sebelum beban pajak penghasilan seperti yang disajikan dalam laporan laba rugi dan penghasilan komprehensif lain konsolidasian dengan taksiran rugi fiskal untuk tahun yang berakhir pada tanggal-tanggal 30 September 2017 dan 31 Desember 2016 adalah sebagai berikut:

*Reconciliation between loss before income tax expense as shown in the consolidated statements of profit or loss and other comprehensive income and the estimated fiscal loss for the years ended September 30, 2017 and December 31, 2016 was as follows:*

| | 30 September / *September 30,* 2017 | 2016 | |
|---|---|---|---|
| Rugi sebelum beban pajak penghasilan menurut laporan laba rugi dan penghasilan komprehensif lain konsolidasian | (968.939) | (783.706) | *Loss before income tax expense per consolidated statements of profit or loss and other comprehensive income* |
| Laba (rugi) Entitas Anak sebelum beban pajak penghasilan | (9.107) | (525) | *Income (loss) of Subsidiaries before income tax expense* |
| Transaksi eliminasi | 9.107 | 668 | *Elimination transactions* |
| Rugi sebelum beban pajak yang dapat diatribusikan kepada Perusahaan | (968.939) | (783.563) | *Loss before income tax expense attributable to the Company* |
| **Beda temporer** | | | ***Temporary differences*** |
| Penyusutan | 486.523 | 161.609 | *Depreciation* |
| Penyisihan penurunan nilai piutang usaha | - | 5.099 | *Provision for impairment loss of trade receivables* |
| Penyisihan imbalan kerja | 617 | 1.786 | *Provision for employee benefits* |
| Total | 487.140 | 168.494 | *Total* |

**28. PERPAJAKAN** *(Lanjutan)* / ***28. TAXATION*** *(Continued)*

| | 30 September / *September 30,* 2017 | 2016 | |
|---|---|---|---|
| **Beda tetap** | | | ***Permanent differences*** |
| Pajak dan pengembangan usaha | 26 | 219 | *Taxes and business development* |
| Gaji dan upah | 50 | 11.417 | *Salary and wages* |
| Lain-lain | 376.545 | 1.042 | *Others* |
| Total | 376.621 | 12.678 | *Total* |
| Taksiran Akumulasi Rugi Fiskal | (105.178) | (602.391) | *Estimated Cumulative Fiscall Loss* |
| Rugi Fiskal: | | | *Fiscal Loss:* |
| 2011 | - | (1.536.249) | *2011* |
| 2012 | - | (2.576.928) | *2012* |
| 2013 | - | (3.089.046) | *2013* |
| 2014 | - | (1.566.415) | *2014* |
| 2015 | - | (2.672.758) | |
| 2016 | (1.103.798) | | |
| Total Rugi Fiskal | (1.103.798) | (11.441.396) | *Total Fiscal Loss* |
| **Taksiran Akumulasi Rugi Fiskal** | **(1.208.976)** | **(12.043.787)** | ***Estimated Cumulative Fiscal Loss*** |

Perusahaan tidak melakukan penyisihan beban pajak penghasilan kini karena Perusahaan masih mengalami rugi fiskal.

*No provision for current income tax expense was made due to the Company still being in a fiscal loss position.*

**d. Pajak tangguhan** / ***d. Deferred tax***

| | 30 September / *September 30,* 2017 | 2016 | |
|---|---|---|---|
| **Perusahaan:** | | | ***The Company:*** |
| Penyisihan aset pajak tangguhan | 86.490 | (1.377) | *Allowance for deferred tax assets* |
| Penyisihan penurunan nilai piutang | - | 1.020 | *Impairment of trade receivables* |
| Liabilitas imbalan kerja | 2.010 | 357 | *Employee benefits liability* |
| Aset tetap | (38.713) | 32.322 | *Fixed assets* |
| Beban Pajak Tangguhan - Perusahaan | 49.787 | 32.322 | *Deferred Tax Expense - Company* |
| Beban Pajak Tangguhan - Entitas Anak | - | 141 | *Deferred Tax Expense - Subsidiaries* |
| **Beban Pajak Tangguhan - Neto** | **49.787** | **32.463** | ***Deferred Tax Expense - Net*** |

## 28. PERPAJAKAN *(Lanjutan)* / *28. TAXATION (Continued)*

Aset dan liabilitas pajak tangguhan Kelompok Usaha pada tanggal 30 September 2017 dan 31 Desember 2016 adalah sebagai berikut:

*The deferred tax assets and liability of the Group as of September 30, 2017 and December 31, 2016 were as follows:*

| | 30 September/ *September 30,* 2017 | 31 Desember / *December 31,* 2016 | |
|---|---|---|---|
| **Perusahaan:** | | | ***The Company:*** |
| Aset pajak tangguhan: | | | *Deferred tax assets:* |
| Penyisihan aset pajak tangguhan | 1.716.315 | 2.209.539 | *Allowance for deferred tax assets* |
| Akumulasi rugi fiskal dikurangi penyesuaian dan penyisihan | (1.716.315) | (2.296.029) | *Accumulated fiscal loss deducted with adjustment and allowance* |
| Piutang usaha | 13.248 | 13.248 | *Trade receivables* |
| Liabilitas imbalan kerja | 234 | (1.777) | *Employee benefits liability* |
| Liabilitas pajak tangguhan: | | | *Deferred tax liability:* |
| Aset tetap | (81.865) | (43.151) | *Fixed assets* |
| **Aset (Liabilitas) Pajak Tangguhan Perusahaan - Neto** | **(68.383)** | **(118.170)** | ***Deferred Tax Assets (Liability) Company - Net*** |
| **Liabilitas Pajak Tangguhan Entitas Anak - Neto** | **-** | **(68)** | ***Deferred Tax Liability Subsidiaries - Net*** |
| **Total Aset (Liabilitas) Pajak Tangguhan** | **(68.383)** | **(118.238)** | ***Total Deferred Tax Assets (Liability)*** |

**e. Pajak penghasilan terkait dengan setiap komponen dari penghasilan komprehensif lain**

***e. Income tax relating to each item of other comprehensive income***

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| Selisih kurs penjabaran laporan keuangan dalam valuta asing | - | - | *Translation adjustments of financial statements* |
| Pengukuran kembali laba (rugi) atas liabilitas imbalan kerja | - | (1.930) | *Remeasurements of gain (loss) on employee benefits liability* |
| **Penghasilan Komprehensif Lain** | **-** | **(1.930)** | ***Other Comprehensive Income*** |

Manajemen berkeyakinan bahwa Perusahaan tidak mengakui aset pajak tangguhan karena besar kemungkinan aset pajak tangguhan tidak dapat terealisasi di masa yang akan datang.

*The management believed that the Company did not recognize deferred tax assets because it is probable that deferred tax assets can not be realized in the future.*

Perusahaan telah memenuhi ketentuan dalam Peraturan Pemerintah No. 81 Tahun 2007 dan Undang-undang No. 36 Tahun 2008, oleh karena itu, telah menggunakan pengurangan tarif pajak sebesar 5% dalam penghitungan pajak penghasilan. Aset dan liabilitas pajak tangguhan telah dihitung dengan menggunakan tarif-tarif tersebut.

*The Company has complied with the requirements of the Government Decree No. 81 Year 2007 and Law No. 36 Year 2008, and therefore, has effected the 5% tax rate reduction on its corporate income tax computation. Deferred tax assets and liabilities have been calculated using these enacted tax rates.*

**28. PERPAJAKAN** *(Lanjutan)*

Rekonsiliasi antara beban pajak penghasilan berdasarkan tarif pajak yang berlaku yang dihitung dari rugi sebelum beban pajak penghasilan dan beban pajak penghasilan menurut laporan laba rugi dan penghasilan komprehensif lain konsolidasian adalah sebagai berikut:

***28. TAXATION*** *(Continued)*

*A reconciliation between income tax expense calculated by applying the applicable tax rate to loss before income tax expense and income tax expense as shown in the consolidated statements of profit or loss and other comprehensive income is as follows:*

| | 30 September / *September 30,* 2017 | 2016 | |
|---|---|---|---|
| Rugi Perusahaan sebelum beban pajak penghasilan | (968.939) | (783.563) | *Loss before income tax expense attributable to the Company* |
| Pajak penghasilan dengan tarif pajak yang berlaku sebesar 20% | (193.788) | (156.713) | *Income tax at prevailing tax rate of 20%* |
| Pengaruh pajak dengan tarif 20% atas: | | | *Tax effects at tax rate 20% on:* |
| Beda tetap | 75.324 | 2.536 | *Permanent differences* |
| Penyesuaian dan penyisihan aset pajak tangguhan | 68.677 | 121.855 | *Adjustment and allowance for deferred tax assets* |
| Beban pajak penghasilan | | | *Income tax expense* |
| Perusahaan | (49.787) | (32.322) | *Company* |
| Entitas Anak | - | (141) | *Subsidiaries* |
| **Total** | **(49.787)** | **(32.463)** | ***Total*** |

**f. Surat Ketetapan Pajak**

Pada tanggal 4 Mei 2016, Perusahaan menerima SKPLB No. 00071/407/092/16 atas kelebihan pembayaran Pajak Pertambahan Nilai untuk tahun pajak 2014 sejumlah Rp9.742,5 juta yang berbeda dengan jumlah yang diklaim oleh Perusahaan sejumlah Rp9.999,9 juta. Sampai dengan tanggal penyelesaian laporan keuangan konsolidasian ini, Perusahaan belum menerima kelebihan atas pembayaran pajak tersebut.

Pada tanggal 14 Maret 2017, Entitas Induk menerima Surat No. S-171/WPJ.19/KP.02/2017 perihal Jawaban Permintaan Informasi Tertulis Mengenai Jumlah Pajak yang Tidak atau Kurang Dibayar atau Seharusnya Tidak Dikembalikan, dimana kewajiban Entitas Induk dinyatakan sebesar Rp28.06 miliar. Perusahaan telah melunasi kewajiban tersebut pada tanggal 29 Maret 2017.

***f. Tax Assessment Letter***

*Subsequently, on May 4, 2016, the Company received SKPLB No. 00071/407/092/16 relating to overpayment of Value-Added Tax for the fiscal year 2014 amounted to Rp9,742.5 million instead of Rp9,999.9 million as claimed by the Company. As of the completion date of the consolidated financial statements, the Company has not received the overpayment of VAT.*

*On March 14, 2017, Parent Company received Letter No. S-171/WPJ.19/KP.02/2017 regarding Response to Return Information Request Concerning the Amount of Taxes That are Not or Underpaid or Should Not Be Refunded, where the Parent Company laibilities are stated amounting to Rp28,06 billion. The Company has settled the obligation on March 29, 2017.*

**g. Pengampunan Pajak**

Sehubungan dengan diberlakukannuya Peraturan Menteri Keuangan Nomor 118/PMK.03/2016 tentang pelaksanaan Undang-undang No. 11 Tahun 2016 tentang pengampunan pajak sebagaimana telah

***g. Tax Amensty***

*In connection with the implementation of Regulation of the Minister of Finance No. 118/PMK.03/2016 on the implementation of Law No. 11 of 2016 on tax*

**28. PERPAJAKAN** *(Lanjutan)*

diubah dengan Peraturan Menteri Keuangan Nomor 141/PMK.03/2016 dan Peraturan Direktorat Jenderal Pajak Nomor PER-18/PJ/2016 tentang Pengembalian Kelebihan Pembayaran Uang Tebusan Dalam Rangka Pengampunan Pajak, Perusahaan telah melaksanakan pengampunan pajak ini dengan memperoleh SKPP tanggal 7 April 2017.

***28. TAXATION*** *(Continued)*

*amnesty, as amended by Regulation of the Minister of Finance No. 141/PMK.03/2016 and Directorate General of Tax Regulation No. PER-18/PJ/2016 on Redemption Payment of Excess Refund in the framework of Tax Amnesty, the Company have participated in this tax amnesty with obtain SKPP on April 7, 2017.*

**29. TRANSAKSI DENGAN PIHAK-PIHAK BERELASI**

Dalam kegiatan usaha yang normal, Kelompok Usaha melakukan transaksi dengan pihak-pihak berelasi.

***29. TRANSACTIONS WITH RELATED PARTIES***

*In the normal course of business, the Group entered into transactions with related parties.*

| | 30 September / *September 30,* | | |
|---|---|---|---|
| | **2017** | **2016** | |
| **Sewa ke** (Catatan 38) | | | ***Rental to*** *(Note 38)* |
| PT Bakrie Swasakti Utama | 763 | 4.227 | *PT Bakrie Swasakti Utama* |
| PT Multi Kontrol Nusantara | - | 386 | *PT Multi Kontrol Nusantara* |
| **Total** | **763** | **4.613** | ***Total*** |
| **Pendapatan dari pihak berelasi** (dibawah Rp1 miliar) (Catatan 22) | **-** | **-** | ***Revenues from related parties*** *(below Rp1 billion) (Note 22)* |
| **Persentase pendapatan dari pihak berelasi terhadap pendapatan usaha konsolidasian** | **0,0000%** | **0,0000%** | ***Percentage of revenue from related parties to consolidated operating revenues*** |

Sifat dan hubungan transaksi dengan pihak-pihak berelasi adalah sebagai berikut:

*Nature of relationships and transactions with related parties were as follows:*

| **Pihak Berelasi** | **Sifat Hubungan/** ***Nature of Relationship*** | ***Related Parties*** |
|---|---|---|
| PT Bakrie Swasakti Utama | Afiliasi/*Affiliate* | *PT Bakrie Swasakti Utama* |
| PT Provices Indonesia | Afiliasi/*Affiliate* | *PT Provices Indonesia* |
| PT Multi Kontrol Nusantara | Afiliasi/*Affiliate* | *PT Multi Kontrol Nusantara* |
| PT Viva Media Baru | Afiliasi/*Affiliate* | *PT Viva Media Baru* |
| PT Asia Global Media | Afiliasi/*Affiliate* | *PT Asia Global Media* |
| Koperasi Karyawan Mitra Usaha Dinamika | Afiliasi/*Affiliate* | *Koperasi Karyawan Mitra Usaha Dinamika* |
| PT Bakrie Global Ventura | Afiliasi/*Affiliate* | *PT Bakrie Global Ventura* |

Personil manajemen kunci Perusahaan adalah Dewan Komisaris dan Direksi yang dirinci pada (Catatan 1g). Total remunerasi dan imbalan lainnya yang diberikan kepada personil manajemen kunci adalah sebagai berikut:

*Key management personnel of the Company are the Boards of Commissioners and Directors as described in (Note 1g). Total remuneration and other benefits given to key management personnel were as follows:*

**29. TRANSAKSI DENGAN PIHAK-PIHAK BERELASI** (Lanjutan)

***29. TRANSACTIONS WITH RELATED PARTIES*** *(Continued)*

| | 30 September / *September 30*, 2017 | | | |
|---|---|---|---|---|
| | Dewan Komisaris/ *Board of Commissioners* | Direksi/ *Board of Directors* | Total/ *Total* | |
| Imbalan kerja jangka pendek | 1.605 | 5.050 | 6.654 | *Short-term employment benefits* |
| Imbalan pascakerja | 5 | 104 | 109 | *Post-employment benefits* |
| **Total** | **1.609** | **5.154** | **6.763** | ***Total*** |

| | 31 Desember / December 31, 2016 | | | |
|---|---|---|---|---|
| | Dewan Komisaris/ *Board of Commissioners* | Direksi/ *Board of Directors* | Total/ *Total* | |
| Imbalan kerja jangka pendek | 2.139 | 6.733 | 8.873 | *Short-term employment benefits* |
| Imbalan pascakerja | 6 | 139 | 145 | *Post-employment benefits* |
| **Total** | **2.145** | **6.872** | **9.018** | ***Total*** |

**Utang Pihak Berelasi**

***Due to Related Parties***

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| **Liabilitas jangka pendek:** | | | ***Current liabilities*** |
| Koperasi Karyawan Mitra Usaha Dinamika | 35.186 | 35.186 | *Koperasi Karyawan Mitra Usaha Dinamika* |
| PT Bakrie Global Ventura | 11.912 | 11.912 | *PT Bakrie Global Ventura* |
| **Total** | **47.098** | **47.098** | ***Total*** |
| **Persentase terhadap Total Liabilitas Konsolidasian** | **0,3792%** | **0,3045%** | ***Pencentage to Todal Consolidated Liabilities*** |

Utang pihak berelasi yang diperoleh PT Bakrie Connectivity (BCON), Entitas Anak, dari Koperasi Karyawan Mitra Usaha Dinamika (Komunika) merupakan utang usaha yang pembayarannya ditunda selama 18 bulan sejak tanggal 23 Desember 2014.

*Due to a related party obtained by PT Bakrie Connectivity (BCON), a Subsidiary, from Koperasi Karyawan Mitra Usaha Dinamika (Komunika) represents trade payable, which payment was deferred for 18 months starting from December 23, 2014.*

Utang pihak berelasi yang diperoleh Perusahaan dari PT Bakrie Global Ventura merupakan utang yang pembayarannya ditunda selama 18 bulan sejak tanggal 24 Maret 2015.

*Due to a related party obtained by the Company from PT Bakrie Global Ventura represents payable, which payment was deferred for 18 months starting from March 24, 2015.*

## 30. LIABILITAS IMBALAN KERJA

## *30. EMPLOYEE BENEFITS LIABILITY*

Liabilitas imbalan kerja Kelompok Usaha pada tanggal 30 September 2017 dan 31 Desember 2016 (dihitung oleh aktuaris independen PT Sigma Prima Solusindo) dengan menggunakan metode "*Projected Unit Credit*" dan mempertimbangkan beberapa asumsi sebagai berikut:

*The employee benefits liability of the Group as of September 30, 2017 and December 31, 2016 (was calculated by an independent actuary PT Sigma Prima Solusindo), respectively, used the "Projected Unit Credit" method with considerations of the following assumptions:*

| | | |
|---|---|---|
| Tingkat diskonto | 9,09% pada 31 Maret 2017 dan 31 Desember<br>9.09% in March 31, 2017 and December 31, | *Discount rate* |
| Tingkat kenaikan gaji | 6,5% per tahun / 6.5% *per annum* | *Salary increment rate* |
| Tingkat mortalitas | TMI-III tahun 2011/ *TMI-III year 2011* | *Mortality rate* |
| Tingkat kemungkinan | 5% dari tingkat mortalitas/ *5% of mortality rate* | *Disability rate* |
| Usia pensiun normal | 55 tahun/ *55 years* | *Normal retirement age* |
| Tingkat pengunduran diri | 1% - 5% | *Resignation rate* |

Analisa sensitivitas kuantitatif liabilitas imbalan kerja terhadap perubahan asumsi utama tertimbang pada tanggal 30 September 2017 adalah sebagai berikut:

*The quantitative sensitivity analysis of the employee benefits liability to the changes in the weighted principal assumptions as of September 30, 2017 was as follows:*

| | **Peningkatan (Penurunan)/ *Increase (Decrease)*** | **Dampak Terhadap Liabilitas Imbalan Kerja/ *Impact on Employee Benefits Liability*** | |
|---|---|---|---|
| Tingkat diskonto | 1,00% | (2.169) | *Discount rate* |
| | -1,00% | 2.530 | |
| Tingkat kenaikan gaji | 1,00% | 2.491 | *Salary increment rate* |
| | -1,00% | (2.237) | |

Kelompok Usaha menghadapi sejumlah risiko signifikan terkait program imbalan kerja, sebagai berikut:

(a) Perubahan tingkat diskonto
Penurunan pada tingkat diskonto menyebabkan kenaikan liabilitas program.

(b) Tingkat kenaikan gaji
Liabilitas imbalan kerja berhubungan dengan tingkat kenaikan gaji, dimana semakin tinggi tingkat kenaikan gaji akan menyebabkan semakin besarnya liabilitas.

*The Group was exposed to a number of significant risks related to its employee benefit plans, as follows:*

*(a) Changes in discount rate*
*A decrease in discount rate will increase plan liabilities.*

*(b) Salary increment rate*
*Employee benefit liability are linked to salary increment rate, whereby the higher salary increment rate will lead to higher liabilities.*

Liabilitas imbalan kerja karyawan adalah sebagai berikut:

*Employee benefits liability was as follows:*

| | **30 September/ *September 30,* 2017** | **31 Desember/ *December 31,* 2016** | |
|---|---|---|---|
| Nilai kini liabilitas kewajiban kerja | 1.171 | 767 | *Present value of benefits liability* |
| **Liabilitas imbalan kerja** | **1.171** | **767** | ***Employee benefits liability*** |

**30. LIABILITAS IMBALAN KERJA** *(Lanjutan)* / ***30. EMPLOYEE BENEFITS LIABILITY*** *(Continued)*

Mutasi liabilitas imbalan kerja karyawan adalah sebagai berikut:

*Movements of employee benefits liability were as follows:*

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| Saldo awal | 767 | 23.131 | *Beginning balance* |
| Beban imbalan kerja karyawan | 404 | 2.264 | *Employee benefits expense* |
| Rugi (penghasilan) komprehensif lain | - | (9.650) | *Other comprehensive loss (income)* |
| Realisasi pembayaran manfaat | - | (14.978) | *Actual benefits payments* |
| **Saldo Akhir** | **1.171** | **767** | ***Ending Balance*** |

Jumlah yang diakui dalam laporan laba rugi dan penghasilan komprehensif lain konsolidasian sehubungan dengan liabilitas imbalan kerja adalah sebagai berikut:

*Amounts recognized in the consolidated statements of profit or loss and other comprehensive income in respect to this employee benefits liability were as follows:*

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| Beban (penghasilan) yang diakui dalam laba rugi : | | | *Expense (income) recognized in profit or loss:* |
| Biaya jasa kini | 54 | 161 | *Current-service cost* |
| Biaya bunga | 350 | 2.103 | *Interest cost* |
| **Total** | **404** | **2.264** | ***Total*** |

Mutasi nilai kini liabilitas imbalan kerja adalah sebagai berikut:

*Movements of the present value of the employee benefits liability were as follows:*

| | 30 September/ *September 30,* 2017 | 31 Desember/ December 31, 2016 | |
|---|---|---|---|
| Nilai kini liabilitas imbalan kerja pada awal tahun | 767 | 23.131 | *Present value of employee benefits liability at beginning of year* |
| Biaya jasa kini | 54 | 161 | *Current service cost* |
| Biaya bunga | 350 | 2.103 | *Interest cost* |
| Penyesuaian pengalaman | - | (9.650) | *Experience adjustments* |
| Imbalan yang dibayar | - | (14.978) | *Benefit paid* |
| **Nilai Kini Liabilitas Imbalan Kerja Pada Akhir Tahun** | **1.171** | **767** | ***Present Value of Employee Benefits Liability at End of Year*** |

**30. LIABILITAS IMBALAN KERJA** *(Lanjutan)*

***30. EMPLOYEE BENEFITS LIABILITY** (Continued)*

| | **Perusahaan/ *The Company*** | |
|---|---|---|
| Dalam waktu 12 bulan berikutnya (periode laporan tahunan berikutnya) | - | *Within the next 12 months (the next annual reporting period)* |
| Antara 1 dan 3 tahun | 78 | *Between 1 and 3 years* |
| Antara 3 dan 5 tahun | 86 | *Between 3 and 5 years* |
| Antara 5 dan 10 tahun | 185 | *Between 5 and 10 years* |
| Diatas 10 tahun | 822 | *Beyond 10 years* |
| **Total** | **1171** | ***Total*** |

Perbandingan nilai kini liabilitas imbalan kerja, dan penyesuaian yang timbul akibat perbedaan antara asumsi aktuarial dan kenyataan selama lima (5) tahun terakhir adalah sebagai berikut:

*Comparison of the present value of employee benefits liability, and the experience adjustments (the effects of differences between the previous actuarial assumptions and what has actually occurred) over the last five (5) years were as follows:*

| | **2017** | **2016** | **2015** | **2014** | **2013** | |
|---|---|---|---|---|---|---|
| Nilai kini liabilitas imbalan kerja | (1.171) | (767) | (23.131) | (51.223) | (72.429) | *Present value of employee benefits liability* |
| Penyesuaian dalam liabilitas | - | (4.106) | (20.918) | 40.653 | (21.666) | *Experience adjusments on liability* |

**31. INSTRUMEN KEUANGAN**

***31. FINANCIAL INSTRUMENTS***

Tabel berikut menyajikan nilai tercatat dan taksiran nilai wajar dari instrumen keuangan yang dicatat pada laporan posisi keuangan konsolidasian pada tanggal 30 September 2017 dan 31 Desember 2016 :

*The following table presents the carrying amounts and the estimated fair values: of the financial instruments carried in the consolidated statements of financial position as of September 30, 2017 and December 31, 2016 :*

| | **30 September 2017/ *September 30, 2017*** | | |
|---|---|---|---|
| **Akun** | **Nilai Tercatat/ *Carrying Amounts*** | **Nilai Wajar/ *Fair Values*** | ***Accounts*** |
| **Aset Keuangan** | | | ***Financial Assets*** |
| Diukur pada biaya perolehan yang diamortisasi | | | *Measured at amortized Cost* |
| Kas | 32 | 32 | *Cash on hand* |
| Pinjaman yang diberikan dan piutang | | | *Loans and receivables* |
| Kas di bank (Deposito berjangka) | 402 | 402 | *Cash in bank (Time deposit)* |
| Investasi jangka pendek | 48 | 48 | *Short-term investments* |
| Kas yang dibatasi penggunaannya | 38 | 38 | *Restricted cash* |
| Piutang usaha | 2.658 | 2.658 | *Trade receivables* |
| **Total Aset Keuangan** | **3.178** | **3.178** | ***Total Financial Assets*** |

**31. INSTRUMEN KEUANGAN** *(Lanjutan)*

***31. FINANCIAL INSTRUMENTS*** *(Continued)*

| | 30 September 2017/ *September 30, 2017* | | |
|---|---|---|---|
| **Akun** | **Nilai Tercatat/ *Carrying Amounts*** | **Nilai Wajar/ *Fair Values*** | ***Accounts*** |
| **Liabilitas Keuangan** | | | ***Financial Liabilities*** |
| Diukur pada biaya perolehan yang diamortisasi | | | *Measured at amortized cost* |
| Utang usaha | 332.935 | 332.935 | *Trade payables* |
| Utang lain-lain | 92.857 | 92.857 | *Other payables* |
| Beban akrual | 2.944.066 | 2.944.066 | *Accrued expenses* |
| Wesel senior | 5.126.960 | 206.873 | *Senior notes* |
| Utang pihak berelasi | 47.098 | 47.098 | *Due to related parties* |
| Utang yang diselesaikan melalui PKPU | 5.925.426 | 5.925.426 | *Settlement of payables through PKPU* |
| **Total Liabilitas Keuangan** | **14.469.342** | **9.549.254** | ***Total Financial Liabilities*** |

| | 31 Desember 2016/ December 31, 2016 | | |
|---|---|---|---|
| **Akun** | **Nilai Tercatat/ *Carrying Amounts*** | **Nilai Wajar/ *Fair Values*** | ***Accounts*** |
| **Aset Keuangan** | | | ***Financial Assets*** |
| Diukur pada biaya perolehan yang diamortisasi | | | *Measured at amortized Cost* |
| Kas | 233 | 233 | *Cash on hand* |
| Pinjaman yang diberikan dan piutang | | | *Loans and receivables* |
| Kas di bank | 1.978 | 1.978 | *Cash in bank* |
| Investasi jangka pendek | 48 | 48 | *Short-term investments* |
| Kas yang dibatasi penggunaannya | 38 | 38 | *Restricted cash* |
| Piutang usaha | 2.557 | 2.557 | *Trade receivables* |
| Jaminan | 449 | 449 | *Security deposits* |
| **Total Aset Keuangan** | **5.303** | **5.303** | ***Total Financial Assets*** |

**31. INSTRUMEN KEUANGAN** *(Lanjutan)*

***31. FINANCIAL INSTRUMENTS*** *(Continued)*

| | 31 Desember 2016/ December 31, 2016 | | |
|---|---|---|---|
| **Akun** | **Nilai Tercatat/ *Carrying Amounts*** | **Nilai Wajar/ *Fair Values*** | ***Accounts*** |
| **Liabilitas Keuangan** | | | ***Financial Liabilities*** |
| Diukur pada biaya perolehan yang diamortisasi | | | *Measured at amortized cost* |
| Utang usaha | 326.691 | 326.691 | *Trade payables* |
| Utang lain-lain | 51.180 | 51.180 | *Other payables* |
| Beban akrual | 2.553.566 | 2.553.566 | *Accrued expenses* |
| Pinjaman | 535 | 535 | *Loans* |
| Wesel senior | 5.105.680 | 206.014 | *Senior notes* |
| Utang pihak berelasi | 47.098 | 47.098 | *Due to related parties* |
| Utang yang diselesaikan melalui PKPU | 7.156.994 | 7.156.994 | *Settlement of payables through PKPU* |
| **Total Liabilitas Keuangan** | **15.241.744** | **10.342.078** | ***Total Financial Liabilities*** |

Metode dan asumsi berikut ini digunakan untuk mengestimasi nilai wajar untuk setiap kelompok instrumen keuangan yang praktis untuk memperkirakan nilai tersebut:

Aset dan liabilitas keuangan jangka pendek:

Instrumen keuangan jangka pendek dengan jatuh tempo satu tahun (1) atau kurang (kas dan setara kas, piutang usaha, kas yang dibatasi penggunaannya, investasi jangka pendek, utang usaha, utang lain-lain dan beban akrual).

