Kenneth R. Puhala
Theodore L. Hecht
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, NY 10005-1101
Phone: (212) 973-8000
Fax: (212) 972-8798
kpuhala@schnader.com
thecht@schnader.com
*Attorneys for Jastiro Abi, as Foreign Representative*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 15 |
| PT BAKRIE TELECOM TBK, | : | Case No. _________ |
| Debtor in a Foreign Proceeding. | : | |

## **MOTION TO ADMIT COUNSEL *PRO HAC VICE***

Pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, I, Kenneth R. Puhala, am a member in good standing of the bar of this Court, and hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Daniel M. Pereira |
| Firm Name: | Schnader Harrison Segal & Lewis LLP |
| Address: | 1600 Market Street, Suite 3600<br>Philadelphia, PA 19103-7286 |
| Phone Number: | (215) 751-2000 |
| Fax Number: | (215) 751-2205 |
| Email: | dpereira@schnader.com |

Daniel M. Pereira is a member in good standing of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, and the State of Delaware as well as in

the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States District Court for the District of Delaware and respectfully requests admission from this Court to practice, *pro hac vice,* to represent Jastiro Abi, as Foreign Representative of the above-captioned debtor in a foreign proceeding, in the above-captioned bankruptcy case pursuant to Rule 2090-1(b) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

There are no pending disciplinary proceedings against Daniel M. Pereira in any state or federal court.

Dated: January 29, 2018
New York, NY

Respectfully submitted:

SCHNADER HARRISON SEGAL & LEWIS LLP

By: /s/ Kenneth R. Puhala
Kenneth R. Puhala
Theodore L. Hecht
kpuhala@schnader.com
thecht@schnader.com
140 Broadway, Suite 3100
New York, New York 10005-1101
Telephone: (212) 973-8000
Facsimile: (212) 972-8798

*Attorneys for Jastiro Abi, as Foreign Representative*


PHDATA 6320608_1