GT GreenbergTraurig

Ryan A. Wagner
Tel 212.801.3191
Fax 212.801.6400
wagnerr@gtlaw.com

September 9, 2019

<u>BY ECF</u>

Honorable Sean H. Lane
United States Bankruptcy Court
Southern District of New York
New York, NY 10004-1408

Re: *In re: PT Bakrie Telecom TBK, No. 18-10200-SHL (Chapter 15)*

Dear Judge Lane:

We are counsel to the Objecting Noteholders in the above-referenced Chapter 15 case. In accordance with the *Sixth Amendment to Stipulation and Order (I) Scheduling Combined Hearing on Petition for Recognition and Relief, (II) Fixing Discovery and Briefing Deadlines, and (III) Specifying Form and Manner of Service of Notice* [ECF No. 84], we will be filing the *Objecting Noteholders' Combined Response in Opposition to Petition for Recognition and Motion for Enforcement of Indonesian PKPU Plan* (the "Opposition") by tomorrow.

Because the Objecting Noteholders were required to address both recognition and relief, and the separate legal standards applicable to each, the Opposition will exceed the Court's prescribed page limitations. By way of this letter, the Objecting Noteholders respectfully request the Court's permission to exceed the forty-page limitation set forth in the Court's Chambers Rules by approximately twenty-five pages, excluding the table of contents and table of authorities.

On Wednesday, September 4, 2019, undersigned counsel to the Objecting Noteholders requested and obtained the consent of counsel to the Petitioner—who is also copied on this correspondence—to exceed the page limitations. Undersigned counsel subsequently informed Chambers of same. Thus, Objecting Noteholders respectfully request that the Court grant the Objecting Noteholders' unopposed request to exceed the page limitations as set forth above and "So Order" this correspondence.

We appreciate the Court's attention to this request, and are available to address any questions that may arise.

Respectfully submitted,

/s/ *Ryan A. Wagner*
Ryan A. Wagner

cc: (by email)
Kenneth R. Puhala, Esq., counsel for the Petitioner

SO ORDERED:
This **9th** day of **September** 2019

***/s/ Sean H. Lane***
HONORABLE SEAN H. LANE
UNITED STATES BANKRUPTCY JUDGE