UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | : | Chapter 15 |
| PT BAKRIE TELECOM TBK, | : | Case No. 18-10200 (SHL) |
| Debtor in a Foreign Proceeding. | : | |

**ORDER CLOSING CHAPTER 15 CASE**

WHEREAS, on January 29, 2018, Jastiro Abi, the proposed foreign representative (the "Foreign Representative") of PT Bakrie Telecom Tbk (the "Foreign Debtor") filed a verified petition seeking recognition of an Indonesian PKPU proceeding (the "PKPU Proceeding") as a foreign main proceeding pursuant to Section 1517 of the Bankruptcy Code [ECF No. 4];

WHEREAS, the Foreign Representative also sought discretionary relief and additional assistance under Sections 1521 and 1507 of the Bankruptcy Code in the form of enforcement of a debt restructuring plan (the ("PKPU Plan") approved in the PKPU Proceeding by a judgment of the Central Jakarta Commercial Court and affirmed by the Supreme Court of the Republic of Indonesia [ECF No. 36];

WHEREAS, a group of noteholders (the "Objecting Noteholders") appeared and objected to the grant of recognition, relief and additional assistance on multiple grounds [ECF No. 87];

WHEREAS, following discovery the Court denied the Objecting Noteholders' request for summary judgment. *In re PT Bakrie Telecom Tbk*, 601 B.R. 707 (Bankr. S.D. N.Y. 2019);

WHEREAS, following a trial held on November 21 and 22, 2019, and post-trial submissions and closing argument thereafter on August 17, 2020, the Court issued on April 15, 2021 a Post-Trial Memorandum of Decision: (a) recognizing the PKPU Proceeding as a foreign

main proceeding under Section 1517 of the Bankruptcy Code; (b) determining that Mr. Abi is the duly appointed foreign representative of the Foreign Debtor within the meaning of Section 101(24) of the Bankruptcy Code; and (c) denying the relief and additional assistance requested by the Foreign Representative under Sections 1521 and 1507 of the Bankruptcy Code. *In re PT Bakrie Telecom Tbk*, 628 B.R. 859 (Bankr. S.D.N.Y. 2021);

WHEREAS, on May 6, 2021, in accordance with the Post-Trial Memorandum of Decision, the Court entered an Order Granting Recognition as Foreign Main Proceeding and Denying Relief and Additional Assistance [ECF No. 114];

WHEREAS, the foregoing recitals in this Order and the record of the case describe the nature and results of the Foreign Representative's activities in the court, and accordingly the Objecting Noteholders have agreed to waive notice of a final report pursuant to Bankruptcy Rule 5009(c); and

WHEREAS, no other parties in interest have appeared in this Chapter 15 case, and it appearing to the Court that the purpose of the Foreign Representative's appearance in this Chapter 15 case has been completed; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED THAT:

1. The requirements of Bankruptcy Rule 5009(c) have been satisfied and the Foreign Representative shall have no further obligations under Bankruptcy Rule 5009(c); and

2. Pursuant to Sections 1517(d) and 350(a) of the Bankruptcy Code, and Local Rule 5009-2(a), the Clerk of the Court is hereby directed to close this Chapter 15 case.

Dated: February 21, 2022
New York, New York

***/s/ Sean H. Lane***
Honorable Sean H. Lane
United States Bankruptcy Judge