Instrumen keuangan ini sangat mendekati nilai tercatat mereka karena jatuh tempo mereka dalam jangka pendek (Level 2).

Aset dan liabilitas keuangan jangka panjang:

(a) Liabilitas keuangan jangka panjang dengan suku bunga tetap dan variabel yang tidak dikuotasikan (pinjaman jangka panjang dan utang sewa pembiayaan).

Nilai wajar dari liabilitas keuangan ini ditentukan dengan mendiskontokan arus kas masa datang menggunakan suku bunga yang berlaku dari transaksi pasar yang dapat diamati untuk instrumen dengan persyaratan, risiko kredit dan jatuh tempo yang sama (Level 2).

(b) Liabilitas keuangan yang dikuotasikan dalam pasar aktif (aset keuangan tersedia untuk dijual dan wesel senior).

*The following methods and assumptions were used to estimate the fair value of each class of financial instrument for which it is practicable to estimate such value:*

*Short-term financial assets and liabilities:*

*Short-term financial instruments with remaining maturities of one (1) year or less (cash and cash equivalents, trade receivables, restricted cash, short-term investments, trade payables, other payables and accrued expenses).*

*These financial instruments approximate to their carrying amounts largely due to their short-term maturities (Level 2).*

*Long-term financial assets and liabilities:*

*(a) Unquoted long-term fixed-rate and variable-rate financial liabilities (long-term loan and finance lease payables).*

*The fair values of these financial liabilities are determined by discounting future cash flows using applicable rates from observable current market transactions for instruments with similar terms, credit risk and remaining maturities (Level 2).*

*(b) Financial instruments quoted on an active market (available-for-sale financial asset and senior notes).*

**31. INSTRUMEN KEUANGAN** *(Lanjutan)*

Nilai wajar aset keuangan tersedia untuk dijual ditentukan dengan mengacu pada harga pasar terakhir.

Nilai wajar dari Wesel Senior yang diterbitkan oleh Kelompok Usaha yang diperdagangkan di pasar aktif ditentukan dengan mengacu pada harga pasar yang berlaku (Level 1).

(c) Aset keuangan jangka panjang

Untuk aset keuangan tidak lancar lainnya yang tidak dikuotasi di harga pasar dan nilai wajarnya tidak dapat diukur secara handal tanpa menimbulkan biaya yang berlebihan, dicatat berdasarkan nilai nominal dikurangi penurunan nilai.

Tabel di atas ini menganalisis instrumen keuangan yang dicatat pada nilai wajar berdasarkan tingkatan penilaian. Perbedaan pada setiap tingkatan metode penilaian dijelaskan sebagai berikut:

(a) harga kuotasian (tanpa penyesuaian) di pasar aktif untuk aset atau liabilitas yang identik (Level 1);
(b) *input* selain harga kuotasian yang termasuk dalam Level 1 yang dapat diobservasi untuk aset atau liabilitas, baik secara langsung atau tidak langsung (Level 2); dan
(c) *input* yang tidak dapat diobservasi untuk aset atau liabilitas (Level 3).

**32. TUJUAN DAN KEBIJAKAN MANAJEMEN RISIKO KEUANGAN**

Kelompok Usaha dipengaruhi oleh berbagai risiko keuangan, termasuk risiko kredit, risiko mata uang asing, risiko suku bunga dan risiko likuiditas. Tujuan manajemen risiko Kelompok Usaha secara keseluruhan adalah untuk secara efektif mengendalikan risiko-risiko ini dan meminimalisasi pengaruh merugikan yang dapat terjadi terhadap kinerja keuangan mereka tahun-tahun sebelumnya.

Manajemen risiko keuangan berada dibawah pengawasan langsung oleh Direksi dan terutama oleh *Chief Financial Officer* (CFO). CFO memiliki pusat departemen keuangan berikut kebijakan yang telah disetujui oleh Divisi Manajemen Risiko dan Direksi. Departemen ini mengidentifikasi dan mengevaluasi risiko keuangan dalam kerjasama yang erat dengan unit-unit operasi Perusahaan. Divisi Manajemen Risiko dan Direksi menentukan prinsip manajemen risiko keuangan secara keseluruhan, serta kebijakan pada area tertentu, seperti risiko mata uang asing, risiko tingkat suku bunga, risiko kredit, penggunaan instrumen keuangan derivatif dan nonderivatif, dan investasi atas kelebihan likuiditas.

***31. FINANCIAL INSTRUMENTS*** (Continued)

*The fair value of available-for-sale financial asset is determined based on the latest published quoted price.*

*The fair value of the Senior Notes issued by the Group that are traded on an active market is determined with reference to their quoted market prices (Level 1).*

*(c) Long-term financial assets*

*Other non-current financial assets that are not stated at quoted market price and whose fair value cannot be reliably measured without incurring excessive costs are carried at their nominal amounts less any impairment losess.*

*The table above analyzes the financial instruments measured at fair value by level of valuation method. The different levels of valuation methods have been defined as follows:*

(a) *quoted prices (unadjusted) in active markets for identical assets or liabilities (Level 1);*
*(b) inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly or indirectly (Level 2); and*
*(c) inputs are unobservable inputs for the asset or liability (Level 3).*

***32. FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES***

*The Group is affected by various financial risks, including credit risk, foreign currency risk, interest rate risk and liquidity risk. The Group's overall risk management objectives are to effectively manage these risks and minimize potential adverse effects on its previous years of financial performance.*

*Financial risk management is under the direct supervision of the Board of Directors and especially the Chief Financial Officer (CFO). The CFO has a central treasury department that follows policies approved by the Risk Management Division and Board of Directors. The department identifies and evaluates financial risks in close cooperation with the Company's operating units. The Risk Management Division and Board of Directors determine the principles for overall financial risk management, as well as policies covering specific areas, such as foreign currency risk, interest rate risk, credit risk, use of derivative and non-derivative financial instruments, and investment in excess of liquidity.*

**32. TUJUAN DAN KEBIJAKAN MANAJEMEN RISIKO KEUANGAN** *(Lanjutan)*

***32. FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES*** *(Continued)*

**a. Risiko kredit**

Eksposur Kelompok Usaha terhadap risiko kredit timbul dari wanprestasi pihak lain, dengan eksposur maksimum sebesar nilai tercatat aset keuangan Kelompok Usaha, sebagai berikut:

***a. Credit risk***

*The Group's exposure to credit risk arises from the default of other parties, with maximum exposure equal the carrying amount of its financial assets, as follows:*

| | **30 September/ *September 30,* 2017** | **31 Desember/ *December 31,* 2016** | |
|---|---|---|---|
| Kas dan setara kas (kecuali kas) | 402 | 1.978 | *Cash and cash equivalents (except cash on hands)* |
| Investasi jangka pendek | 48 | 48 | *Short-term investments* |
| Kas yang dibatasi penggunaannya | 38 | 38 | *Restricted cash* |
| Piutang usaha | 2.658 | 2.557 | *Trade receivables* |
| Jaminan | 449 | 449 | *Security deposits* |
| **Total** | **3.595** | **5.070** | ***Total*** |

Kelompok Usaha mempunyai kebijakan dan prosedur kredit untuk memastikan evaluasi kredit yang berkesinambungan dan pemantauan saldo secara aktif. Kelompok Usaha mengelola risiko kredit yang terkait dengan simpanan di bank dan aset derivatif dengan memonitor reputasi, peringkat kredit dan membatasi risiko agregat dari masing-masing pihak dalam kontrak. Tidak terdapat konsentrasi risiko kredit yang signifikan terkait dengan piutang usaha, hal ini disebabkan keragaman pelanggan.

*The Group has in place credit policies and procedures to ensure the ongoing credit evaluation and active account monitoring. The Group manages credit risk exposed from their deposits with banks and derivative assets by monitoring reputation, credit ratings and limiting the aggregate risk to any individual counterparty. There are no significant concentration of credit risk with respect to trade receivables due to its diverse customer base.*

Analisis umur aset keuangan yang belum jatuh tempo atau tidak mengalami penurunan nilai dan yang lewat jatuh tempo pada akhir periode pelaporan tetapi tidak mengalami penurunan nilai adalah sebagai berikut:

*The analysis of the age of financial assets that were not yet due or not impaired and past due as at the end of the reporting period but not impaired was as follows:*

**32. TUJUAN DAN KEBIJAKAN MANAJEMEN RISIKO KEUANGAN** *(Lanjutan)*

***32. FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES** (Continued)*

**30 September / *September 30*, 2017**

| | Belum Jatuh Tempo ataupun Mengalami Penurunan Nilai/ Neither Past Due nor Impaired | Telah Jatuh Tempo tetapi Tidak Mengalami Penurunan Nilai/ Past Due but Not Impaired: Kurang dari 3 bulan/ Less than 3 months | 3 bulan - 6 bulan/ 3 months - 6 months | 6 bulan - 1 tahun/ 6 months - 1 year | Lebih dari 1 tahun/ Over 1 year | Total/ Total | |
|---|---|---|---|---|---|---|---|
| Kas dan setara kas (kecuali kas) | 402 | - | - | - | | 402 | Cash and cash equivalents (except cash on hand) |
| Investasi jangka pendek | 48 | - | - | - | - | 48 | Short-term investments |
| Kas yang dibatasi penggunaannya | 38 | - | - | - | - | 38 | Restricted cash |
| Piutang usaha | - | - | 24 | 2.634 | - | 2.658 | Trade receivables |
| Jaminan | - | 449 | - | - | - | 449 | Security deposits |
| **Total** | **488** | **449** | **24** | **2.634** | **-** | **3.595** | **Total** |

**31 Desember / *December 31*, 2016**

| | Belum Jatuh Tempo ataupun Mengalami Penurunan Nilai/ Neither Past Due nor Impaired | Telah Jatuh Tempo tetapi Tidak Mengalami Penurunan Nilai/ Past Due but Not Impaired: Kurang dari 3 bulan/ Less than 3 months | 3 bulan - 6 bulan/ 3 months - 6 months | 6 bulan - 1 tahun/ 6 months - 1 year | Lebih dari 1 tahun/ Over 1 year | Total/ Total | |
|---|---|---|---|---|---|---|---|
| Kas dan setara kas (kecuali kas) | 1.978 | - | - | - | | 1.978 | Cash and cash equivalents (except cash on hand) |
| Investasi jangka pendek | 48 | - | - | - | - | 48 | Short-term investments |
| Kas yang dibatasi penggunaannya | 38 | - | - | - | - | 38 | Restricted cash |
| Piutang usaha - neto | - | 77 | 205 | 2.274 | - | 2.556 | Trade receivables - net |
| Jaminan | 449 | - | - | - | - | 449 | Security deposits |
| **Total** | **2.513** | **77** | **205** | **2.274** | **-** | **5.069** | **Total** |

Manajemen melakukan penilaian atas kualitas kredit *counterparties* karena tidak ada peringkat kredit eksternal yang tersedia dan terpenuhi, dimana tidak terdapat risiko signifikan yang terkait dengan mereka.

*The management assessed the credit quality of the counterparties for which no external credit rating is available and is satisfied, that there is no significant risk associated with them.*

## 32. TUJUAN DAN KEBIJAKAN MANAJEMEN RISIKO KEUANGAN *(Lanjutan)*

## *32. FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES (Continued)*

### b. Risiko mata uang asing

Kelompok Usaha terekspos risiko perubahan nilai tukar mata uang asing terutama dari transaksi, aset dan liabilitas tertentu dalam Dolar AS yang timbul karena aktivitas pendanaan dan kegiatan operasional sehari-hari. Kelompok Usaha memonitor dan mengelola risiko ini dengan menyepadankan liabilitas keuangan dalam mata uang asing dengan aset keuangan dalam mata uang asing terkait dan melakukan pembelian atau penjualan mata uang asing saat diperlukan.

Pada tanggal 30 September 2017 dan 31 Desember 2016, Kelompok usaha memiliki aset dan liabilitas moneter dalam mata uang asing sebagai berikut:

### *b. Foreign currency risk*

*The Group is exposed to changes in foreign currency exchange rates primarily from certain transactions, assets and liabilities in US Dollar which arise from financing activities and daily operations. The Group monitors and manages the risk by matching the foreign currency financial liabilities with relevant foreign currency assets and buying or selling foreign currencies at spot rate when necessary.*

*As of September 30, 2017 and December 31, 2016 , the Group had monetary assets and liabilities denominated in foreign currencies as follows:*

| | 30 September/ *September 30,* 2017 | 31 Desember/ *December 31,* 2016 | |
|---|---|---|---|
| **Aset** | | | ***Assets*** |
| Kas | | | *Cash* |
| Dolar AS | 45 | 89 | *US Dollar* |
| Dolar Singapura | - | 481 | *Singapore Dollar* |
| Piutang usaha | | | *Trade receivables* |
| Dolar AS | 15.088 | 15.162 | *US Dollar* |
| Kas yang dibatasi penggunaannya | | | *Restricted cash* |
| Dolar AS | 38 | 38 | *US Dollar* |
| Total Aset | 15.171 | 15.770 | *Total Assets* |
| **Liabilitas** | | | ***Liabilities*** |
| Utang usaha | | | *Trade payables* |
| Dolar AS dan mata uang lain | 48.495 | 46.421 | *US Dollar and other currencies* |
| Utang lain-lain | | | *Other payables* |
| Dolar AS | 4.186 | 4.186 | *US Dollar* |
| Beban akrual | | | *Accrued expenses* |
| Dolar AS | 2.554.318 | 2.161.064 | *US Dollar* |
| Utang pihak berelasi | | | *Due to a related party* |
| Dolar AS | 11.912 | 11.912 | *US Dollar* |
| Wesel senior | | | *Senior notes* |
| Dolar AS | 5.126.960 | 5.105.680 | *US Dollar* |
| Utang yang diselesaikan melalui PKPU | | | *Settlement of payables through PKPU* |
| Dolar AS dan mata uang lain | 3.037.542 | 3.031.247 | *US Dollar and other currencies* |
| Total Liabilitas | 10.783.412 | 10.360.510 | *Total Liabilities* |
| **Liabilitas Neto** | **(10.768.241)** | **(10.344.740)** | ***Net Liabilities*** |

**32. TUJUAN DAN KEBIJAKAN MANAJEMEN RISIKO KEUANGAN** *(Lanjutan)*

Berdasarkan estimasi manajemen, sampai dengan tanggal pelaporan Kelompok Usaha berikutnya, kurs Rupiah terhadap Dolar AS dapat melemah/menguat 5% dibandingkan kurs pada tanggal 30 September 2017.

Jika nilai tukar mata uang Rupiah Indonesia berlanjut melemah/menguat 5% terhadap mata uang Dolar AS yang berlaku pada tanggal 30 September 2017 dengan seluruh variable lain tetap, maka rugi sebelum pajak penghasilan pada tahun 2017 masing-masing akan berupa peningkatan/penurunan sekitar Rp139,2 miliar.

**c. Risiko tingkat suku bunga**

Eksposur Kelompok Usaha terhadap risiko tingkat suku bunga terutama sehubungan dengan pinjaman serta aset dan liabilitas berbunga. Kebijakan Kelompok Usaha adalah mendapatkan tingkat suku bunga yang paling menguntungkan.

Pada tanggal 30 September 2017 dan 31 Desember 2016, Kelompok Usaha tidak memiliki saldo aset dan liabilitas dengan tingkat suku bunga mengambang yang material.

**d. Risiko likuiditas**

Manajemen risiko likuiditas yang hati-hati termasuk mengatur kas dan setara kas yang cukup untuk menunjang aktivitas usaha secara tepat waktu. Kelompok Usaha mengatur keseimbangan antara kesinambungan kolektibilitas dan fleksibilitas piutang melalui penggunaan utang bank dan pinjaman lainnya.

Tabel di bawah menunjukkan analisis jatuh tempo liabilitas keuangan Kelompok Usaha dalam rentang waktu yang menunjukkan jatuh tempo kontraktual untuk semua liabilitas keuangan nonderivatif yang diperlukan dalam pemahaman jatuh tempo kebutuhan arus kas. Jumlah yang diungkapkan dalam tabel adalah arus kas kontraktual yang tidak terdiskonto (yang terdiri dari saldo pokok terutang). Utang yang diselesaikan melalui PKPU sebagian akan diselesaikan melalui penerbitan *Mandatory Convertible Bond.*

***32. FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES** (Continued)*

*Based on management's estimate, until the Group's next reporting date, the exchange rate of Rupiah against US Dollar may weaken/strengthen by 5%, compared to the exchange rate as of September 30, 2017.*

*If the extent the Indonesian Rupiah had weakened/strehgthened by 5% against US Dollar at September 30, 2017 with all other variables held constant, the 2017 loss before income tax would have been an increase/a decrease of approximately Rp139.2 billion, respectively.*

***c. Interest rate risk***

*The Group's exposure to interest rate risk relates primarily to its borrowing obligations and interest-bearings assets and liabilities. The Group's policies are to obtain the most favorable interest rates available.*

*As of September 30, 2017 and December 31, 2016 , the Group did not have material balances of assets and liabilities with floating interest rates.*

***d. Liquidity risk***

*Prudent liquidity risk management implies maintaining sufficient cash and cash equivalents to support business activities on a timely basis. The Group maintains a balance between continuity of accounts receivable collectability and flexibility through the use of bank loans and other borrowings.*

*The following table analyzes the Group's financial liabilities into relevant maturity groupings based on their contractual maturities for all non-derivative financial liabilities which are essential in understanding the timing of cash flows requirements. The amounts disclosed in the table are the contractual undiscounted cash flows (consisting of outstanding principal balance). Settlement of payables through PKPU will be settled partially by issuing Mandatory Convertible Bonds.*

**32. TUJUAN DAN KEBIJAKAN MANAJEMEN RISIKO KEUANGAN** *(Lanjutan)*

***32. FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES** (Continued)*

| | 30 September 2017 / *September 30, 2017* | | | | | |
|---|---|---|---|---|---|---|
| | | Nilai arus kas kontraktual yang tidak terdiskonto / *Contractual undiscounted cash flows amounts* | | | | |
| | Nilai Tercatat/ *Carrying Amount* | Total/ *Total* | Sampai dengan 1 tahun/ *Within 1 year* | Lebih dari 1 tahun sampai 5 tahun/ *After 1 year but not more than 5 years* | Lebih dari 5 tahun/ *More than 5 years* | |
| Utang usaha dan utang lain-lain | 425.792 | 425.792 | 425.792 | - | - | *Trade and other payables* |
| Beban akrual | 2.944.066 | 2.944.066 | 2.944.066 | - | - | *Accrued expenses* |
| Liabilitas jangka panjang jatuh tempo dalam waktu satu tahun | | | | | | *Current maturities of Long-term Liabilities* |
| Wesel senior | 5.126.960 | 5.126.960 | - | - | 5.126.960 | *Senior notes* |
| Utang pihak berelasi | 47.098 | 47.098 | - | 47.098 | - | *Due to related parties* |
| Utang yang diselesaikan melalui PKPU | 5.925.426 | 5.925.426 | - | 5.925.426 | - | *Settlement of payables through PKPU* |
| **Total** | **14.469.342** | **14.469.342** | **3.369.858** | **5.972.524** | **5.126.960** | ***Total*** |

| | 31 Desember 2016 / *December 31, 2016* | | | | | |
|---|---|---|---|---|---|---|
| | | Nilai arus kas kontraktual yang tidak terdiskonto / *Contractual undiscounted cash flows amounts* | | | | |
| | Nilai Tercatat/ *Carrying Amount* | Total/ *Total* | Sampai dengan 1 tahun/ *Within 1 year* | Lebih dari 1 tahun sampai 5 tahun/ *After 1 year but not more than 5 years* | Lebih dari 5 tahun/ *More than 5 years* | |
| Utang usaha dan utang lain-lain | 377.871 | 377.871 | 377.871 | - | - | *Trade and other payables* |
| Beban akrual | 2.546.179 | 2.546.179 | 2.546.179 | - | - | *Accrued expenses* |
| Liabilitas jangka panjang jatuh tempo dalam waktu satu tahun | | | | | | *Current maturities of Long-term Liabilities* |
| Pinjaman | 240 | 240 | 240 | - | - | *Loans* |
| Wesel senior - neto | 5.105.680 | 5.105.680 | - | - | 5.105.680 | *Senior notes - net* |
| Pinjaman jangka panjang | | | | | | *Long-term loans* |
| Pinjaman | 295 | 295 | - | 295 | - | *Loans* |
| Utang pihak berelasi | 47.098 | 47.098 | 47.098 | - | - | *Due to a related party* |
| Utang yang diselesaikan melalui PKPU | 7.156.994 | 7.156.994 | - | - | 7.156.994 | *Settlement of payables through PKPU* |
| **Total** | **15.234.357** | **15.234.357** | **2.971.388** | **295** | **12.262.674** | ***Total*** |

**32. TUJUAN DAN KEBIJAKAN MANAJEMEN RISIKO KEUANGAN** *(Lanjutan)*

**Pengelolaan Permodalan**

Tujuan utama dari pengelolaan permodalan Kelompok Usaha adalah untuk memastikan bahwa dipertahankannya peringkat kredit yang kuat dan rasio modal yang sehat agar dapat mendukung kelancaran usahanya dan memaksimalkan nilai dari pemegang saham. Kelompok Usaha mengelola struktur modalnya dan membuat penyesuaian-penyesuaian sehubungan dengan perubahan kondisi ekonomi dan karakteristik dari risiko usahanya. Agar dapat menjaga dan menyesuaikan struktur modalnya, Kelompok Usaha akan menyesuaikan jumlah dari pembayaran dividen kepada para pemegang saham atau tingkat pengembalian modal atau menerbitkan surat saham. Tidak ada perubahan dalam tujuan, kebijakan dan proses dan sama seperti penerapan tahun-tahun sebelumnya.

Kelompok Usaha memonitor struktur modalnya dengan menggunakan rasio utang terhadap modal dimana total utang dibagi dengan total modal. Total utang ini adalah utang pokok dari pinjaman yang berbunga dan total modal adalah total ekuitas yang dapat diatribusikan kepada pemilik entitas induk.

***32. FINANCIAL RISK MANAGEMENT OBJECTIVES AND POLICIES*** *(Continued)*

***Capital Management***

*The main objective of the Group's capital management is to ensure that it maintains a strong credit rating and healthy capital ratios in order to support its business and maximize shareholder value. The Group manages its capital structure and makes adjustments with respect to changes in economic conditions and the characteristics of its business risks. In order to maintain and adjust its capital structure, the Group may adjust the amount of dividend payments to shareholders, return capital structure or issue shares certificates. No changes have been made in the objectives, policies and processes as they have been applied in previous years.*

*The Group monitors its use of capital structure using a debt-to-equity ratio which is total debt divided by total equity. Total debt represents interest bearing borrowings, while equity represents total equity attributable to owners of the parent.*

**33. RUGI NETO PER SAHAM DASAR DIATRIBUSIKAN KEPADA PEMILIK ENTITAS INDUK**

***33. LOSS PER SHARE ATTRIBUTABLE TO THE WNERS OF PARENTS***

| | **30 September / *September 30,*** | | |
|---|---|---|---|
| | **2017** | **2016** | |
| Rugi neto diatribusikan kepada pemilik entitas induk | (968.940) | (751.243) | *Net loss attributable to the owners of parents* |
| Jumlah rata-rata tertimbang saham per saham dasar (angka penuh) | 36.773.904.635 | 30.584.590.655 | *Weighted average number of ordinary shares (full amount)* |
| **Rugi Per Saham Dasar (dalam satuan penuh)** | **(26,35)** | **(24,56)** | ***Basic Loss Per Share (in full amount)*** |

**34. INFORMASI SEGMEN**

Kelompok Usaha hanya mempunyai satu segmen usaha yaitu jasa telekomunikasi yang dipertimbangkan sebagai segmen primer.

Rincian pendapatan jasa telekomunikasi berdasarkan jenis jasa layanan adalah sebagai berikut:

***34. SEGMENT INFORMATION***

*The Group has only one business segment, i.e. telecommunication services, which are considered as a primary segment.*

*The details of revenues based on the service type were as follows:*

| | **30 September / *September 30,*** | | |
|---|---|---|---|
| | **2017** | **2016** | |
| Pendapatan pemakaian pulsa | 4.804 | 130.227 | *Usage charge* |
| Pendapatan langganan bulanan | - | 1.891 | *Subscription* |
| Pendapatan jasa penyambungan | - | - | *Connection service* |
| Lain-lain (masing-masing dibawah Rp1 miliar) | 923 | 1.480 | *Others (each below Rp1 billion)* |
| **Total** | **5.727** | **133.598** | ***Total*** |

**35. TARIF JASA TELEKOMUNIKASI**

Berdasarkan Undang-undang No. 36 tahun 1999 tanggal 8 September 1999 tentang “Telekomunikasi” dan Peraturan Pemerintah No. 52 tahun 2000 tanggal 11 Juli 2000 tentang “Penyelenggaraan Telekomunikasi”, tarif untuk penggunaan jaringan dan jasa telekomunikasi ditentukan oleh operator berdasarkan jenis dan struktur tarif serta mempertimbangkan formula batasan harga yang ditentukan oleh pemerintah.

**Tarif Telepon Tetap Tanpa Kabel Dengan Mobilitas Terbatas**

Berdasarkan Keputusan Menteri Perhubungan No. KM.35 Tahun 2004 tanggal 11 Maret 2004, tentang “Tarif Telepon Tetap Tanpa Kabel Dengan Mobilitas Terbatas”, susunan tarif jasa telekomunikasi teleponi dasar jaringan tetap lokal tanpa kabel dengan mobilitas terbatas, terdiri dari:

1. Tarif jasa pascabayar, terdiri dari:
   a) Biaya aktivasi
   b) Biaya bulanan
   c) Biaya penggunaan
   d) Biaya fasilitas tambahan

2. Tarif jasa prabayar, terdiri dari:
   a) Biaya aktivasi
   b) Biaya penggunaan
   c) Biaya fasilitas tambahan

Tarif telepon tetap dikenakan pada akses dan pemakaian jaringan. Biaya akses terdiri dari biaya aktivasi yang dibebankan satu kali dan biaya langganan bulanan. Biaya penggunaan dihitung dalam Rupiah per menit dan dikategorikan sebagai sambungan lokal atau jarak jauh. Besarnya tarif tergantung pada jarak percakapan, lama percakapan, waktu percakapan dan hari-hari tertentu dalam seminggu dan hari libur.

Tanggal 30 April 2008, Menteri Komunikasi dan Informatika mengeluarkan Peraturan No.15/Per/M.KOMINFO/4/2008 tentang Tata Cara Penetapan Tarif Jasa Teleponi Dasar Yang Disalurkan Melalui Jaringan Tetap, yang mencabut peraturan sebelumnya yaitu Peraturan Menteri Komunikasi dan Informatika Nomor: 09/Per/M.KOMINFO/02/2006 tentang Tata cara Penetapan Tarif Awal dan Tarif Perubahan Jasa Teleponi Dasar Melalui Jaringan Tetap. Berdasarkan peraturan tersebut, penentuan tarif dasar harus berdasarkan formula biaya.

Biaya penggunaan yang dibebankan kepada pelanggan yang menghubungi pelanggan lain adalah sebagai berikut:

***35. TELECOMMUNICATIONS TARIFFS***

*Under Law No. 36 Year 1999 dated September 8, 1999 regarding “Telecommunication” and Government Regulation No. 52 year 2000 dated July 11, 2000 regarding “Operation of Telecommunication,” tariffs for the use of telecommunication network and telecommunication services are determined by providers based on the structure and tariff category with consideration of a price formula set by the government.*

***Tariff of Telephone for Wireless Fixed Line with Limited Mobility***

*Based on Decree of Ministry of Transportation No. KM.35 Year 2004, dated March 11, 2004 regarding the “Tariff of Telephone for Wireless Fixed Line with Limited Mobility,” the structure of tariffs for Fixed Wireless Access with Limited Mobility is as follows:*

1. *Tariffs for post-paid services are as follows:*
   *a) Activation fee*
   *b) Subscription fee*
   *c) Usage charge*
   *d) Additional facilities fee*

2. *Tariffs for prepaid services are as follows:*
   *a) Activation fee*
   *b) Usage charge*
   *c) Additional facilities fee*

*The tariff for fixed line is charged to network access and usage charge. Access fee includes activation fee, which is charged only once, and a monthly subscription fee. Usage charge is in Rupiah per minute and is categorized as local or long-distance calls. The tariff amount depends on call distance, call duration, call time and special days in a week and holidays.*

*On April 30, 2008, the Ministry of Communications and Information issued Regulation No. 15/Per/M.KOMINFO/4/2008 regarding Procedure for Stipulation of Basic Telephone Service Tariff for Fixed Network, which revoked the previous Regulation of the Ministry of Communication and Information Number: 09/Per/M.KOMINFO/02/2006 regarding Procedure and Initial Stipulation of Tariff Rate Change Basic Telephony Services for Fixed Network. Based on this regulation, the determination of basic tariff should be based on a cost-based formula.*

*The usage charges to customers making a call to other customers were as follows:*

**35. TARIF JASA TELEKOMUNIKASI** *(Lanjutan)*

***35. TELECOMMUNICATIONS TARIFFS*** *(Continued)*

| Jenis Panggilan | Satuan Penuh / *Full Amount* Pasca Bayar (Rp/menit)/ *Post-Paid (Rp/minute)* | Pra Bayar (Rp/menit)/ *Pre-Paid (Rp/minute)* | *Type of Calls* |
|---|---|---|---|
| Telepon rumah | | | *Fixed-line* |
| Lokal | 250 | 250 | *Local* |
| Antar kota: | | | *Inter-city:* |
| - Zona <200 km | 1,000 | 1,000 | *Zone <200 km -* |
| - Zona >200 km | 2,091 | 2,273 | *Zone >200 km -* |
| Selular | | | *Mobile* |
| Lokal | 636 | 800 | *Local* |
| Antar kota: | | | *Inter-city:* |
| - Zona < 200 km | 1,727 | 1,545 | *Zone < 200 km -* |
| - Zona > 200 km | 2,545 | 2,727 | *Zone > 200 km -* |

Tanggal 8 Februari 2006, diberlakukan ketentuan baru interkoneksi yang mengatur bahwa penentuan tarif interkoneksi harus berdasarkan formula biaya, sebagaimana diatur dalam Peraturan Menteri No. 08/ Per/M.KOMINFO/02/2006. Sejak tanggal 1 Januari 2007, Perusahaan menggunakan perhitungan tarif interkoneksi berbasis biaya untuk perhitungan transaksi interkoneksi yang mengacu kepada Peraturan Menteri Kominfo No. PM.08/Per/M.KOMINFO/02/ 2006.

*On February 8, 2006, a new interconnection regulation was introduced that regulates interconnection tariff based on a cost-based formula as in Ministry Decree No.08/Per/M.KOMINFO/02/2006. Commencing January 1, 2007, the Company used the cost-based calculation for interconnection transactions in accordance with Ministry Cominfo Decree No.PM.08/Per/M.KOMINFO/02/ 2006.*

Perhitungan tarif interkoneksi dari masing-masing penyelenggara dilakukan dengan menggunakan formula berbasis biaya sebagaimana ditetapkan dalam PM. 08/ 2006. Perusahaan mengadakan Nota Kesepakatan tentang kerjasama interkoneksi jaringan telekomunikasi dengan penyelenggara jaringan, baik penyelenggara jaringan tetap lainnya maupun penyelenggara jaringan selular.

*The calculation of interconnection cost from each telecommunication operator is based on a cost-based formula as stated in PM. 08/2006. The Company had an Agreement Note of cooperative interconnection between telecommunication networks with fixed network or cellular network.*

**36. INTERKONEKSI**

***36. INTERCONNECTION***

Berdasarkan Nota Kesepakatan tersebut, maka panggilan yang berasal dari Perusahaan ke operator lainnya (originasi) menimbulkan “beban interkoneksi” yang dibebankan kepada Perusahaan (originator) yang melakukan panggilan. Sementara itu, panggilan yang berasal dari operator lainnya ke Perusahaan (terminasi), menimbulkan “pendapatan interkoneksi” yang dibebankan kepada operator lain yang melakukan panggilan.

*Based on the Agreement Note, the calls from the Company to another operator (origination) will incur an “interconnection expense” that is chargeable to the Company (originator) who made the call. On the other hand, the calls from another operator to the Company (termination), will incur an “interconnection revenue” that is chargeable to the other operator who made the call.*

Berdasarkan Siaran Pers oleh Kementerian Komunikasi dan Informatika tanggal 30 Desember 2010 No. 145/ PIH/KOMINFO/12/2010, pada awal tahun 2011 akan diberlakukan penurunan tarif interkoneksi. Kebijakan implementasi tarif interkoneksi tahun 2011 tersebut sesuai dengan ketentuan yang berlaku dalam Peraturan Menteri Kominfo No. 8/PER/M.KOMINFO/2/2006.

*Based on a press release dated December 30, 2010 by the Ministry of Communications and Information No. 145/PIH/KOMINFO/12/2010, reduction in interconnection tariff was to be applied in 2011. This was in accordance with applicable provisions in the Regulation of the Ministry of Information and Communication No. 8/PER/ M.KOMINFO/2/2006.*

Berdasarkan hasil evaluasi BRTI tersebut, besaran biaya interkoneksi yang berlaku mulai tahun 2011 adalah sebagai berikut:

*Based on BRTI evaluation, the interconnection costs for year 2011 were as follows:*

## 36. INTERKONEKSI *(Lanjutan)*

## *36. INTERCONNECTION (Continued)*

| Jenis Panggilan | Satuan Penuh / *Full Amount* — Beban Interkoneksi (Originasi)/ *Interconnection Charge (Origination)/* | Satuan Penuh / *Full Amount* — Pendapatan Interkoneksi (Terminasi)/ *Interconnection Revenue (Termination)/* | *Type of Calls* |
|---|---|---|---|
| Selular SLJJ | | | *Mobile long-distance call* |
| - Interkoneksi langsung | Rp344 per menit / *Rp344 per minute* | Rp209 per menit / *Rp209 per minute* | *Direct interconnection -* |
| - Melalui transit | Rp586 per menit / *Rp586 per minute* | Rp209 per menit / *Rp209 per minute* | *Through transit -* |
| Jaringan PSTN | | | *PSTN Network* |
| PSTN lokal | | | *PSTN local* |
| Fixed WL | Rp73 per menit / *Rp73 per minute* | Rp73 per menit / *Rp73 per minute* | *Fixed WL* |
| FWA | Rp135 per menit / *Rp135 per minute* | Rp211 per menit / *Rp211 per minute* | *FWA* |
| Selular | Rp202 per menit / *Rp202 per minute* | Rp209 per menit / *Rp209 per minute* | *Mobile* |
| Satelit | Rp208 per menit / *Rp208 per minute* | Rp278 per menit / *Rp278 per minute* | *Satelite* |
| VOIP | Rp302 per menit / *Rp302 per minute* | - | *VOIP* |
| PSTN SLJJ | | | *Long-distance call* |
| FWA | Rp586 per menit / *Rp586 per minute* | Rp202 per menit / *Rp202 per minute* | *FWA* |
| Selular | Rp665 per menit / *Rp665 per minute* | Rp211 per menit / *Rp211 per minute* | *Mobile* |
| Satelit | Rp674 per menit / *Rp674 per minute* | Rp209 per menit / *Rp209 per minute* | *Satelite* |
| VOIP | Rp626 per menit / *Rp626 per minute* | Rp585 per menit / *Rp585 per minute* | *VOIP* |
| SLI | Rp624 per menit / *Rp624 per minute* | Rp594 per menit / *Rp594 per minute* | *International call* |
| Melalui transit | | | *Through transit* |
| Lokal Fixed WL | Rp68 per menit / *Rp68 per minute* | - | *Local* |
| SLJJ Fixed WL | Rp263 per menit / *Rp263 per minute* | - | *Long-distance call* |
| IGW Fixed WL | Rp304 per menit / *Rp304 per minute* | - | *IGW* |
| Jaringan FWA | | | *FWA Network* |
| PSTN lokal | | | *Local* |
| Fixed WL | Rp73 per menit / *Rp73 per minute* | Rp73 per menit / *Rp73 per minute* | *Fixed WL* |
| FWA | Rp209 per menit / *Rp209 per minute* | Rp211 per menit / *Rp211 per minute* | *FWA* |
| Selular | Rp209 per menit / *Rp209 per minute* | Rp209 per menit / *Rp209 per minute* | *Mobile* |
| Satelit | Rp209 per menit / *Rp209 per minute* | Rp209 per menit / *Rp209 per minute* | *Satelite* |
| VOIP | Rp289 per menit / *Rp289 per minute* | - | *VOIP* |
| PSTN SLJJ | | | *Long-distance call* |
| FWA | Rp427 per menit / *Rp427 per minute* | Rp211 per menit / *Rp211 per minute* | *FWA* |
| Selular | Rp602 per menit / *Rp602 per minute* | Rp209 per menit / *Rp209 per minute* | *Mobile* |
| Satelit | Rp638 per menit / *Rp638 per minute* | Rp585 per menit / *Rp585 per minute* | *Satelite* |
| VOIP | Rp640 per menit / *Rp640 per minute* | - | *VOIP* |
| SLI | | | *SLI* |
| Satelit | Rp640 per menit / *Rp640 per minute* | - | *Satelit* |
| SMS | Rp 24 per SMS / *Rp 24 per SMS* | Rp 24 per SMS / *Rp 24 per SMS* | *SMS* |

| Jenis Panggilan | Satuan Penuh / *Full Amount* — Beban Interkoneksi (Originasi)/ *Interconnection Charge (Origination)/* | Satuan Penuh / *Full Amount* — Pendapatan Interkoneksi (Terminasi)/ *Interconnection Revenue (Termination)/* | *Type of Calls* |
|---|---|---|---|
| PSTN SLJJ | | | *Long-distance call* |
| FWA | Rp427 per menit / *Rp427 per minute* | Rp211 per menit / *Rp211 per minute* | *FWA* |
| Selular | Rp602 per menit / *Rp602 per minute* | Rp209 per menit / *Rp209 per minute* | *Mobile* |
| Satelit | Rp638 per menit / *Rp638 per minute* | Rp585 per menit / *Rp585 per minute* | *Satelite* |
| VOIP | Rp640 per menit / *Rp640 per minute* | - | *VOIP* |
| SLI | | | *SLI* |
| Satelit | Rp640 per menit / *Rp640 per minute* | - | *Satelit* |
| SMS | Rp 24 per SMS / *Rp 24 per SMS* | Rp 24 per SMS / *Rp 24 per SMS* | *SMS* |

Efektif tanggal 1 Juni 2012, Perusahaan menerapkan skema interkoneksi berbasis biaya (*cost-based*) untuk setiap pesan singkat (SMS) yang terkirim dari sebelumnya berbasis *Sender Keep All* (SKA).

*Effective June 1, 2012, the Company implemented a cost-based interconnection scheme (cost-based) for every SMS sent to replace the previous Sender Keep All (SKA) scheme.*

**36. INTERKONEKSI** *(Lanjutan)*

Biaya interkoneksi SMS mengikuti hasil perhitungan biaya interkoneksi tahun 2010 sebesar Rp24 per SMS, sedangkan tarif yang menjadi beban konsumen adalah biaya interkoneksi ditambah dengan beberapa komponen biaya lainnya.

Berdasarkan surat No. 118/KOMINFO/DJPPI/PI.02.04/ 01/2014 dari Kementerian Komunikasi dan Informatika Republik Indonesia, tanggal 30 Januari 2014, perihal implementasi biaya interkoneksi tahun 2014, ditetapkan biaya interkoneksi yang berlaku sampai dengan Desember 2016.

Besaran biaya interkoneksi yang berlaku mulai tahun 2014 adalah sebagai berikut:

***36. INTERCONNECTION** (Continued)*

*The SMS interconnection costs based on the result of the calculation of interconnection rate in 2010 amounted to Rp24 per SMS, while tariff charged to customers was based on the interconection cost plus several other component costs.*

*Based on letter No. 118/KOMINFO/DJPPI/PI.02.04/ 01/2014 dated January 30, 2014, from the Ministry of Communications and Information, concerning interconnection costs implementation year 2014, the new interconnection costs is set until December 2016.*

*The interconnection costs for year 2014 were as follows:*

| | Satuan Penuh / *Full Amount* | | |
|---|---|---|---|
| **Jenis Panggilan** | **Beban Interkoneksi (Originasi)/ *Interconnection Charge (Origination)/*** | **Pendapatan Interkoneksi (Terminasi)/ *Interconnection Revenue (Termination)/*** | ***Type of Calls*** |
| Jaringan Tetap Nirkabel | | | *Fixed Wireless Access (FWA)* |
| Panggilan Lokal | | | *Local Call* |
| - Tetap (PSTN) | Rp 73 per menit / *Rp 73 per minute* | Rp 73 per menit / *Rp 73 per minute* | *Fixed -* |
| - Tetap Nirkabel | Rp 209 per menit / *Rp 209 per minute* | Rp 209 per menit / *Rp 209 per minute* | *FWA -* |
| - Selular | Rp 209 per menit / *Rp 209 per minute* | Rp 209 per menit / *Rp 209 per minute* | *Mobile -* |
| - Satelit | Rp 209 per menit / *Rp 209 per minute* | Rp 209 per menit / *Rp 209 per minute* | *Satellite -* |
| - VoiP | Rp 289 per menit / *Rp 289 per minute* | Rp 289 per menit / *Rp 289 per minute* | *VoiP -* |
| Panggilan Interlokal (SLJJ) | | | *Long Distance* |
| - Tetap (PSTN) | Rp 427 per menit / *Rp 427 per minute* | Rp 427 per menit / *Rp 427 per minute* | *Fixed -* |
| - Tetap Nirkabel | Rp 427 per menit / *Rp 427 per minute* | Rp 427 per menit / *Rp 427 per minute* | *FWA -* |
| - Selular | Rp 602 per menit / *Rp 602 per minute* | Rp 602 per menit / *Rp 602 per minute* | *Mobile -* |
| - Satelit | Rp 638 per menit / *Rp 638 per minute* | Rp 638 per menit / *Rp 638 per minute* | *Satellite -* |
| - VoiP | Rp 640 per menit / *Rp 640 per minute* | Rp 640 per menit / *Rp 640 per minute* | *VoiP -* |
| Panggilan Internasional (SLI) | Rp 640 per menit / *Rp 640 per minute* | Rp 640 per menit / *Rp 640 per minute* | *International Call* |
| SMS | Rp 24 per SMS / *Rp 24 per SMS* | Rp 24 per SMS / *Rp 24 per SMS* | *SMS* |
| Jaringan Tetap (PSTN) | | | *PSTN Networks* |
| Panggilan Lokal | | | *Local Call* |
| - Tetap (PSTN) | Rp 73 per menit / *Rp 73 per minute* | Rp 73 per menit / *Rp 73 per minute* | *Fixed -* |
| - Tetap Nirkabel | Rp 135 per menit / *Rp 135 per minute* | Rp 135 per menit / *Rp 135 per minute* | *FWA -* |
| - Selular | Rp 202 per menit / *Rp 202 per minute* | Rp 202 per menit / *Rp 202 per minute* | *Mobile -* |
| - Satelit | Rp 208 per menit / *Rp 208 per minute* | Rp 208 per menit / *Rp 208 per minute* | *Satellite -* |
| - VoiP | Rp 302 per menit / *Rp 302 per minute* | Rp 302 per menit / *Rp 302 per minute* | *VoiP -* |
| - Melalui transit | Rp 68 per menit / *Rp 68 per minute* | - | *Through transit -* |
| Panggilan Interlokal (SLJJ) | | | *Long Distance* |
| - Tetap (PSTN) | Rp 586 per menit / *Rp 586 per minute* | Rp 586 per menit / *Rp 586 per minute* | *Fixed -* |
| - Tetap Nirkabel | Rp 586 per menit / *Rp 586 per minute* | Rp 586 per menit / *Rp 586 per minute* | *FWA -* |
| - Selular | Rp 665 per menit / *Rp 665 per minute* | Rp 665 per menit / *Rp 665 per minute* | *Mobile -* |
| - Satelit | Rp 674 per menit / *Rp 674 per minute* | Rp 674 per menit / *Rp 674 per minute* | *Satellite -* |
| - VoiP | Rp 626 per menit / *Rp 626 per minute* | Rp 626 per menit / *Rp 626 per minute* | *VoiP -* |
| - Melalui transit | Rp 263 per menit / *Rp 263 per minute* | - | *Through transit -* |
| Panggilan Internasional (SLI) | Rp 624 per menit / *Rp 624 per minute* | Rp 624 per menit / *Rp 624 per minute* | *International Call* |
| Transit Melalui IGW | Rp 304 per menit / *Rp 304 per minute* | - | *Through IGW transit -* |
| SMS Transit | Rp 0.8 per SMS / *Rp 0.8 per SMS* | - | *SMS Transit* |
| Jaringan Selular | | | *Mobile* |
| Panggilan Lokal | | | *Local Call* |
| - Tetap | Rp 250 per menit / *Rp 250 per minute* | Rp 250 per menit / *Rp 250 per minute* | *Fixed -* |
| - Selular | Rp 250 per menit / *Rp 250 per minute* | Rp 250 per menit / *Rp 250 per minute* | *Mobile -* |
| - Satelit | Rp 250 per menit / *Rp 250 per minute* | Rp 250 per menit / *Rp 250 per minute* | *Satellite -* |
| Panggilan Interlokal (SLJJ) | | | *Long Distance* |
| - Tetap | Rp 344 per menit / *Rp 344 per minute* | Rp 344 per menit / *Rp 344 per minute* | *Fixed -* |
| - Selular | Rp 452 per menit / *Rp 452 per minute* | Rp 452 per menit / *Rp 452 per minute* | *Mobile -* |
| - Satelit | Rp 456 per menit / *Rp 456 per minute* | Rp 456 per menit / *Rp 456 per minute* | *Satellite -* |
| Panggilan Internasional (SLI) | Rp 488 per menit / *Rp 488 per minute* | Rp 488 per menit / *Rp 488 per minute* | *International Call* |
| SMS | Rp 24 per SMS / *Rp 24 per SMS* | Rp 24 per SMS / *Rp 24 per SMS* | *SMS* |
| Jaringan Satelit | | | *Satellite* |
| - Tetap | Rp 3.462 per menit / *Rp 3,462 per minute* | Rp 3.462 per menit / *Rp 3,462 per minute* | *Fixed -* |
| - Selular | Rp 3.462 per menit / *Rp 3,462 per minute* | Rp 3.462 per menit / *Rp 3,462 per minute* | *Mobile -* |
| - Panggilan Internasional (SLI) | Rp 3.462 per menit / *Rp 3,462 per minute* | Rp 3.462 per menit / *Rp 3,462 per minute* | *International Call -* |

## 37. LISENSI JASA TELEKOMUNIKASI

### a. Izin Penyelenggaraan Jasa Teleponi Dasar Melalui Jaringan bergerak Seluler

Pada tanggal 17 April 2015, Perusahaan memperoleh Izin Penyelenggaraan Jasa Teleponi Dasar Melalui Jaringan Bergerak Seluler berdasarkan Surat Keputusan dari Direktur Jenderal Penyelenggaraan Pos dan Informatika No. 186 tahun 2015 tentang “Izin Penyelenggaraan Jasa Teleponi Dasar Melalui Jaringan Bergerak Seluler PT Bakrie Telecom Tbk”. Lisensi ini diberikan untuk menyelenggarakan Jasa Teleponi Dasar Melalui Jaringan Bergerak seluler dengan Wilayah Penyelenggaraan Nasional. Izin ini dilakukan evaluasi setiap tahun dan evaluasi secara menyeluruh dilakukan setiap lima (5) tahun.

### b. Izin Penyelenggaraan Jaringan Tetap Lokal Tanpa Kabel dengan Mobilitas Terbatas

Pada tanggal 25 Agustus 2004, Perusahaan memperoleh Izin Penyelenggaraan Jaringan Tetap Lokal dengan Akses Radio dan Penyelenggaraan Jasa Teleponi Dasar berdasarkan Surat Keputusan dari Menteri Perhubungan Republik Indonesia No. KP.282 tahun 2004 tentang “Lisensi untuk Jaringan Tetap Lokal dengan Akses Radio dan Jasa Teleponi Dasar PT Bakrie Telecom”. Lisensi ini diberikan untuk menyelenggarakan (i) Jaringan Tetap Lokal dengan alokasi frekuensi 825 Mhz - 835 Mhz berpasangan dengan 870 Mhz - 880 Mhz dan (ii) Jasa Teleponi Dasar dengan wilayah layanan di propinsi DKI Jakarta, Jawa Barat dan Banten. Penyelenggaraan Jaringan Tetap Lokal dengan akses radio dan jasa teleponi dasar, sesuai dengan Peraturan No. 36/1999 tentang Telekomunikasi.

Pada tanggal 15 Juni 2007, Perusahaan memperoleh Izin Penyelenggaraan Jaringan Tetap Lokal Tanpa Kabel dengan Mobilitas Terbatas berdasarkan Surat Keputusan Menteri Komunikasi dan Informatika No. 298/KEP/M.KOMINFO/6/2007. Izin tersebut diberikan untuk menyelenggarakan: (i) Jaringan Tetap Lokal Tanpa Kabel dengan Mobilitas Terbatas yang beroperasi pada pita frekuensi 800 MHz, yaitu pada kanal 37, 78 dan 119 di Propinsi Banten, DKI Jakarta, dan Jawa Barat; kanal 201, 242 dan 283 untuk di luar Propinsi Banten, DKI Jakarta, dan Jawa Barat; dan (ii) Jasa Teleponi Dasar dengan jangkauan nasional yang mencabut lisensi regional sebelumnya No.KP.282 tahun 2004.

Pada tanggal 14 Oktober 2009, Pemerintah menetapkan penambahan alokasi kanal frekuensi radio dengan nomor kanal 1019 untuk wilayah DKI Jakarta, Banten dan Jawa Barat kepada Perusahaan melalui Keputusan Menteri Komunikasi dan Informatika No.363/Kep/ M.KOMINFO/X/2009.

## *37. TELECOMMUNICATION SERVICE LICENSE*

### *a. License for Basic Telephony Services Through Cellular Mobile Network*

*On April 17, 2015, the Company obtained Operational License for Basic Telephony Services Through Cellular Mobile Network based on the Decree of Director General of Post and Information No. 186 year 2015 regarding “License for the Basic Telephony Services Through Cellular Mobile Network PT Bakrie Telecom Tbk”. This license was granted for Basic Telephony Services through cellular mobile network with national service area coverage. The license will be evaluated annually and will be fully evaluated every five (5) years.*

### *b. License for Fixed Wireless Access with Limited Mobility*

*On August 25, 2004, the Company obtained Operational License for Local Fixed Network with Radio Access License and Basic Telephony Service based on the Decree of Ministry of Transportation of the Republic of Indonesia No. KP.282 year 2004 regarding “License for the Local Fixed Line with Radio Access and Basic Telephony Services PT Bakrie Telecom.” This license was granted for (i) Local Fixed network with frequency allocation of 825 Mhz - 835 Mhz and pair-off with 870 Mhz-880 Mhz, and (ii) Basic Telephone Service covering DKI Jakarta, West Java and Banten provinces. This Local Fixed Network service with Radio Access and Basic Telephone Service is in accordance with Law No. 36/1999 of Telecommunication.*

*On June 15, 2007, the Company was granted an Operational License for Fixed Wireless Access with Limited Mobility based on the Decree of the Ministry of Communication and Information Republic of Indonesia No. 298/KEP/M.KOMINFO/6/2007. The license was granted for (i) Fixed Wireless Access with Limited Mobility frequency bandwidth of 800 Mhz with channel number 37, 78 and 119 in Banten, DKI Jakarta and West Java provinces; Channel 201,242 and 283 for outside Banten, DKI Jakarta, Banten and West Java; (ii) Basic Telephony Service with nationwide coverage, which revoked the previous regional license No. KP.282 year 2004.*

*On October 14, 2009, the Government determined additional frequency channel allocation number 1019 for DKI Jakarta, Banten and West Java Area, as stated in Decree of Ministry of Communication and Information No. 363/Kep/M.KOMINFO/X/2009.*

**37. LISENSI JASA TELEKOMUNIKASI** *(Lanjutan)*

Pada tanggal 10 September 2014, Pemerintah menerbitkan Peraturan Menteri Komunikasi dan Informatika No. 30 Tahun 2014 tentang Penataan Pita Frekuensi Radio 800 MHz Untuk Keperluan Penyelenggaraan Jaringan Bergerak Seluler. Dengan peraturan ini maka Pita frekuensi radio 800 MHz pada 824-835 MHz yang berpasangan dengan 869-880 MHz; serta 880-890 MHz yang berpasangan dengan 925-935 MHz dengan moda FDD, diperuntukan seluruhnya bagi Penyelenggaraan Jaringan Bergerak Seluler Berbasis Netral Teknologi dengan cakupan wilayah layanan nasional.

Pada tanggal 26 September 2014, Pemerintah menerbitkan Keputusan Menteri Komunikasi dan Informatika No. 932 Tahun 2014 tentang Persetujuan Pengalihan Izin Penggunaan Spektrum Frekuensi Radio Pada Pita Frekuensi Radio 800 MHz PT Bakrie Telecom, Tbk. Kepada PT Smartfren Telecom, Tbk., dengan pengalihan spektrum pita frekuensi dimaksud efektif mulai berlaku terhitung sejak tanggal 14 Desember 2014. Keputusan Menteri Komunikasi dan Informatika ini mempersyaratkan Penggabungan Usaha Penyelenggaraan Jaringan Telekomunikasi PT Bakrie Telecom Tbk. dan PT Smartfren Tbk., sehingga PT Bakrie Telecom Tbk. tetap dapat memberikan Layanan Jasa Teleponi Dasar kepada seluruh pelanggannya.

**c. Izin Penyelenggaraan Jaringan Tetap Sambungan Internasional (SLI)**

Pada tanggal 12 Februari 2009, Perusahaan memperoleh izin untuk menyelenggarakan SLI dan jasa teleponi dasar, berdasarkan Surat Keputusan dari Menteri Komunikasi dan Informatika Republik Indonesia No. 59/KEP/M.KOMINFO/02/2009 tentang “Izin Penyelenggaraan Jaringan Tetap Sambungan Internasional PT Bakrie Telecom Tbk”. Izin penyelenggaraan SLI ini dilakukan evaluasi setiap tahun dan evaluasi secara menyeluruh setiap lima (5) tahun.

**d. Izin Penyelenggaraan Jasa Internet Teleponi untuk Keperluan Publik (ITKP)**

Pada tanggal 23 Januari 2006, Perusahaan memperoleh Izin Penyelenggaraan Jasa Internet Teleponi untuk Keperluan Publik (ITKP) dengan wilayah layanan nasional berdasarkan Surat Keputusan Direktur Jenderal Pos dan Telekomunikasi, No. 16/Dirjen/2006 tentang “Izin Penyelenggaraan Jasa Internet Teleponi untuk Keperluan Publik PT Bakrie Telecom Tbk”. ITKP ini dilakukan evaluasi setiap tahun dan evaluasi secara menyeluruh setiap lima (5) tahun. Evaluasi terbaru dibuat pada tahun 2011.

***37. TELECOMMUNICATION SERVICE LICENSE*** *(Continued)*

*On September 10, 2014, the Government issued the Regulation of the Ministry of Communication and Information Republic of Indonesia No. 30 Year 2014 concerning Settlement Radio Frequency Band of 800 MHz for the Need Mobile Cellular Network. With this ruling, therefore the radio frequency band of 800 MHZ from 824-835 MHz was paired with 869-880 MHz, and 880-890 MHz was paired with 925-935 MHz with FDD mode, intended entirely for Mobile Cellular Network Based ‘Neutral’ Technology with national service area coverage.*

*On September 26, 2014, the Government issued Decree of the Minister of Communication and Information No. 932 Year 2014 regarding the approval of Transfer of License Use of Radio Frequency Spectrum at 800 MHz Radio Frequency Band PT Bakrie Telecom Tbk. to PT Smartfren Telecom, Tbk., with the transfer of the frequency band spectrum effectively coming into force as from December 14, 2014. The Minister of Communication and Information, would require the Merger Implementation of Telecommunication Network PT Bakrie Telecom Tbk. and PT Smartfren Tbk., therefore PT Bakrie Telecom Tbk. would still provide basic telephony services to all of its customers.*

***c. License for Operation of Fixed International Direct Connection Network (SLI)***

*On February 12, 2009, the Company obtained a license for SLI and basic telephony service, based on Decree of the Ministry of Communication and Information Technology of the Republic of Indonesia No. 59/KEP/M.KOMINFO/02/2009 regarding “License for Operation of Fixed International Direct Connection Network PT Bakrie Telecom, Tbk.” The SLI will be evaluated annually and will be fully evaluated every five (5) years.*

***d. License to Operate Internet Telephony Services for Public Interest (VoIP)***

*On January 23, 2006, the Company obtained License to Operate Internet Telephony Services for Public Interest (VoIP) with nationwide coverage, based on Decree of Director General of Post and Telecommunication, Department of Communication and Information No. 16/Dirjen/2006 regarding “License to Operate Internet Telephony Services for Public Interest PT Bakrie Telecom Tbk.” The VoIP will be evaluated annually and will be fully evaluated every five (5) years. The most recent evaluation was conducted in 2011.*

**37. LISENSI JASA TELEKOMUNIKASI** *(Lanjutan)*

**e. Izin Penyelenggaraan Jasa Akses Internet (ISP)**

Pada tanggal 2 Maret 2007, Perusahaan memperoleh Izin Penyelenggaraan Jasa Akses Internet (*Internet Service Provider*) dengan wilayah layanan nasional berdasarkan Surat Keputusan Direktur Jenderal Pos dan Telekomunikasi No. 053/DIRJEN/2007 tentang “Izin Penyelenggaraan Jasa Akses Internet PT Bakrie Telecom Tbk”. Izin penyelenggaraan jasa ISP ini dilakukan evaluasi setiap tahun dan evaluasi secara menyeluruh setiap lima (5) tahun. Evaluasi terbaru dibuat pada tahun 2012.

**f. Izin Penyelenggaraan Jasa Interkoneksi Internet (NAP)**

Pada tanggal 7 Juni 2010, Perusahaan memperoleh Izin Penyelenggaraan Jasa Interkoneksi Internet (*Network Access Point Provider*/NAP) dengan wilayah layanan nasional berdasarkan Surat Keputusan Direktur Jenderal Pos dan Telekomunikasi No. 195/DIRJEN/2010 tentang “Izin Penyelenggaraan Jasa Interkoneksi Internet PT Bakrie Telecom Tbk”. Izin NAP ini dilakukan evaluasi setiap tahun dan evaluasi secara menyeluruh setiap lima (5) tahun.

**g. Izin Penyelenggaraan Jasa Nilai Tambah Teleponi Pusat Layanan Informasi**

Pada tanggal 5 Agustus 2009, Perusahaan memperoleh Izin Penyelenggaraan Jasa *Call Center* dengan wilayah layanan nasional berdasarkan Surat Keputusan Direktur Jenderal Pos dan Telekomunikasi No. 184/DIRJEN/2009 tentang “Izin Penyelenggaraan Jasa Nilai Tambah Teleponi Pusat Layanan Informasi PT Bakrie Telecom Tbk”. Izin ini dilakukan evaluasi setiap tahun dan evaluasi secara menyeluruh setiap lima (5) tahun.

**38. PERJANJIAN DAN IKATAN YANG SIGNIFIKAN**

Perusahaan memiliki perjanjian dan ikatan yang signifikan, sebagai berikut:

**a. PT Indosat Tbk**

Pada tanggal 18 Desember 2007, Perusahaan dan PT Indosat Tbk (Indosat) mengadakan Perjanjian Kerjasama tentang Interkoneksi Jaringan Telekomunikasi Jarbersel INDOSAT dengan Jartaplok BAKRIE TELECOM No. INDOSAT 0003/C00-CC0/LGL/2007 dan Jartaplok BAKRIE TELECOM No. 2392/EST-PKS/INDOSAT/XII/2007 dan Perjanjian Kerjasama tentang Interkoneksi Jaringan Telekomunikasi Jartap INDOSAT dengan Jartaplok BAKRIE TELECOM No. INDOSAT 0006/C00-CC0/LGL/2007 serta No.BAKRIETEL2500/EST-PKS/INDOSAT/XII/2007. Perjanjian tersebut mengatur hal-hal sebagai berikut:

***37. TELECOMMUNICATION SERVICE LICENSE*** *(Continued)*

***e. License for Operation of Internet Service Provider (ISP)***

*On March 2, 2007, the Company obtained a License for Operational Internet Service Provider with nationwide coverage, based on Decision Letter of the Director General Post and Telecommunication No. 053/DIRJEN/2007 regarding “License for Operation of Internet Service Provider PT Bakrie Telecom Tbk.” The ISP license will be evaluated annually and will be fully evaluated every five (5) years. The most recent evaluation was conducted in 2012.*

***f. License for Operation of Network Access Point Provider (NAP)***

*On June 7, 2010, the Company obtained a License for Operational Network Access Point Provider with nationwide coverage based on Decision Letter of the Director General Post and Telecommunication No. 195/DIRJEN/2010 regarding “License for Operation of Network Access Point Provider PT Bakrie Telecom Tbk.” The NAP license will be evaluated annually and will be fully evaluated every five (5) years.*

***g. License for Operation of Call Center Service Provider***

*On August 5, 2009, the Company obtained a License for Operation of Call Center Service Provider with nationwide coverage, based on Decree of the Director General Post and Telecommunication No. 184/DIRJEN/2009 regarding “License for Operation of Call Center Service Provider PT Bakrie Telecom Tbk.” The license will be evaluated annually and will be fully evaluated every five (5) years.*

***38. SIGNIFICANT AGREEMENTS AND COMMITMENTS***

*The Company had outstanding significant agreements and commitments as follows:*

***a. PT Indosat Tbk***

*On December 18, 2007, the Company and PT Indosat Tbk (Indosat) signed a Cooperation Agreement of Interconnection Telecommunication Network Jarbersel INDOSAT with Jartaplok BAKRIE TELECOM No. INDOSAT 0003/C00-CC0/LGL/2007 and Jartaplok BAKRIE TELECOM No. 2392/EST-PKS/INDOSAT/XII/2007 and Cooperation Agreement of Interconnection Telecommunication Network Jartap INDOSAT with Jartaplok BAKRIE TELECOM No. INDOSAT 0006/C00-CC0/LGL/2007 and No. BAKRIETEL2500/EST-PKS/INDOSAT/XII/2007. The agreement covered the following, among others:*

**38. PERJANJIAN DAN IKATAN YANG SIGNIFIKAN** *(Lanjutan)*

- Interkoneksi antara jaringan bergerak Selular Indosat dengan jaringan tetap lokal Perusahaan dan jaringan tetap Indosat dengan jaringan tetap lokal Perusahaan sehingga setiap pengguna masing-masing pihak dapat mengadakan atau menerima panggilan interkoneksi dan dapat juga mengirim dan menerima SMS ke/atau dari setiap pengguna pihak lainnya;
- Besarnya biaya interkoneksi adalah sesuai dengan lalu lintas interkoneksi antara Indosat dengan Perusahaan;
- Perjanjian-perjanjian tersebut berlaku efektif sejak tanggal penandatanganan oleh para pihak. Dalam hal tidak ada perubahan atau pembatalan terhadap Perjanjian Kerjasama ini, maka perjanjian ini akan tetap berlaku secara otomatis.

Dengan telah ditandatanganinya Perjanjian Kerjasama, maka perjanjian-perjanjian interkoneksi yang telah ditandatangani sebelumnya dinyatakan tidak berlaku lagi.

Perjanjian Kerjasama tentang Interkoneksi Jaringan Telekomunikasi Jarbersel INDOSAT dengan Jartaplok BAKRIE TELECOM tersebut telah diperbaharui dengan amandemen keempat yang ditandatangani pada tanggal 7 Oktober 2011 No. INDOSAT 035/C00-C0H/LGL/2011 dan No. BAKRIE TELECOM 5542/EST-Amd/INDOSAT/X/2011.

Perjanjian Kerjasama tentang Interkoneksi Jaringan Telekomunikasi Jartap INDOSAT dengan Jartaplok BAKRIE TELECOM tersebut telah diperbaharui dengan amandemen ketiga yang ditandatangani pada tanggal 7 Oktober 2011 No. INDOSAT 036/C00-C0H/LGL/2011 dan No. BAKRIE TELECOM 5543/EST-Amd/INDOSAT/X/2011.

**b. PT Telekomunikasi Indonesia (Persero) Tbk**

Perusahaan mengadakan Perjanjian Kerjasama Interkoneksi Jaringan Telekomunikasi dengan PT Telekomunikasi Indonesia (Persero) Tbk (Telkom) No. TELKOM 148/HK.810/DCI-A1000000/2007 dan No. BAKRIE TELECOM 2501/EST-PKS/TELKOM/XII/2007, dimana masing-masing pihak menyetujui hal-hal sebagai berikut:

- Saling membuka seluruh prefiks dan/atau kode akses, sehingga setiap pelanggan dari kedua pihak dapat memanggil dan/atau menerima panggilan dari nomor pelanggan pihak lainnya memanfaatkan fitur-fitur atas panggilan interkoneksi, mengakses atau memanfaatkan berbagai jenis jasa telepon pada operator lainnya;

***38. SIGNIFICANT AGREEMENTS AND COMMITMENTS*** *(Continued)*

- *Interconnection between mobility network Indosat Cellular with the Company's local fixed line and interconnection of Indosat's fixed line with the Company's local fixed line, whereby the users are able to make or receive interconnection call and also send and receive SMS to or from other users;*
- *Total interconnection expenses are according to traffic interconnection between Indosat and the Company;*
- *The agreement is effective from the signing date by both parties. If there are no amendments to or termination of this Cooperation Agreement, then it will remain in effect automatically.*

*With the signing of the Cooperation Agreement, the previous interconnection agreement was no longer effective.*

*The agreement of Interconnection Telecommunication Network Jarbersel INDOSAT with Jartaplok BAKRIE TELECOM was renewed with the fourth amendment that was signed on October 7, 2011 No. INDOSAT 035/C00-C0H/LGL/2011 and No. BAKRIE TELECOM 5542/EST-Amd/INDOSAT/X/2011.*

*The agreement of Interconnection Telecommunication Network Jartap INDOSAT with Jartaplok BAKRIE TELECOM was renewed with the third amendment that was signed on October 7, 2011 No. INDOSAT 036/C00-C0H/LGL/2011 and No. BAKRIE TELECOM 5543/EST-Amd/INDOSAT/X/2011.*

***b. PT Telekomunikasi Indonesia (Persero) Tbk***

*The Company has a Cooperation Agreement of Interconnection Telecommunication Network with PT Telekomunikasi Indonesia (Persero) Tbk (Telkom) No. TELKOM 148/HK.810/DCI-A1000000/2007 and No. BAKRIE TELECOM 2501/EST-PKS/TELKOM/XII/2007 under which each party agrees as follows:*

- *Opening all prefix and/ or access codes, so each customer from either party can make and/ or receive calls from other operator numbers, using features of interconnection call, accessing or using telephone services of other operators;*

**38. PERJANJIAN DAN IKATAN YANG SIGNIFIKAN** *(Lanjutan)*

- Dengan ditandatanganinya Perjanjian Kerjasama Interkoneksi Jaringan Telekomunikasi tanggal 28 Desember 2007 antara Perusahaan dengan Telkom tersebut, maka perjanjian-perjanjian kerja sama interkoneksi beserta semua perubahan/*side letter*/adendum atas perjanjian-perjanjian yang telah ditandatangani sebelumnya dinyatakan tidak berlaku lagi.

- Perjanjian dengan Telkom berlaku selama dua (2) tahun, efektif mulai tanggal 1 Januari 2008 sampai dengan tanggal 31 Desember 2009 dan dapat diperpanjang atau diakhiri sebelum masa berlakunya berakhir berdasarkan kesepakatan para pihak dalam bentuk amandemen/*side letter*.

Perjanjian tersebut telah diperbaharui dengan adendum pertama yang ditandatangani pada tanggal 31 Maret 2008 No. TELKOM 46/HK.820/ DCI-A1000000/2008 dan No. BAKRIE TELECOM 388/EST-Amd/TELKOM/III/2008 yang selanjutnya diperbaharui dengan adendum kedua yang ditandatangani pada tanggal 30 Desember 2009 No. TELKOM 127/HK.820/DCI-A1000000/2009 dan No. BAKRIE TELECOM 2444/EST-Amd/TELKOM/ XII/2009 yang selanjutnya diperbaharui dengan adendum ketiga yang ditandatangani pada tanggal 28 Agustus 2011 No. TELKOM 193/HK.820/DCI-A1000000/2011 dan No. BAKRIE TELECOM 5228/ EST-AMD/TELKOM/VII/2011 yang selanjutnya diperbaharui dengan adendum keempat yang ditandatangani pada tanggal 18 Desember 2012 No. TELKOM 126/HK.820/DWS-A1000000/2012 dan No. BAKRIE TELECOM 610/BTEL-AMD/TELKOM/ XII/2012.

**c. PT XL Axiata Tbk (sebelumnya PT Excelcomindo Pratama Tbk)**

1. Perusahaan menandatangani *Master Tower Lease Agreement (MLTA)* dengan PT Excelcomindo Pratama Tbk (XL) tertanggal 16 Juli 2008 mengenai sewa ruang atas satu atau lebih menara telekomunikasi BTS milik XL untuk menempatkan peralatan telekomunikasi yang akan digunakan untuk operasional usaha Perusahaan. Sejak tanggal 1 November 2012 Perusahaan menghentikan kerja sama MLTA. Atas terminasi ini, Perusahaan dikenakan biaya terminasi sebesar Rp163,2 miliar. Perjanjian ini mengatur hal-hal sebagai berikut:

***38. SIGNIFICANT AGREEMENTS AND COMMITMENTS*** *(Continued)*

- *With the signing of the Cooperation Agreement of Interconnection Telecommunication Network between Company and Telkom dated December 28, 2007, the cooperation agreement of interconnection and all the amendments/side letters/ addendum previously signed were no longer effective.*

- *Agreement with Telkom was effective for two (2) years, from January 1, 2008 to December 31, 2009 and could be extended or ended before the expiry date based on agreement from both parties in the form of an amendment/ side letter.*

*The agreement was renewed with the first amendment that was signed on March 31, 2008 No. TELKOM 46/HK.820/DCI-A1000000/2008 and No. BAKRIE TELECOM 388/EST-Amd/TELKOM/ III/2008, which was then renewed with the second amendment signed on December 30, 2009 No. TELKOM 127/HK.820/DCI-A1000000/2009 and No. BAKRIE TELECOM 2444/EST- Amd/TELKOM/ XII/ 2009, which was then renewed with the third amendment signed on August 28, 2011 No. TELKOM 193/HK.820/DCI-A1000000/2011 and No. BAKRIE TELECOM 5228/EST-AMD/ TELKOM/VII/2011, which was then renewed with the fourth amendment signed on December 18, 2012 No. TELKOM 126/ HK.820/DWS-A1000000/2012 and No. BAKRIE TELECOM 610/BTEL-AMD/TELKOM/ XII/2012.*

***c. PT XL Axiata Tbk (formerly PT Excelcomindo Pratama Tbk)***

1. *The Company entered into a Master Tower Lease Agreement (MLTA) with PT Excelcomindo Pratama Tbk (XL) dated July 16, 2008 regarding the lease of space on one or more BTS Towers owned by XL and ground space of the property for the placement of the Company communication equipment to be used in the operation of the Company's business. On November 1, 2012, the Company terminated the MLTA. Due to the termination, the Company was charged the termination costs amounting to Rp163.2 billion. The agreement covers the following:*

**38. PERJANJIAN DAN IKATAN YANG SIGNIFIKAN** *(Lanjutan)*

- Interkoneksi langsung antara jaringan Bakrie Telecom dengan jaringan Excelcom sehingga setiap pengguna masing-masing dapat mengirim atau menerima panggilan atau SMS dari pelanggan masing-masing perusahaan;
- Perusahaan memiliki kewajiban untuk membayar pendapatan interkoneksi Excelcom atas panggilan keluar sesuai dengan hak Excelcom berdasarkan peraturan pemerintah serta perjanjian diatas; dan
- Perjanjian interkoneksi berlaku efektif sejak tanggal 19 Desember 2007 dan akan berlaku selama jangka waktu lima (5) tahun.

Perjanjian tersebut telah diperbaharui dengan amandemen kelima yang ditandatangani pada tanggal 1 Juni 2012 No. XL: 006/LGL-TBU-CR/HAY/V/2012 dan No. BAKRIE TELECOM: 662/BTEL-Amd/XL/VI/2012.

2. Pada tanggal 14 April 2009, Perusahaan mengadakan Perjanjian Kerjasama “Interkoneksi Sambungan Langsung Internasional” dengan XL No. XL 1838.A/XXXII.S.5360/XL/IV/2009 dan No. BTEL 637/EST-PKS/XL/IV/2009.

   Perjanjian tersebut telah diperbaharui dengan amandemen pertama yang ditandatangani pada tanggal 17 Oktober 2011 No. XL: 256/LGL-NetCo/X/2011 dan No. BTEL 5578/EST-AMD/XL/X/2011.

**d. PT Telekomunikasi Selular**

Pada tanggal 30 November 2007, Perusahaan mengadakan Perjanjian Kerjasama Interkoneksi Jaringan dengan Telkomsel dengan Jaringan Tetap Lokal Bakrie Telecom No. Telkomsel : 2162/LG.05/PD-00/XI/2007 dan No. Bakrie Telecom 1408/EST-PKS/TELKOMSEL/XI/ 2007, yang bertujuan mengganti perjanjian yang lama yang telah ditandatangani kedua belah pihak. Perjanjian ini mengatur hal-hal sebagai berikut:

- Interkoneksi langsung antara jaringan Telkomsel dengan jaringan Perusahaan untuk menyediakan jasa panggil atau panggilan dan mengirim pesan pendek (SMS) melalui Telkomsel dan jaringan Perusahaan dari pelanggan masing-masing perusahaan;
- Perusahaan mempunyai kewajiban untuk membayar kepada Telkomsel beban interkoneksi sesuai dengan peraturan Pemerintah dan perjanjian atas pendapatan dari panggilan keluar melalui sambungan Telkomsel; dan
- Perjanjian pertama dengan Telkomsel tersebut berlaku efektif untuk dua (2) tahun sejak tanggal 1 November 2007 sampai dengan 31 Oktober 2009 dan diperpanjang secara otomatis untuk setiap dua (2) tahun berikutnya.

***38. SIGNIFICANT AGREEMENTS AND COMMITMENTS*** *(Continued)*

- *Direct interconnection between Bakrie Telecom network and Excelcom network, so each user can send or receive calls or SMS from customers of each company;*
- *The Company has an obligation to pay Excelcom for the interconnection revenue from outgoing calls by rights Excelcom’s network based on government regulation and the agreement; and*
- *Interconnection agreement is effective for five (5) years starting December 19, 2007.*

*The agreement was renewed with fifth amendment that was signed on June 1, 2012 No. XL: 006/LGL-TBU-CR/HAY/V/2012 and No. BAKRIE TELECOM: 662/BTEL-Amd/XL/VI/ 2012.*

2. *On April 14, 2009, the Company and XL signed a Cooperation Agreement No. XL 1838.A/ XXXII.S.5360/XL/IV/2009 and No. BTEL 637/EST-PKS/XL/IV/2009 concerning “Interconnection of International Direct Dial.”*

   *This agreement was renewed with the first amendment that was signed on October 17, 2011 No. XL: 256/LGL-NetCo/X/2011 and No. BTEL 5578/EST-AMD/XL/X/2011.*

***d. PT Telekomunikasi Selular***

*On November 30, 2007, the Company and Telkomsel entered into a Cooperation Interconnection Network Agreement No. Telkomsel : 2162/LG.05/PD-00/XI/2007 and No. Bakrie Telecom 1408/EST-PKS/ TELKOMSEL/XI/2007 to revoke the previous cooperation agreement that had been signed by the two parties. The agreement covers the following:*

- *Interconnection of the Company’s telecommunication network with Telkomsel network to make outgoing or receive incoming calls and short message service (SMS) through Telkomsel and the Company’s network from a customer of either company;*
- *The Company has an obligation to pay interconnection expense to Telkomsel based on the government regulation and the agreement of revenue from outgoing calls made through Telkomsel’s networking; and*
- *The original agreement with Telkomsel is effective for two (2) years from November 1, 2007 until October 31, 2009 and will automatically be renewed and remain effective for the next two (2) years.*

**38. PERJANJIAN DAN IKATAN YANG SIGNIFIKAN** *(Lanjutan)*

Perjanjian tersebut telah diperbaharui dengan amandemen keenam yang ditandatangani pada tanggal 28 Mei 2012 No. TELKOMSEL Amd.703/ LG.05/PD-00/V/2012 dan No. Bakrie Telecom 599/BTEL-AMD/TELKOMSEL/V/2012.

**e. PT Mobile 8 Telecom Tbk**

Pada tanggal 30 Januari 2004, Perusahaan mengadakan Perjanjian Kerjasama Interkoneksi Jaringan dengan PT Komunikasi Selular Indonesia (Komselindo) dan PT Metro Selular Nusantara (Metrosel), yang mengatur hal-hal sebagai berikut:

- Interkoneksi jaringan Perusahaan dengan Sambungan Jaringan Selular (STBS) Komselindo dan Metrosel untuk menyediakan jasa panggil atau menerima panggilan dan mengirim atau menerima pesan SMS dari pelanggan masing-masing perusahaan;
- Perusahaan mempunyai kewajiban untuk membayar kepada Komselindo dan Metrosel biaya interkoneksi sesuai dengan peraturan pemerintah atas pendapatan dari panggilan keluar melalui jaringan Komselindo dan Metrosel; dan
- Perjanjian dengan Komselindo dan Metrosel tersebut berlaku secara efektif sejak tanggal 30 Januari 2004 dan berlaku terus menerus sampai dengan adanya pemberitahuan tertulis untuk mengakhiri perjanjian selambat-lambatnya enam (6) bulan setelah pemberitahuan tertulis dari salah satu pihak atau dihentikan berdasarkan keputusan pemerintah yang mencabut izin masing-masing pihak.

Sehubungan dengan telah efektifnya penggabungan usaha antara Metrosel, Komselindo dan Telesera ke dalam PT Mobile-8 Telecom Tbk (Mobile-8) pada tanggal 31 Mei 2007 berdasarkan Surat Efektif Pemberitahuan Penggabungan dari Mobile-8 No. 054/M8-LGL/VI/2007 tanggal 22 Juni 2007, maka sejak tanggal efektif tersebut, seluruh hak dan liabilitas Metrosel, Komselindo dan Telesera berdasarkan Perjanjian Interkoneksi beralih secara hukum kepada Mobile-8.

Perusahaan mengadakan Perjanjian Kerjasama Interkoneksi Antar Jaringan Tetap Lokal dengan Mobile-8 No. Mobile-8: 37.M8/37.BTEL-FWA.08/TEK/ II/2008 No. Bakrie Telecom 2586/EST-PKS/M8/XII/ 2007 tanggal 28 Desember 2007 dan diubah dengan adendum pertama yang ditandatangani pada tanggal 13 Juli 2010 dengan referensi No. Mobile-8: 205.M8/205.BTEL.10/ICR/VII/2010 Nomor Bakrie Telecom: 1775/EST-Amd/MOBILE-8/VII/2010.

***38. SIGNIFICANT AGREEMENTS AND COMMITMENTS*** *(Continued)*

*The agreement was renewed with the sixth amendment that was signed on May 28, 2012 No. TELKOMSEL Amd.703/LG.05/PD-00/V/2012 and No. Bakrie Telecom 599/BTEL-AMD/TELKOMSEL/ V/2012.*

***e. PT Mobile 8 Telecom Tbk***

*On January 30, 2004, the Company, PT Komunikasi Selular Indonesia (Komselindo) and PT Metro Selular Nusantara (Metrosel), entered into a Cooperation Interconnection Network Agreement, which covered the following:*

- *Interconnection of the Company's telecommunication network with cellular lines of Komselindo and Metrosel networks to make outgoing or receive incoming calls and SMS from a customer of any of the companies;*
- *The Company has an obligation to pay interconnection charges to Komselindo and Metrosel based on the government regulation for revenue from outgoing calls made through Komselindo and Metrosel networking; and*
- *The agreement between Komselindo and Metrosel has been effective since January 30, 2004 and will be in effect continuously until there is a written notice to terminate the agreement at the latest six (6) months after written notice of either party, or terminated based on the government's decision to revoke the license of either party.*

*In connection with the effective business acquisitions between Metrosel, Komselindo and Telesera into PT Mobile-8 Telecom Tbk (Mobile-8) on May 31, 2007 based on Effective Announcement Letter of Acquisitions from Mobile-8 No. 054/M8-LGL/VI/2007 on June 22, 2007, all rights and liabilities of Metrosel, Komselindo and Telesera were legally transferred to Mobile-8 based on the Interconnection Agreement.*

*The Company entered into a Cooperation Interconnection Local Fixed Network Agreement with Mobile-8 through No. Mobile-8: 37.M8/37.BTEL-FWA.08/TEK/II/2008 No. Bakrie Telecom 2586/EST-PKS/M8/XII/2007 dated December 28, 2007 and renewal with first amendment was signed on July 13, 2010 with reference No. Mobile-8: 205.M8/205.BTEL.10/ICR/VII/2010 No. Bakrie Telecom: 1775/EST-Amd/MOBILE-8/VII/2010.*

**38. PERJANJIAN DAN IKATAN YANG SIGNIFIKAN** *(Lanjutan)*

Perjanjian Kerjasama tentang Interkoneksi Jaringan Bergerak Selular Mobile 8 dengan Jaringan Tetap Lokal Bakrie Telecom No. Mobile 8 : 02.MOBILE 8/02.BTEL.08/TEK/I/2008 No. Bakrie Telecom 2585/EST-PKS/M8/XII/2007 tanggal 28 Desember 2007 dan diubah dengan amandemen pertama yang ditandatangani tanggal 28 Maret 2008 Nomor Mobile 8: 86.MOBILE-8/87.BTEL.08/ICR/III/2008 Nomor Bakrie Telecom: 396/EST-Amd/MOBILE-8/III/2008 dan amandemen kedua yang ditandatangani tanggal 15 April 2009 Nomor Mobile 8: 030.MOBILE-8/030.BTEL.09.ICR/II/2009 Nomor Bakrie Telecom : 348/EST-Amd/MOBILE-8/II/2009, dan amandemen ketiga yang ditandatangani pada tanggal 13 Juli 2010 Nomor Mobile 8:197.M8/197.BTEL.10/ICR/VII/ 2010 - No. Bakrie Telecom: 1623/EST-Amd/M8/VII/2010.

**f. PT Hutchinson CP Telecommunications**

Pada tanggal 22 Desember 2006, Perusahaan mengadakan Perjanjian Kerjasama tentang Interkoneksi Jaringan Telekomunikasi dengan PT Hutchinson CP Telecommunications (“HCPT”) No. BAKRIETEL:1157/EST-PKS/HCPT/XII/2006 dan No. HCPT 243/HCPT-ICR/XII/2006 yang mengatur hal-hal sebagai berikut:
- Interkoneksi antara jaringan telekomunikasi Perusahaan dengan jaringan telekomunikasi HCPT, sehingga setiap pelanggan Perusahaan dan HCPT dapat mengadakan atau menerima panggilan interkoneksi serta dapat menerima atau mengirim SMS;
- Perusahaan mempunyai kewajiban untuk membayar biaya interkoneksi kepada HCPT dan menjaga kualitas pelayanan interkoneksi bagi pelanggannya;
- Perjanjian antara Perusahaan dan HCPT tersebut berlaku secara efektif sejak tanggal 22 Desember 2006 dan berlaku sampai dengan adanya pemberitahuan tertulis untuk mengakhiri perjanjian selambat-lambatnya tiga (3) bulan setelah pemberitahuan tertulis dari salah satu pihak atau dihentikan berdasarkan keputusan pemerintah.

Perjanjian tersebut telah diperbaharui dengan adendum keempat yang ditandatangani pada tanggal 5 April 2011 No. HCPT: 181/LGL-AMD4-AGR/PT Bakrie Telecom Tbk/IM-LS/ICGR/IV/11 and No. BTEL: 4127/EST-Amd/HCPT/I/2011.

**g. PT Smart Telecom**

- Interkoneksi antara jaringan tetap lokal Perusahaan dengan jaringan bergerak selular Smart agar dapat menyediakan jasa telekomunikasi yang lebih handal, sehingga Perusahaan dan Smart saling menyediakan layanan interkoneksi kepada pelanggannya;

***38. SIGNIFICANT AGREEMENTS AND COMMITMENTS*** *(Continued)*

*The Cooperation agreement regarding Interconnection Mobile Network Cellular Mobile-8 with Local Fixed Network Bakrie Telecom No. Mobile 8: 02.MOBILE-8/02.BTEL.08/TEK/I/2008 No. Bakrie Telecom 2585/EST-PKS/M8/XII/2007 dated December 28, 2007 and renewed with first amendment that was signed on March 28, 2008 No. Mobile 8: 86.MOBILE-8/87.BTEL.08/ICR/III/2008 No. Bakrie Telecom: 396/EST-Amd/MOBILE-8/III/2008 and second amendment that was signed on April 15, 2009 No. Mobile 8: 030.MOBILE-8/030.BTEL.09.ICR/II/2009 No. Bakrie Telecom: 348/EST-Amd/MOBILE-8/II/2009, and third amendment that was signed on July 13, 2010 No. Mobile 8 : 197.M8/197.BTEL.10/ICR/VII/2010 - No. Bakrie Telecom: 1623/EST-Amd/M8/VII/2010.*

***f. PT Hutchinson CP Telecommunications***

*On December 22, 2006, the Company entered into a Cooperation Agreement of Interconnection Telecommunication Network with PT Hutchinson CP Telecommunications (“HCPT”) No. BAKRIETEL: 1157/EST-PKS/HCPT/XII/2006 and No. HCPT 243/HCPT-ICR/XII/2006 which covered the following:*

- *Interconnection between the telecommunication network of the Company and telecommunication network of HCPT to provide interconnection call service and sending Short Message Service (SMS) and receive calls or SMS from each Company’s customers;*
- *The Company has the obligation to pay interconnection charges to HCPT and maintain the quality of interconnection services for customers;*
- *The agreement between the Company and HCPT was effective from December 22, 2006 and could be terminated at any time within three (3) months after written notice from either of the parties, or terminated based on a government decree.*

*The agreement was renewed with the fourth amendment that was signed on April 5, 2011 No. HCPT: 181/LGL-AMD4-AGR/PT Bakrie Telecom Tbk/IM-LS/ICGR/IV/11 and No. BTEL: 4127/EST-Amd/HCPT/I/2011.*

***g. PT Smart Telecom***

- *Interconnection between Company local fixed network with mobility network cellular Smart is for providing good telecommunication services therefore the Company and Smart can provide interconnection services to their customers;*

**38. PERJANJIAN DAN IKATAN YANG SIGNIFIKAN** *(Lanjutan)*

- Perusahaan mempunyai kewajiban untuk membayar biaya interkoneksi kepada Smart sebagai akibat dari layanan ini dan juga sebaliknya;

Pada tanggal 6 November 2007, Perusahaan dan Smart menandatangani adendum pertama terhadap Perjanjian Kerjasama tentang Interkoneksi Jaringan Telekomunikasi No. BAKRIETEL 2000/EST-Amd/ SMART/XI/2007 dan No. SMART: AMD.283/LO-BOD/ ST/RAI/XI/2007 untuk mengubah ketentuan dalam Perjanjian Kerjasama Interkoneksi Jaringan Telekomunikasi, berkaitan dengan perubahan Izin Penyelenggaraan Jaringan Bergerak Selular Smart.

Perjanjian tersebut telah diperbaharui dengan amandemen kedua yang ditandatangani pada tanggal 6 Maret 2008 No. SMART AMD.097/ LO-BOD/ICR/ST/III/ 2008 dan No. BAKRIETEL 290/ EST-Amd/SMART/III/ 2008 yang selanjutnya diperbaharui dengan adendum ketiga yang ditandatangani pada tanggal 7 September 2009 No. SMART 422/Regulatory-ICR/SMART/Add3-Bakrie/IX/ 09 dan No. BAKRIETEL 1817/EST-AMD/SMART/IX/ 2009 dan amandemen keempat yang ditandatangani pada tanggal 14 April 2010 No. BAKRIETEL: 670/EST-AMD/SMART/IV/2010 dan No. SMART: 135/ Regulatory-ICR/SMART/AmdIV-Bakrie/IV/10.

Amandemen kelima yang ditandatangani pada tanggal 2 Mei 2011 No. BAKRIETEL: 4655/BTEL-Amd/SMART/V/2011 dan No. SMART: 136/Regulatory-ICR/SMART/Amd5-BAKRIE/ V/11. Amandemen keenam yang ditandatangani pada tanggal 8 Mei 2013 No. BAKRIETEL: 276/BTEL-Amd/SMARTFREN/V/2013 dan No. SMART: 038a/Regulatory-ICR/SMART/Amd VI-BAKRIE/V/13.

**h. PT Sampoerna Telekomunikasi Indonesia**

1. <u>Perjanjian Kerjasama Interkoneksi Jaringan Telekomunikasi</u>

   Pada tanggal 17 April 2007, Perusahaan mengadakan perjanjian kerjasama interkoneksi jaringan telekomunikasi dengan PT Sampoerna Telekomunikasi Indonesia (STI) No. Bakrie Telecom: 364/EST-PKS/STI/IV/2007 - Nomor STI: 009/PKS/GA-STI/IV/2007 yang mengatur hal-hal sebagai berikut:

   - Interkoneksi langsung antara jaringan STI dan jaringan Perusahaan dan masing-masing dapat saling menyediakan layanan interkoneksi dan dapat mengirim atau menerima SMS;

***38. SIGNIFICANT AGREEMENTS AND COMMITMENTS*** *(Continued)*

- *The Company has the obligation to pay the cost of interconnection service to Smart and vice versa;*

*On November 6, 2007, the Company and Smart signed the first Amendment of Cooperation Agreement of Interconnection Telecommunication Network No. BAKRIETEL 2000/EST-Amd/SMART/ XI/2007 and No. SMART: AMD.283/LO-BOD/ST/RAI/ XI/2007 to change the consideration requirement in the Cooperative Agreement of Interconnection Telecommunication Network in relation to the amendment of license for Mobility Network Cellular Smart.*

*The agreement was renewed with the second amendment that was signed on March 6, 2008 No. SMART AMD.097/LO-BOD/ICR/ST/III/2008 and No. BAKRIETEL 290/EST-Amd/SMART/III/2008, which was then renewed with the third amendment signed on September 7, 2009 No. SMART 422/Regulatory-ICR/SMART/Add3-Bakrie/IX/09 and No BAKRIETEL 1817/EST-AMD/ SMART/IX/2009 and fourth amendment that was signed on April 14, 2010 No. BAKRIETEL : 670/EST-AMD/SMART/IV/2010 dan No. SMART: 135/Regulatory-ICR/SMART/ AmdIV-Bakrie/IV/10.*

*The fifth amendment was signed on May 2, 2011 No. BAKRIETEL: 4655/BTEL-Amd/SMART/V/2011 and No. SMART: 136/Regulatory-ICR/SMART/ Amd5-BAKRIE/V/11. The sixth amendment was signed on May 8, 2013 No. BAKRIETEL: 276/ BTEL-Amd/SMARTFREN/V/2013 and No. SMART: 038a/Regulatory-ICR/SMART/Amd VI-BAKRIE/V/13.*

***h. PT Sampoerna Telekomunikasi Indonesia***

1. *<u>Cooperative Agreement Of Interconnection Network</u>*

   *On April 17, 2007, the Company entered into a Cooperative Agreement of Interconnection Network with PT Sampoerna Telekomunikasi Indonesia (STI) No Bakrie Telecom: 364/EST-PKS/STI/IV/2007 - Nomor STI: 009/PKS/GA-STI/IV/2007 which covers the following:*

   - *Interconnection between the Company telecommunication network and the telecommunication network of STI is to provide interconnection services and sending short message service or SMS from each Company's customers;*

**38. PERJANJIAN DAN IKATAN YANG SIGNIFIKAN** *(Lanjutan)*

- Perusahaan mempunyai kewajiban untuk membayar biaya interkoneksi kepada STI dan sebaliknya;
- Perusahaan dan STI wajib menjaga kinerja dan kualitas layanan masing-masing sesuai parameter yang telah ditentukan;
- Perjanjian antara Perusahaan dan STI tersebut berlaku efektif sejak tanggal 17 April 2007 sampai dengan adanya pemberitahuan tertulis untuk mengakhiri perjanjian selambat-lambatnya tiga (3) bulan setelah pemberitahuan tertulis dari salah satu pihak atau dihentikan berdasarkan keputusan pemerintah.

Perjanjian tersebut telah diperbaharui dengan adendum pertama yang ditandatangani pada tanggal 25 Oktober 2007 No. STI 008/PKS/ES-STI/X/2007 dan No. BAKRIETEL 1977/EST-AMd/STI/X/2007 yang selanjutnya diperbaharui dengan adendum kedua yang ditandatangani pada tanggal 3 Maret 2008 No. STI 006/PKS.EA-STI/III/2008 dan No. BAKRIETEL 270/EST-Amd/STI/III/2008 yang selanjutnya diperbaharui dengan adendum ketiga yang ditandatangani pada tanggal 27 Mei 2009 No. STI 005/PKS/EA-STI/V/2009 dan No. BAKRIETEL 1137/EST-Amd/STI/V/2009 yang selanjutnya diperbaharui dengan adendum keempat yang ditandatangani pada tanggal 29 Januari 2010 No. STI 001/PKS/EA-STI/I/2010 dan No. BAKRIETEL 150/EST-AMD/STI/2010 yang selanjutnya diperbaharui dengan adendum kelima yang ditandatangani pada tanggal 1 April 2010 No. STI 004/PKS/EA-STI/IV/2010 dan No. BAKRIETEL 632/EST-AMD/STI/IV/2010.

Selanjutnya diperbaharui dengan adendum keenam yang ditandatangani pada tanggal 8 April 2011 No. STI 012/PKS/EA-STI/VI.2011 dan No. BAKRIETEL 4571/EST-Amd/STI/IV/2011. Selanjutnya diperbaharui dengan adendum ketujuh yang ditandatangani pada tanggal 20 September 2013 No. STI 012/PKS/EA-STI/IX.2013 dan No. BAKRIETEL 406/EST-Amd/STI/IX/
2013.

2. <u>Perjanjian Jual Beli Bersyarat</u>

Pada tanggal 14 Maret 2012 Perusahaan mengumumkan penandatanganan Perjanjian Jual Beli Bersyarat dengan Sampoerna Strategic, Twinwood Ventures Ltd., dan Polaris Mobile Pte., Ltd., sebagai pemegang saham PT Sampoerna Telekomunikasi Indonesia (STI).

***38. SIGNIFICANT AGREEMENTS AND COMMITMENTS*** *(Continued)*

- *The Company has the obligation to pay the cost of these services to STI and vice versa;*
- *The Company and STI have obligations to maintain the performance and quality of their service to defined parameters;*
- *The agreement between the Company and STI was effective from April 17, 2007 and could be terminated at any time within three (3) months after written notice from either of the parties, or terminated based on a government decree.*

*The agreement was renewed with the first amendment that was signed on October 25, 2007 No. STI 008/PKS/ES-STI/X/2007 and No. BAKRIETEL 1977/EST-AMd/STI/X/2007, which was then renewed with the second amendment that was signed on March 3, 2008 No. STI 006/PKS.EA-STI/III/2008 and No. BAKRIETEL 270/EST-Amd/STI/III/2008, which was then renewed with the third amendment signed on May 27, 2009 No. STI 005/PKS/EA-STI/V/2009 and No. BAKRIETEL 1137/EST-Amd/STI/V/2009, which was then renewed with the fourth amendment signed on January 29, 2010 No. STI 001/PKS/EA-STI/I/2010 and No. BAKRIETEL 150/EST-AMD/STI/2010, which was then renewed with the fifth amendment signed on April 1, 2010 No. STI 004/PKS/EA-STI/IV/2010 and No. BAKRIETEL 632/EST-AMD/STI/IV/2010.*

*Then was renewed with the sixth amendment that was signed on April 8, 2011 No. STI 012/PKS/EA-STI/VI.2011 and No. BAKRIETEL 4571/EST-Amd/STI/IV/2011. The next was renewed with the seventh amendment that was signed on September 20, 2013 No. STI 012/PKS/EA-STI/IX.2013 dan No. BAKRIETEL 406/EST-Amd/STI/IX/
2013.*

2. <u>*Conditional Sales Purchase Agreement*</u>

*On March 14, 2012, the Company announced the signing of the Conditional Sales Purchase Agreement with Sampoerna Strategic, Twinwood Ventures Ltd., and Polaris Mobile Pte., Ltd., as the shareholders of PT Sampoerna Telekomunikasi Indonesia (STI).*

**38. PERJANJIAN DAN IKATAN YANG SIGNIFIKAN** *(Lanjutan)*

Dalam perjanjian tersebut, Perusahaan akan memperoleh tiga puluh lima (35) persen dari saham STI dengan perjanjian bahwa tiga (3) tahun ke depan dapat menjadi pemegang saham mayoritas. Sebagai imbalannya Sampoerna Strategic dapat menjadi pemegang saham Perusahaan.

Sampai dengan berakhirnya jangka waktu Perjanjian Jual Beli Bersyarat, para pihak belum memenuhi persyaratan yang telah ditentukan dalam Perjanjian Jual Beli, dengan demikian perjanjian tersebut dinyatakan berakhir dan tidak berlaku lagi melalui surat kesepakatan pengakhiran tertanggal 15 Januari 2015.

**i. PT. AXIS Telekom Indonesia (sebelumnya PT. Natrindo Telepon Seluler)**

Perusahaan mengadakan Perjanjian Kerjasama Interkoneksi Jaringan Telekomunikasi dengan PT Natrindo Telepon Seluler (NTS) No. NTS 299/ JKT-NTS/IV/2008 dan No. BAKRIETEL 429/EST-PKS/NTS/IV/2008, dimana masing-masing pihak menyetujui hal-hal sebagai berikut:

- Interkoneksi langsung antara jaringan telekomunikasi Perusahaan dengan jaringan telekomunikasi NTS, sehingga setiap pelanggan Perusahaan dan NTS dapat mengadakan atau menerima panggilan interkoneksi serta dapat menerima atau mengirim SMS;
- Perusahaan mempunyai kewajiban untuk membayar biaya interkoneksi kepada NTS dan menjaga kualitas pelayanan interkoneksi bagi pelanggannya;
- Perjanjian antara Perusahaan dan NTS tersebut berlaku secara efektif sejak tanggal 1 April 2008 dan berlaku sampai dengan adanya pemberitahuan tertulis untuk mengakhiri perjanjian selambat-lambatnya tiga (3) bulan setelah pemberitahuan tertulis dari salah satu pihak atau dihentikan berdasarkan keputusan pemerintah.

Perjanjian tersebut telah diperbaharui dengan adendum pertama yang ditandatangani pada tanggal 24 Februari 2009 No. 358/EST-Amd/NTS/II/2008 yang selanjutnya diperbaharui dengan adendum kedua yang ditandatangani pada tanggal 7 Desember 2009 No. NTS 047/JKT-NTS/II/ 2010 dan No. BAKRIETEL 2382/EST-Amd/ NTS/XII/2009.

***38. SIGNIFICANT AGREEMENTS AND COMMITMENTS*** *(Continued)*

*In the agreement, the Company will acquire 35% of the shares of STI with the agreement that within the next three (3) years, the Company will become the majority shareholder. In return, Sampoerna Strategic will become a shareholder of the Company.*

*Until end of the period of the Conditional Sales Purchase Agreement, Both Parties can not fulfill requirements as stated in the Sales Purchase Agreement, thus that Sales Purchase Agreement is no longer valid and terminated according to termination agreement dated on January 15, 2015.*

***i. PT. AXIS Telekom Indonesia (formerly PT. Natrindo Telepon Seluler)***

*The Company has a Cooperation Agreement of Interconnection Telecommunication Network with PT Natrindo Telepon Seluler (NTS) No. NTS 299/ JKT-NTS/IV/2008 and No. BAKRIETEL 429/EST-PKS/NTS/IV/2008 under which each party agrees as follows:*

- *Interconnection between telecommunication network Company and telecommunication network NTS to provide interconnection call service and sending Short Message Service (SMS) and receive call or SMS from each company's customers;*
- *The Company has the obligation to pay interconnection charges to NTS and maintain the quality of interconnection services for customers;*
- *The agreement between the Company and NTS effective from April 1, 2008 was valid and could be terminated at any time within three (3) months after written notice from either of the parties, or terminated based on a government decree.*

*The agreement was renewed with the first amendment that was signed on February 24, 2009 No. 358/EST-Amd/NTS/II/2008, which was then renewed with the second amendment signed on December 7, 2009 No. NTS 047/JKT-NTS/II/2010 and No. BAKRIETEL 2382/EST-Amd/NTS/XII/ 2009.*

**38. PERJANJIAN DAN IKATAN YANG SIGNIFIKAN** *(Lanjutan)*

Selanjutnya diperbaharui dengan adendum ketiga yang ditandatangani pada tanggal 1 Juli 2011 No. AXIS : 222/JKT-AXIS/V/2011 dan No. BTEL : 4966/EST-Amd/AXIS/VII/2011, dan diperbaharui dengan adendum keempat yang ditandatangani pada tanggal 25 Mei 2012 No. AXIS : 138/JKT - AXIS/V/2012 dan No. BTEL : 616/EST-Amd/AXIS/ V/2012.

**j. PT Mora Telematika Indonesia**

Pada tanggal 28 November 2008, Perusahaan melakukan kerjasama dengan PT Mora Telematika Indonesia untuk menjual dan memindahkan fasilitas telekomunikasi dan peralatan yang dipasang antara Singapura - Batam, Indonesia yang bertujuan untuk mengembangkan jaringan Perusahaan.

**k. PT Bakrie Swasakti Utama (Pihak Berelasi)**

Perusahaan menandatangani perjanjian sewa dengan PT Bakrie Swasakti Utama untuk sewa kantor dan lahan parkir untuk satu (1) tahun, yang dapat diperbaharui kembali setelah tanggal perjanjian berakhir. Jumlah beban sewa setiap tahun disajikan dalam laporan keuangan konsolidasian yang diungkapkan dalam (Catatan 29).

Pada tanggal 1 Oktober 2014, Perusahaan memperpanjang perjanjian sewa dengan PT Bakrie Swasakti Utama dari tanggal 1 September 2014 sampai dengan tanggal 31 Agustus 2015 yang dapat diperpanjang kembali setelah tanggal perjanjian berakhir. Harga sewa baru untuk luas area 6.559,99m$^2$ adalah sebesar Rp471,9 juta.

Pada tanggal 31 Desember 2013, Perusahaan menandatangani perjanjian pengalihan pengelolaan ruang usaha sektor utara Rasuna *Office Park* dari PT Provices Indonesia ke PT Bakrie Swasakti Utama dari tanggal 3 Juni 2014 sampai dengan tanggal 2 Januari 2015. Biaya iuran pengelolaan per bulan yang harus dibayar Perusahaan adalah sebesar Rp30,25 ribu per meter dengan luas area 1.665m$^2$ atau sebesar Rp50,4 juta per bulan (Catatan 29).

Perusahaan juga menandatangani pengalihan perjanjian pengelolaan ruang usaha sektor selatan Rasuna *Office Park* dari PT Provices Indonesia ke PT Bakrie Swasakti Utama dari tanggal 1 Maret 2014 sampai dengan 31 Desember 2014. Biaya iuran pengelolaan per bulan yang harus dibayar Perusahaan adalah sebesar Rp30,0 ribu per meter dengan luas area 937m$^2$ atau sebesar Rp28,3 juta per bulan (Catatan 29).

***38. SIGNIFICANT AGREEMENTS AND COMMITMENTS*** *(Continued)*

*It has been renewed with the third addendum that was signed on July 1, 2011 No.AXIS: 222/JKT-AXIS/2011 and BTEL No is: 4966/EST-Amd/AXIS/VII/2011. Then was renewed with the fourth amendement that was signed on May 25, 2012 No. AXIS : 138/JKT - AXIS/V/2012 and No. BTEL : 616/EST-Amd/AXIS/V/2012.*

***j. PT Mora Telematika Indonesia***

*On November 28, 2008, the Company engaged PT Mora Telematika Indonesia to sell and transfer telecommunication facilities and devices installed laying between Singapore and Batam, Indonesia for the purpose of improving the Company's network.*

***k. PT Bakrie Swasakti Utama (Related Party)***

*The Company entered into a rental agreement with PT Bakrie Swasakti Utama for the lease of certain office and parking spaces with one (1) year term, subject to renewal after the expiry date. The amount of the rental expense for every year presented in the consolidated financial statements is disclosed in (Note 29).*

*On October 1, 2014, the Company extended its rental agreement with PT Bakrie Swasakti Utama from September 1, 2014 until August 31, 2015 subject to renewal after the expiry date. The new rental per month amounted to Rp471,9 million for a total area of 6,559.99m$^2$.*

*On December 31, 2013, the Company entered into an agreement to transfer building management of the northern sector of Rasuna Office Park from PT Provices Indonesia to PT Bakrie Swasakti Utama from June 3, 2014 until January 2, 2015. Service charges per square meter amounted to Rp30.25 thousand for a total area of 1,665m$^2$ or amounting to Rp50.4 million per month (Note 29).*

*The Company also entered into an agreement to transfer the building management of the southern sector Rasuna Office Park from PT Provices Indonesia to PT Bakrie Swasakti Utama from March 1, 2014 until December 31, 2014. Service charges per meter amounted to Rp30.0 thousand for a total area of 937m$^2$ amounting to Rp28.3 million per month (Note 29).*

**38. PERJANJIAN DAN IKATAN YANG SIGNIFIKAN** *(Lanjutan)*

Pada tanggal 25 September 2014, Perusahaan memperpanjang perjanjian sewa dengan PT Bakrie Swasakti Utama dari tanggal 1 September 2014 sampai dengan tanggal 28 Februari 2015 yang dapat diperpanjang kembali setelah tanggal perjanjian berakhir. Harga sewa baru untuk luas area 459,74m$^2$ adalah sebesar Rp32,9 juta per bulan. Sampai dengan tanggal laporan ini, proses perpanjangan perjanjian sewa masih dalam proses penandatanganan.

**l. Perjanjian Penggabungan Kegiatan Usaha Penyelenggaraan Jaringan Telekomunikasi**

Perusahaan mengadakan Perjanjian Penggabungan Kegiatan Usaha Penyelenggaraan Jaringan Telekomunikasi (“Perjanjian”) dengan pihak ketiga, PT Smartfren Telecom Tbk (“SF”), pada tanggal 30 Oktober 2014. Berdasarkan Perjanjian, hak pita frekuensi radio yang sebelumnya dipegang oleh Perusahaan akan digabungkan kepada hak pita frekuensi radio yang dipegang oleh SF berdasarkan ketentuan Surat Keputusan Menkominfo No. 932 tanggal 26 September 2014. Selanjutnya, Perusahaan dapat mempergunakan pita frekuensi radio tersebut dengan skema sewa menyewa jaringan telekomunikasi dengan SF.

Berdasarkan Perjanjian, Perusahaan akan memperoleh kompensasi sebagai berikut:

a. Perusahaan akan memperoleh saham SF sejumlah 1.000.000.000 saham.
b. Perusahaan akan memperoleh dana sebesar Rp500,0 miliar dari SF untuk digunakan sebagai pembayaran Biaya Frekuensi Terutang, yang akan dibayarkan SF kepada Perusahaan pada tahun ke lima setelah tanggal efektif dari Perjanjian. Dana tersebut akan diterima dan dimiliki penuh oleh Perusahaan, dan akan digunakan senilai klaim dari Kementerian Komunikasi dan Informatika Republik Indonesia (“KOMINFO”) atas jumlah sisa Biaya Frekuensi Terutang oleh Perusahaan yang masih belum dibayar pada saat ulang tahun kelima setelah tanggal efektif, apabila ada. Pembayaran tersebut sepenuhnya untuk kepentingan dan atas nama Perusahaan sebagai pemenuhan kewajiban pembayaran Biaya Frekuensi Terutang.

Perusahaan akan menyewa jaringan telekomunikasi milik SF guna melaksanakan kegiatan usahanya dalam bidang penyelenggaraan jasa telekomunikasi, setelah tanggal efektif dari Perjanjian.

***38. SIGNIFICANT AGREEMENTS AND COMMITMENTS*** *(Continued)*

*On September 25, 2014, the Company extended its rental agreement with PT Bakrie Swasakti Utama from September 1, 2014 until February 28, 2015, subject to renewal after expiry date. The new rental change amounted to Rp32.9 million per month for a total area of 459.74m$^2$. As of the date of this report, the extension of the rental agreement is still in the process of signing.*

***l. Joint Agreement Implementation of Telecommunication Network Business Activities***

*On October 30, 2014, the Company entered into* Perjanjian Penggabungan Kegiatan Usaha Penyelenggaraan Jaringan Telekomunikasi *(“Agreement”) with PT Smartfren Telecom Tbk (“SF”), a third party. In accordance with the Agreement, the radio frequency previously held by the Company will be merged with that held by SF based on the Menkominfo Decision Letter No. 932 dated September 26, 2014. Furthermore, the Company is allowed to use the radio frequency by using telecommunication network rental scheme with SF.*

*Based on the Agreement, the Company will receive the following compensation:*

*a. The Company will receive 1,000,000,000 shares of SF.*
*b. The Company will receive funds of Rp500.0 billion from SF to be used as Payment of Frequency Fees Payable, which will be paid by SF to the Company on the fifth anniversary of the effective date of the Agreement. The funds will be received and fully owned by the Company, and will be used for claim from the Ministry of Communications and Information of the Republic of Indonesia ("KOMINFO") for the remaining Frequency Fee Payable by the Company that remain unpaid at the time of the fifth anniversary of the effective date, if any. The payment made is solely for the benefit and on behalf of the Company as the fulfillment of payment obligations of Frequency Fee Payable.*

*The Company will rent telecommunication networks of SF in order to carry out its business activities in the telecommunication services after the effective date of the Agreement.*

**38. PERJANJIAN DAN IKATAN YANG SIGNIFIKAN** *(Lanjutan)*

Pada tanggal 31 Desember 2014, nilai tercatat izin pita frekuensi radio adalah nihil, sehingga Perusahaan mencatat imbalan yang diterima dari SF sebesar Rp591,0 miliar sebagai hasil kerjasama penggabungan kegiatan usaha penyelenggara jaringan telekomunikasi.

**m. Perjanjian Sewa Menyewa Jaringan Telekomunikasi**

Perusahaan mengadakan Perjanjian Sewa Menyewa Jaringan Telekomunikasi (“Perjanjian Sewa”) dengan pihak ketiga, PT Smartfren Telecom Tbk (“SF”) pada tanggal 30 Oktober 2014. Berdasarkan Perjanjian Sewa tersebut, Perusahaan akan menyewa jaringan telekomunikasi yang digunakan dan dioperasikan oleh SF, guna melaksanakan kegiatan Perusahaan dalam penyelenggaraan jasa telekomunikasi.

Jangka waktu atas Perjanjian Sewa ini berlaku selama tiga tahun sejak Perjanjian Sewa ini ditandatangani. Jangka waktu sewa ini dapat diperpanjang berdasarkan syarat-syarat dan ketentuan-ketentuan yang disetujui bersama antara Perusahaan dan SF.

Jumlah sewa yang harus dibayar oleh Perusahaan kepada SF setiap bulannya selama jangka waktu sewa adalah sebesar Rp30,0 miliar. Denda keterlambatan pembayaran sewa sebesar 1% per hari akan dikenakan kepada Perusahaan, apabila terdapat keterlambatan pembayaran sewa.

Perjanjian sewa tersebut telah diperbaharui dengan amandemen yang ditandatangani pada tanggal 22 Desember 2015, No. 088A/Commercial/Smartfren /Amd I –BTEL/XII/15 dengan jumlah sewa yang harus dibayar oleh Perusahaan kepada SF setiap bulannya sebesar Rp27,0 miliar. Perjanjian sewa ini mulai berlaku tiga bulan sejak tanggal 1 Januari 2016 dan dapat diperpanjang berdasarkan kesepakatan bersama antara Perusahaan dan SF.

**n. Perjanjian Jual Beli Bersyarat (*Call and Put Option Agreement*)**

Perusahaan mengadakan suatu perjanjian jual beli bersyarat (*call and put option agreement*) dengan McBeal Development Ltd tertanggal 2 April 2015 dimana Perusahaan dan calon pembeli dapat melakukan jual beli saham PT Smartfren Telecom Tbk (“SF”) yang dimiliki oleh Perusahaan dengan harga dan dalam jangka waktu yang telah ditetapkan dalam perjanjian dan dapat di-*exercise* sewaktu-waktu. *Option* tersebut telah di-*exercise* pada tanggal 25 September 2015 sebanyak 1.000.000.000 lembar saham atau sekitar 0,97% dari seluruh saham disetor PT Smartfren Tbk (“SF”) dengan nilai USD10 juta atau setara dengan Rp146.650,0 juta.

***38. SIGNIFICANT AGREEMENTS AND COMMITMENTS*** *(Continued)*

*As of December 31, 2014, the carrying amount of the radio frequency was nil. Therefore, the Company recognized compensation received from SF amounting to Rp591.0 billion as proceeds from merger activity for telecommunication network service.*

***m. Lease Agreement Telecommunication Networks***

*On October 30, 2014, the Company entered into Lease Agreement Telecomunication Networks (“Lease Agreement”) with PT Smartfren Telecom Tbk (“SF”), a third party. In accordance with the Lease Agreement, SF is willing to lease the telecommunications network that is used and operated by SF for the Company’s operation as a telecommunications provider.*

*The Lease Agreement is effective for three years from signing of the Lease Agreement. The duration of the lease can be extended based on the terms and conditions mutually agreed between the Company and SF.*

*The amount of rental to be paid every month by the Company to SF during the term of the lease is equal to Rp30.0 billion. The Company will be charged 1% of rental fee per day for any delay in rental payments.*

*The Lease Agreement was renewed with the amendment that was signed on December 22, 2015 No. 088A/Comercial/Smartfren/Amd I -BTEL/XII/15, with the amount of rental to be paid every month by the Company to SF is equal to Rp27.0 billion. The Lease Agreement is effective for three-month period from January 1, 2016, and can be renewed based on mutually agreed between the Company and SF.*

***n. Call and Put Option Agreement***

*The Company have entered into a conditional sales and purchase agreement (call and put option agreement) with McBeal Development Ltd dated April 2, 2015 whereby the Parties may proceed with the sales and purchase of PT Smartfren Telecom Tbk (“SF”) shares under the call and put option agreement and can be exercised at any time. The option to sell has been exercised on September 25, 2015 the whole 1,000,000,000 shares or approximately 0.97% of issued shares of PT Smarfren Telecom Tbk (“SF”) with total value amounting to USD10 milion or equal to Rp146,650.0 million.*

**38. PERJANJIAN DAN IKATAN YANG SIGNIFIKAN** *(Lanjutan)*

**o. Madison Pacific Trust Limited (sebelumnya dengan Credit Suisse)**

Pada tanggal 30 Agustus 2012, Perusahaan menandatangani perjanjian pinjaman dengan Credit Suisse (Singapura) Limited, sebagai *facility agent,* dengan jumlah fasilitas pinjaman sebesar USD50 juta untuk jangka waktu delapan belas (18) bulan. Pinjaman ini dikenakan bunga sebesar 11,5% per tahun.

Pemberi pinjaman atas pinjaman ini adalah Orchard Centar Master Limited, Orchard Dejima Limited dan Milton Global Resources Limited dengan nilai pinjaman masing-masing sebesar USD26 juta, USD4 juta dan USD20 juta. Pada tanggal 4 Juli 2014, *facility agent* atas pinjaman ini berubah dari dengan Credit Suisse (Singapura) Limited menjadi Madison Pacific Trust Limited ("MPTL"). Perubahan ini telah diketahui dan disetujui bersama antara Perusahaan sebagai peminjam dengan para pemberi pinjaman.

Pada tanggal 9 Desember 2014, Majelis Hakim Pengadilan Niaga pada Pengadilan Negeri Jakarta Pusat yang memeriksa dan mengadili permohonan PKPU oleh Netwave terhadap Perusahaan telah mengeluarkan keputusan yang mengesahkan (Homologasi) Perjanjian Perdamaian dalam PKPU antara Perusahaan dan para kreditornya (Catatan 17 dan 39).

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG**

Pada tanggal 23 Oktober 2014, PT Netwave Multimedia (Netwave) mengajukan permohonan Penundaan Kewajiban Pembayaran Utang (PKPU) terhadap Perusahaan dengan register perkara No. 59/Pdt.Sus/ PKPU/2014/PN.Niaga.Jkt.Pst sebagai akibat dari tidak dibayarkannya utang jatuh tempo Perusahaan terhadap Netwave Rp4,7 miliar. Pada rapat kreditor tanggal 8 Desember 2014 yang dilaksanakan di Pengadilan Niaga pada Pengadilan Negeri Jakarta Pusat telah dilakukan pembahasan dan pemungutan suara (*voting*) kreditor atas Rencana Perdamaian yang diajukan oleh Perusahaan dan sebagian besar kreditor konkuren Perusahaan atau sejumlah 94,56% kreditor konkuren telah memberikan suara setuju atas Rencana Perdamaian tersebut.

Pada tanggal 9 Desember 2014, Majelis Hakim Pengadilan Niaga pada Pengadilan Negeri Jakarta Pusat yang memeriksa dan mengadili permohonan PKPU oleh Netwave terhadap Perusahaan telah mengeluarkan keputusan yang mengesahkan (Homologasi) Perjanjian Perdamaian dalam PKPU antara Perusahaan dan para kreditornya.

***38. SIGNIFICANT AGREEMENTS AND COMMITMENTS*** *(Continued)*

***o. Madison Pacific Trust Limited (previously with Credit Suisse)***

*On August 30, 2012, the Company entered into a credit agreement with Credit Suisse (Singapore) Limited, as the facility agent, with loan facility amounting to USD50 million that will be payable in eighteen (18) months. This loan bears interest of 11.5% per annum.*

*The original lenders of this loan are Orchard Centar Master Limited, Orchard Dejima Limited and Milton Global Resources Limited in the amount of USD26 million, USD4 million and USD20 million, respectively. On July 4, 2014, the facility agent of this loan changed from Credit Suisse (Singapore) Limited to Madison Pacific Trust Limited ("MPTL"). This change was acknowledged and agreed together with the Company as borrower and lenders*

*On December 9, 2014, the judges of the Commercial Court in Central Jakarta District Court and the PKPU adjudicators of Netwave petition against the Company issued a decision officially approving in PKPU, the Amicable Settlement Agreement between the Company and its creditors (Notes 17 and 39).*

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT***

*On October 23, 2014, PT Netwave Multimedia (Netwave) filed a Suspension of Payment (PKPU) petition against the Company under case register No.59/Pdt.Sus/ PKPU/2014/PN.Niaga.Jkt.Pst as a result of non-payment of overdue payables to Netwave by the Company amounting to Rp4.7 billion. At the creditors meeting on December 8, 2014 held in the Commercial Court of the Central Jakarta District Court, discussions were held and creditors voted on the Amicable Settlement Plan proposed by the Company, with the majority, or 94.56% of the unsecured creditors of the Company voting in favor of the Amicable Settlement Plan.*

*On December 9, 2014, the judges of the Commercial Court in Central Jakarta District Court and the PKPU adjudicators of Netwave petition against the Company issued a decision officially approving in PKPU, the Amicable Settlement Agreement between the Company and its creditors.*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

Selanjutnya berdasarkan hal-hal tersebut di atas, dalam Perjanjian Perdamaian ini Perusahaan dan para kreditor dengan ini saling menyetujui hal-hal yang telah diatur didalam Rencana Perdamaian, antara lain sebagai berikut:

1. Perjanjian Perdamaian ini dibuat dengan mempertimbangkan dan mendasarkan kepada keadaan kegiatan usaha Perusahaan saat ini, Perjanjian Penggabungan Kegiatan Usaha Penyelenggaraan Jaringan Telekomunikasi antara Perusahaan dengan PT Smartfren Telecom Tbk tanggal 30 Oktober 2014, Perjanjian Sewa Menyewa Jaringan Telekomunikasi antara Perusahaan dengan PT Smartfren Telecom Tbk tanggal 30 Oktober 2014, dan keadaan pasar, serta kedudukan para kreditor Perusahaan sehubungan dengan jaminan-jaminan yang dimiliki oleh kreditor separatis dan syarat-syarat dan ketentuan-ketentuan yang relevan dengan jaminan-jaminan yang diberikan tersebut.

2. *Cash Waterfall.*
   Perusahaan akan berusaha mengalokasikan Sisa Kas Operasional (di luar Utang Baru dan penerbitan Saham Baru) dari kegiatan usaha utama Perusahaan ke dalam suatu rekening Perusahaan dan akan dipergunakan dengan urutan skala prioritas sesuai dengan yang dipersyaratkan dalam perjanjian PKPU.

3. Pengesampingan terhadap Kewajiban Lain. Perjanjian Perdamaian ini tidak mengikat atau tidak berlaku terhadap pembayaran atau pelaksanaan kewajiban-kewajiban Perusahaan kepada setiap pihak yang terkait dengan pelaksanaan Perjanjian Penggabungan Kegiatan Usaha Penyelenggaraan Jaringan Telekomunikasi antara Perusahaan dengan PT Smartfren Telecom Tbk tanggal 30 Oktober 2014 dan Perjanjian Sewa Menyewa Jaringan Telekomunikasi antara Perusahaan dengan PT Smartfren Telecom Tbk tanggal 30 Oktober 2014 berikut seluruh perjanjian turutannya (apabila ada).

4. Seluruh bunga, penalti dan/atau denda yang telah timbul sampai dengan Tanggal Homologasi akibat Utang Perusahaan akan dihapuskan seluruhnya, kecuali diatur sebaliknya secara tegas dan khusus oleh Perusahaan dalam Perjanjian Perdamaian ini.

5. Terhadap tagihan-tagihan lain yang:

   1) belum teridentifikasi sampai Perjanjian Perdamaian ini dihomologasi; atau

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT*** *(Continued)*

*Furthermore, based on the aforementioned, in Amicable Settlement Agreement, the Company and the creditors mutually agree with the terms that have been set out in the Amicable Settlement Agreement, among others, as follows:*

1. *Amicable Settlement Agreement was made in consideration of and based on the current condition of the Company's operations, the Agreement of Business Activity Merger of Telecommunication Network Implementation between the Company and PT Smartfren Telecom Tbk dated October 30, 2014, Agreement of Telecommunication Network Lease between the Company and PT Smartfren Telecom Tbk dated October 30, 2014, and the market condition, as well as the position of the creditors in connection with the guarantees held by secured creditors, and the terms and conditions relevant to the guarantees given.*

2. *Cash Waterfall.*
   *The Company will attempt to allocate the Remaining Amount of Cash Operations from the Company's main business activities (outside New Debt and the issuance of New Shares) in the accounts of the Company and which will be used in accordance with the order of priorities as required by the PKPU settlement agreement.*

3. *Waiver of Other Obligations. The Amicable Settlement Agreement is not binding and does not apply to payments or implementation of the obligations of the Company to any parties related to the Agreement of Business Activity Merger of Telecommunication Network Implementation between the Company and PT Smartfren Telecom Tbk dated October 30, 2014 and Agreement of Telecommunication Network Lease Agreement between the Company and PT Smartfren Telecom Tbk dated October 30, 2014 following the entire agreement and its other related agreements (if any).*

4. *All interest, penalties and/or fines related to the Company's Debts that have been incurred up to the Official Approval of Settlement Agreement Date will be entirely eliminated, except as otherwise expressly and specifically stated by the Company in the Amicable Settlement Agreement.*

5. *With regard to other outstanding bills that:*

   *1) have not been identified in the Amicable Settlement Agreement; or*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

2) belum teridentifikasi sampai Perjanjian Perdamaian ini dihomologasi; atau
3) yang baru teridentifikasi setelah Perjanjian Perdamaian ini dihomologasi namun tagihan tersebut berasal dari atau timbul karena kondisi, perbuatan 97okum, permulaan atau rangkaian kejadian, atau ketentuan 97okum yang terdapat sebelum Perjanjian Perdamaian ini dihomologasi yang terdapat putusan badan peradilan atau badan arbitrase yang berkekuatan 97okum tetap yang diakui oleh okum Indonesia;

maka tagihan-tagihan lain sebagaimana disebut di atas (disebut “Utang Diluar Verifikasi”) akan tunduk pada ketentuan sebagai berikut:

a) tagihan tersebut dapat diterima oleh Perusahaan namun harus sesuai dengan prinsip akuntansi Indonesia (Pernyataan Standar Akuntansi Keuangan/PSAK) dan peraturan perundang-undangan yang berlaku; dan
b) hanya ketika ketentuan tersebut di atas telah terpenuhi dan tagihan diterima dan diakui kemudian oleh Perusahaan, maka tagihan tersebut akan dibayar Perusahaan mulai tahun ke-31 setelah Tanggal Homologasi.

**Utang Usaha**

A. Utang Usaha Rp1,0 sampai dengan Rp3,0 miliar (utang kategori *Tranche* A), Perusahaan akan melakukan pembayaran tunai atas utang dengan ketentuan sebagai berikut:
   a) Utang Usaha Rp1,0 sampai dengan Rp3,0 miliar, pembayaran akan dicicil dan akan dibayar selambat-lambatnya sampai bulan ke-84 setelah Tanggal Homologasi.
   b) Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Utang Usaha Rp1,0 sampai dengan Rp3,0 miliar (utang kategori *Tranche* A), maka sisa nilai utang yang tidak terbayarkan pada setiap tanggal jatuh tempo akan ditangguhkan pembayarannya dan digabungkan dengan pembayaran utang pada tanggal jatuh tempo berikutnya dan demikian selanjutnya sampai tanggal jatuh tempo terakhir.
   c) Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar sisa utang sesuai dengan jadwal pada butir b) sampai dengan tanggal jatuh tempo terakhir, maka atas

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT*** *(Continued)*

*2) have not been identified in the Amicable Settlement Agreement; or*
*3) those newly identified after the Amicable Settlement Agreement but that came from or arose out of conditions, legal acts, the beginning or a series of events, or laws that occurred before this Amicable Settlement Agreement obtained the binding of the court and arbitration body’s decision as recognized by the laws of Indonesia;*

*the other outstanding bills as referred to above (referred as “Verification of Outside Debt”) will be subject to the following conditions:*

*a) the outstanding bills may be accepted by the Company but must be in accordance with generally accepted accounting principles in Indonesia (Indonesian Financial Accounting Standards/PSAK) and the prevailing laws; and*
*b) only when the above conditions have been met and the outstanding bill is accepted and recognized later by the Company, then the bill will be paid by the Company starting in the 31st year after the Official Approval of Settlement Agreement Date.*

***Trade Payables***

*A. For Trade Payables of Rp1.0 up to Rp3.0 billion (debt category Tranche A), the Company will make a cash payment on the payables under the following conditions:*
   *a) For Trade Payables of Rp1.0 up to Rp3.0 billion, the payment will be paid in installments and will be paid no later than the 84th month after the Official Approval of Settlement Agreement Date.*
   *b) If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay Trade Payables of Rp1.0 to Rp3.0 billion (debt category Tranche A), then the payment of residual value of the payables remaining unpaid on any maturity date will be deferred and combined with payable payments on the next due date, and this will continue until the final maturity date.*
   *c) If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the remaining amounts of payables in accordance with the schedule in point b) as at the final maturity date, then the remaining amounts of payables will be*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

sisa utang tersebut akan dibayarkan paling lambat pada akhir tahun ke-15 setelah Tanggal Homologasi.

B. Utang Usaha diatas Rp3,0 miliar dalam mata uang selain Rupiah (utang kategori *Tranche* C) dan Utang Usaha di atas Rp3,0 miliar dalam mata uang Rupiah (utang kategori *Tranche* D)

1. Nilai Utang Usaha sampai dengan Rp3,0 miliar pertama akan dibayarkan sesuai ketentuan Perjanjian Perdamaian di atas.
2. 30% dari sisa Utang Usaha setelah dikurang nilai sesuai butir 1) akan dibayarkan secara tunai ("Porsi Tunai") dengan dicicil dan akan dibayar selambat-lambatnya sampai bulan ke-66 setelah Tanggal Homologasi.
3. Perusahaan akan memberikan bunga atas Porsi Tunai utang kategori *Tranche* C sebesar 4% per tahun dan untuk Porsi Tunai utang kategori *Tranche* D sebesar 6% per tahun, yang akan dibayarkan dengan mengikuti jadwal pembayaran Porsi Tunai di atas.
4. 70% dari sisa Utang Usaha setelah dikurang nilai sesuai butir 1) akan dibayarkan dengan Obligasi Wajib Konversi/*Mandatory Convertible Bond (MCB-A)* Perusahaan yang berjangka waktu 10 tahun terhitung sejak Tanggal Efektif dengan harga pelaksanaan Rp2,0 ratus/saham dengan memperhatikan ketentuan Pasar Modal yang berlaku dan ketentuan Undang-Undang No. 40 tahun 2007 tentang Perusahaan Terbatas berikut perubahan dan/atau tambahannya ("UUPT").
5. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Porsi Tunai beserta bunganya yang diatur dalam Perjanjian Perdamaian di atas, maka sisa nilai Porsi Tunai dan bunganya yang tidak dapat dibayarkan pada setiap tanggal jatuh tempo akan ditangguhkan pembayarannya dan digabungkan dengan pembayaran Porsi Tunai pada tanggal jatuh tempo berikutnya, dan demikian selanjutnya sampai tanggal jatuh tempo terakhir.

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT*** *(Continued)*

*paid no later than the end of the 15th year after the Official Approval of Settlement Agreement Date.*

*B. Trade Payables above Rp3.0 billion in currencies other than Rupiah (debt category Tranche C) and Trade Payables above Rp3.0 billion in Indonesian Rupiah (debt category Tranche D)*

1. *Trade Payables up to Rp3.0 billion will be paid in accordance with the aforementioned Amicable Settlement Agreement.*
2. *Of the remaining amounts of Trade Payables, 30% after deduction of the amounts as mentioned in point 1) will be paid in cash with installments ("Cash Portion") and will be paid not later than the 66th month after the Official Approval of Settlement Agreement Date.*
3. *The Company will provide interest on Cash Portion of Tranche C category at 4% per year and for the Cash Portion of Tranche D category at 6% per year, which will be paid by following the above Cash Portion payment schedule.*
4. *Of the remaining amounts of Trade Payables, 70% after deduction of the amounts, as mentioned in point 1) will be paid by Mandatory Convertible Bond (MCB-A) of the Company with a maturity of 10 years from the Effective Date at an exercise price of Rp2.0 hundred/share having regard to the provisions of the Capital Market Regulation and provisions of Law No. 40 of 2007 on Limited Liability Companies and its changes and/or enhancements ("UUPT").*
5. *If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the Cash Portion and its interest set out in the aforementioned Amicable Settlement Agreement, then payment of the residual value of Cash Portion and its interest that remain unpaid on any maturity date will be deferred and combined with the Cash Portion payment on the next due date, and this will continue until the final maturity date.*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

6. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar sisa Porsi Tunai dan bunga yang belum dibayarkan pada jadwal sebagaimana dimaksud pada butir 5) di atas sampai dengan bulan ke-66 setelah Tanggal Homologasi ("Sisa Porsi Tunai") maka Sisa Porsi Tunai tersebut akan dibayarkan dalam jangka waktu lima (5) tahun setelah bulan ke-66 tersebut secara prorata setiap tahunnya.
7. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Sisa Porsi Tunai pada setiap saat jatuh tempo sebagaimana dimaksud pada butir 6) di atas, maka Sisa Porsi Tunai yang belum dibayarkan tersebut akan ditangguhkan pembayarannya dan digabungkan dengan pembayaran Sisa Porsi Tunai pada saat jatuh tempo berikutnya dan demikian selanjutnya sampai dengan saat jatuh tempo terakhir (pada akhir tahun ke-5).
8. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Sisa Porsi Tunai dengan jadwal sebagaimana dimaksud pada butir 7) di atas, maka atas Sisa Porsi Tunai tersebut akan dibayarkan dengan Obligasi Wajib Konversi/*Mandatory Convertible Bonds (MCB-B)* Perusahaan yang berjangka waktu dua (2) tahun dengan tata cara dan harga pelaksanaan konversi minimal sesuai dengan ketentuan Pasar Modal yang berlaku dan ketentuan UUPT.
9. Perusahaan tidak memberikan bunga atas nilai pokok 70% sebagaimana dimaksud pada butir 4) di atas, yang akan dikonversi menjadi saham sesuai ketentuan di atas.

**<u>Utang *Tower Provider* (Penyedia Menara)</u>**

Berikut adalah ketentuan restrukturisasi untuk Utang *Tower Provider* atas sewa *tower* yang telah jatuh tempo, belum dibayarkan, dan timbul sampai dengan tanggal 10 November 2014:

A Utang Rp1,0 sampai dengan Rp3,0 miliar (utang kategori *Tranche* A)

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT*** *(Continued)*

*6. If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the residual value of the Cash Portion and unpaid interest in accordance with the schedule referred to in point 5) above as at the 66th month after the Official Approval of Settlement Agreement ("Remaining Cash Portion") then the Remaining Cash Portion shall be paid within a period of five (5) years after the 66th month on a pro rata basis each year.*

*7. If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the Remaining Cash Portion at any maturity date as referred to in point 6) above, then payment of the unpaid Remaining Cash Portion will be deferred and combined with the Remaining Cash Portion payments on the next due date, and will continue until the final maturity date (at the end of the 5th year).*

*8. If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the Remaining Cash Portion at any maturity date as referred to in point 7) above, then the unpaid Remaining Cash Portion will be paid by Mandatory Convertible Bonds (MCB-B) of the Company with a maturity of two (2) years with the procedures and minimum conversion exercise price in accordance with the applicable provisions of the Capital Market Regulation and the provisions of UUPT.*

*9. The Company does not provide interest on the principal amount of the 70% as referred to in point 4) above, which will be converted into shares in accordance with the above.*

***<u>Tower Provider Payables (Tower Provider)</u>***

*The debt restructuring provisions on Tower Provider Payables for tower rentals that have matured, but are unpaid up to November 10, 2014:*

*A Payables of Rp1.0 up to Rp3.0 billion (debt category of Tranche A)*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

1) Utang Rp1,0 sampai dengan Rp3,0 miliar pembayaran akan dicicil dan akan dibayar selambat-lambatnya sampai bulan ke-84 setelah Tanggal Homologasi.

2) Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar utang sebagaimana dimaksud pada Perjanjian Perdamaian (utang kategori Tranche A), maka sisa nilai utang yang tidak terbayarkan pada setiap tanggal jatuh tempo akan ditangguhkan pembayarannya dan digabungkan dengan pembayaran utang pada tanggal jatuh tempo berikutnya dan demikian selanjutnya sampai tanggal jatuh tempo terakhir.

3) Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan Cash Waterfall sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar sisa utang sesuai dengan jadwal pada butir 2) sampai dengan tanggal jatuh tempo terakhir, maka atas sisa utang tersebut akan dibayarkan paling lambat pada akhir tahun ke-15 setelah Tanggal Homologasi.

B Utang diatas Rp3,0 miliar.

1) Nilai utang sampai dengan Rp3,0 miliar pertama akan dibayarkan sesuai ketentuan Perjanjian Perdamaian di atas.

2) 30% dari sisa utang setelah dikurang nilai sesuai butir 1) di atas (utang kategori *Tranche* D), berikut dengan bunga sebesar 6% per tahun dari nilai tersebut akan dibayarkan secara tunai ("Porsi Tunai") dengan dicicil dan akan dibayar selambat-lambatnya sampai bulan ke-66 setelah Tanggal Homologasi.

3) 70% dari sisa utang setelah dikurangi nilai sesuai butir 1) di atas akan dibayarkan dengan Obligasi Wajib Konversi/*Mandatory Convertible Bond* (MCB-A) Perusahaan yang berjangka waktu 10 (sepuluh) tahun terhitung sejak Tanggal Efektif dengan harga pelaksanaan konversi Rp2,0 ratus/saham dengan memperhatikan ketentuan Pasar Modal yang berlaku dan ketentuan UUPT.

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT*** *(Continued)*

*1) Payables Rp1.0 up to Rp3.0 billion the payment will be paid in installments and will be paid no later than the 84th month after the Official Approval of Settlement Agreement Date.*

*2) If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement there are insufficient funds to pay payables as set forth in the Amicable Settlement Agreement, (debt category Tranche A), then payment of the residual value of the payables remaining unpaid on any maturity date will be deferred and combined with the payable payments on the next due date, and this will continue until final maturity date.*

*3) If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the remaining amounts of payables in accordance with the schedule as referred to in point 2) as at the final maturity date, then the remaining unpaid amounts of the payables will be paid no later than end of the 15th year after the Official Approval of Settlement Agreement Date.*

*B Payables above Rp3.0 billion.*

*1) Payables up to Rp3.0 billion will be paid in accordance with the aforementioned Amicable Settlement Agreement.*

*2) Of the remaining amounts of payables, 30% after deduction of the amounts as mentioned in point 1) (debt category Tranche D), including its interest at 6% per year will be paid in cash in installments ("Cash Portion") and will be paid no later than the 66th month after the Official Approval of Settlement Agreement Date.*

*3) Of the remaining amounts of payables, 70% after deduction of the amounts as mentioned in point 1) above will be paid by Mandatory Convertible Bond (MCB-A) of the Company with a maturity of 10 years from the Effective Date at an exercise price of Rp2.0 hundred/ share having regard to the provisions of the Capital Market Regulation and provisions of UUPT.*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

4) Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Porsi Tunai yang diatur dalam Perjanjian Perdamaian di atas, maka sisa nilai Porsi Tunai yang tidak dapat dibayarkan pada setiap tanggal jatuh tempo akan ditangguhkan pembayarannya dan digabungkan dengan pembayaran Porsi Tunai pada tanggal jatuh tempo berikutnya dan demikian selanjutnya sampai dengan tanggal jatuh tempo terakhir.
5) Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan Cash Waterfall sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar sisa Porsi Tunai dan bunga sampai dengan bulan ke-66 setelah Tanggal Homologasi ("Sisa Porsi Tunai") maka Sisa Porsi Tunai tersebut akan dibayarkan dalam jangka waktu lima (5) tahun setelah bulan ke-66 tersebut secara prorata setiap tahunnya.
6) Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Sisa Porsi Tunai sesuai jadwal sebagaimana dimaksud pada butir 5) di atas maka Sisa Porsi Tunai yang belum dibayarkan tersebut akan ditangguhkan pembayarannya dan digabungkan dengan pembayaran Sisa Porsi Tunai pada saat jatuh tempo berikutnya dan demikian selanjutnya sampai dengan saat jatuh tempo terakhir (pada akhir tahun ke-5).
7) Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Sisa Porsi Tunai sampai dengan akhir tahun ke-5 sebagaimana dimaksud pada butir 6), maka atas Sisa Porsi Tunai tersebut akan dibayarkan dengan Obligasi Wajib Konversi/*Mandatory Convertible Bonds (MCB-B)* Perusahaan yang berjangka waktu dua (2) tahun dengan tata cara dan harga pelaksanaan konversi minimal sesuai dengan ketentuan Pasar Modal yang berlaku dan ketentuan UUPT.

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT** (Continued)*

*4) If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the Cash Portion as set forth in the aforementioned Amicable Settlement Agreement, then payment of the residual value of Cash Portion remaining unpaid on any maturity date will be deferred and combined with the Cash Portion payment on the next due date, and this will continue until the final maturity date.*

*5) If after spending/payments made based on the priority in accordance with Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the residual value of Cash Portion and its interest as at the 66th month after the Official Approval of Settlement Agreement Date ("Remaining Cash Portion") then the Remaining Cash Portion shall be paid within a period of five (5) years after the 66th month on a pro rata basis each year.*

*6) If after spending/ payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the Remaining Cash Portion at any maturity date as referred to in point 5) above, then payment of the unpaid Remaining Cash Portion will be deferred and combined with Remaining Cash Portion payments on the next due date, and will continue until the final maturity date (at the end of the 5th year).*

*7) If after spending/ payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the Remaining Cash Portion as at the end of the 5th year as referred to in point 6) above, then the Remaining Cash Portion will be paid by Mandatory Convertible Bonds (MCB-B) of the Company with a maturity of two (2) years with the procedures and minimum conversion exercise price in accordance with the applicable provisions of the Capital Market Regulation and the provisions of UUPT.*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

8) Perusahaan tidak memberikan bunga atas nilai pokok 70% sebagaimana dimaksud pada butir 3) di atas, yang akan dikonversi menjadi saham sesuai ketentuan di atas.

C. Sisa Masa Sewa.

Berikut adalah ketentuan restrukturisasi untuk Utang *Tower Provider* atas nilai sewa untuk sisa masa sewa *tower* berdasarkan perjanjian sewa *tower* yang telah ada antara Perusahaan dengan masing-masing kreditor atas Utang *Tower Provider* yang dihitung sejak tanggal 10 November 2014 sampai dengan akhir masa sewa *tower* sesuai masing-masing perjanjian sewa tersebut:

1. 100% dari nilai sisa masa sewa akan ditukar dengan Obligasi Wajib Konversi/Mandatory Convertible Bond (MCB-A) berjangka waktu 10 (sepuluh) tahun yang diterbitkan oleh Perusahaan pada Tanggal Efektif dengan harga pelaksanaan konversi Rp2,0 ratus/saham, dengan memperhatikan ketentuan Pasar Modal yang berlaku dan ketentuan UUPT.
2. Perusahaan tidak memberikan bunga atas nilai yang akan ditukar menjadi MCB-A sesuai ketentuan di atas.

D. Penghentian Fasilitas Penyediaan *Tower*.

Kreditor atas Utang *Tower Provider* dapat menghentikan layanan penggunaan *tower* yang disewa oleh Perusahaan akhir bulan Juni 2015, kecuali ditentukan lain oleh Perusahaan dan kreditor atas Utang *Tower Provider* terkait.

**<u>Utang Biaya Hak Penggunaan (BHP) dan *Universal Service Obligation* (USO)</u>**

1. Utang Pokok BHP dan USO adalah utang yang diakui Perusahaan secara tertulis sampai dengan tanggal 10 November 2014 ("Utang Pokok BHP"), terdiri atas:
   a. Utang BHP Frekuensi Pita.
   b. Utang BHP Frekuensi ISR.
   c. Utang BHP Telekomunikasi.
   d. Utang USO.

2. Dalam hal terdapat kelebihan pembayaran atas Utang Pokok BHP, maka kelebihan pembayaran tersebut akan diperhitungkan sebagai pembayaran cicilan Utang Pokok BHP berikutnya.

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT*** *(Continued)*

*8) The Company does not provide interest on the principal amount of 70% as referred to in point 4) above, which will be converted into shares in accordance with the above.*

*C. The Remaining Lease Period.*

*The debt restructuring provisions of Tower Provider Payables for the remaining term of the tower lease based on the existing tower lease agreements between the Company and each of the creditors on Tower Provider Payables calculated from November 10, 2014 through the end of the lease term in accordance with respective tower lease agreement are as follows:*

1. *The total amount (100%) of the remaining term of the lease will be exchanged for Mandatory Convertible Bond (MCB-A) for a period of ten (10) years issued by the Company on the Effective Date at the conversion price of Rp2.0 hundred/share, having regard to the provisions of Capital Market Regulation and the provisions of UUPT.*
2. *The Company does not provide interest on the amount to be exchanged into MCB-A according to the above provisions.*

*D. Termination of Tower Provider Facilities.*

*Creditors of Tower Provider Payables may terminate the usage service of leased tower by the Company by at the latest June 2015, unless otherwise determined by the Company and its creditors in relation to Tower Provider Payables.*

***<u>Payables on Fee of Right to Use (BHP) and the Universal Service Obligation (USO)</u>***

1. *BHP and USO Principal Payables represent payables that are recognized by the Company in writing up to November 10, 2014 ("BHP Principal Payables"), consisting of:*
   a. *BHP Frequency Band Payables.*
   b. *BHP Frequency ISR Payables.*
   c. *BHP Telecommunication Payables.*
   d. *USO Payables.*

2. *In the event of excess payment of BHP Principal Payables, the excess will be included in the next repayment installments of BHP Principal Payables.*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

3. Pembayaran Utang Pokok BHP Frekuensi Pita, Utang BHP Frekuensi ISR, Utang BHP Frekuensi Telekomunikasi dan Utang USO akan dicicil dan akan dibayar selambat-lambatnya sampai bulan ke-10 setelah Tanggal Homologasi.

4. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar utang yang diatur dalam butir 3) di atas, maka sisa utang yang tidak dapat dibayarkan pada setiap tanggal jatuh tempo akan ditangguhkan pembayarannya dan digabungkan dengan pembayaran utang pada tanggal jatuh tempo berikutnya dan demikian selanjutnya sampai dengan tanggal jatuh tempo terakhir. Apabila masih terdapat sisa utang yang belum dibayarkan setelah tahun ke-10 setelah Tanggal Homologasi maka sisa utang tersebut akan dibayarkan dalam jangka waktu lima (5) tahun berikutnya secara prorata setiap tahunnya.

5. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan Cash Waterfall sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar utang sesuai jadwal sebagaimana dimaksud pada butir 4) di atas maka sisa utang yang belum dibayarkan tersebut akan ditangguhkan pembayarannya dan digabungkan dengan pembayaran sisa utang pada saat jatuh tempo berikutnya dan demikian selanjutnya sampai dengan saat jatuh tempo terakhir (pada akhir tahun ke-5).

6. Dalam hal terdapat penjaminan atas pembayaran Utang Pokok BHP dan penjaminan tersebut kemudian jatuh tempo dan diefektifkan/dicairkan sebelum jadwal pembayaran Utang Pokok BHP tersebut di atas berakhir, maka jadwal pembayaran tersebut tidak berlaku lagi kecuali masih terdapat sisa Utang Pokok BHP terkait yang jadwal pembayarannya tetap akan merujuk pada jadwal pembayaran Utang Pokok BHP sebagaimana ketentuan dalam Perjanjian Perdamaian ini.

**<u>Utang Dana Hasil Wesel Senior</u>**

A. Pembayaran Utang Dana Hasil Wesel Senior akan dilakukan oleh Perusahaan dengan cara sebagai berikut:

   1. 30% dari Utang Dana Hasil Wesel Senior (utang kategori *Tranche* C) akan dibayarkan secara tunai ("Porsi Tunai") dengan dicicil dan akan dibayar selambat-lambatnya sampai bulan ke-66 setelah Tanggal Homologasi.

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT*** *(Continued)*

*3. Principals of BHP Frequency Band Payables, BHP Frequency ISR Payables, BHP Frequency Telecommunications Payables and USO Payables will be paid in installments and will be paid no later than the 10th month after the Official Approval of Settlement Agreement Date.*

*4. If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the payables as referred to in point 3) above, then payables remaining unpaid on any maturity date will be deferred and combined with payables payment on the next due date, and this will continue until final maturity date. If there are remaining payables after the 10th year after the Official Approval of Settlement Agreement Date then these remaining payables will be paid within a period of five (5) years on a pro rata basis each year.*

*5. If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the payables based on schedule as referred in point 4), then payables remaining unpaid on any maturity date will be deferred and combined with payables payment on the next due date, and this will continue until the final maturity date (at the end of the 5th year).*

*6. In the event of a guarantee given for payment of BHP Principal Payables and the guarantee then matures and is effected before the aforementioned BHP Principal Payables repayment schedule expires, the payment schedule is no longer valid unless related BHP Principal Payables remain that still refer to the BHP Principal Payables repayment schedule as stipulated in the Amicable Settlement Agreement.*

***<u>Payables on Proceeds from Senior Notes</u>***

*A. Payables on Proceeds from the Senior Notes will be made by the Company in the following manner:*

   *1. Of Payables on Proceeds from Senior Notes (debt category Tranche C), 30% will be paid in cash ("Cash Portion") in installments and will be paid no later than the 66th month after the Official Approval of Settlement Agreement Date.*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

2. Perusahaan akan memberikan bunga atas Porsi Tunai untuk utang kategori *Tranche* C sebesar 4%, yang akan dibayarkan sesuai dengan jadwal pembayaran sebagaimana dimaksud pada butir 1) di atas.

3. 70% dari Utang Afiliasi akan dibayarkan dengan Obligasi Wajib Konversi/*Mandatory Convertible Bond* (MCB-A) Perusahaan yang berjangka waktu sepuluh (10) tahun terhitung sejak Tanggal Efektif dan dapat diperpanjang oleh Perusahaan dengan harga pelaksanaan konversi Rp200,0/saham, dengan memperhatikan ketentuan Pasar Modal yang berlaku dan ketentuan UUPT.

4. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Porsi Tunai beserta bunganya yang diatur dalam butir 1) di atas, maka sisa nilai Porsi Tunai dan bunganya yang tidak dapat dibayarkan pada setiap tanggal jatuh tempo akan ditangguhkan pembayarannya dan digabungkan dengan pembayaran Porsi Tunai pada tanggal jatuh tempo berikutnya dan demikian seterusnya.

5. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan Cash Waterfall sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar sisa Porsi Tunai dan bunganya sampai bulan ke-66 setelah Tanggal Homologasi (“Sisa Porsi Tunai”) maka Sisa Porsi Tunai tersebut akan dibayarkan dalam jangka waktu 5 (lima) tahun setelah bulan ke-66 tersebut secara prorata setiap tahunnya.

6. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Sisa Porsi Tunai sampai dengan tanggal jatuh tempo sesuai jadwal sebagaimana dimaksud pada butir 5) di atas, maka Sisa Porsi Tunai yang belum dibayarkan tersebut akan ditangguhkan pembayarannya dan digabungkan dengan pembayaran Porsi Tunai pada saat jatuh tempo berikutnya dan demikian selanjutnya sampai dengan saat jatuh tempo terakhir (pada akhir tahun ke-5).

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT*** *(Continued)*

*2. The Company will provide interest at 4% on Cash Portion of debt category Tranche C, which will be paid in accordance with the payment schedule referred to in point 1) above.*

*3. Of the Affiliate Payables, 70% will be paid by Mandatory Convertible Bond (MCB-A) of the Company with a maturity of ten (10) years from the Effective Date and may be extended by the Company at the conversion price of Rp200.0/share, having regard to the provisions of Capital Market Regulation and the provisions of UUPT.*

*4. If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the Cash Portion and its interest as mentioned in point 1) above, then payment of the residual value of Cash Portion that remains unpaid on any maturity date will be deferred and combined with Cash Portion payment on the next due date, and this will continue until final maturity date.*

*5. If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the residual value of the Cash Portion and its interest as at the 66th month after the Official Approval of Settlement Agreement Date ("Remaining Cash Portion") then the Remaining Cash Portion shall be paid within a period of five (5) years after the 66th month on a pro rata basis each year.*

*6. If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the Remaining Cash Portion at any maturity date as referred to in point 5) above, then payment of the unpaid Remaining Cash Portion will be deferred and combined with the Remaining Cash Portion payments on the next due date, and will continue until the final maturity date (at the end of the 5th year).*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

7. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Sisa Porsi Tunai setelah akhir tahun ke-5 sebagaimana dimaksud pada butir 6), maka atas Sisa Porsi Tunai tersebut akan dibayarkan dengan Obligasi Wajib Konversi/ *Mandatory Convertible Bonds (MCB-B)* Perusahaan yang berjangka waktu dua (2) tahun dengan tata cara dan harga pelaksanaan konversi minimal sesuai dengan ketentuan Pasar Modal yang berlaku dan ketentuan UUPT.

8. Perusahaan tidak memberikan bunga atas nilai pokok 70% sebagaimana dimaksud pada butir 3) di atas, yang akan dikonversi menjadi saham sesuai ketentuan di atas.

9. Jika diperlukan, Perusahaan akan berusaha meminta atau melakukan upaya/tindakan yang diperlukan agar dilaksanakan penyelesaian/ pembayaran atas Utang Dana Hasil Wesel Senior sesuai dengan ketentuan Perjanjian Perdamaian ini, termasuk namun tidak terbatas pada tindakan dan ketentuan, antara lain sebagai berikut:

   a) Secara khusus meminta perhatian pengadilan bahwa, dalam rangka memenuhi ketentuan *Securities Acts* Amerika Serikat, diperkenankan untuk berpedoman pada pengecualian terhadap pendaftaran berdasarkan Pasal 3(a)(10) dari *Securities Acts* 1933 Amerika Serikat, dimana, Pasal 3(a)(10) mengizinkan suatu proses pengadilan di luar Amerika Serikat (dalam hal ini, proses PKPU Perusahaan) untuk melakukan suatu pertukaran Wesel Senior dengan pemegang Wesel Senior yang berada di Amerika Serikat jika memenuhi syarat-syarat tertentu.
   b) Atas Porsi Tunai dapat diterbitkan sebagai surat berharga yang diterbitkan oleh Perusahaan dan ditawarkan kepada para pemegang Wesel Senior sebagai pertukaran *(exchange offer)* berdasarkan peraturan pasar modal yang berlaku, termasuk pengecualian pendaftaran yang sesuai berdasarkan *Securities Acts* Amerika Serikat. Surat berharga yang baru dapat memiliki ketentuan dan persyaratan tambahan sebagaimana akan disetujui oleh pemegang Wesel Senior, dengan ketentuan tidak bertentangan dengan Perjanjian Perdamaian ini.

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT*** *(Continued)*

*7. If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the Remaining Cash Portion as at the end of the 5th year as referred to in point 6) above, then the Remaining Cash Portion will be paid by Mandatory Convertible Bonds (MCB-B) of the Company with a maturity of two (2) years with the procedures and minimum conversion exercise price in accordance with the applicable provisions of the Capital Market Regulation and the provisions of UUPT.*

*8. The Company does not provide interest on the principal amount of 70% as referred to in point 3) above, which will be converted into shares in accordance with the above.*

*9. If necessary, the Company will attempt to solicit or make efforts/actions needed to be implemented for settlement/payment of Payables on Proceeds from Senior Notes in accordance with the provisions of the Amicable Settlement Agreement, including but not limited to the following acts and provisions, among others:*

   *a) In particular call to the attention of the court that, in order to comply with the United States Securities Acts, it be allowed to be guided by the exceptions to the registration pursuant to Article 3(a)(10) of the 1933 United States Securities Act, whereby Article 3(a)(10) permits a court outside the United States (in this case, the PKPU process of the Company) to conduct an exchange of Senior Notes by the holders of such Notes who are in the United States providing they meet certain conditions.*

   *b) The Cash Portion may be exchanged for new securities issued by the Company and offered to holders of Senior Notes based on the prevailing capital market regulations, including the appropriate registration exemption under the United States Securities Acts, The new securities may have additional terms and conditions as shall be approved by the holders of the Senior Notes, and the provisions do not conflict with this Amicable Settlement Agreement.*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

c) Apabila ada pemegang Wesel Senior yang tidak bersedia untuk melepaskan tagihan berdasarkan hukum manapun, maka mereka tidak berhak untuk menerima surat berharga baru. Ketentuan ini secara khusus tidak mengurangi hak Perusahaan untuk meminta pengakuan atas proses PKPU ini berdasarkan Pasal 15 *Bankruptcy Code* Amerika Serikat atau setiap ketentuan lain dari hukum nasional manapun yang mengizinkan pengakuan atas proses pengadilan asing.

d) Melakukan upaya yang wajar agar Pemegang Wesel Senior asing dapat dihubungi melalui sistem kliring (*clearing system*). Namun demikian, jika ada Pemegang Wesel Senior asing yang tidak dapat dihubungi atau tidak memberikan dokumentasi yang diperlukan untuk menerima surat berharga baru dalam waktu enam (6) bulan sejak pemberitahuan, maka seluruh hak mereka akan gugur.

10. Untuk menghindari keragu-raguan:

a) Utang Dana Hasil Wesel Senior adalah utang Perusahaan kepada BTPL sebesar USD380,0 juta berdasarkan *Intercompany Loan Agreement* dan *Supplemental Intercompany Loan Agreement* masing-masing tertanggal 7 Mei 2010 dan 27 Januari 2011 ("*Intercompany Loan Agreement*") dimana Perusahaan sebagai peminjam dan BTPL sebagai pemberi pinjaman.

b) Dana Hasil Wesel Senior yang diperoleh Perusahaan berdasarkan *Intercompany Loan Agreement* merupakan dana hasil penerbitan Wesel Senior yang harus diberikan oleh BTPL dalam bentuk pinjaman kepada Perusahaan melalui *Intercompany Loan*, sesuai dengan ketentuan dalam *Offering Memorandum USD250 Million 11.5% Guaranteed Senior Notes Due 2015* dan *USD130 Million Senior Notes at 107%* yang diterbitkan oleh BTPL.

c) Dengan di-homologasi-nya Perjanjian Perdamaian ini yang juga mencakup skema atau pola penyelesaian Utang Dana Hasil Wesel Senior oleh Perusahaan sebagaimana diatur dalam Perjanjian Perdamaian ini, maka terhitung sejak Tanggal Homologasi tersebut, Perusahaan tidak lagi memiliki kewajiban untuk memenuhi seluruh perjanjian atau dokumen yang terkait dengan penerbitan Wesel Senior yang menjadi berakhir, termasuk namun tidak terbatas pada

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT*** *(Continued)*

*c) If there are any holders of Senior Notes who are not willing to relinquish any claim under the law, then they are not entitled to receive new securities. This provision specifically does not reduce the Company's right to request recognition of this PKPU process under Article 15 United States Bankruptcy Code or any other provision of any national law that allow the recognition of the foreign court.*

*d) Make a reasonable effort so that foreign holders of Senior Notes may be contacted through the clearing system. However, if there is a foreign holder of Senior Notes that cannot be contacted or does not provide the necessary documentation to receive new securities within six (6) months from the notification, then all their rights will be void.*

*10. For the avoidance of doubt:*

*a) Payables on Proceeds from Senior Notes are Payables of the Company to BTPL amounting to USD380.0 million based on the Intercompany Loan Agreement and Supplemental Intercompany Loan Agreement, dated May 7, 2010 and January 27, 2011, respectively, ("Intercompany Loan Agreement"), wherein the Company is the borrower and BTPL the lender.*

*b) Proceeds from the Senior Notes were acquired by the Company based on the Intercompany Loan Agreement as the proceeds from the Senior Notes to be provided by BTPL in the form of loans to the Company through Intercompany Loan in accordance with the provisions of the Offering Memorandum, being USD250 million 11.5% Senior Guaranteed Notes Due 2015 and USD130 million Senior Notes at 107%, issued by BTPL.*

*c) With the Amicable Settlement Agreement, which also includes a scheme or pattern of settlement of Payables on Proceeds from Senior Notes by the Company, then starting from the Official Approval of Settlement Agreement Date, the Company no longer has an obligation to fulfill the entire agreements or documents associated with the issuance of the Senior Notes, which were automatically terminated, including but not limited to compliance with all existing collateral for issuance of the Senior*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

pemenuhan seluruh jaminan yang ada dalam rangka penerbitan Wesel Senior, yaitu jaminan perusahaan *(Corporate Guarantee)* yang diberikan oleh Perusahaan, jaminan yang diberikan oleh Para Penjamin, serta jaminan lainnya apabila ada. Dalam hal terdapat putusan badan peradilan yang telah berkekuatan hukum tetap dan diakui oleh hukum Indonesia yang menyatakan Perusahaan dan Para Penjamin wajib melaksanakan pembayaran akibat pencairan setiap jaminan yang diberikan dalam penerbitan Wesel Senior maka pembayaran kewajiban tersebut akan dilakukan Perusahaan dengan mengikuti ketentuan Perjanjian Perdamaian ini dan porsi pembayaran kewajiban tersebut akan mengurangi porsi pembayaran terhadap Utang Dana Hasil Wesel Senior secara sama besar.

**Utang Afiliasi**

Utang Afiliasi akan dibayarkan dengan cara sebagai berikut:

1. 100% dari Utang Afiliasi akan ditukar dengan Obligasi Wajib Konversi/*Mandatory Convertible Bond* (MCB-A) Perusahaan yang berjangka waktu 10 tahun terhitung sejak Tanggal Efektif dengan harga pelaksanaan konversi Rp2 ratus/saham dengan memperhatikan ketentuan Pasar Modal yang berlaku dan ketentuan UUPT.
2. Perusahaan tidak memberikan bunga atas nilai sebagaimana dimaksud pada butir 1) di atas yang akan dikonversi menjadi MCB-A sesuai ketentuan di atas.

**Utang dengan Jaminan (Utang Kategori Tranche B)**

1. Terhadap Utang dengan Jaminan dalam Perjanjian Perdamaian ini yang diperhitungkan dan diakui adalah seluruh nilai utang pokoknya saja.
2. Seluruh jumlah Utang dengan Jaminan akan dibayarkan secara tunai dengan dicicil dan akan dibayar selambat-lambatnya sampai bulan ke-66 setelah Tanggal Homologasi.
3. Perusahaan akan memberikan bunga atas Utang dengan Jaminan sebesar 4% yang akan dibayarkan sesuai dengan jadwal pembayaran sebagaimana dimaksud pada butir 2) di atas.
4. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Utang dengan Jaminan beserta bunganya yang diatur dalam butir 2) dan 3), maka sisa nilai Utang dengan Jaminan dan bunganya yang tidak dapat dibayarkan pada setiap tanggal jatuh tempo akan ditangguhkan

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT*** *(Continued)*

*Notes, which are Corporate Guarantee provided by the Company, the guarantee given by the Guarantor, as well as other guarantees, if any. In the event of a court decision that is legally binding and recognized by Indonesian law, which rules that the Company and the Guarantor shall make payment due to execution of any guarantees given in the issuance of Senior Notes, the payment obligations of the Company will be carried out by following the provisions of the Amicable Settlement Agreement and the portion of payment obligations will reduce the portion of payment to Payables on Proceeds from Senior Notes in the same amount. payment to Payables on Proceeds from Senior Notes in the same amount.*

***Affiliate Payables***

*Affiliate Payables will be paid under the following scheme:*

1. *All the Affiliate Payables (100%) will be exchanged for the Mandatory Convertible Bond (MCB-A) of the Company with a maturity of 10 years from the Effective Date of conversion at an exercise price of Rp2 hundred/share having regard to the provisions of Capital Market Regulation and the provisions of UUPT.*
2. *The Company does not provide interest on the amount of payables as referred to in point 1) to be exchanged into MCB-A according to the above provisions.*

***Payables with Collateral (Debt Category Tranche B)***

1. *Payables with Collateral in the Amicable Settlement Agreement are included and recognized only for their principal amounts.*
2. *The entire amounts of Payables with Collateral will be paid in cash by installments and will be paid no later than the 66th month after the Official Approval of Settlement Agreement Date.*
3. *The Company will provide interest at 4% on Payables with Collateral, which will be paid in accordance with the payment schedule referred to in point 2) above.*
4. *If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay Payables with Collateral and associated interest as referred in points 2) and 3), then payment of the residual value of Payables with Collateral and associated interest remaining unpaid on any maturity date will be deferred and*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

pembayarannya dan digabungkan dengan pembayaran berikutnya pada tanggal jatuh tempo berikutnya dan demikian seterusnya.

5. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar sisa Utang dengan Jaminan dan bunga yang belum dibayarkan setelah bulan ke-66 setelah Tanggal Homologasi ("Sisa Utang dengan Jaminan") maka Sisa Utang dengan Jaminan tersebut akan dibayarkan dalam jangka waktu lima (5) tahun secara prorata setiap tahunnya.
6. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar, Sisa Utang dengan Jaminan pada saat jatuh tempo sesuai jadwal sebagaimana dimaksud pada butir 5) di atas, maka Sisa Utang dengan Jaminan yang belum dibayarkan tersebut akan ditangguhkan pembayarannya dan digabungkan dengan pembayaran Utang dengan Jaminan pada saat jatuh tempo berikutnya dan demikian selanjutnya sampai dengan saat jatuh tempo terakhir (pada akhir tahun ke-5).
7. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Sisa Utang dengan Jaminan, dan setelah akhir tahun ke-5 sebagaimana dimaksud pada butir 6) di atas masih terdapat Sisa Utang dengan Jaminan yang belum terbayarkan, maka atas Sisa Utang dengan Jaminan tersebut akan dibayarkan dengan Obligasi Wajib Konversi/*Mandatory Convertible Bonds (MCB-B)* Perusahaan yang berjangka waktu dua (2) tahun yang diterbitkan oleh Perusahaan dengan tata cara dan harga pelaksanaan konversi minimal sesuai dengan ketentuan Pasar Modal yang berlaku dan ketentuan UUPT.

**Utang Akibat Derivatif (utang kategori *Tranche* C)**

1. 30% dari sisa Utang Akibat Derivatif akan dibayarkan secara tunai ("Porsi Tunai") dengan dicicil dan akan dibayar selambat-lambatnya sampai bulan ke-66 setelah Tanggal Homologasi.
2. Perusahaan akan memberikan bunga atas Porsi Tunai 4% per tahun yang akan dibayarkan dengan mengikuti jadwal pembayaran sebagaimana dimaksud pada butir 1) di atas.
3. 70% dari sisa Utang Akibat Derivatif akan ditukar dengan Obligasi Wajib Konversi/*Mandatory Convertible Bond* (MCB-A) berjangka waktu sepuluh (10) tahun yang diterbitkan oleh Perusahaan pada Tanggal Efektif dengan harga pelaksanaan konversi Rp200,0/saham, dengan memperhatikan ketentuan Pasar Modal yang berlaku dan ketentuan UUPT.

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT*** *(Continued)*

*combined with payment on the next due date, and this will continue.*

5. *If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the residual value of Payables with Collateral and associated interest as at the 66th month after the Official Approval of Settlement Agreement Date ("Remaining Payables With Collaterals") then the Remaining Payables with Collateral shall be paid within a period of five (5) years after the 66th month on a pro rata basis each year.*
6. *If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the Remaining Payables with Collateral at any maturity date as referred to in point 5) above, then payment of the unpaid Remaining Payables with Collateral will be deferred and combined with Remaining Payables with Collateral on the next due date, and will continue until the final maturity date (at the end of the 5th year).*
7. *If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the Remaining Payables with Collateral as at the end of the 5th year as referred to in point 6) above, then the Remaining Payables with Collateral will be paid by Mandatory Convertible Bonds (MCB-B) of the Company with a maturity of two (2) years with the procedures and minimum conversion exercise price in accordance with the applicable provisions of the Capital Market Regulation and the provisions of UUPT.*

***Derivatives Payables (debt category Tranche C)***

1. *Of remaining amount of Derivative Payables, 30% will be paid in cash ("Cash Portion") in installments and will be paid no later than the 66th month after the Official Approval of Settlement Agreement Date.*
2. *The Company will provide interest at 4% on Cash Portion, which will be paid in accordance with the payment schedule referred to in point 1) above.*
3. *Of the Derivative Payables, 70% will be paid by Mandatory Convertible Bond (MCB-A) issued by the Company with a maturity of ten (10) years from the Effective Date at the conversion price of Rp200.0/share, having regard to the provisions of Capital Market Regulation and the provisions of UUPT.*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

4. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Porsi Tunai beserta bunganya yang diatur dalam butir 1) dan 2) di atas, maka sisa nilai Porsi Tunai dan bunganya yang tidak dapat dibayarkan pada setiap tanggal jatuh tempo akan ditangguhkan pembayarannya dan digabungkan dengan pembayaran Porsi Tunai pada tanggal jatuh tempo berikutnya dan demikian seterusnya.
5. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar sisa Porsi Tunai dan bunga yang belum dibayarkan setelah bulan ke-66 setelah Tanggal Homologasi (“Sisa Porsi Tunai”) maka Sisa Porsi Tunai tersebut akan dibayarkan dalam jangka waktu 5 (lima) tahun setelah bulan ke-66 tersebut secara prorata setiap tahunnya.
6. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Sisa Porsi Tunai pada setiap saat jatuh tempo sesuai jadwal sebagaimana dimaksud pada butir 5) di atas, maka Sisa Porsi Tunai yang belum dibayarkan tersebut akan ditangguhkan pembayarannya dan digabungkan dengan pembayaran Sisa Porsi Tunai pada saat jatuh tempo berikutnya dan demikian selanjutnya sampai dengan saat jatuh tempo terakhir (pada akhir tahun ke-5).
7. Jika setelah pengeluaran/pembayaran sesuai prioritas berdasarkan *Cash Waterfall* sebagaimana diatur dalam Perjanjian Perdamaian tidak terdapat cukup dana untuk membayar Sisa Porsi Tunai, setelah akhir tahun ke-5 sebagaimana dimaksud pada butir 6) yang belum terbayarkan, maka atas Sisa Porsi Tunai tersebut akan ditukar dengan Obligasi Wajib Konversi/*Mandatory Convertible Bond (MCB B)* berjangka waktu 2 tahun yang diterbitkan oleh Perusahaan dengan tata cara dan harga pelaksanaan konversi minimal sesuai dengan ketentuan Pasar Modal yang berlaku dan ketentuan UUPT.
8. Perusahaan tidak memberikan bunga atas nilai pokok 70% sebagaimana dimaksud dalam butir 3) di atas yang akan dikonversi menjadi saham sesuai ketentuan di atas.

**Utang Pembiayaan Kendaraan**

1. Utang Pembiayaan Kendaraan termasuk bunganya akan dibayar sesuai ketentuan kontrak antara Perusahaan dengan kreditor atas Utang Pembiayaan Kendaraan yang telah ada sebelum Perjanjian Perdamaian ini.

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT*** *(Continued)*

*4. If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the Cash Portion and its interest as mentioned in points 1) and 2) above, then payment of the residual value of Cash Portion that remains unpaid on any maturity date will be deferred and combined with Cash Portion payment on the next due date, and this will continue until final maturity date.*

*5. If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the residual value of the Cash Portion and its interest as at the 66th month after the Official Approval of Settlement Agreement Date ("Remaining Cash Portion") then the Remaining Cash Portion shall be paid within a period of five (5) years after the 66th month on a pro rata basis each year.*

*6. If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the Remaining Cash Portion at any maturity date as referred to in point 5) above, then payment of the unpaid Remaining Cash Portion will be deferred and combined with the Remaining Cash Portion payments on the next due date, and will continue until the final maturity date (at the end of the 5th year).*

*7. If after spending/payments made based on the priority in accordance with the Cash Waterfall as set forth in the Amicable Settlement Agreement, there are insufficient funds to pay the Remaining Cash Portion as at the end of the 5th year as referred to in point 6) above, then the Remaining Cash Portion will be paid by Mandatory Convertible Bonds (MCB-B) of the Company with a maturity of two (2) years with the procedures and minimum conversion exercise price in accordance with the applicable provisions of the Capital Market Regulation and the provisions of UUPT.*

*8. The Company does not provide interest on the principal amount of 70% as referred to in point 3) above, which will be converted into shares in accordance with the above.*

***Vehicles Finance Payables***

*1. Vehicles Finance Payables and associated interest will be paid in accordance with the terms in the contract between the Company and creditors based on existing Vehicles Finance Payables that were entered into before this Amicable Settlement Agreement.*

**39. GAMBARAN UMUM PENYELESAIAN PERDAMAIAN UTANG** *(Lanjutan)*

2. Kelalaian atau kegagalan pelaksanaan kewajiban Perusahaan kepada kreditor atas Utang Pembiayaan Kendaraan berdasarkan kontrak yang telah ada sebelum Perjanjian Perdamaian ini yang menimbulkan akibat atau konsekuensi yang diatur dalam kontrak tersebut, tidak menyebabkan atau tidak dianggap telah terjadi kegagalan pelaksanaan Perjanjian Perdamaian ini.

**<u>Ketentuan-Ketentuan Lain Restrukturisasi, antara lain sebagai berikut:</u>**

1. Tidak ada pemberian jaminan kebendaan dan/atau jaminan perusahaan yang baru yang akan diberikan sehubungan dengan Perjanjian Perdamaian yang dihomologasi, kecuali ditentukan lain oleh Perusahaan.
2. Setiap Obligasi Wajib Konversi/*Mandatory Convertible Bonds* (MCB) yang diterbitkan berdasarkan Perjanjian Perdamaian ini yang tidak dimintakan konversi menjadi saham Perusahaan oleh kreditor terkait sampai dengan tanggal jatuh tempo MCB tersebut, maka MCB tersebut menjadi berakhir dan jika terdapat klaim atas nilai MCB tersebut oleh kreditor maka pembayarannya akan dilakukan mulai tahun ke-31 setelah Tanggal Homologasi.

Pelaksanaan Perjanjian Perdamaian PKPU masih memerlukan proses lebih lanjut yang sampai dengan tanggal penyelesaian laporan keuangan konsolidasian ini masih berlangsung.

Pada tanggal 26 Juni 2016, Perusahaan memperoleh persetujuan dari Rapat Umum Pemegang Saham Perusahaan untuk melakukan penambahan modal baru tanpa hak memesan efek terlebih dahulu melalui mekanisme penerbitan Obligasi Wajib Konversi (OWK) sebagaimana yang diatur dalam Perjanjian Perdamaian.

Pada tanggal 1 Maret 2017, Huawei Tech Investment, Ltd telah mengkonversi Obligasi Wajib Konversi yang dimiliki sebesar Rp 1.237.862.796.141 menjadi saham Perusahaan sebanyak 6.189.313.980 lembar saham.

Pada bulan Agustus 2016, Perusahaan menerbitkan sertifikat OWK bagi masing-masing kreditur yang berhak memperoleh OWK sebagaimana diatur dalam Perjanjian Perdamaian.

***39. OVERVIEW OF AMICABLE DEBTS SETTLEMENT*** *(Continued)*

*2. Negligence or failure in the implementation of the Company's obligations to creditors on Vehicles Finance Payables under existing contracts prior to the Amicable Settlement Agreement, arising from or due to consequences as stipulated in the contract, shall not cause or be deemed to have resulted in the failure of the implementation of the Amicable Settlement Agreement.*

***<u>Other Restructuring Provisions, among others, are as follows:</u>***

1. *No new asset guarantees and/or corporate guarantees shall be given in connection with the Amicable Settlement Agreement, unless otherwise determined by the Company.*
2. *Each Mandatory Convertible Bonds (MCB) issued pursuant to this Amicable Settlement Agreement whose conversion into shares of the Company is not requested by creditors on its maturity date, shall then be automatically terminated and should a claim on the MCB be subsequently be made by creditors, the payment will be made after the 31st year following the Official Approval of Settlement Agreement Date.*

*The execution of this Amicable Settlement Agreement in PKPU is still subject to further process, which as of the completion date of the consolidated financial statements is still ongoing.*

*On June 26, 2016, the Company had approval from the General Meeting of Shareholders the Company to perform additional capital without right to order byOWK mechanism as stipulated on Amicable Settlement Agreement.*

*On March 1, 2017, Mandatory Convertible Bond owned by Huawei amounting to Rp1,237,862,796,141 has converted to shares of the Company of 6,189,313,980 shares.*

*In August 2016, the Company issued OWK sertificates for each credtors which are entitled to obtain OWK as stipulated on Amicable Settlement Agreement.*

## 40. KONTINJENSI

**a.** Pada tanggal 18 Juni 2008, Komisi Pengawasan Persaingan Usaha (KPPU) mengeluarkan keputusan No. 26/KPPU-L/2007 agar Perusahaan membayar denda sebesar Rp4,0 miliar kepada Kas Negara atas pelanggaran Pasal 5 UU No. 5 tahun 1999 tentang Larangan Praktek Monopoli dan Persaingan Usaha Tidak Sehat.

Perusahaan mengajukan keberatan atas keputusan KPPU pada tanggal 23 Juli 2008 kepada Pengadilan Negeri Jakarta Selatan. Pada tanggal 8 April 2015, Perusahaan menerima surat dari Pengadilan Negeri Jakarta Pusat yang memberikan informasi bahwa Mahkamah Agung telah mengkonsolidasikan permohonan keberatan atas keputusan No.26/KPPU-L/2007 (termasuk keberatan dari Perusahaan) dan menunjuk Pengadilan Negeri Jakarta Pusat untuk mengadili keberatan dari semua pemohon. Pada tanggal 27 Mei 2015, Hakim Ketua Pengadilan Negeri Jakarta Pusat mengeluarkan keputusan menerima keberatan atas keputusan KPPU dan memutuskan pada pokoknya bahwa Perusahaan tidak melakukan pelanggaran terhadap Pasal 5 UU No. 5 tahun 1999 tersebut diatas.

Pada tanggal 22 Juni 2015, KPPU mengajukan kasasi ke Mahkamah Agung atas putusan Pengadilan Negeri Jakarta Pusat. Berdasarkan pemeberitahuan resmi dari Pengadilan Negeri Jakarta Selatan tertanggal 5 Desember 2016, telah diberitahukan kepada Perusahaan bahwa pada tanggal 28 Mei 2016 Mahkamah Agung telah mengeluarkan putusan kasasi atas putusan pengadilan negeri Jakarta Pusat. Berdasarkan amar putusan dalam pemberitahuan resmi tersebut Perusahaan diharuskan membayar denda sebesar Rp 4.000.000.000 kepada kas Negara.

Pembayaran denda tersebut diatas akan dilaksanakan oleh Perusahaan dengan mengikuti ketentuan klausul 1.5 butir V dalam Perjanjian Perdamaian.

**b. Pengajuan gugatan oleh Pemegang Wesel Senior terhadap Kelompok Usaha pada Pengadilan New York**

Pada tanggal 22 September 2014, terdapat pihak-pihak yang mengatasnamakan dirinya sebagai pemegang 25% Wesel Senior-USD yaitu Universal Investment Advisory SA, Vaquero Master EM Credit Fund Ltd, dan Trucharm Ltd yang tergabung dalam Komite Ad Hoc, mengajukan gugatan terhadap Kelompok Usaha terkait dengan pembayaran bunga

## *40. CONTINGENCIES*

***a.*** *On June 18, 2008, the Business Competition Supervisory Commission (KPPU) issued Decision No. 26/KPPU-L/2007 ordering the Company to settle fines amounting to Rp4.0 billion to the State Treasury (Kas Negara) for violating Article 5 of Law No. 5 year 1999 on Anti-Monopoly and Unfair Competition.*

*The Company filed a petition to object against KPPU's decision on July 23, 2008 to the South Jakarta District Court. On April 8, 2015, the Company received letter from the Central Jakarta District Court to provide information that the Supreme Court has consolidated the petition of objection against the Decision No. 26/KPPU-L/2007 (including the objection from the Company), and appointed the District Court of Central Jakarta to adjudicate the objection from all petitioners. On May 27, 2015, the Presiding Judges issued Judgment to accept the objection againts the KPPU Decision and also declared in principle that the Company does not violate Article 5 of Law No. 5 year 1999 as stated above.*

*On June 22, 2015, KPPU had submitted a cassation regarding the District Court of Central Jakarta decision to the Supreme Court. Based on official notice form the District Court of South Jakarta dated December 5, 2016, had notified the Company that on May 28, 2016 the Supreme Court has issued an appeal verdict on the decision of the Central Jakarta District Court. Based on the decision, the Company is required to pay a penalty a sum of Rp4,000,000,000 to the state treasury.*

*The payment of penalty will be executed by the Company based on Amicable Settlement Plan clause 1.5 point V.*

***b. Lawsuit filed by Senior Notes Holders against the Group in the Supreme Court of New York***

*On September 22, 2014, parties acting on behalf of themselves as the holders of 25% of USD Senior Notes, namely Universal Investment Advisory SA, Vaquero EM Credit Master Fund Ltd, and Trucharm Ltd incorporated in the Ad Hoc Committee, and filed a lawsuit against the Group in connection with the payment of interest on the USD Senior Notes issued.*

**40. KONTINJENSI** *(Lanjutan)*

Wesel Senior-USD yang diterbitkan oleh Bakrie Telecom Pte., Ltd. (Entitas Anak) Gugatan tersebut terdaftar pada Pengadilan New York dengan nomor 652890/2014 (Gugatan 1). Pengajuan Gugatan 1 tersebut dilakukan pada saat Kelompok Usaha sedang melakukan upaya negosiasi untuk melakukan restrukturisasi pembayaran Wesel Senior-USD dengan *Steering Committee.*

Pada tanggal 1 Oktober 2014, Komite Ad Hoc melakukan perubahan pada Gugatan 1, dimana selain tuntutan pembayaran bunga Wesel Senior-USD, Komite Ad Hoc juga menuntut percepatan pembayaran utang pokok dari Wesel Senior-USD (Gugatan 2). Pengajuan tuntutan pembayaran bunga dan percepatan pembayaran pokok Wesel Senior-USD juga disampaikan oleh Bank of New York Mellon selaku pihak trustee yang mengatasnamakan pemegang 25% Wesel Senior-USD di atas.

Tuntutan dari Komite Ad Hoc pada dasarnya adalah untuk pokok dan bunga Wesel Senior USD yang telah jatuh tempo (dengan asumsi bahwa Wesel Senior USD telah secara sah dipercepat). Tuntutan ini telah terakomodasi di dalam Rencana Perdamaian yang telah disetujui oleh para kreditor Perusahaan dalam proses Penundaan Kewajiban Pembayaran Utang (PKPU) (sebagaimana ditetapkan dalam Perjanjian Perdamaian). Perusahaan bermaksud untuk mengajukan permohonan pengakuan atas hasil proses PKPU di New York berdasarkan peraturan Bab 15 Undang-undang Kepailitan Amerika Serikat dan diharapkan bahwa proses pengakuan tersebut akan menjadi penyelesaian bagi proses peradilan di New York.

Dengan diajukannya permohonan PKPU oleh Netwave maka proses negosiasi tersebut terhenti dan skema restrukturisasi yang pernah diusulkan kemudian dituangkan di dalam Rencana Perdamaian dalam PKPU.

Pada tanggal 9 November 2014, Kelompok Usaha telah menerima notifikasi dari Wali Amanat yang juga mewakili para Pemegang Wesel Senior USD perihal permintaan percepatan pembayaran atas pokok dan bunga yang sudah jatuh tempo dan belum terbayar atas seluruh utang Wesel Senior USD.

Sampai dengan tanggal laporan ini, gugatan tersebut masih berlangsung dan hasil akhirnya belum dapat ditentukan saat ini.

***40. CONTINGENCIES*** *(Continued)*

*by Bakrie Telecom Pte., Ltd (a Subsidiary). The lawsuit was registered with the New York Supreme Court under a number 652890/2014 (Claim 1). Submission of Claims 1 was made at the time when the Group making efforts to negotiate restructuring of the payment of the USD Senior Notes with the Steering Committee.*

*On October 1, 2014, the Ad Hoc Committee made an amendment to Claim 1, in which in addition to the demands of USD Senior Notes interest payments, the Ad Hoc Committee also demanded accelerated repayment of the principal debt of the USD Senior Notes (Claim 2). Claims for payment of interest and accelerated principal of USD Senior Notes were also submitted by the Bank of New York Mellon as trustee on behalf of the above holders of 25% of the USD Senior Notes.*

*The Ad Hoc Committee's claim was essentially for principal and interest due on the USD Senior Notes (on the assumption that the USD Senior Notes have been validly accelerated). These claims have been compromised under the Amicable Settlement Plan approved by creditors of the Company in the context of the Suspension of Payment Process (PKPU) of the Company's obligations proceedings (as described in the Settlement Agreement). The Company intends to apply for recognition of the PKPU proceedings in New York under Chapter 15 of the US Bankruptcy Code and is advised that such recognition would be dispositive of the New York litigation.*

*With the filing of the petition PKPU by Netwave, the negotiation process was stopped and the proposed restructuring scheme was then incorporated into the Amicable Settlement Plan in the PKPU.*

*On November 9, 2014, the Group received a notice from the Trustee which is also acting on behalf of the USD Senior Notes Holders, regarding the accelerated payment of the principal and any accrued and unpaid interest of the total debt of USD Senior Notes.*

*As of the date of this report, the lawsuit is still ongoing and the outcome is not presently determinable.*

**40. KONTINJENSI** *(Lanjutan)*

**c.** Pada tanggal 5 Juni 2015, Kementerian Komunikasi dan Informatika Republik Indonesia ("Kemenkominfo") sebagai salah satu kreditur yang tagihannya diselesaikan melalui PKPU, mengajukan permohonan Peninjauan Kembali (PK) atas putusan Pengadilan Niaga pada Pengadilan Negeri Jakarta Pusat No. 59/Pdt.Sus/PKPU/2014/PN.Niaga.Jkt.Pst tanggal 9 Desember 2014 yang telah memiliki Kekuatan Hukum Tetap. Dalam memori peninjauan kembali, Kemenkominfo mendalilkan bahwa Kemenkominfo merupakan kreditur preferen dari Perusahaan, oleh karenanya meminta agar Kemenkominfo dan tagihannya dikeluarkan dari PKPU Perusahaan. Permohonan peninjauan kembali tersebut tidak menghalangi pelaksanaan penyelesaian perdamaian utang yang telah diatur dalam Perjanjian Perdamaian.

Pada tanggal 23 Oktober 2015, Mahkamah Agung telah mengeluarkan putusan menolak permohonan peninjauan kembali Kemenkominfo dan sampai dengan tanggal penyelesaian laporan keuangan konsolidasian ini, Perusahaan belum menerima salinan putusan atas permohonan peninjauan kembali yang diajukan oleh Kemenkominfo.

Manajemen Perusahaan yakin dapat mempertahankan pendapatnya. Karena itu, tidak ada liabilitas yang dicatat untuk merefleksikan kontinjensi tersebut.

***40. CONTINGENCIES*** *(Continued)*

***c.*** *On June 5, 2015, The Ministry of Communication and Information of Republic of Indonesia ("Kemenkominfo) as one of the Company"s creditors whose receivables have been settled through PKPU, has requested a Judicial Review on the Commercial Court District Court of Central Jakarta Decision No. 59/Pdt.Sus/PKPU/ 2014/PN.Niaga.Jkt.Pst dated December 9, 2015, which is considered final and legally binding. In its Judicial Review memorandum, Kemenkominfo has claimed itself to be Preferred Creditor of the Company and therefore it has requested that Kemenkominfo and its receivables be excluded from the Company"s PKPU. Said Judicial review shall not in any way obstruct the execution of the payable under the Amicable Settlement Agreement.*

*On October 23, 2015, the Supreme Court decided to decline a judicial review as submitted by Kemenkominfo and as of the completion date of the consolidated financial statements, the Company has not received a decision letter on the judicial review that was requested by Kemenkominfo.*

*Management of the Company expected to be successful in defending its position. Therefore, no accrual has been made to reflect the contingency.*

**41. KELANGSUNGAN USAHA**

Kelompok Usaha mengalami defisiensi modal pada tanggal 30 September 2017 dan 31 Desember 2016 . Kondisi ini sebagian besar disebabkan oleh rugi penurunan nilai aset, penghapusan uang muka dan pengembangan proyek, rugi selisih kurs, beban keuangan dan kerugian usaha dari tahun-tahun sebelumnya. Pada tanggal 30 September 2017, total liabilitas jangka pendek Kelompok Usaha telah melampaui total asetnya. Lebih lanjut, pada tanggal 30 September 2017 dan 31 Desember 2016 , utang Wesel Senior dalam kondisi wanprestasi (Catatan 17).

Sehubungan dengan hal tersebut, manajemen telah membuat langkah-langkah dan rencana untuk menghadapi hal tersebut antara lain sebagai berikut:

a. Mengikuti semua ketentuan dalam Perjanjian Perdamaian penyelesaian utang Perusahaan yang sudah disahkan oleh Majelis Hakim Pengadilan Niaga pada Pengadilan Negeri Jakarta Pusat (Catatan 39).
b. Melanjutkan kerjasama dengan para pemasok dan operator telekomunikasi lain dalam rangka mengoptimalkan operasi.
c. Menerapkan kebijakan pengendalian biaya.
d. Merestrukturisasi utang Wesel Senior.
e. Pengembangan bisnis baru.

***41. GOING CONCERN***

*The Group is in a capital deficiency position as of September 30, 2017 and December 31, 2016 . This condition is mainly caused by impairment loss on assets, advances and project development write-off, loss on foreign exchange, significant finance costs and operating losses from previous years. As of September 30, 2017 , total current liabilities of the Group have exceeded its total assets. In addition, as of September 30, 2017 and December 31,2016, Senior Notes was in default condition (Note 17).*

*In relation to this, management has taken actions and plans to address the going concern issue through, among others, the following measures:*

*a. Compliance with the terms and conditions of the Amicable Settlement Agreement that has been approved by the judges of the Commercial Court in Central Jakarta District Court (Note 39).*
*b. Continuing the partnership agreements with vendors and other telecommunications operators in order to optimize operations.*
*c. Implementation of cost-reduction policies.*
*d. Restructuring Senior Notes.*
*e. New business development.*

**42. PERNYATAAN DAN INTERPRETASI AKUNTASI YANG BELUM DITERAPKAN**

Ikatan Akuntan Indonesia (IAI) telah menerbitkan pernyataan dan interpretasi baru, penyesuaian dan revisi atas standar akuntansi yang belum berlaku efektif untuk tahun buku yang dimulai pada tanggal 1 Januari 2015.

Ikatan Akuntan Indonesia (IAI) telah menerbitkan pernyataan dan interpretasi baru, penyesuaian dan revisi atas standar akuntansi yang belum berlaku efektif untuk tahun buku yang dimulai pada tanggal 1 Januari 2015.

- PSAK No. 4 (Revisi 2015), “Laporan Keuangan Tersendiri”
- PSAK No. 5 (Penyesuaian 2015), “Segmen Operasi”
- PSAK No. 7 (Penyesuaian 2015), “Pengungkapan Pihak-pihak Berelasi”
- PSAK No. 13 (Penyesuaian 2015), “Properti Investasi”
- PSAK No. 15 (Revisi 2015), “Investasi pada Entitas Asosiasi dan Ventura Bersama”
- PSAK No. 19 (Revisi 2015), “Aset Tak Berwujud”
- PSAK No. 22 (Penyesuaian 2015), “Kombinasi Bisnis”
- PSAK No. 24 (Revisi 2015), “Imbalan Kerja”
- PSAK No. 25 (Penyesuaian 2015), “Kebijakan Akuntansi, Perubahan Estimasi Akuntansi, dan Kesalahan”
- PSAK No. 53 (Penyesuaian 2015), “Pembayaran Berbasis Saham”
- PSAK No. 65 (Revisi 2015), “Laporan Keuangan Konsolidasian”
- PSAK No. 66 (Revisi 2015), “Pengaturan Bersama”
- PSAK No. 67 (Revisi 2015), “Pengungkapan Kepentingan dalam Entitas Lain”
- PSAK No. 68 (Penyesuaian 2015), “Pengukuran Nilai Wajar”
- ISAK No. 30 (Revisi 2015), “Pungutan”

Pernyataan akuntansi dan interpretasi revisi yang telah diterbitkan dan berlaku efektif untuk tahun buku yang dimulai pada atau setelah 1 Januari 2017 adalah sebagai berikut:

- PSAK No. 1 (Revisi 2015), “Penyajian Laporan Keuangan”
- ISAK No. 31 (Revisi 2015), “Interpretasi atas Ruang Lingkup PSAK No. 13: Properti Investasi”

Pernyataan akuntansi baru dan revisi yang telah diterbitkan dan berlaku efektif untuk tahun buku yang dimulai pada atau setelah 1 Januari 2018 adalah sebagai berikut:

- PSAK No. 16 (Revisi 2015), “Aset Tetap”
- PSAK No. 69, “Agrikultur”

***42. ACCOUNTING STATEMENTS AND INTERPRETATIONS NOT YET ADOPTED***

*The Indonesian Institute of Accountants (IAI) has issued new, adjustment and revised statements and interpretations of accounting standards which are not yet effective for the financial year beginning January 1, 2015.*

*The Indonesian Institute of Accountants (IAI) has issued new, adjustment and revised statements and interpretations of accounting standards which are not yet effective for the financial year beginning January 1, 2015.*

- *PSAK No. 4 (Revised 2015), “Separate Financial Statements”*
- *PSAK No. 5 (Adjustment 2015), “Operating Segment”*
- *PSAK No. 7 (Adjustment 2015), “Related Party Disclosures”*
- *PSAK No. 13 (Adjustment 2015), “ Investment Property”*
- *PSAK No. 15 (Revised 2015), “Investments in Associates and Joint Ventures”*
- *PSAK No. 19 (Revised 2015), “Intangible Assets”*
- *PSAK No. 22 (Adjustment 2015), “Business Combinations”*
- *PSAK No. 24 (Revised 2015), “Employee Benefits”*
- *PSAK No. 25 (Adjustment 2015), “Accounting Policies, Changes in Accounting Estimates, and Errors”*
- *PSAK No. 53 (Adjustment 2015), “Share-based Payment”*
- *PSAK No. 65 (Revised 2015), “Consolidated Financial Statements”*
- *PSAK No. 66 (Revised 2015), “Joint Arrangements”*
- *PSAK No. 67 (Revised 2015), “Disclosure of Interests in Other Entities”*
- *PSAK No. 68 (Adjustment 2015), “Fair Value Measurement”*
- *ISAK No. 30 (Revised 2015), “Collection”*

*The revised accounting statement and interpretation issued and effective for the year commencing on or after January 1, 2017 are as follows:*

- *PSAK No. 1 (Revised 2015), “Presentation of Financial Statements”*
- *ISAK No. 31 (Revised 2015), “Interpretation of PSAK No. 13: Investment Property”*

*The new and revised accounting statements issued and effective for the year commencing on or after January 1, 2018 are as follows:*

- *PSAK No. 16 (Revised 2015), “Fixed Assets”*
- *PSAK No. 69, “Agriculture”*

**42. PERNYATAAN DAN INTERPRETASI AKUNTASI YANG BELUM DITERAPKAN** (Lanjutan)

Kelompok Usaha sedang mempelajari dampak yang mungkin timbul dari penerapan pernyataan dan interpretasi baru, penyesuaian dan revisi tersebut tersebut terhadap laporan keuangan konsolidasian.

***42. ACCOUNTING STATEMENTS AND INTERPRETATIONS NOT YET ADOPTED*** *(Continued)*

*The Group is evaluating the potential impact on the consolidated financial statements as a result of the adoption of such new, adjustment and revised statements and interpretations.*